UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PRIMO BROODSTOCK, INC., a
Texas corporation

      Plaintiff,

v().  Case No: 2:17-cv-9-FtM-29CM

AMERICAN MARICULTURE,
INC., AMERICAN PENAEID,
INC., ADVANCED HATCHERY
TECHNOLOGY, INC., ROBIN
PEARL and CHARLES T. TUAN,

      Defendants.

## ORDER

This matter comes before the Court upon review of Plaintiff's Motion to Appear Pro Hac Vice (Doc. 10) filed on January 12, 2017. Attorney Steven R. Jakubowski seeks to appear specially as counsel of record for Plaintiff. Doc. 10.

Local Rule 2.02(a) states that an attorney who is not a resident of Florida but who is a "member in good standing of a bar of any District Court of the United States; outside Florida; may appear specially as counsel of record . . . ." M.D. Fla. R. 2.02(a). The present motion states that attorney Jakubowski is admitted to practice before all the courts of the State of Illinois. Doc. 10 at 2. The motion, however, does not state whether attorney Jakubowski is a member in good standing of a bar of any United States District Court outside Florida pursuant to Local Rule 2.02(a).

ACCORDINGLY, it is hereby

**ORDERED:**

Plaintiff's Motion to Appear Pro Hac Vice (Doc. 10) is **DENIED without prejudice**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 12th day of January, 2017.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record