UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PRIMO BROODSTOCK, INC., a
Texas corporation

      Plaintiff,

v.                                                         Case No:   2:17-cv-9-FtM-29CM

AMERICAN MARICULTURE,
INC., AMERICAN PENAEID,
INC., ADVANCED HATCHERY
TECHNOLOGY, INC., ROBIN
PEARL and CHARLES T. TUAN,

      Defendants.

## ORDER

This matter comes before the Court upon review of Plaintiff's Amended Motion to Appear Pro Hac Vice (Doc. 12) filed on January 13, 2017.  Upon consideration of the motion, the Court finds that attorney Steven R. Jakubowski meets the requirements of Middle District of Florida Local Rule 2.02(a) and may appear *pro hac vice* on behalf of Plaintiff Primo Broodstock, Inc.

ACCORDINGLY, it is

hereby **ORDERED:**

1.  Plaintiff's Amended Motion to Appear Pro Hac Vice (Doc. 12) is **GRANTED**.  Attorney Steven R. Jakubowski is hereby admitted to appear *pro hac vice* on behalf of Plaintiff Primo Broodstock, Inc.

2.  Counsel is reminded that the Middle District of Florida utilizes a case

management electronic filing system ("CM/ECF"). As such, if counsel has not already done so, within ten (10) days of the date of this Order, counsel shall register to participate and docket in CM/ECF or show cause in writing within that time frame why counsel is unable to participate. Failure to register may cause the Court to revoke its permission to appear specially without further notice. Further, if counsel has not already done so, within fourteen (14) days from the date of this Order, counsel shall pay the $150.00 filing fee along with the application for special admission to practice.

3. Counsel is further reminded that, pursuant to the local rules of this district, any attorney appearing in this Court pursuant to Middle District of Florida Local Rule 2.02(a) "shall be deemed to be familiar with, and shall be governed by, these [local] rules in general, including Rule 2.04 hereof in particular; and shall also be deemed to be familiar with and governed by the Code of Professional Responsibility and other ethical limitations or requirements then governing the professional behavior of members of The Florida Bar."   M.D. Fla. R. 2.02(c).

4. Attorney Chené M. Thompson of Pavese Law Firm, Post Office Drawer 1507, Fort Myers, FL 33902, is an active member in good standing of the Florida Bar and of this Court who has been designated and consents to act as local counsel in this matter and shall accept service of all notices and papers on behalf of Plaintiff Primo Broodstock, Inc.

**DONE** and **ORDERED** in Fort Myers, Florida on this 13th day of January, 2017.

- 3 -

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record