IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PRIMO BROODSTOCK, INC., a Texas Corporation.,

    Plaintiffs,

v.                          CASE NO: 2:17-cv-9-FtM-29CM

AMERICAN MARICULTURE, INC., et al.,

    Defendants
_____/

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW the below signed counsel and hereby enter an appearance on behalf of Defendant ROBIN PEARL. All parties herein are asked to serve all future pleadings and papers on below-signed counsel.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed this 17th day of January 2017 and served on Chené M. Thomson, Esq., at Pavese Law Firm, chenethompson@paveselaw.com and Michellecornele@paveselaw.com.

        MELVILLE G. BRINSON III, P.A.
        Attorneys for Defendant Robin Pearl
        8359 Stringfellow Road
        St. James City, FL 33956
        239.282.0551, 239.282.0515 Facsimile

        By: _____
        Melville G. Brinson, III
        Florida Bar No. 494003
        Brinson@afblaw.com

Patrick J. O'Connor
(Admission Approved, Ceremony Pending)
HARPER MEYER PEREZ HAGEN O'CONNOR ALBERT & DRIBIN LLP
201 South Biscayne Boulevard Suit 800
Miami, FL 33131
305.577.3443, 305.577.9921 Facsimile
Florida Bar No. 0715778
clgroup@harpermeyer.com

{00061230.DOCX}