UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MEYERS DIVISION

TB FOOD USA, LLC, a Delaware Limited
Liability Company, and PB LEGACY, INC.,
a Texas Corporation,

  Plaintiffs,

v.                                                                                               CASE NO.: 2:17-cv-9-FtM-29CM

AMERICAN MARICULTURE, INC., a
Florida Corporation, AMERICAN PENAEID,
INC., a Florida Corporation, and ROBIN
PEARL,

  Defendants.
_____/

AMERICAN MARICULTURE, INC., a
Florida Corporation,

  Counter - Plaintiff,

v.

PB LEGACY, INC., a Texas
Corporation, KENNETH GERVAIS, and
RANDALL AUNGST,

  Counter- and Third-Party Defendants.
_____/

**RESPONSE OF TB FOOD USA, LLC TO DEFENDANTS' MOTION TO EXTEND TIME TO RESPOND TO DISCOVERY REQUESTS <u>AND</u> REPORT OF AGREEMENT AMONG PARTIES RENDERING THAT MOTION MOOT**

    TB Food USA, LLC ("<u>TB Food</u>"), hereby (i) responds to Defendants' Motion for Extension of Time (ECF Doc. No. 20) (the "<u>Motion to Extend</u>") and (ii) reports an agreement among parties rendering Defendants' motion moot, stating as follows:

1. TB Food served discovery requests (the "Discovery Requests") on the Defendants on December 20, 2017.

2. Defendants' responses were due on January 19, 2018.

3. Mid-afternoon on January 19, 2018, Defendants' counsel sent an email to TB Food's counsel requesting an additional 30 days to respond to the Discovery Requests.

4. Ms. Susan Spurgeon, on behalf of TB Food, responded within an hour and asked to discuss this request telephonically after saying: "I don't think I can agree to 30 days."

5. In responding to the next email from Defendants' counsel asking what she could agree to, Ms. Spurgeon advised that she could agree to a two week extension, but that she wanted to speak with counsel directly about this, stating: "I'm available after hours and I want to speak with you."

6. Ms. Spurgeon, however, did not receive any further communications from Defendants' counsel on the matter before the Motion to Extend was filed that evening.

7. After the filing of the Motion to Extend, the parties arranged for a telephonic conference on the morning of January 22, 2018, to see if the matter could be consensually resolved.

8. As a result of that conference, the parties have reached an agreement that resolves their dispute, thus rendering the Motion to Extend moot.

9. Pursuant to this agreement, Defendants will provide their objections and responses to the Discovery Requests, along with a substantial amount of documents, by February 18, 2018.

10. Based on this agreement, TB Food recommends that the Motion to Extend be denied as moot.

Dated:  January 25, 2018

By:  s/ Susan K. Spurgeon
      Susan K. Spurgeon
      Trial Counsel for TB Food USA, LLC
      PENNINGTON, P.A.
      2701 N. Rocky Point Dr., Suite 900
      Tampa, Florida 33907
      Telephone (813) 639-9599
      Fax (219) 639-1488
      susan@penningtonlaw.com
      sue@penningtonlaw.com

By:  s/ Steve Jakubowski
      Steve Jakubowski
      Admitted *Pro Hac Vice*
      ROBBINS, SALOMON & PATT, LTD.
      180 North LaSalle, Suite 3300
      Chicago, Illinois 60601
      Telephone: (312) 456-0191
      Fax: (312) 782-6690
      sjakubowski@rsplaw.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 25th day of January, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a copy of said filing to all registered users listed in the Service List in this matter, including Defendants' counsel of record.

/s/ Steve Jakubowski
Steve Jakubowski