UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MEYERS DIVISION

TB FOOD USA, LLC, a Delaware Limited
Liability Company, and PB LEGACY, INC.,
a Texas Corporation,

   Plaintiffs,

v.

AMERICAN MARICULTURE, INC., a
Florida Corporation, AMERICAN PENAEID,
INC., a Florida Corporation, and ROBIN
PEARL,

   Defendants.
_____/

AMERICAN MARICULTURE, INC., a
Florida Corporation,

   Counter - Plaintiff,

v.

PB LEGACY, INC., a Texas
Corporation, KENNETH GERVAIS, and
RANDALL AUNGST,

   Counter- and Third-Party Defendants.
_____/

CASE NO.: 2:17-cv-9-FtM-29CM
**Oral Argument Requested: 10 Minutes**

**AGREED STIPULATION AND JOINT MOTION TO MODIFY SCHEDULING ORDER AND ENLARGE EXPERT DISCLOSURE AND DISCOVERY DEADLINES**

Plaintiff, TB Food USA, LLC; Plaintiff and Third-Party Defendant PB Legacy, Inc.; Defendants, Robin Pearl and American Peneid, Inc.; Defendant and Third-Party Plaintiff American Mariculture, Inc.; and Third-Party Defendant Kenneth Gervais[1] stipulate, agree, and

---

[1] Counterclaim Defendant Randall Aungst is in bankruptcy so the action is stayed as to only him.

jointly move the Court to enter an order modifying the recent Scheduling Order [Doc. #170] briefly extending the deadlines for expert disclosure and discovery entered in this action on April 25, 2019, (the "Scheduling Order").

In support of their stipulation and joint motion, the Parties represent that the Scheduling Order sets an expert disclosure deadline for Plaintiffs on May 29, 2019 and June 28, 2019 for Defendants and the discovery deadline on July 22, 2019.  The Parties have diligently conducted discovery over the past several months, including requests for production of documents, interrogatories and depositions with more depositions needed. However, due to the volume of information and logistical matters associated with obtaining information including from foreign jurisdictions, the Parties require additional time to take depositions and otherwise complete fact discovery.

More significantly, the Parties made substantial progress during its negotiations at mediation on May 28, 2019, and seek to capitalize on the good will and momentum the Parties developed during the mediation by continuing settlement discussions including a planned critical and significant meeting between Plaintiff's primary principal Mr. Chen and Defendants' primary principal Mr. Pearl in Hong Kong on June 15th and 16th.  To facilitate these further discussions and maximize the Parties' ability to reach an accord and obviate the need for further timely and costly litigation, the Parties agreed to continue the depositions of several key witnesses scheduled to occur between June 6 and June 14, 2019 and reschedule them for the first or second week in July.  As such, a brief extension of the expert disclosure and discovery deadlines are necessary and critical.  Specifically, the Parties pray the Court extends the expert disclosure deadline for 20 days for each Party and extends the discovery deadline 45 days.

WHEREFORE the parties stipulate and jointly move the Court to modify the Scheduling Order to set the following dates:

| EVENT | CURRENT DATE | MODIFIED DATE |
| --- | --- | --- |
| *Expert Disclosure including Reports from experts under Rule 26(a)(2) will be submitted on* | Plaintiffs: May 29, 2019<br>Defendants: June 28, 2019 | Plaintiffs: **June 18, 2019**<br>Defendants: **July 18, 2019** |
| *Discovery Deadline* | July 22, 2019 | **September 5, 2019** |

Respectfully Submitted,

By: /s/ *Brian M. Gargano*
Brian M. Gargano (admitted *pro hac vice*)
Nguyen and Chen LLP
11200 Westheimer Road, Suite 120
Houston, TX 77042
Phone: 832-767-0339
bgargano@nguyen-chen.com

 and

Susan K. Spurgeon
Florida Bar No. 0478229
PENNINGTON, P.A.
2701 N. Rocky Point Drive, Suite 900
Tampa, Florida 33607
Phone: 813-639-9599
susan@penningtonlaw.com
playton@penningtonlaw.com
*Counsel for Plaintiff TB Food USA, LLC*

By: /s/ *Melville G. Brinson*, III-with permission
Melville G. Brinson III
**MELVILLE G. BRINSON III, P.A**
8359 Stringfellow Road
St. James City, Florida 33956
Telephone: (239) 282-0551
Facsimile: (239) 282-0515
Email: brinson@afblaw.com

3

and

Patrick J. O'Connor
**HARPER MEYER PEREZ HAGEN O'CONNOR ALBERT & DRIBIN LLP**
201 South Biscayne Boulevard, Suite 800
Miami, Florida 33131
Telephone: (305) 577-3443
Facsimile: (305) 577-9921
Email: pjoconnor@harpermeyer.com
*Counsel for Defendants AMI, API, and Robin Pearl*


By: /s/ *Chene M. Thompson*-with permission
Chené M. Thompson
**PAVESE LAW FIRM**
Post Office Drawer 1507
Fort Myers, Florida 33902-1507
Telephone (239) 334-2195
Fax (239) 332-2243
Email: CheneThompson@PaveseLaw.com
*Counsel for Plaintiff PB Legacy and Third Party Defendants PB Legacy, Gervais and Aungst*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been forwarded to the plaintiff in accordance with the Federal and Local rules on this 29th day of May 2019:

Melville G. Brinson III
**MELVILLE G. BRINSON III, P.A.**
8359 Stringfellow Road
St. James City, Florida 33956
Telephone: (239) 282-0551
Facsimile: (239) 282-0515
Counsel for AMI, API and Robin Pearl
Email: brinson@afblaw.com

Patrick J. O'Connor
**HARPER MEYER PEREZ HAGEN O'CONNOR ALBERT & DRIBIN LLP**
201 South Biscayne Boulevard, Suite 800
Miami, Florida 33131
Telephone: (305) 577-3443
Facsimile: (305) 577-9921
Co-Counsel for AMI, API, and Robin Pearl
Email: clgroup@harpermeyer.com;
pjoconnor@harpermeyer.com

CHENÉ M. THOMPSON
Florida Bar No. 541540
**PAVESE LAW FIRM**
Post Office Drawer 1507
Fort Myers, Florida 33902-1507Telephone (239) 334-2195
Fax (239) 332-2243
 CheneThompson@PaveseLaw.com
KellyGermanis@PaveseLaw.com

STEVE JAKUBOWSKI
Admitted *Pro Hac Vice*
**ROBBINS, SALOMON & PATT, LTD**.
180 North LaSalle, Suite 3300
Chicago, Illinois 60601
Telephone (312) 456-0191
Fax (312) 782-6690
sjakubowski@rsplaw.com

/s/ *Brian M. Gargano*
Brian M. Gargano