UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA FORT
MYERS DIVISION

TB FOOD USA, LLC, a Delaware limited
liability company, and PB LEGACY, INC., a
Texas corporation, Plaintiffs,

v.  CASE NO. 2:17-cv-00009-FtM-JES-UAM

AMERICAN MARICULTURE, INC., a
Florida corporation, AMERICAN PENAEID, INC.,
a Florida corporation, and ROBIN PEARL,

Defendants.
_____/

# AMENDED CASE MANAGEMENT AND SCHEDULING ORDER

Pursuant to the Court's Case Management Status Conference held on September 25, 2020, the Court enters this case management and scheduling order:

| | |
|---|---|
| **Disclosure of Expert Reports**<br>**Plaintiff:**<br>**Defendant:** | COMPLETED |
| **Discovery Deadline:** | COMPLETED |
| **Dispositive Motions, *Daubert*, and *Markman* Motions:**<br>**Dispositive:**<br>*Daubert/Markman*: | COMPLETED<br>OCTOBER 30 2020 |
| **Meeting In Person to Prepare Joint Final Pretrial Statement:** | COMPLETED |
| **Joint Final Pretrial Statement (Including a Single Set of Jointly Proposed Jury Instructions and Verdict Form (a Word version should also be e-mailed to the Chambers e-mail address listed on the Court's website), Voir Dire Questions, Witnesses Lists, and Exhibit Lists on Approved Form found on the Court's website)** | DECEMBER 21, 2020 |
| **All Other Motions Including Motions *In Limine*, Trial Briefs** | DECEMBER 21, 2020 |

1

| **Final Pretrial Conference** | |
|---|---|
| Date:<br>Time:<br>Judge: | TBD<br>TBD<br>John E. Steele |
| **Trial Term Begins** | JANUARY 11, 2021 |
| **Estimated Length of Trial:** | 10-12 DAYS |
| **Jury/Non-Jury:** | JURY |

DONE and ORDERED in Fort Myers, Florida on _____, 2020.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record