UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TB FOOD USA, LLC, a
Delaware Limited Liability
Company,

       Plaintiff,

v.                                    CASE NO. 2:17-cv-9-FtM-29NPM

AMERICAN MARICULTURE, INC.,
a Florida Corporation,
AMERICAN PENAEID, INC., a
Florida Corporation, and
ROBIN PEARL,

       Defendants.
_____

AMERICAN MARICULTURE, INC.,
a Florida Corporation,

       Counter-Plaintiff,
v.

PB LEGACY, INC., a Texas
Corporation, KENNETH GERVAIS,
and RANDALL AUNGST,

       Counter/Third-Party
       Defendants.
_____

**ORDER**

    This matter comes before the Court on PB Legacy, TB Foods USA, LLC, American Mariculture Inc., and Robin Pearl's Joint Report to the Court Following Case Management Conference (Doc. #353) filed on March 5, 2021. On February 26, 2021, the Court conducted a case management conference with the parties, during which issues

related to the trial date of May 21, 2021 were discussed with respect to COVID-19, among other things. See (Doc. #352.) At the conclusion of the conference, the Court requested that the parties meet and confer as to whether the trial in this matter should proceed as scheduled in May 2021, or alternatively, in November 2021. In the Joint Report, counsel for the respective parties state they have agreed that, in an abundance of caution, they would prefer to reschedule the trial to early November 2021, with ten days allotted for trial, and that the deadlines set in the Court's Amended Order of November 18, 2020 which have not yet expired be reset.

    Accordingly, it is hereby

    **ORDERED:**

1. The parties' request for a new trial date in this matter as set forth in their Joint Report is hereby **granted.**
2. The trial date scheduled in this matter **on May 21, 2021,** is hereby **cancelled** and is rescheduled to commence on **November 1, 2021 at 9:00 A.M.,** with the final pre-trial conference scheduled on **October 26, 2021 at 10:00 A.M.**
3. The Court's November 18, 2020 Amended Order (Doc. #338) is further amended as follows:
   a. Motions In Limine: Friday, **October 8, 2021**
   b. Joint Final Pre-trial Conference: Friday, **October 8, 2021**

    c. Final Pre-trial Conference: Thursday, **October 21, 2021**

    d. Trial (Date Certain): Monday, **November 1, 2021** at **9:00 A.M.** (estimated length of trial 9 to 10 days).

**DONE and ORDERED** at Fort Myers, Florida, this __10th__ day of March, 2021.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record