```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION

TB FOOD USA, LLC, a
Delaware Limited Liability
Company,

        Plaintiff,

v.                                    Case No:  2:17-cv-9-JES-NPM

AMERICAN MARICULTURE, INC.,
a Florida Corporation,
AMERICAN PENAEID, INC., a
Florida Corporation, and
ROBIN PEARL, an individual,

        Defendants.
_____


AMERICAN MARICULTURE,
INC., a Florida
Corporation,

     Third-Party Plaintiff,

v.

PB LEGACY, INC. a Texas
Corporation,

     Third-Party Defendant.

_____
```

## OPINION AND ORDER

This matter comes before the Court on Defendants' Renewed Motion to De-Designate Items Marked as Confidential and/or Attorneys-Eyes-Only (Doc. #358). A Joint Response in Opposition

(Doc. #361) was filed, as well as a Reply (Doc. #377). For the reasons set forth below, the motion is granted in part and denied in part.

Defendants seek to de-designate a substantial number of the approximately 38,000 documents produced by the opposing parties and designated as confidential or attorneys-eyes-only. It appears that the parties may be in agreement as to certain categories of documents, but its hard to tell for sure. It also appears that the parties did not engage in meaningful discussions in an attempt to resolve the matter prior to filing the motion. For present purposes, the Court resolves the motion as follows: Any document which has been admitted as an exhibit at the October 26, 2021 final pretrial conference, or which is received or offered as an exhibit at trial, shall be de-designated. The motion will otherwise be denied without prejudice.

Accordingly, it is now

**ORDERED:**

Defendants' Renewed Motion to De-Designate Items Marked as Confidential and/or Attorneys-Eyes-Only (Doc. #358) is **GRANTED IN PART AND DENIED WITHOUT PREJUDICE IN PART.** Any document which has been admitted as an exhibit at the October 26, 2021 final pretrial conference, or which is received or offered as an exhibit at trial, shall be de-designated. The motion is otherwise denied without prejudice.

**DONE and ORDERED** at Fort Myers, Florida, this __26th__ day of October, 2021.

_/s/ John E. Steele_
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record