IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TB FOOD USA, LLC, a Delaware Limited Liability Company, et al.,

   Plaintiff,

v.

AMERICAN MARICULTURE, INC., a Florida Corporation, et al.,

   Defendants.
_____/

AMERICAN MARICULTURE, INC., a Florida Corporation,

   Counter-Plaintiff,

v

PB LEGACY, INC., a Texas Corporation, et al.,

   Counter- and Third-Party Defendants.
_____/

CASE NO.: 2: 17-cv-9-FtM-29CM

## DEFENDANTS', AMERICAN MARICULTURE, INC., AMERICAN PENAEID, INC., AND ROBIN PEARL, OBJECTIONS TO VIDEO DEPOSITION OF YIJUN ZHANG

COME NOW the Defendants AMERICAN MARICULTURE, INC. ("AMI") AMERICAN PENAEID, INC. ("API"), and ROBIN PEARL ("Pearl") by and through their undersigned counsel and hereby makes the following objections to the video deposition of Yijun Zhang taken October 21, 2021.

| Transcript Page | Lines | Objections |
|---|---|---|
| 11 | 24-25 | Withdraw objection |
| 12 | 15-17 | Withdraw objection |
| 18 | 6-25 | |
| 19 | 1-2 | Hearsay, speculation, opinion from a non-expert, foundation |
| 21 | 9-11 | Foundation |
| 25 | 16-20 | Foundation |
| 26 | 7-25 | |
| 27 | 1-5 | Hearsay |

| Transcript Page | Lines | Objections |
|---|---|---|
| 28 | 12-17 | Object to affidavit being displayed to jury. Contains names of non-parties and is not in evidence |
| 30 | 2-6 | Testimony by counsel |
| 31 | 4-11 | Refers to former claims in lawsuit |
| 31<br>32 | 11-25<br>1-2 | Hearsay |
| 35 | 3-12 | Hearsay, also video recording is best evidence |
| 35 | 13-14 | Speculation, opinion by non-expert, foundation |
| 35<br>36<br>37 | 15-25<br>1-25<br>1-2 | Speculation, foundation opinion by non-expert. Video is best evidence at what was said. |
| 37 | 9-25 | Object to transcript hearsay. Not translated by a professional translator. Video is best evidence of what was said. |
| 38 | 17-24 | Opinion on translation by non-expert. Foundation. Hearsay video is best evidence of what was said. |
| 38<br>39 | 25<br>1-6 | Hearsay. Video is the best evidence of what is said. Leading. |
| 39 | 7-11 | Foundation, speculation |
| 39 | 12-18 | Hearsay, foundation |
| 39<br>40 | 24-25<br>7-20 | Foundation, speculation. Video is best evidence of what was said. Calls for legal conclusion. |
| 40<br>41 | 21-25<br>1-17 | Hearsay, speculation. Opinion by non-expert. Foundation. |
| 41 | 18-25 | Withdrawn by Plaintiff's counsel |
| 42<br>43 | 20-25<br>1-5 | Speculative. Foundation |
| 43 | 6-18 | Hearsay speculation. Video is best evidence of what was said. |
| 43<br>44 | 19-25<br>1-21 | Speculation, opinion by non-expert. Hearsay, video is best evidence of what was said. |
| 44<br>45 | 22-25<br>1-10 | Speculation |
| 45 | 11-18 | Foundation, speculative, translation by a non-expert |
| 45<br>46 | 19-25<br>1-10 | Foundation, speculation, opinion by non-expert, counsel discussions |
| 46 | 11-20 | Withdrawn by Plaintiff's counsel |
| 46<br>47 | 21-25<br>1 | Foundation, no testimony, witness speaks and understands English sufficiently to translate. Not a certified translator of English. Video is best evidence of what was said. |

| Transcript Page | Lines | Objections |
|---|---|---|
| 47 | 2-11 | Foundation, speculation, opinion by non-expert |
| 47 | 12-17 | Foundation, no testimony, witness speaks and understands English sufficiently to translate. Not a certified translator of English. Video is best evidence of what was said. |
| 47<br>48 | 18<br>1-21 | Object to Exhibit 3 translation by banker (affiliated with Haimao), not a certified translator. Witness said his English was not sufficient to tell if accurate. Video is best evidence of what was said. |
| 48<br>49 | 22-25<br>1-25 | Object to Exhibit 4. Transcript of recorded video is best evidence of what was said. Objection, not translated by certified translator. Translator affiliated with Haimao |
| 50<br>51 | 22-25<br>1-2 | Video is best evidence of what was said. Hearsay |
| 51 | 12-23 | Speculative. Hearsay, presupposes facts not in evidence |
| 62 | 3-7 | Speculative. Objection, discusses legal issues in lawsuit. |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that in accordance with the Federal and Local Rules, the foregoing document is being filed on this 27th day of October 2021 via the Court's CM/ECF filing system, which will serve a copy electronically on all counsel of record.

Melville G. Brinson III Florida Bar No. 494003
**MELVILLE G. BRINSON III, P.A.**
8359 Stringfellow Road
St. James City, Florida 33956 Telephone: 239.282.0551,
Facsimile 239.282.0515 Email: brinson@afblaw.com
Lead counsel

/s/ Patrick J. OConnor
Patrick J. O'Connor Florida Bar No. 0715778
O'Connor Hernandez & Associates
999 Brickell Avenue, Suite 740
Miami, Florida 33131
Telephone: 786.628.7541
Email: poconnor@oconnorhernandez.com, litgroup@oconnorhernandez.com