Transcript of the Testimony of

**Yijun Zhang**

**Date:**

October 21, 2021

**Case:**

TB FOOD USA vs AMERICAN MARICULTURE

Exhibit 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MEYERS DIVISION

TB FOOD USA, LLC, a Delaware          )
Limited Liability Company,            )
    Plaintiff,                        )
                                      )
    vs.                               )   CASE NO.
                                      )
AMERICAN MARICULTURE, INC.,           )   2:17-cv-9-FtM-29CM
a Florida Corporation;                )
AMERICAN PENAEID, INC., a             )
Florida Corporation; and              )
ROBIN PEARL,                          )
    Defendants.                       )

---

AMERICAN MARICULTURE, INC.,           )
a Florida Corporation,                )
    Counter-Plaintiff,                )
                                      )
    vs.                               )
                                      )
PB LEGACY, INC., a Texas              )
Corporation,                          )
    Counter- and Third-Party          )
    Defendant.                        )
-----------------------------------------------------

ORAL AND VIDEOTAPED DEPOSITION OF
YIJUN ZHANG
Thursday, October 21, 2021
(Reported Remotely)

    ORAL AND VIDEOTAPED DEPOSITION OF YIJUN ZHANG,
produced as a witness at the instance of the Plaintiff,
TB Food USA, LLC, and duly sworn, was taken in the
above-styled and -numbered cause on October 21, 2021,
from 9:30 a.m. to 1:15 p.m., before Deborah Quarles,
ACSR, in and for the State of Texas, reported by machine
shorthand method, pursuant to the Federal Rules of Civil
Procedure, and the provisions stated on the record or
attached hereto.

Yijun Zhang

```
 1                    A P P E A R A N C E S

 2   FOR THE PLAINTIFF TB FOOD USA, LLC:

 3        BRIAN M. GARGANO, ESQUIRE
          Nguyen and Chen LLP
 4        11200 Westheimer Road
          Suite 120
 5        Houston, TX 77042
          bgargano@nguyen-chen.com
 6
          THEODORE S. GEIGER, ESQUIRE
 7        The Law Office of Theodore Geiger, PLLC
          4777 Madison
 8        6th New York, New York 10022
          tgeiger@tedgeigerlaw.com
 9

10   FOR THE COUNTER- AND THIRD-PARTY DEFENDANT PB LEGACY,
     INC., A TEXAS CORPORATION:
11
          CHENE M. THOMPSON, ESQUIRE
12        Pavese Law Firm
          Post Office Box 1507
13        Fort Myers, Florida 33902-1507
          chenethompson@paveselaw.com
14

15   FOR THE DEFENDANTS AMERICAN MARICULTURE, INC., A
     FLORIDA CORPORATION; AMERICAN PENAEID, INC., A
16   FLORIDA CORPORATION; and ROBIN PEARL:

17        BRYAN MORERA, ESQUIRE
          O'CONNOR HERNANDEZ LAW FIRM
18        999 Brickell Street
          Suite 740
19        Miami, Florida 33131
          bmorera@oconnorhernandez.com
20
          MELVILLE G. BRINSON, III, ESQUIRE
21        Melville G. Brinson, III P.A.
          8359 Stringfellow Road
22        St. James City, Florida 33956
          brinson@afblaw.com
23

24
     ALSO PRESENT:   Jeremy Cunha, KTA Remote video host
25                   Ida Shaw,  Mandarin Interpreter
```

Yijun Zhang

October 21, 2021
Page 3

1                          I N D E X

2

3   Appearances . . . . . . . . . . . . . . .        2

4   YIJUN ZHANG

5        Examination by Mr. Gargano. . . . . . .      5

6        Examination by Mr. Morera . . . . . . .     52

7

8   Signature and Changes . . . . . . . . . .       71

9   Reporter's Certificate. . . . . . . . . .       73

10

11                      E X H I B I T S

12

13  NO. DESCRIPTION                                 PAGE

14  1    Zhang Affidavit. . . . . . . . . . . . .    28

15  2    CN-Transcription of Pearl Recording-CN . .  37

16  3    Transcription of Pearl Recording . . . . .  47

17  4    CN-Transcription of Huang Recording-CN . .  49

18

19             REQUESTED DOCUMENTS/INFORMATION
                         NONE
20

21             CERTIFIED QUESTIONS
                         NONE
21
23
24
25

Kim Tindall and Associates, LLC 16414 San Pedro, Suite 900    San Antonio, Texas 78232
210-697-3400                                                          210-697-3408

```
 1                    P R O C E E D I N G S
 2          THE REPORTER:  The attorneys participating
 3   in this deposition acknowledge that I am not physically
 4   present in the deposition room and that I will be
 5   reporting this deposition remotely.  They further
 6   acknowledge that, in lieu of an oath administered in
 7   person, I will administer the oath remotely.
 8               This arrangement is pursuant to our Texas
 9   Supreme Court.  The parties and their counsel consent to
10   this arrangement and waive any objections to this manner
11   of reporting.
12               Please, Counsel, at this time, would you
13   state your name for the appearances?
14          MR. GARGANO:  On behalf of the Plaintiff,
15   TB Food.
16          MR. MORERA:  Bryan Morera from O'Connor
17   Hernandez on behalf of the Defendant, American
18   Mariculture, Incorporated, American Penaeid,
19   Incorporated, and Robin Pearl.
20          MR. BRINSON:  And Mel Brinson on behalf of
21   Defendants, American Mariculture, Incorporated, American
22   Penaeid, Incorporated, and Robin Pearl.
23          MS. THOMPSON:  Good morning.  Chene
24   Thompson on behalf of third-party Defendant, PB Legacy.
25          THE REPORTER:  All right.  Is that all the
```

Yijun Zhang

October 21, 2021
Page 5

1    counsel we have for this morning?

2                    MR. GARGANO:  Yes.

3                    INTERPRETER:  Okay, if you can allow

4    interpreter to summarize what we did to Mr. Zhang before

5    we get to swear in.

6                    THE WITNESS:  Okay.  I'm good.  I don't

7    have any questions.

8                    THE REPORTER:  All right.  Thank you.  At

9    this time I will swear in Madam Interpreter.

10                   (Interpreter first duly sworn.)

11                   THE REPORTER:  Madame Interpreter, would

12   you please ask your witness to raise his right hand.

13                   (Witness first duly sworn.)

14                   THE REPORTER:  You may proceed.

15                   YIJUN ZHANG,

16   having been first duly sworn, through the duly sworn

17   interpreter, testified as follows:

18                   EXAMINATION

19   BY MR. GARGANO:

20      Q.  Good morning, ladies and gentlemen and good

21   evening to you Mr. Zhang.  My name is Brian Gargano and

22   I represent the plaintiff TB Food in this matter.  Thank

23   you for your appearance today.  I'm going to be asking

24   you some questions about a litigation matter between

25   what originally was Primo Broodstock Incorporated, which

Kim Tindall and Associates, LLC 16414 San Pedro, Suite 900    San Antonio, Texas 78232
210-697-3400                                                  210-697-3408

```
 1   is now PB Legacy, which was then acquired by TB Foods,

 2   who is now the plaintiff against certain defendants.

 3   I'm going to call them AMI, API and Mr. Pearl.

 4            Now, are you familiar with this matter or this

 5   litigation?

 6       A.   Yes, I do understand and am familiar with this

 7   case to a certain extent.

 8       Q.   Okay.  And before we start to get into the

 9   details of your involvement or understanding in this

10   matter, can you please state your full name for the

11   record?

12       A.   Okay.  My name is Yijun, is my last name.

13            THE INTERPRETER:  The interpreter is going

14   to spell it.  Z-H-A-N-G.

15            THE WITNESS:  And that is my last name.

16   And my first name is Yijun.

17            THE INTERPRETER:  The interpreter is going

18   to spell that on the record.  Y-I-J-U-N.

19            THE WITNESS:  And I work for TB Food or the

20   Haimao Seafood Company, and I am taking the positions as

21   the sales manager of this company.

22       Q.   (BY MR. GARGANO)  Okay.  And can you tell us

23   what kind of company Haimao is?

24       A.   So basically Haimao Company was formed in 1987.

25   The main type of business is involving breeding and also
```

Yijun Zhang

October 21, 2021
Page 7

1    cross breeding of the shrimp or the juvenile shrimp or

2    the eggs of this type of business.  And this is the

3    product that we're involving in right now.

4        Q.  Now, are those young shrimp that you're

5    referring to -- do you know if they're known in the

6    industry as PLs?

7        A.  So, yes, you can put it that way that we are

8    not doing the breeding, but doing transportation, sales,

9    or in the middle cycle of -- besides the PO, as well as

10   the monopolies, as well.  And these are type of the work

11   that we do involving the producing of certain small

12   monopolies and also doing the transportation in the

13   middle stage of their life cycles of the shrimp.

14       Q.  So is it fair to say that what Haimao does is

15   it purchases breeders and then grows out the breeders --

16            THE INTERPRETER:  And -- I'm sorry.  Go

17   ahead, finish that sentence.

18       Q.  (BY MR. GARGANO) -- And sells them?

19       A.  So yes, it is more or less like what you just

20   stated, yes.

21       Q.  And what's Haimao's full name?  What's its full

22   corporate name?

23       A.  So Haimao had gone through different name

24   change during different stage of the time.  And earlier

25   that the original name was Zhanjiang Haimao Seafood

Yijun Zhang

October 21, 2021
Page 8

1    Technology Company Limited.

2                THE INTERPRETER:  Interpreter is going to

3    spell Zhanjiang Haimao Seafood Biology Technology

4    Company.

5                THE WITNESS:  Seafood and Biology

6    Technology Company.  That's the first one, and then

7    later it changed to Zhanjiang Haimao Investment Company

8    Limited.  That is during the midterm of this transitions

9    of this company.  Then later time that the name had

10   changed to --

11               THE INTERPRETER:  Interpreter need to

12   verify that again because I wasn't sure what one of the

13   words.

14               THE WITNESS:  And the later stage that name

15   had been changed to Haimao Seafood Breeding Technology

16   Group Company Limited.

17               THE INTERPRETER:  Interpreter just doing

18   the verbatim translations.  I'm not sure if the official

19   name of this company is the business record that is

20   accurate or not.  But again, interpreter just doing the

21   verbatim translation according to terms that Mr. Zhang

22   give it to me.

23        Q.  (BY MR. GARGANO)  Okay.  Well, let me ask it

24   this way:  What company is Zhanjiang Haimao Aquaculture

25   Bioscience Technology Company LTD?

1    A.  So the one that you just said Zhanjiang Haimao
2  Aquaculture -- or agricultures [sic] Company Technology
3  Limited, that is the early stage -- the earliest one of
4  the Haimao Company.
5    Q.  Okay.  And at some point it got changed; is
6  that what you're saying?
7    A.  Yes, later on it was changed.
8    Q.  Okay.  How long have you been working for
9  Haimao?
10    A.  Fifteen years.
11    Q.  And during those 15 years what has been your
12  position at Haimao?
13    A.  So I was involving from the positions of
14  managing the breeding or breeders.  Then that
15  transferred into the sales management.
16    Q.  And when you say sales management, what kind of
17  things did you do to sell shrimp for Haimao?
18        THE INTERPRETER:  Interpreter need to
19  verify one term.
20        I need to clarify the definition of that.
21  Just a second.  He was saying something, sound like --
22  I have no idea what that is.
23        THE WITNESS:  So in terms of the job that I
24  have been in charge is from the starting of the PL going
25  to the juvenile shrimp and then once the juvenile

1  shrimps is grown, then I will be in charge of selling
2  those to the distributors.
3        THE INTERPRETER:  And interpreter was
4  verifying all these terms, starting from the PL and I
5  believe and juvenile prawns, and the last stage that he
6  was saying is that when it becames the juvenile prawns,
7  and that's when we can sell it to the breeders -- and --
8  or those distributors and the distributors can start
9  growing those juvenile shrimps and then later to sell
10 them.
11       Q.  (BY MR. GARGANO)  Thank you.  And are you
12 familiar with a company called TB Food USA?
13       A.  Yes, I do; yes I am.
14       Q.  Okay.  And are you also familiar with a company
15 that was called Primo Broodstock Incorporated -- was or
16 is called Primo Broodstock Incorporated?
17       A.  Yes, I am familiar with that too.
18       Q.  Okay.  Can you explain to me what the
19 relationship is, if any, between Haimao and TB Food?
20       A.  TB Food basically is the subsidiary company of
21 Haimao, so that means Haimao is the mother company of TB
22 Food.
23       Q.  Okay.  And what does TB Food do for Haimao, if
24 anything?
25       A.  Basically that we are providing the breeders of

1    the shrimp to -- to Haimao --

2        Q.   Okay.  So what --

3        A.   -- or brood -- or brood.  B-R-O-D-D [sic] --

4        Q.   Okay.

5        A.   -- to Haimao.

6        Q.   Okay.  So TB Food provides broodstock shrimp to

7    Haimao, which Haimao grows out and sells as PLs; is that

8    accurate?

9        A.   Correct.  That is exactly correct.

10       Q.   And Primo Broodstock, what's your understanding

11   of Haimao's relationship with Primo Broodstock?

12           THE INTERPRETER:  Okay.  Interpreter needs

13   to verify that.

14           THE WITNESS:  Okay.  At the earlier stage

15   we are the exclusive distributor of that company.  Then

16   we bought the Primo Company -- or Primo Broodstock

17   Company.

18       Q.   (BY MR. GARGANO)  Okay.  What was Primo

19   Broodstock Incorporated providing Haimao under this

20   exclusive arrangement that you speak of?

21       A.   Broodstocks, basically.

22       Q.   Why did Haimao decide to get it's Broodstock

23   from Primo versus any other company?

24           MR. MORERA:  Objection, calls for

25   speculation and lack of foundation.

1    THE WITNESS:  So that is because that

2  during 2015 we tried to purchase some broodstock shrimp

3  from Primo, and based on our mutual needs and

4  understanding of the business that fits each other.  So

5  the Primo Broodstock shrimp that happened to be

6  performed excellently in our market.  Therefore, because

7  those result of the trial that we work with the Primo

8  Broodstock Incorporations of the shrimp broodstock, we

9  decide to collaborate with them, which will provide an

10  excellent performance in the China market at that time.

11    Q.   (BY MR. GARGANO)  When you mention exclusive

12  arrangement with Primo, did that mean that you could

13  only buy from Primo?  Did that exclusive arrangement

14  mean you can't buy from someone else?

15    MR. MORERA:  Before he answers, objection,

16  once again, lack of foundation and calls for a legal

17  conclusion.

18    THE WITNESS:  So both party has signed a

19  type of, like a representative or agency agreement for

20  purchase and selling the broodstock of the shrimps.  And

21  because the -- under the conditions and their excellent

22  quality of the broodstock shrimps that really takes a

23  good effect in the market and Primo, as well as the

24  Haimao see the great potentials in the market with the

25  great performance of the quality of the shrimp.

Yijun Zhang

October 21, 2021
Page 13

 1   Therefore, that the exclusive agreement was signed
 2   between us.
 3        Q.   Let me ask you this:  How did you -- how did
 4   Haimao find out about Primo and its shrimp?
 5        A.   They came to China to promote their product as
 6   early as 1995, and as far as I know, even before 1995
 7   they have come to China and found our company, Haimao.
 8   So they did some trial promotions of their product.
 9   Therefore, that we have known them and understand this
10   type of a company -- or this particular company long
11   ago.  And this is as early as they got in touch with us
12   during the 1995, and that's how we got to know them.
13        Q.   Okay.  Well, let me ask you this:  Primo was
14   not formed, I take it, until sometime in 2010, 2011.
15   Are you referring to a founder of Primo or the Primo
16   entity itself, given that it wasn't in existence until
17   2010, 2011?
18                  MR. MORERA:  Object to leading the witness.
19                  THE INTERPRETER:  Hold a second.  Okay.
20   Interpreter need to verify the timeframe again.
21                  (Speaking Mandarin to witness.)
22                  THE INTERPRETER:  Okay.  Hold a second,
23   okay.
24                  Guys, interpreter needs to strike the
25   previous interpretations regarding 1995.

1            So let me re-render that translation with

2   the correct timeframe.

3            (Speaking Mandarin to witness.)

4            THE WITNESS:  They came to China as early

5   as 2015; however, before 2015 that the Haimao has

6   already found us, and also did some trial promotion with

7   their shrimp or broodstock shrimps.  So we know this

8   company and understand their business as early as 2015.

9   And that is the earlier time that we got hold with each

10  other.

11       Q.  (BY MR. GARGANO)  Okay.  Well, that answers my

12  question then.  And so what -- what -- was there

13  anything special about Primo shrimp that made Haimao

14  want to do business with Primo?

15       A.  So I wanted to tell you some of the reality

16  that happened --

17            THE REPORTER:  Hold on one second please,

18  Madame Interpreter.  I'm sorry.  Can we go off the

19  record for one second.  My software just crashed.  I

20  apologize.

21            THE INTERPRETER:  It's all right.

22            MR. MORERA:  I have no objection to going

23  off the record.

24            (Break from 10:11 a.m. to 10:12 a.m.)

25            THE REPORTER:  All right.  Thank you.  My

1   software is back up.  We can go back on the record.  I

2   apologize.  Madame Interpreter, you were in the middle

3   of your answer.  I'm sorry.

4              THE INTERPRETER:  That's okay.  Let me go

5   ahead and start it again.

6              THE REPORTER:  Okay.

7              THE INTERPRETER:  Let me go ahead and start

8   it again.

9              THE REPORTER:  Okay.

10             THE WITNESS:  So I wanted to go ahead and

11  give you some actual situation or factual conditions in

12  China about the Primo Broodstocks, because in the

13  previous time and also all along that Primo Broodstock

14  had provided great result for the breeders in China.

15  And all these aqua breeders in China had rated the Primo

16  Broodstock shrimps very highly, and there is such a

17  phrase or the expression they said:  If you cannot breed

18  aqua --

19             THE INTERPRETER:  Strike that.

20             THE WITNESS:  If you cannot breed Primo

21  Broodstock shrimp into a successful regular shrimps,

22  then there's no way you that can stay in the business at

23  all.  So that tells you how great of the quality in the

24  original Broodstock that provided by Primo in China, and

25  how much that this type of broodstock shrimp was so

1    popular in China.

2        Q.   (BY MR. GARGANO)  Was there any characteristic

3    of the shrimp that made it so popular, so successful in

4    your mind?

5        A.   So to my perspective, the biggest advantage

6    about this Broodstock is because the disease-resistant

7    attributes, which is very strong and very good into the

8    breeder, and that is the major reason for them to accept

9    these type of Broodstock as the most popular one in

10   China.

11       Q.   Well, how did -- there were other suppliers of

12   Broodstock in China in 2015, right?

13       A.   Yes.

14       Q.   And can you just name a couple of the most --

15   the biggest ones at that time?

16       A.   Well, one is HS.  That is --

17            THE INTERPRETER:  I'm sorry.  Interrupter

18   need to verify.

19            THE WITNESS:  Okay.  And one is the US

20   company called SIS.

21            THE INTERPRETER:  Okay.  Interpreter needs

22   to stop him for a minute.

23            THE WITNESS:  And there's another

24   company called OI Research Institute and they have some

25   business to certain extent in the market.

1          And there's another company of Thailand --

2    it's called Zhengda, and they sells the Broodstocks as

3    well.

4          THE INTERPRETER:  Interpreter is going to

5    spell the last one from Thailand.

6          THE WITNESS:  And these are the three major

7    ones among some others, and of course that there are

8    some smaller ones that I don't need to name them for

9    right now.

10     Q.  (BY MR. GARGANO)  Okay.  And why is it -- why

11   is it that Primo, in other words, how did -- in Haimao's

12   mind -- how did the Primo Broodstock compare to all

13   these other companies?

14     A.  So why that Haimao picked Primo is because the

15   other company, in terms of their skill and also the

16   maturity characteristics of the other companies are not,

17   you know, even less than Primo.  However, the breeder of

18   these companies has encountered some bottlenecks because

19   the breeders in the China that when they brought the

20   other Broodstocks, in terms of the disease resistance or

21   bacteria resistance of these Broodstock they bought that

22   they did not have no way to compare with the Primo

23   Broodstocks.  Of course, in the growth speed of other

24   shrimp Broodstocks they might be better, but in

25   comparing with the disease-resistance characteristic.

1   And they are very low and there's no way that they can

2   compare with the broodstocks that the Primo provided.

3   Therefore, when Primo came to China to sell their

4   Broodstock that become -- that became a big hit in the

5   market.

6       Q.   And how would you describe the reputation of

7   Primo shrimp in the Chinese market between 2015 and

8   2016?

9       A.   So after they fully promoted this Broodstock by

10  Primo in China the reputation has now skyrocket, and all

11  the breeders that in China had got to know this company

12  and know their Broodstock as well.  So Primo is the

13  company that most breeder in China sought after, and the

14  good reputation was built up during that period of time.

15  And if they can't find the Broodstock that is provided

16  by Primo, the breeder basically will lose the confidence

17  of breeding the broodstocks, which purchase from other

18  companies.

19              MR. MORERA:  Objection, speculation.

20              THE WITNESS:  So it is not my speculations.

21  This is the fact that has been happening in China.  And

22  it is until now that what I experienced from the market.

23  If you don't believe it, and I will invite you to do

24  some investigations all the breeders in China.  And all

25  these companies, they were willing to prepare their

Yijun Zhang

October 21, 2021
Page 19

1   payments in order for them to purchase the Broodstock

2   from this company.

3       Q.   (BY MR. GARGANO)   Well, let me ask you, was

4   that --

5       A.   I would like to give you a few more example, if

6   needed, if you like me to hear more.

7       Q.   Well, let me ask you this and then we can come

8   back to that.   Was the fact that Haimao was using Primo

9   breeders -- did that result in increased demand for

10  Haimao PLs?

11      A.   So there is several characteristics.

12           Number one is the Primo's Broodstock that

13  can maintain the original attributes and also the

14  quality of its sales, and then we have a better quality

15  of the shrimps when we purchase those kind of

16  broodstocks.

17           And number 2, it is something that I wish

18  could do better although that Primo Broodstock could

19  have much better disease resistance qualifications and

20  also characteristic.   However, the growth speed of this

21  type of broodstock is rather slower than the others.

22  And I'm hoping that we could have a faster growing

23  speed.   However, that is something that we have not been

24  able to achieve.

25           MR. MORERA:   And I didn't want to interrupt

Yijun Zhang

1   during the translation.  As to the question asked, I

2   object for lack of foundation, as well as for calling

3   for speculation.

4           The INTERPRETER:  I'm sorry.

5       Q.  (BY MR. GARGANO)  Well, let me ask you this, if

6   the shrimp that you're growing up don't survive are they

7   of any value?

8       A.  There will no longer be any value whatsoever.

9       Q.  So the fact that you had shrimp that had a

10  higher survival rate -- did that result in more sales

11  for Haimao?

12      A.  That is exactly correct.

13          MR. MORERA:  Objection, lack of foundation.

14      Q.  (BY MR. GARGANO)  And what is the basis for

15  saying this as the sales manager of Haimao?

16      A.  So as taking the positions of the sales manager

17  I am rather familiar with the market and know exactly

18  what's going on in the market very well.  And we know

19  all the breeders and also the distributors that I've

20  been working with.  And we understand and know well

21  about what they would take to have and their demand.

22          As the sales manager, if I can satisfy

23  their requests and also demand, then that means I would

24  not be qualified to hold this positions and that will be

25  facing the potentials of having been terminated by the

Kim Tindall and Associates, LLC 16414 San Pedro, Suite 900    San Antonio, Texas 78232
210-697-3400                                                  210-697-3408

1   leaders of our company.  So what I was saying is, yes, I

2   am familiar with exactly what the breeder wants.

3       Q.  All right.  And are you familiar with a

4   company -- and I'm going to use its abbreviation API,

5   which is American Peanut Incorporated?

6       A.  Yes, I do.

7       Q.  Okay.  And what is your understanding -- well,

8   let me -- strike that.

9               Let me ask you this:  Do you know if API is

10  a competitor of TB Food?

11      A.  Yes.

12      Q.  And as of 2015 was API selling broodstock in

13  China?

14      A.  No.

15      Q.  When was the first -- what is your

16  understanding of when API entered the broodstock market

17  in China?

18      A.  Not until 2017.

19      Q.  And --

20      A.  Well, let me add -- so let me just add a little

21  bit.  By the second half of 2016 is when API came to

22  China to promote their business, and the real sales was

23  not happening until 2017.

24      Q.  Okay.  And we'll get more into that later on.

25      A.  All right.

1    Q.   Are you familiar with a company called American

2  Mariculture Incorporated, also known as AMI?

3    A.   Yes, I do have understand and knowledge about

4  this company to certain extent.

5    Q.   Okay.   Do you know if AMI has any relationship

6  with API?

7    A.   As far as the internal relations between these

8  two companies, I have no knowledge about that.   However,

9  I do know that this company was started as a breeder and

10  then went into the phase of become a broodstock shrimp

11  seller.

12    Q.   Okay.   What -- I guess, what's the difference

13  in your mind between a breeder and a broodstock seller

14  then?

15    A.   Okay.   So in terms of the general breeders and

16  in terms of the maturity of the type of technology they

17  use to breed shrimps are no way to compare with the high

18  technology and as well as the knowledge that have been

19  used for the company that who sells the broodstock

20  shrimp because they have to have a certain cultivations

21  and grow technology in order for the broodstock shrimps

22  can be grow.

23    Q.   Okay.   Are you using the term breeder -- or are

24  you saying -- when you use there term breeder is that

25  the same thing as a shrimp farm er selling peels?

1       A.  So I think that what I meant by the breeder was

2   the shrimp farmers, and they basically buy the type of

3   shrimp and we have a code called P10.  And this is the

4   juvenile prawns or shrimps that they grow and has no

5   relations of the breed the original broodstock of the

6   shrimp whatsoever.  They have no level or quality or the

7   capacity of being able to breed the broodstock.

8       Q.  So was it your understanding that AMI sold PLs

9   like Haimao did?

10                  THE INTERPRETER:  Strike that.

11                  Let me go ahead and ask you to repeat your

12   question, Mr. Brian.

13       Q.  (BY MR. GARGANO)  Okay.  Was it your

14   understanding that AMI sold PLs like Haimao did?

15       A.  So basically when they came to China they tried

16   to promote their product by using the name of API.

17       Q.  Okay.  I understand.  Are you familiar with a

18   person named Robin Pearl?

19       A.  Yes, I do know this person.

20       Q.  And what, to your knowledge -- does Mr. Pearl

21   have any relationship or association with API?

22       A.  You're referring to Mr. Pearl as Robin Pearl,

23   right?

24       Q.  Yes, well --

25       A.  So Mr. Robin Pearl that when he came to China

1    he was holding the positions or being known as the

2    responsible person or person in charge of API Company.

3         Q.   Okay.  And are you familiar with a company

4    called Primo China Broodstock Company LTD?

5         A.   I cannot hear these words very well.

6              THE INTERPRETER:  So interpreter is going

7    to repeat that company's name.

8              THE WITNESS:  I heard of this company, but

9    I don't have any knowledge about this company much.

10        Q.   (BY MR. GARGANO)  Okay.  Do you know whether or

11   not that company has any relationship or association

12   with API?

13             MR. MORERA:  Objection, calls for

14   speculation and lacks foundation.

15             THE WITNESS:  So in terms of the personal

16   knowledge that I have is when this company became the

17   agency or sales representative for Mr. Taun's company to

18   sell broodstock.

19        Q.   (BY MR. GARGANO)  Okay.  So that -- let me ask

20   you the next question then, which is, to your knowledge

21   who is Charles Taun?

22        A.   This person is basically the representative of

23   this distributor in China and he has a Chinese name of

24   Tuan ChiAn.

25             THE INTERPRETER:  Interpreter is going to

```
 1   spell that, but the spelling might not be correct.  It

 2   sounds like this guy is from Taiwan.  The spelling

 3   sounds like Taiwanese spelling.

 4              THE WITNESS:  And the one that you given to

 5   us Charles is his English name ChiAn.

 6       Q.  (BY MR. GARGANO)  Okay.  And I'm going to refer

 7   to him by his English name.  Do you know if Charles Tuan

 8   has any relationship with API?

 9       A.  He is basically the agency representative for

10   API in China.

11       Q.  And are you familiar with a person by the name

12   of Franklin Huang, spelled H-U-A-N-G?

13       A.  H-U-A-N-G, Huang, right?

14       Q.  Yes.

15       A.  Yes, I do know him.

16       Q.  And to your knowledge or understanding, do you

17   know if Mr. Huang -- I'm going to pronounce it, has any

18   relationship with API?

19       A.  Mr. Huang is the partners that -- who work with

20   API.

21              MR. GARGANO:  Okay.  And is it okay if we

22   take, like, a quick 10-minute break, guys?

23              MR. MORERA:  Yeah, no objection.  I need to

24   use the restroom anyways.

25              MR. GARGANO:  All right.  So we'll come
```

1    back in 10 minutes.

2              THE REPORTER:  All right.  The time is

3    10:42 a.m.  We are off the record.

4              (Break from 10:42 a.m. to 10:56 a.m.)

5              THE REPORTER:  The time is 10:56 a.m.  We

6    are back on the record.

7         Q.  (BY MR. GARGANO)  Thank you, sir.  Earlier you

8    had mentioned that Robin Pearl came to China sometime in

9    2016 to speak at a presentation.  Do you have any --

10   what is the basis of your knowledge for that?

11        A.  So that is because that during the 2016 he had

12   a came to -- come to China to promote by using a lot of

13   presentations and brochures and also the reps of the

14   company in China had done some promotions to their

15   product, as well.  And in China most of the shrimp

16   farmers or the shrimp farm's owners they pretty much

17   know each other, and I got to know by hearing all these

18   informations in the industry.

19        Q.  Okay.  What kind of information did you hear

20   from the industry?

21        A.  What I heard about is that Haimao has no longer

22   been able to get the Primo's Broodstock and right now

23   only API is able to provides the shrimp farmers the

24   broodstock of such.  And because most of the shrimp

25   farmers are paying a lot of attentions to Primo's

1  products; therefore, if there is anything to do in the

2  market or in the industry about Primo and they will pass

3  around the message and that proves that Primo's products

4  is very desirable in the market during that period of

5  time.

6              MR. MORERA:  Objection, hearsay.

7      Q.  (BY MR. GARGANO)  Let me ask you this way, did

8  you ever have an occasion to hear Robin Pearl speak

9  about broodstock shrimp in China in 2016?

10             THE INTERPRETER:  Counsel, did you say 2016

11  or 2015?  You got disconnected.  Fifteen -- one, five?

12             MR. GARGANO:  No, one, six.

13             THE INTERPRETER:  One, six.  Okay.

14             THE WITNESS:   Yes, at one occasions that I

15  was able to listen to his presentation in person.

16      Q.  (BY MR. GARGANO)  And do you know when that was

17  around?

18      A.  It was on the second half of the 2016.

19      Q.  Okay.  And do you know whether or not that

20  presentation was held on or around November 3rd, 2016?

21             MR. MORERA:  Objection, leading.

22             THE WITNESS:  That was somewhere, as far as

23  I remember, in that neighborhood; however it's been a

24  long time but I know it was towards the end of the year

25  of that year.

1      Q.   (BY MR. GARGANO)   Okay.  Do you know where the

2   venue was?  Where did this presentation occur sometime

3   in late 2016?

4      A.   And that venue was located in China, Hebei

5   Province, and the name of the city is called Huangye and

6   that is close to the South Hua River Supplier Center

7   Hotel.

8            THE INTERPRETER:  And hold a second.

9   Interpreter is going to type up all this informations

10  for the Court Reporter.  One moment.

11            Okay.  Go ahead Mr. Gargano.

12     Q.   (BY MR. GARGANO)   Okay.  I'm going to show you

13  what is going to be marked as Exhibit No. 1, and I'm

14  going to represent to you that this is an affidavit that

15  was submitted to the court by you in both an English

16  translation and originally written Chinese.  Do you

17  recognize this document that I'm showing to you?

18     A.   Yes.

19     Q.   Okay.  And did you write or prepare this

20  document that I'm showing to you that's written in

21  Chinese?

22     A.   Correct, I did.

23     Q.   Okay.  And I don't read Chinese.  I know we

24  have the English translation, but I want to go over

25  this.  Can you read what you wrote in Chinese starting

1   from where the top I have right here.  And as you do, go

2   through each line and allow the translator to translate

3   for us.

4        A.  All right.

5        Q.  Okay.  Please start from the top and then go

6   down.

7        A.  All right.  I will do that.  Affidavit of Yijun

8   Zhang.  And I myself named Yijun Zhang under the oath

9   deposes and state the following:  Number one:  I am over

10  18 with a sound mind and I am confident to testify to

11  the facts contend herein.  I am fluent in Mandarin but

12  not English and therefore I need to have someone

13  translate for me for the matter.  And I am currently a

14  manager of the company called Zhanjiang Haimao

15  Agriculture Bioscience Technology Company Limited.  This

16  is a company registered in the Peoples Republic of

17  China.

18       Q.  Okay.  So I'm going to stop you in between

19  these.  Is that still true and accurate today?

20       A.  That is still correct.

21       Q.  Okay.  Now going --

22            MR. MORERA:  If I may, if I can jump in for

23  a second to log -- we only object to this Exhibit just

24  to the extent that it shows the jury the names of

25  parties that are no longer parties.  On that basis we

```
 1    object to that, other than that it's fine.
 2              MR. GARGANO:  I'm just going to counter to
 3    that and say that there are 8 admitted agents by Mr.
 4    Pearl and those agents, themselves, depositions.  So I
 5    don't see a basis for it but you can make your objection
 6    for the record.
 7              Please continue.
 8              THE WITNESS:  So in section 3, Haimao is
 9    the exclusive distributor for Primo Broodstock in China
10    Incorporations.  And Primo Broodstock is the plaintiff
11    of this lawsuit in United States.  And my job or
12    responsibility is to managing the commercial sales of
13    this broodstock company in China.
14        Q.  (BY MR. GARGANO)  Okay.  And was that truthful
15    and accurate at the time you wrote that?
16        A.  It was accurate and true at the time I drafted
17    this affidavit, yes.
18        Q.  Okay.  And I understand that TB Food's and
19    Haimao's subsidiary acquired Primo.  So because of that,
20    today that is -- that what you're saying.  Well, --
21    strike that.
22              THE INTERPRETER:  Okay.
23        Q.  (BY MR. GARGANO)  So is that still accurate and
24    true today, notwithstanding the fact that TB Food
25    acquired Primo?
```

1    A.   Correct.   At the time I drafted this that was

2  the truth, and however later Primo had been acquired by

3  Haimao -- TB Food -- I'm sorry, yes.

4    Q.   And please go to number 4, sir.

5    A.   So I submit this sworn affidavit for the

6  purpose of supporting the plaintiff's renewed motion for

7  temporary retraining order, or in the alternative, for

8  the entry of preliminary injunction.

9    Q.   Okay.   And was that is that still true and

10  accurate?

11    A.   Yes, I -- it maintains the same, yes.

12    Q.   Okay.   And let's go to the next one.

13    A.   So in around late October or to early November,

14  2016 I was informed by one of my customers that there

15  will be a sales presentations for Chinese shrimp

16  breeders and farmers that will be held around November

17  the 4th 2016 for the purpose of promoting Primo shrimp

18  product and the presentation was held in a restaurant or

19  hotel in Paihe County, Huangye City, Hebei Province of

20  China.

21    Q.   And is that -- and is -- oh, are you not done

22  reading?   I'm sorry.

23         THE INTERPRETER:   He's done reading of

24  section 5 so far.   Do you have a question?

25    Q.   (BY MR. GARGANO)   Is that still true and

1    accurate today?

2         A.   Yes, it is still true and accurate.

3         Q.   And please go to number 6.

4         A.   I personally attended this sales presentation

5    or meeting in that restaurant and the presentation was

6    attended by approximately 55 to 60 people.  And a

7    bilingual English, as well as the Chinese brochure or

8    presentation was handed out at the meeting and I kept or

9    retained one of those brochures and I took a picture of

10   each one these pages with my camera phone.

11                  THE INTERPRETER:  I'm sorry.

12                  THE WITNESS:  See Exhibit A.  And in

13   addition, number 7, I used my cameras on the phone to

14   took the video presentations of:  1.  API companies with

15   respect to Mr. Robin Pearl's speech and that is

16   including the video records that I have; and also:  2.

17   The presentation that have been video by me of

18   Mr. Fusheng Huang --

19        Q.   Hold on, hold on.  Before you continue, are

20   those things you just stated from your affidavit, are

21   they still true and accurate today?

22        A.   Yes, these are still stands true.

23        Q.   Okay.  And please continue.

24        A.   So the video recording that was saved under the

25   file name of mine VID20161103_112156_1; and with

1    additional video file name VID20161103_112156_3; and the

2    name of the video file of Mr. Huang's video has been

3    named VID20161103_110232_1; and VID20161103_110232_2;

4    and another one of VID20161103_114014_1.

5        Q.   Okay.  And I'm going to ask you is what you

6    said in your affidavit still true and accurate today?

7        A.   Yes.

8        Q.   So let me ask you why did you feel the need to

9    record the presentations and speeches?

10       A.   So as the sales director or manager of the

11   company, Haimao I felt that I'm obligated and also

12   responsible to collect the marketing information,

13   whether the information is good or bad, positive or

14   negative.  That I am in charge of this divisions and I

15   have to collect the informations that is contributes to

16   the company's sales.

17       Q.   Okay.  And when Mr. Pearl spoke, did he speak

18   in English or Mandarin?

19       A.   It was done in English.

20       Q.   Okay.  And so was there any translation at the

21   presentation of Mr. Pearl's statements from English into

22   Mandarin Chinese?

23       A.   Yes.

24       Q.   Do you know who provided the translation for

25   Mr. Pearl at the meeting?

Yijun Zhang

October 21, 2021
Page 34

1   A.   It was done by Mr. Charles Huang.

2   Q.   And can you continue on line [sic] 8.

3   A.   I have submitted a copy of the Pearl recording

4   and without any alterations to plaintiff's counsel for

5   the records of this transcripts as well.  And I have

6   also submitted a copy of Mr. Huang's recording without

7   any alterations to Ms. Helen Guan, and which is the

8   in-house counsel at the Ningbo Tech Bank Company Limited

9   for transcription.

10          And I declare under the penalty of the

11   perjuries of the law of the United States to whose

12   jurisdictions that I submitted that the foregoing is

13   true and correct on the day of January 22nd, 2017.  And

14   Yijun Zhang, my signature.

15   Q.   Okay.  And are the statements that you made

16   still true and accurate today?

17   A.   Yes.

18   Q.   Okay.  And I'm just going to keep going here.

19   It -- I'm going to represent to you that this states

20   Exhibit A.

21          (Speaking Mandarin to witness.)

22          THE INTERPRETER:  Go ahead, sir.

23   Q.   (BY MR. GARGANO)  Do you agree with that?

24   A.   Yes, I agree.

25   Q.   Okay.  And this is the contents of Exhibit A,

1    attached to your affidavit?

2        A.   Yes.

3        Q.   Okay.  Now, before I get into the transcript

4    what is your recollection of the things that Mr. Pearl

5    stated at the presentation in regards to Primo shrimp

6    and API shrimp?

7                MR. MORERA:  Objection, calls for hearsay.

8                THE WITNESS:  So according to his saying or

9    in his presentations then he stated that the real source

10   of the broodstock of the shrimp of API is the real

11   source of this coming from and Primo does not have the

12   source of the broodstock of the shrimp at all.

13       Q.   (BY MR. GARGANO)  Was that true or false?

14       A.   That was false.

15       Q.   Okay.  Continue.  What else do you recall?

16                MR. MORERA:  Objection, to the extent that

17   the video is the best evidence of what was said during

18   the presentation.

19                THE WITNESS:  So what he was stated and

20   promoting his product in China, which effects

21   tremendously of the sales trend or the outcomes of our

22   company.

23       Q.   (BY MR. GARGANO)  Well, let me ask you this:

24   What was your impression of what Mr. Pearl said at that

25   presentation?

```
 1        A.  I felt that reality comparing with what he
 2   stated were not consistent and the information that he
 3   provided, based on the fact what I know, was inaccurate.
 4   Because of that sense, that kind of misled the farmers
 5   in the industry about what's going on.
 6        Q.  And what kind of things did he say that gave
 7   that impression?
 8                MR. MORERA:  Same objection.
 9                THE WITNESS:  So he stated that Primo does
10   no longer have any broodstocks and especially for the
11   next year there will not be any supplies of broodstocks
12   in the China market.  However, in the reality we do
13   have -- we did receive the broodstocks for the shrimp
14   for the following year and not only that, the result of
15   the growing status of those broodstocks were excellent.
16   So what he was saying was totally inaccurate and not
17   correct.
18                MR. MORERA:  Objection, hearsay, lack of
19   foundation and speculation.
20                THE WITNESS:  Well, I don't know that I
21   don't have to respond to opposing counsel's comments,
22   but I want to add something that in fact, during the
23   year of 2018, during the entire market of China, we got
24   really great result of the Broodstocks that we grow.
25   And is that the fact and that is the truth and there was
```

```
 1   no objections that could be receiving from other parties
 2   at all.
 3              MR. MORERA:  Well, to be clear, I'm not an
 4   opposing counsel because you don't really represent a
 5   party in this litigation.
 6              MR. GARGANO:  All right.  Objection to the
 7   speaking correction there.
 8              You can ask that on the cross.
 9       Q.  (BY MR. GARGANO)  But I'm going now to show you
10   what's going to be termed as Exhibit No. 2.  And if you
11   can -- if you want you to take, like, a minute to look
12   through this as I scroll.  Okay?  Just kind of
13   familiarize yourself with this document.
14              (Exhibit No. 2 marked.)
15              THE WITNESS:  All right.
16       Q.  (BY MR. GARGANO)  How about this, let me know
17   when you need me to scroll down when you finish reading.
18   How about that?
19       A.  You can go ahead and scroll down a little.
20              MR. MORERA:  While he's reading, Brian, I'm
21   going to be making a blanket objection to the use of the
22   Chinese transcription of the video as hearsay unverified
23   and you know, potentially unreliable.  And mainly the
24   video itself is the best evidence of what was said in
25   Chinese.
```

Yijun Zhang

October 21, 2021
Page 38

```
 1              MR. GARGANO:  I'm going to respond briefly

 2    to that and say that you haven't heard my question yet

 3    about it.  But the point is, is that the portions of the

 4    video which have been already been authenticated and

 5    submitted to the Court, you know, the portions that

 6    there's Chinese speaking in it have to be -- there's a

 7    transcript that's generated in Chinese and then it's

 8    translated into English and that's what I'm getting into

 9    here.  So your objection is way premature at this point,

10    but let's continue.

11         Q.   (BY MR. GARGANO)  Do I need to scroll down?

12         A.   Go ahead, please.

13              Go ahead, scroll down.

14              Scroll down, please.

15              Go ahead, please.

16              Scroll down, please.

17         Q.   Keep going -- okay.  So now that you've

18    familiarized yourself and reviewed this, to the best of

19    your knowledge, is what is stated here in Mandarin

20    Chinese a complete and accurate transcription or

21    recording in writing of the presentation that you

22    recorded that day?

23              MR. MORERA:  Objection to hearsay.

24              THE WITNESS:  Yes.

25         Q.   (BY MR. GARGANO)  Okay.  And as you mentioned
```

1  Charles Tuan translated Pearl's statements in English

2  into Mandarin Chinese.  Do you recall Taun saying, "The

3  real cannot be fake, and the fake cannot be real.  If

4  it's the real Primo, why need change the name?"

5          MR. MORERA:  Objection, leading.

6          THE WITNESS:  Yes.

7      Q.  (BY MR. GARGANO)  Okay.  In your view, whose

8  shrimp was Mr. Tuan referring to with his statement?

9      A.  He was referring to the Primo's Broodstock

10  because Haimao is the distributors or the representative

11  in China of the Primo broodstock.

12          MR. MORERA:  Objection, speculation.

13      Q.  (BY MR. GARGANO)  And the statement that

14  Mr. Taun said, is it fair to say that that was the

15  translation of what Mr. Pearl said in English?

16          MR. MORERA:  Objection, hearsay and lack of

17  foundation.

18          THE WITNESS:  Yes.

19      Q.  (BY MR. GARGANO) So in other words, was

20  Mr. Pearl standing next to Mr. Taun?  Mr. Pearl was

21  speaking in English and then Mr. Taun was just

22  translating?

23      A.  Correct.

24      Q.  Okay.  And was the statement that Mr. Taun

25  translated from Mr. Pearl's English, "The real cannot be

1    fake, and the fake cannot be real.  If it's the real

2    Primo, why need change the name."  Was that a true

3    statement or a false statement?

4              MR. MORERA:  Objection, lack of foundation.

5              THE WITNESS:  So at the time the reason

6    what happened of the name change in China about the

7    Primo was because during 2016 or somewhere around the

8    end of 2015 the name Primo that was translated into the

9    similar Chinese pronunciation of Pu Le Mo, and that name

10   had been registered maliciously by the illegal entity

11   for using that name.  And because of that the name sound

12   like Primo in Chinese.  In China Pu Le Mo [sic] cannot

13   be used anymore and for us to get the protections by the

14   law that we have to change the name because the word

15   Primo had been used and had been posted with the signs

16   everywhere of the breeders or the shrimp farmers in the

17   entire China.  Therefore, that we had to change the

18   name.

19             MR. MORERA:  Objection, heresay lack of

20   foundation and legal conclusion.

21       Q.  (BY MR. GARGANO)  Okay.  Again, so the

22   statement that Mr. Pearl made in English that was

23   translated by Taun, saying the real cannot be fake and

24   the real cannot be fake.  It if is the real Primo, why

25   need change the name.  What is the reason that you're

1   saying that is not a true statement?

2              MR. MORERA:  I'm sorry.  Brian, did you say

3   that Robin said that or Taun said that?

4              MR. GARGANO:  No, I said that Robin said

5   something in English, which Taun translated as.

6              MR. MORERA:  Okay.  Objection,

7   mischaracterizing the evidence.

8              THE WITNESS:  Well, the reason I think that

9   this statement has some issues is because that they

10  maliciously registered the name in Chinese which sound

11  like Primo -- Pu Re Mo [sic] -- in China and that is

12  such a malicious actions that they're not supposed to

13  do.  And they claim themself is the real Primo.  In this

14  case it has now been examined and decided by the Supreme

15  Court in China.

16             MR. MORERA:  Objection, legal conclusion

17  and lack of foundation.

18      Q.  (BY MR. GARGANO)  Let me ask you better.  So

19  was it your -- was it -- did Mr. Taun and Mr. Pearl give

20  the people in the audience at that presentation the

21  impression that Taun was an agent or associated with

22  Mr. Pearl and API?

23             MR. MORERA:  Objection, heresay and

24  speculation.

25             MR. GARGANO:  Let me withdraw it.

1          THE INTERPRETER:  Go ahead.

2     Q.  (BY MR. GARGANO)  What impression did you get

3  at the presentation of the -- of the relationship or

4  association between Charles Taun and Robin Pearl and

5  API?

6     A.  So according to the presentations in my

7  recollections and impressions, I believe that Mr. Robin

8  Pearl is the person managing the company API and

9  Mr. Charles Taun is the agency or the representative for

10  Mr. Pearl and API in China.

11          MR. MORERA:  Speculation.

12     Q.  (BY MR. GARGANO)  What gave you that

13  impression?  Why do you say that?

14     A.  That was because the information was passed

15  around by its distributors and also the company by the

16  name of hung tie and the shrimp farmers.

17     Q.  Okay and?

18          MR. MORERA:  Sorry, objection, heresay to

19  that last response.

20     Q.  (BY MR. GARGANO)  Was your impression -- what

21  was your impression as to whether or not Mr. Taun was

22  speaking to the audience on API and Robin Pearl's

23  behalf; is that correct?

24     A.  That is correct.  He was merely doing a

25  commercial promotions for them.  And also that he's

1  tried to promote to the public that they are the

2  original producer of broodstock.

3               MR. MORERA:  Objection.

4               MR. GARGANO:  This is his impression, so I

5  don't know where you're going with that, but okay.

6       Q.  (BY MR. GARGANO)  And so okay.  What else

7  did -- did Mr. Taun also say something to the effect of

8  and all breeder sources are written in black and white

9  on the paper and established for you.  These are the

10 real Primo?

11      A.  So that's the way he state it and basically he

12 is doing this on the purpose of trying to mix and twist

13 the factors between the breeders and also broodstock

14 breeders with respect to the source of the broodstock

15 shrimps could come from.  And that's the way he stated

16 them.

17              MR. MORERA:  Objection, lack of foundation

18 and speculation.

19      Q.  (BY MR. GARGANO)  And what was your impression

20 of what Mr. Taun stated that when he said all breeder

21 sources are written in black and white on the paper and

22 established for you that these are the real Primo?

23      A.  So I thought he was basically trying to mess up

24 with the real fact and telling the public about where

25 the real source was coming from.  And this type of

1  walking on the edge of the road is trying to do

2  something to defame that the original source of the

3  Primo and then use the API to replace that.

4          MR. MORERA:  Lack of foundation, objection.

5          MR. GARGANO:  That's his impression I mean.

6      Q.  (BY MR. GARGANO)  Okay.  Did anybody -- did

7  anybody -- did Robin Pearl or Mr. Taun ever try to

8  correct these statements that were made by Taun and that

9  we just talked about at the presentation?

10          MR. MORERA:  Objection, calls for

11  speculation and calls for him to establish a negative.

12          THE WITNESS:  Answer, no.  There was no

13  corrections afterward.

14      Q.  (BY MR. GARGANO)  And to your knowledge did Mr.

15  Pearl, Mr. Taun, or API ever correct these statements

16  that Mr. Taun made in public?

17          MR. MORERA:  Same objection.

18          THE WITNESS:  No.

19      Q.  (BY MR. GARGANO)  Again, all these questions

20  are asking to your knowledge.

21      A.  Correct.

22      Q.  And there was a guy by the name of Mr. Huang

23  that you mentioned earlier.  Did Mr. Pearl ever

24  communicate anything in your view that demonstrated that

25  Mr. Huang was also an agent of API and speaking on API's

Yijun Zhang

October 21, 2021
Page 45

1    behalf?

2       A.   Well, it is very hard for me to render the

3    judgement that whether he serves as the agency of API or

4    not.   However, from what we saw that Mr. Huang is or was

5    working at the time with Mr. Pearl and they work in

6    concert for promoting the broodstocks of API.   However,

7    that I don't have any direct judgements that whether he

8    was at the time or not, but it looks like they were

9    working together.

10                MR. MORERA:   Objection, speculation.

11      Q.   (BY MR. GARGANO)   And did you hear Mr. Pearl

12   state something in English and then Mr. Taun translating

13   what Mr. Pearl stated in English, saying that this

14   company and Primo Broodstock came to an agreement where

15   any animal left on Pearl's farm after April 30th became

16   the property of his company and they would be able to do

17   what they wanted with them?

18      A.   Yes.

19      Q.   And in your view did you believe Mr. Pearl's

20   representation to be true or false --

21                MR. MORERA:   Objection, lack of foundation.

22      Q.   (BY MR. GARGANO)   -- with the animals -- the

23   Primo animals on his farm after April 30?

24                MR. MORERA:   I'm sorry, Bryan, I think I

25   may have missed a part of the question because it cut in

```
 1   and out a bit.

 2              MR. GARGANO:  Madame stenographer, could

 3   you read it back?

 4              (Requested portion was read.)

 5              MR. MORERA:  Thank you Madame court

 6   reporter.  Same objection.

 7              MR. GARGANO:  Okay.  Next time don't object

 8   while I'm in the middle.

 9              MR. MORERA:  I'm sorry, I thought you were

10   done.

11        Q.   (BY MR. GARGANO)  I'll ask it again.  In your

12   view or opinion was Mr. Pearl's statement that the

13   animals that were left on Pearl's farm after April 30th,

14   which were the Primo animals, that he could do whatever

15   he wanted with them?

16              MR. GARGANO:  You know what?  I'm going to

17   withdraw that that goes to a sentinel view of the jury,

18   so I'm just going to withdraw it.  So I'll save you the

19   objection.

20              MR. MORERA:  Yeah.

21        Q.   (BY MR. GARGANO)  Did you hear Mr. Pearl say

22   something in English that Mr. Taun translated, to the

23   effect that 4,000 families moved to China were all one

24   family of Primo?

25              MR. MORERA:  Objection, form.
```

Yijun Zhang

October 21, 2021
Page 47

1              THE WITNESS:  Yes.

2        Q.   (BY MR. GARGANO)  And in your opinion was that

3   statement true or false?

4              MR. MORERA:  Objection, lack of foundation.

5              THE WITNESS:  So for that statement it is

6   very hard for me to render my judgement whether that

7   statement is true or false, but when you want to move

8   4,000 families to China at once that is difficult to do

9   so.

10             MR. MORERA:  Objection, asks for an expert

11  opinion from a lay witness.

12       Q.   (BY MR. GARGANO)  Did you hear Mr. Pearl say

13  something in English that Mr. Taun translated saying

14  something to the effect that Primo had genetics at their

15  farm?

16             MR. MORERA:  Objection, heresay.

17             THE WITNESS:  Yes.

18       Q.   (BY MR. GARGANO)  And I'm going to show you

19  what's Exhibit 3, and you see how what I'm going to tell

20  you is, do you recognize this as something in English --

21  written in English and not Chinese?

22             MR. MORERA:  Objection, lack of foundation.

23       Q.   (BY MR. GARGANO)  Let me ask you this way:

24  What language is this document in?

25       A.   That is in English.

 1      Q.  Okay.  And is this transcription the same
 2  transcription you said was performed in your affidavit
 3  by Primo's attorneys or Helen Guan?
 4              MR. MORERA:  Objection, lack of foundation
 5  and speculation.
 6              THE WITNESS:  Yes.
 7      Q.  (BY MR. GARGANO)  Okay.  So in other words, you
 8  told us in your affidavit there was a transcription of
 9  the video and the stuff that was said in writing -- I'm
10  sorry -- strike that.
11              In your affidavit you said the video was
12  transcribed in writing and was transcribed in English.
13  Do you recognize this as being the English transcription
14  of your video?
15              MR. MORERA:  Objection, mischaracterizes
16  the evidence.
17              THE WITNESS:  So I have to say that because
18  my English proficiency is not good enough, but however,
19  I do believe that these transcripts in the Chinese can
20  be translated by the professional translator, so I don't
21  see any problem with that, yes.
22      Q.  (BY MR. GARGANO)  Okay.  And I'm going to show
23  you what's been marked as Exhibit 4, which is the Huang
24  recordings, and I want you to take a look at this
25  document, which is in Chinese.  And I want you to

1   familiarize yourself with this because I have some

2   questions to ask you.

3                (Exhibit No. 4 marked.)

4                MR. MORERA:  Brian, before we get into the

5   Huang transcript, do you mind if we take a 5- to

6   10-minute break?

7                MR. GARGANO:  Yeah, sure.

8                THE REPORTER:  All right.  We're off the

9   record.  The time is 12:11 p.m.

10               (Break from 12:11 p.m. to 12:23 p.m.)

11               THE REPORTER:  The time is 12:23 p.m. and

12   we are back on the record.

13      Q.  (BY MR. GARGANO) All right.  Thank you for your

14   time, sir.  I asked you to kind of take a quick review

15   again, and familiarize yourself with what has been

16   marked as Exhibit 4, and to the best of your knowledge,

17   based on your review of this, is this a complete and

18   accurate transcript of the presentation of Mr. Huang

19   speaking that you recorded?

20      A.  Correct.

21               MR. MORERA:  I would just like to restate

22   our blanket objection to the use of the Chinese

23   transcriptions as heresay, unverified and unreliable and

24   that the videos, themselves are the best evidence of

25   what was said in Chinese.

Yijun Zhang

October 21, 2021
Page 50

1      Q.   (BY MR. GARGANO)   And I believe you stated in

2  your affidavit that Ms. Helen Guan was the one who

3  translated and transcribed the -- this video into

4  English; is that correct?

5      A.   That's correct.

6              MR. MORERA:   Objection, mischaracterizes

7  the evidence.

8      Q.   (BY MR. GARGANO)   To make it clear -- crystal

9  clear, again, can you please read number 8 from Exhibit

10 1 into the record again?

11     A.   All right.   So I have submitted a copy of the

12 Pearl recording to be given without alteration to the

13 plaintiff's counsel records for transcription.   And I

14 have also submitted a copy of Mr. Huang's recording to

15 be given without alterations to Ms. Helen Guan, who is

16 the in-house legal counsel at the Ningo Tech Bank

17 Company Limited for the transcription.   And furthermore

18 that I declare under the penalty of the perjury of the

19 laws of the United States to whose jurisdictions I

20 submit that the foregoing is true and correct on this

21 day of January 22nd, 2017 and name Yijun Zhang, myself.

22     Q.   And getting back to Exhibit 4 -- and I'm

23 sorry -- getting back to your recollection of what Mr.

24 Huang said, do you recall Mr. Huang saying in Mandarin

25 Chinese something to the effect of that Primo did not

1   have breeder shrimp at the presentation?

2        A.  Yes.

3        Q.  Did Primo have breeder shrimp at the time

4   Mr. Huang said that?

5             MR. MORERA:  Objection, lacks foundation

6   and calls for speculation.

7        Q.  (BY MR. GARGANO)  Let me rephrase it.

8   To your understanding was -- at the time Mr. Huang made

9   this statement was Haimao still getting Primo breeder

10  shrimp from either TB Food or Primo Broodstock directly?

11       A.  Yes.

12       Q.  Did API, Mr. Pearl, Mr. Huang or Mr. Tuan ever,

13  to your knowledge, correct the statement that Mr. Huang

14  made when he said that Primo did not have breeder

15  shrimp?

16             MR. MORERA:  Objection, form.

17             THE WITNESS:  No.

18       Q.  (BY MR. GARGANO)  And to your knowledge has

19  anyone from AMI, API, Mr. Pearl, Mr. Huang or Mr. Taun

20  ever issued a public statement retracting Mr. Huang's

21  statement saying at that presentation to the public that

22  Primo did not have breeder shrimp?

23       A.  No.

24             MR. GARGANO:  I pass the witness.

25             MR. MORERA:  Thank you.

```
 1                      FURTHER EXAMINATION
 2  BY MR. MORERA
 3       Q.   Hello sir.
 4       A.   How are you?
 5       Q.   I only have a couple of follow-up questions for
 6  you.  We should be out of here rather quickly.
 7                 How many people are employed by Haimao?
 8       A.   Well, in terms of how many employees that
 9  Haimao hired then to be accurate, at that time we had
10  several hundred employees.
11       Q.   Okay.  And what about now?  How many employees
12  does Haimao have now?
13       A.   So at the current stage since that I'm only in
14  charge of the commercial sales department, not into any
15  productions or any other job functions, so I would not
16  be able to tell you the numbers of what is going on
17  right now.  And if you need to know the actual numbers,
18  then that number has to be done by the HR department.  I
19  am not able to tell you how many people that we have
20  right now.
21       Q.   Do you have a supervisor or a superior that you
22  answer to in Haimao?
23       A.   Yes, I do.
24       Q.   And what is that person's title within the
25  company?
```

1      A.   So my immediate supervisor's name is Chen

2   Qingy.

3            INTERPRETER:   And interpreter is going to

4   spell that.

5            Okay.   Go ahead, Mr. Morera.

6      Q.   (BY MR. MORERA)   Well, my question was what

7   their title is?

8      A.   Well, the actual positions of this Mr. Chen

9   holding is the head of the sales department, so I will

10  call the sales manager.

11     Q.   But I thought your title was the sales manager?

12  Is that not right?

13     A.   Well, actually I'm the assistant or deputy

14  sales manager.

15     Q.   Okay.   So, but earlier you testified that you

16  were one of the sales managers; is that not correct?

17     A.   Well, I am in fact the sales manager, as well.

18     Q.   Okay.   So I believe it was Mr. Chen, correct?

19  Who's your direct or your immediate supervisor.

20     A.   Correct.   So in terms of management -- well, in

21  terms of general structure of our company we have like,

22  original sales manager as well as the general sales

23  manager, who is in charge of the entire company.   Simple

24  as that to understand.

25     Q.   So Mr. Chen is a general sales manager and

1   you're more specified sales manager for shrimp; is that

2   correct?

3        A.  Well, we divide it by the regions or the

4   locations.  So that in terms of the type of business, we

5   are only into the shrimp or broodstock shrimp business,

6   nothing else.  So I am the regional or the region

7   manager in my area for sales.

8        Q.  When you're saying original it almost --

9             THE TRANSLATOR:  Regional not original.

10  Regional.

11             MR. GARGANO:  Regional.

12       Q.  (BY MR. MORERA)  Regional.  Okay, understood.

13  So you're a regional manager.  And what is the region

14  for which you are the sales manager?

15       A.  I'm in charge of the Northern China.

16            MR. MORERA:  I'm sorry, Ms. Translator, was

17  that Northern China?

18            THE INTERPRETER:  Yes, north.  Northern

19  China.

20            MR. MORERA:  Got it.

21       Q.  (BY MR. MORERA)  Is Haimao involved in the sale

22  or distribution in anything other than shrimp?

23       A.  Well, shrimp is the main business that the

24  Haimao in charge of.  And there are some very small

25  amount of other business, but then it is too small that

1   you can just overlook that at all.

2       Q.   Okay.  How many other sales managers or

3   regional sales managers are there in Haimao?

4       A.   Well, in terms of the divisions of the region

5   in China, it just depends on how many that we have for

6   each one of the provinces.  But at the level of my sales

7   in charge of, I really can't tell you how many regional

8   managers like me have for Haimao at this time.  So I'm

9   not able to tell you how many in total.

10      Q.   Are you -- let me ask like this:  Do you know

11  whether Haimao has a board of directors?

12      A.   Yes.

13      Q.   Are you on the board of directors for Haimao?

14      A.   No, I'm not.

15      Q.   Have you ever been on the board of directors

16  for Haimao?

17      A.   No.

18      Q.   Have you ever attended a meeting of the board

19  of directors for Haimao?

20      A.   No.

21      Q.   Do you speak regularly with any of the members

22  of the board of directors for Haimao?

23      A.   So I rarely communicate with the board of

24  directors or the boards on a regular basis and most

25  frequently we have to communicate with my upper

1  management or my immediate supervisor and that is the

2  occasion.

3            MR. MORERA:  And just for the translator,

4  that was rarely communicate with the board?

5            THE INTERPRETER:  Right, rarely.  Uh-huh.

6       Q.  (BY MR. MORERA)  All right.  And then do you

7  know who owns Haimao?

8       A.  Yes, I do know.

9       Q.  Who owns Haimao?

10      A.  There's quite a few shareholders of this

11  company.

12      Q.  Okay.  Would you happen to know who is the

13  largest shareholder or a majority shareholder?

14            MR. GARGANO:  I'm going to just object on

15  the grounds of relevance.

16            THE WITNESS:  I have no problem to -- I

17  have no problem to answer you with respect to the

18  majority of the shareholder; however, that has nothing

19  to do with the business that I am undertaking for this

20  company.  Would you like me to answer?

21      Q.  (BY MR. MORERA)  Yes.

22            MR. GARGANO:  Same objection, relevance.

23            THE WITNESS:  So to answer your questions I

24  did not deal with them on a regular basis.  So this is

25  not something that I know accurately and clearly to my

Yijun Zhang

October 21, 2021
Page 57

```
 1   perspective.  So then I probably won't be able to tell
 2   you what is the structures and also the entitlement or
 3   shareholding percentage of the shareholder.  So I would
 4   rather not answer you to this question.
 5        Q.  (BY MR. MORERA)  Would you say that entering
 6   into a contract, especially exclusive contracts is
 7   something, is a major decision for any company.  A
 8   decision which should be made by the board of directors?
 9             MR. GARGANO:  Objection, irrelevant, calls
10   for speculation and I guess, an expert opinion to the
11   extent of what a business should do.
12             THE WITNESS:  So I totally agree with the
13   statement that my lawyer just made.  And to my extent
14   understanding the level of the management what I have
15   right now, I am not supposed to be the one that make
16   decisions for such important decisions of the company.
17        Q.  (BY MR. MORERA)  I might have misheard earlier
18   in your testimony or it may have been an issue with the
19   translation, but the way I heard it earlier.  It sounded
20   like you had said that you worked for TB Food or Haimao.
21   This was earlier on in your testimony.  Do you recall
22   that?
23        A.  I work for Haimao.
24        Q.  Okay.  And so just to be clear, you are not
25   employed by TB Food, correct?
```

Yijun Zhang

October 21, 2021
Page 58

```
 1      A.   Well, I am the employee of Haimao and TB Food
 2  is the subsidiary company of Haimao.
 3      Q.   Correct.  But although they may be a
 4  subsidiary, you are not -- your employer/employee
 5  relationship is directly with Haimao, not with TB Food,
 6  correct?
 7      A.   That is correct.
 8      Q.   And you're not here representing TB Food today,
 9  correct?
10      A.   And TB Food is the subsidiary company of
11  Haimao, and it is part of Haimao Group subsidiary
12  company.  So as far as the relations, it is works that
13  way and as well as we interchange and exchange all the
14  necessary informations of the business with one another
15  or each other.
16      Q.   Okay.  Turning to the presentation given by
17  Mr. Pearl and some of his associates back in November of
18  2016, do you recall the publication that you included
19  with your affidavit?
20      A.   I don't quite understand your question.  Can
21  you clarify your question or repeat or rephrase it?
22      Q.   Sure thing.  One second.  I'm going to put
23  something up on the screen.
24           All right can you see that okay?
25      A.   Yes, I do.
```

1    Q.  All right.  Do you recall this pamphlet or this

2  brochure being given out at the presentation given in

3  November of 2016?

4    A.  Yes.

5    Q.  All right.  Thank you.

6           MR. MORERA:  And Brian, was this Exhibit 1

7  or 2?

8           MR. GARGANO:  The affidavit -- it's Exhibit

9  No. 1.

10          MR. MORERA:  Okay.  Exhibit 1.  Just for

11  the record this is Exhibit 1.

12    Q.  (BY MR. MORERA)  Can you tell me what language

13  is shown here on the third line, right where I'm putting

14  my cursor?  I don't know if you can see my cursor.

15    A.  Where is the cursor?  Can you point it again?

16    Q.  Yes.  Just tell me if you can see it -- I don't

17  know if you can see the highlighting.

18    A.  So the line that you pointed out and which has

19  been highlighted is in Chinese.

20    Q.  Okay.  Can -- are you able to verify if that is

21  Mandarin as opposed to another dialect?

22          THE INTERPRETER:  Can interpreter say

23  something about?  I don't want to comment, but let me to

24  ahead and translate.

25          THE WITNESS:  Well, these are Chinese

Yijun Zhang

October 21, 2021
Page 60

1   characters.

2       Q.   (BY MR. MORERA)   But do you know if this is

3   Mandarin, which is what you said you speak and

4   understand?

5       A.   Yes, my language is Mandarin.

6       Q.   All right.   Just a few more questions.   Do you

7   recall earlier testifying that the registration of the

8   term Primo in Chinese as Pu Re Mo was done maliciously

9   and illegally?   Do you recall that?

10      A.   Yes, I remember that.

11      Q.   Are you aware if anyone has challenged that

12  trademark registration?

13      A.   Yes.

14      Q.   Do you know who challenged it?

15      A.   Well, it is not just a challenge, but a lawsuit

16  had been filed against that.

17      Q.   Okay.   And who filed the challenge or the

18  lawsuit?

19      A.   By Haimao Company.

20      Q.   Okay.   Do you know if there's been any rulings

21  by the court on this -- on this request -- on this

22  challenge?

23      A.   According to my knowledge it is still pending,

24  not yet been judged.

25      Q.   Okay.   So you're not aware of any ruling saying

1  that the trademark registration was valid, correct?

2      A.  Correct, yes, yes, correct.

3      Q.  Sir, I believe you testified earlier that at

4  some point in 2016 Haimao announced that it was going to

5  be moving away from a particular spelling or

6  pronunciation of Primo.  Do you recall that?

7      A.  Yes, I did.

8      Q.  What are the two different ways of pronouncing

9  or denoting Primo in Chinese that have been used in the

10  market?

11      A.  So as far as I know and to my understanding or

12  knowledge there is only one pronunciations of the

13  similar pronunciations of Primo which is Pu Rui Mo.

14              THE INTERPRETER:  Interpreter has typed up

15  the spelling in the sounds of Chinese Pu Rui Mo -- three

16  characters.

17              MR. MORERA:  And that would be

18  P-U-R-U-I-M-O.  That's the spelling in your -- in the

19  chat.

20              THE INTERPRETER:  He does not have the chat

21  box to read.

22              MR. MORERA:  Okay.

23              THE INTERPRETER:  According to

24  interpreter's pronunciations in Chinese that's how it is

25  spelled P-U space R-U-I space M-O.

Yijun Zhang

October 21, 2021
Page 62

1      Q.   (BY MR. MORERA)   Okay.   Are you aware of any

2  use of the term Pu Le mow [sic] as reference to Primo?

3           MR. GARGANO:   I'm just going to interject

4  and pose an objection to this line of questioning to the

5  extent that it's repugnant to the court's ruling of law

6  as set forth in the court's MSJ order and we'll just

7  leave it at that.

8           MR. MORERA:   I'll withdraw the question.

9      Q.   (BY MR. MORERA)   All right.   Bear with me.   Do

10  you see that okay, sir?

11     A.   Yes, I do see that.

12          MR. MORERA:   All right.   And Brian, remind

13  me, this is, I believe, Exhibit 3, this is the

14  transcription of Pearl's recording.

15               (Speaking Mandarin to witness.)

16          MR. MORERA:   Which was it?

17          MR. GARGANO:   That's correct, Exhibit 3.

18          MR. MORERA:   Okay.   So for the record we're

19  looking at Exhibit 3 here, and I had a couple of

20  questions and I'm bringing it up.   Actually, I just

21  realized that I have to show the other version.

22               All right.   You know what?   Forget that.

23  Strike that.   I'll ask from memory.   One second.

24     Q.   (BY MR. MORERA)   Do you recall earlier in your

25  testimony you were asked whether some of the statements

1   made by Mr. Pearl were true or false?

2       A.  Well, you have to be more specific regarding to

3   which questions I was asked and what my testimony was.

4       Q.  Earlier you were asked whether a purported

5   statement by Mr. Pearl saying that they had promised to

6   remove 50,000 pair by April and they ended up only

7   taking about 4,000 pairs from the farm was true or

8   false.  Do you recall that?

9           MR. GARGANO:  Well, counsel I withdrew that

10  question --

11          MR. MORERA:  Did you?  Oh, my apologies.

12          MR. GARGANO:  Because it goes to the

13  sentinel issue to the jury, so...

14          MR. MORERA:  You're right, sorry.

15          MR. GARGANO:  So that's why.

16          MR. MORERA:  Thank you.  Yeah, I wrote it

17  down as soon as you said it and forget to cross it off.

18      Q.  (BY MR. MORERA)  Earlier TB Food's counsel

19  asked you whether the statement purportedly by Mr. Taun

20  that all breeder sources are written in black and white

21  on paper and establish for you that these are the real

22  Primo are true or false.  Do you recall that?

23      A.  So I have been asked so many questions all day

24  long today and I think that Mr. Bryan, you are testing

25  my memory.  So if you can bring up the specific

Yijun Zhang

October 21, 2021
Page 64

```
 1   paragraph or the documents that you are referring to,
 2   that way I can better answer your question.
 3       Q.  All right.  So I'll just ask you this.  As
 4   we've established you're a regional sales manager for
 5   Haimao, correct?
 6       A.  Correct.
 7       Q.  How is it that you are able to testify on
 8   behalf of, you know, Haimao and have as much information
 9   about Haimao's contracts and dealings as a regional
10   sales manager?
11       A.  So my position as the witness today or in this
12   case was based on that I was the one that shot the video
13   of the presentations of other company and also that I
14   answer all the questions based on my actual factual
15   knowledge of the events.  And in addition, I've been
16   telling the truth, everything is truth, nothing but the
17   truth.
18       Q.  And just to confirm you are not fluent in
19   English, correct?
20       A.  Correct.
21       Q.  So you cannot say that something that Mr. Pearl
22   may have said during a presentation, translated to
23   English, is what is actually being said, correct?
24               MR. GARGANO:  Object to the form of
25   question.
```

1          Are you asking him if he understood what

2   Mr. Pearl said in English or what Mr. Pearl said in

3   English that was translated?  Because you said -- used

4   the word translate, so that's why --

5          MR. MORERA:  Yeah, I'm asking whether he is

6   able to know whether the translation that he hears is

7   correct or not.  The translation by Mr. Taun.

8          THE WITNESS:  I really cannot make, render

9   any judgements whether the translation is accurate or

10  not; however the transcript that go into the translation

11  can be verified and proved by the expert who is perhaps

12  another professional.

13     Q.  Do you know who owns the trademark to Pu Rui Mo

14  in China?

15     A.  So I don't remember the exact company name

16  which registered the Pu Rui Mo in China.  The only

17  information I know is that Mr. Tuan's assistant

18  registered this name by using a very small company that

19  they have.

20     Q.  Okay.  Are you familiar with the Grow-out

21  Agreement executed between AMI and TD Foods?

22          THE INTERPRETER:  I'm sorry.  What

23  agreement?  I need to verify the word you say.  Grow --

24          MR. MORERA:  Grow-out Agreement.

25          THE INTERPRETER:  Can you define grow out

1    agreement?  I'm so sorry that I didn't have the

2    background of Grow-out Agreement.  So I want to, you

3    know, precisely translate that words to Mr. Zhang

4    because I cannot just say Grow-out Agreement in English

5    to him.

6                  MR. GARGANO:  Let me just interject that I

7    think it's irrelevant.  I think it's beyond the scope of

8    the direct and inappropriate for cross and there's a

9    lack of foundation.

10                 MR. MORERA:  All right.  I would agree that

11   there's probably a lack of foundation, but that's

12   precisely what I'm trying to get to that.  He testified

13   earlier to a lot of things that would basically require

14   him to know the terms of the Grow-out Agreement.  And

15   that's why I'm actually seeking to ask him whether he's

16   familiar with it.

17                 MR. GARGANO:  Okay.  I don't agree with

18   that.  That's okay the record speak for itself.

19                 MR. MORERA:  Okay.  So just for the

20   translator, it's --

21                 THE INTERPRETER:  Yes.

22                 MR. MORERA:  -- grow like growing in height

23   or in size, and then out, like, outward, and --

24                 THE INTERPRETER:  It's two words or one

25   word?

1            MR. MORERA:  It's two words that are

2   hyphenated.

3            THE INTERPRETER:  Okay.  Got it.  And then

4   you said.

5            MR. MORERA:  Grow-out Agreement.

6            THE TRANSLATOR:  Grow-out Agreement between

7   AMI and --

8            MR. MORERA:  TB Foods.

9            THE INTERPRETER:  Okay.

10            THE WITNESS:  I don't have any factual

11   knowledge about that, no.

12       Q.  (BY MR. MORERA)  Are you familiar of any

13   settlement agreement or any termination agreement

14   between AMI and TB Food or Primo?

15            MR. GARGANO:  I'm going to object to that.

16   That goes against the law in the case.  The court has

17   determined, as a matter of law that the term sheet was

18   not an agreement.  I don't know why you guys keep

19   pushing it.  I guess, I understand --

20            MR. MORERA:  I'll rephrase.

21            MR. GARGANO:  Okay.  All of the case is the

22   case.

23       Q.  (BY MR. MORERA)  I'll say are you aware of a

24   term sheet that was signed by the parties in which they

25   came to an agreement on winding down their relationship?

1          MR. GARGANO:  Again, I'm going to object to

2     it.  I think the question is a modification.  That's

3     what the Court said; it's a modification or it's

4     nothing.  That's the law.

5          MR. MORERA:  Okay.

6          THE INTERPRETER:  So what is the outcome

7     between you guys' decision?

8          MR. GARGANO:  No, I mean, he can ask him.

9     I'm just putting my objections.

10         MR. MORERA:  I'll repeat the question.

11         THE INTERPRETER:  Okay.  Please do.

12    Q.  (BY MR. MORERA)  Yeah.  Are you aware of any

13    agreement that either terminated or modified the

14    Grow-out Agreement between AMI and Primo?

15         MR. GARGANO:  Objection to form -- to the

16    whole thing.  Again, it goes against the law of the

17    case.  That's the subject of a Motion in Limine.

18         THE WITNESS:  I don't have any

19    understanding or knowledge about that.

20         MR. MORERA:  All right.  Thank you very

21    much for your time, sir.  I have no further questions.

22         MS. THOMPSON:  No questions.

23         MR. GARGANO:  I have no further questions

24    either for the witness.

25         MR. MORERA:  And before we go off the

 1  record, since I believe it was Jeremy who said to say it

 2  on the record, our side will be ordering a copy.

 3              MR. GARGANO:  Yeah, and to that extent, I

 4  think that everybody -- so I think the parties, because

 5  of the trial date, I think the parties need a rush on

 6  the transcript with a word index.  Correct me if I'm

 7  wrong, Bryan, and a rush on the video.

 8              MR. MORERA:  That's all correct.

 9              MR. GARGANO:  And we're going to have to,

10  you know, make video cuts for trial.  So we can work

11  with the company the videographer on this, but we are

12  going to tell you what cuts we --

13              MS. THOMPSON:  For the record, I do not

14  need a copy of the video.  I do not need any of that.

15  So it's just for TB Foods and the defendants.  Thank

16  you.

17              THE REPORTER:  All right.  Is that all for

18  the record today?

19              MR. MORERA:  One second, Brian, would you

20  like to ask him if he would like to read or waive?

21              MR. GARGANO:  I mean, he's not my witness.

22  I mean, he isn't my witness, but I'm not, like,

23  representing him, but --

24              MR. MORERA:  Got you.  I don't even think

25  he can during trial testimony, but I don't know.  But

1    yeah I was just giving you --

2            MR. GARGANO:  Well, yeah, I guess we'll

3    preserve the right to read and sign, and give him a

4    short window to make any corrections he has.

5            THE WITNESS:  Okay, Got it.

6            THE REPORTER.  All right.  Is there

7    anything else for the record?

8            MR. MORERA:  Not from defendant.

9            THE REPORTER:  The time is 1:14 p.m.  We

10   are off the record.

11            (End of proceedings)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Yijun Zhang

October 21, 2021
Page 71

```
 1                    CHANGES AND SIGNATURE

 2   WITNESS NAME:  YIJUN ZHANG

 3   DATE OF DEPOSITION:  OCTOBER 21, 2021

 4
          Please indicate changes on this sheet of paper,
 5   giving the change, page number, line number, and reason
     for the change.  Please sign each page of changes.
 6

 7   PAGE/LINE        CORRECTION        REASON FOR CHANGE

 8   _____

 9   _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23   _____

24   _____

25   _____
```

Kim Tindall and Associates, LLC 16414 San Pedro, Suite 900   San Antonio, Texas 78232
210-697-3400                                                 210-697-3408

Yijun Zhang                                              October 21, 2021
                                                                Page 72

1           I, YIJUN ZHANG, have read the foregoing

2    deposition and hereby affix my signature that same is

3    true and correct, except as noted above.

4

5

6                     _____
                      YIJUN ZHANG

7

8

9

10

11

12

13

14

15

16    _____  No changes made  _____  Amendment Sheet(s) attached

17

18

19

20

21

22

23

24

25

```
 1              UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF FLORIDA
 2                 FORT MEYERS DIVISION

 3  TB FOOD USA, LLC, a Delaware        )
    Limited Liability Company,          )
 4       Plaintiff,                     )
                                        )
 5       vs.                            )  CASE NO.
                                        )
 6  AMERICAN MARICULTURE, INC.,         )  2:17-cv-9-FtM-29CM
    a Florida Corporation;              )
 7  AMERICAN PENAEID, INC., a           )
    Florida Corporation; and            )
 8  ROBIN PEARL,                        )
         Defendants.                    )
 9  _____
    AMERICAN MARICULTURE, INC.,         )
10  a Florida Corporation,              )
         Counter-Plaintiff,             )
11                                      )
    vs.                                 )
12                                      )
    PB LEGACY, INC., a Texas            )
13  Corporation,                        )
         Counter- and Third-Party       )
14       Defendant.                     )
    ----------------------------------------------------
15
              REPORTER'S CERTIFICATION
16        ORAL AND VIDEOTAPED DEPOSITION
                   YIJUN ZHANG
17             October 21, 2021
               (Reported Remotely)
18

19       I, Deborah Renee Quarles, ACSR in and for the State

20  of Texas, hereby certify to the following:

21       That the witness, YIJUN ZHANG, was duly sworn by

22  the officer and that the transcript of the oral

23  deposition is a true record of the testimony given by

24  the witness;

25       That a copy of the certificate was served on all
```

1    parties and/or the witness shown herein on

2    _____.

3         I further certify that pursuant to FRCP Rule

4    30(f)(1) that the signature of the deponent:

5         _x_ was requested by the deponent or a party before

6    the completion of the deposition and that signature is

7    to be before any notary public and returned within 30

8    days from date of receipt of the transcript.  If

9    returned, the attached Changes and Signature Page

10   contains any changes and the reasons therefor;

11        ____ was not requested by the deponent or a

12   party before the completion of the deposition.

13        I further certify that I am neither counsel for,

14   related to, nor employed by any of the parties or

15   attorneys in the action in which this proceeding was

16   taken, and further that I am not financially or

17   otherwise interested in the outcome of the action.

18        Certified to by me this 21st day of October, 2021.

19

20

21        DEBORAH RENEE QUARLES,
          Texas ACSR No. 9485
22        EXPIRATION DATE: 6/30/2023
          Firm Registration No. 631
23        Kim Tindall & Associates, LLC
          16414 San Pedro
24        Suite 900
          San Antonio, Texas 78232
25

Yijun Zhang

October 21, 2021
Index: 1..apologies

## 1

**1** 28:13 32:14 50:10 59:6,9,10,11
**10** 26:1
**10-minute** 25:22 49:6
**10:11** 14:24
**10:12** 14:24
**10:42** 26:3,4
**10:56** 26:4,5
**12:11** 49:9,10
**12:23** 49:10,11
**15** 9:11
**18** 29:10
**1987** 6:24
**1995** 13:6,12,25
**1:14** 70:9

## 2

**2** 19:17 32:16 37:10,14 59:7
**2010** 13:14,17
**2011** 13:14,17
**2015** 12:2 14:5,8 16:12 18:7 21:12 27:11 40:8
**2016** 18:8 21:21 26:9,11 27:9,10, 18,20 28:3 31:14,17 40:7 58:18 59:3 61:4
**2017** 21:18,23 34:13 50:21
**2018** 36:23
**22nd** 34:13 50:21

## 3

**3** 30:8 47:19 62:13,17,19
**30** 45:23
**30th** 45:15 46:13
**3rd** 27:20

## 4

**4** 31:4 48:23 49:3,16 50:22
**4,000** 46:23 47:8 63:7
**4th** 31:17

## 5

**5** 31:24
**5-** 49:5
**50,000** 63:6
**55** 32:6

## 6

**6** 32:3
**60** 32:6

## 7

**7** 32:13

## 8

**8** 30:3 34:2 50:9

## A

**a.m.** 14:24 26:3,4,5
**abbreviation** 21:4
**accept** 16:8
**accurate** 8:20 11:8 29:19 30:15, 16,23 31:10 32:1,2,21 33:6 34:16 38:20 49:18 52:9 65:9
**accurately** 56:25
**achieve** 19:24
**acknowledge** 4:3,6
**acquired** 6:1 30:19,25 31:2
**actions** 41:12
**actual** 15:11 52:17 53:8 64:14
**add** 21:20 36:22

**addition** 32:13 64:15
**additional** 33:1
**administer** 4:7
**administered** 4:6
**admitted** 30:3
**advantage** 16:5
**affidavit** 28:14 29:7 30:17 31:5 32:20 33:6 35:1 48:2,8,11 50:2 58:19 59:8
**afterward** 44:13
**agency** 12:19 24:17 25:9 42:9 45:3
**agent** 41:21 44:25
**agents** 30:3,4
**agree** 34:23,24 57:12 66:10,17
**agreement** 12:19 13:1 45:14 65:21,23,24 66:1,2,4,14 67:5,6,13, 18,25 68:13,14
**Agriculture** 29:15
**agricultures** 9:2
**ahead** 7:17 15:5,7,10 23:11 28:11 34:22 37:19 38:12,13,15 42:1 53:5 59:24
**alteration** 50:12
**alterations** 34:4,7 50:15
**alternative** 31:7
**American** 4:17,18,21 21:5 22:1
**AMI** 6:3 22:2,5 23:8,14 51:19 65:21 67:7,14 68:14
**amount** 54:25
**animal** 45:15
**animals** 45:22,23 46:13,14
**announced** 61:4
**answers** 12:15 14:11
**anymore** 40:13
**API** 6:3 21:4,9,12,16,21 22:6 23:16, 21 24:2,12 25:8,10,18,20 26:23 32:14 35:6,10 41:22 42:5,8,10,22 44:3,15,25 45:3,6 51:12,19
**API's** 44:25
**apologies** 63:11

Yijun Zhang

October 21, 2021
Index: apologize..Chen

apologize 14:20 15:2

appearance 5:23

appearances 4:13

approximately 32:6

April 45:15,23 46:13 63:6

aqua 15:15,18

Aquaculture 8:24 9:2

area 54:7

arrangement 4:8,10 11:20 12:12, 13

asks 47:10

assistant 53:13 65:17

associates 58:17

association 23:21 24:11 42:4

attached 35:1

attended 32:4,6 55:18

attentions 26:25

attorneys 4:2 48:3

attributes 16:7 19:13

audience 41:20 42:22

authenticated 38:4

aware 60:11,25 62:1 67:23 68:12

**B**

B-R-O-D-D 11:3

back 15:1 19:8 26:1,6 46:3 49:12 50:22,23 58:17

background 66:2

bacteria 17:21

bad 33:13

Bank 34:8 50:16

based 12:3 36:3 49:17 64:12,14

basically 6:24 10:20,25 11:21 18:16 23:2,15 24:22 25:9 43:11,23 66:13

basis 20:14 26:10 29:25 30:5 55:24 56:24

Bear 62:9

becames 10:6

behalf 4:14,17,20,24 42:23 45:1 64:8

big 18:4

biggest 16:5,15

bilingual 32:7

Biology 8:3,5

Bioscience 8:25 29:15

bit 21:21 46:1

black 43:8,21 63:20

blanket 37:21 49:22

board 55:11,13,15,18,22,23 56:4 57:8

boards 55:24

bottlenecks 17:18

bought 11:16 17:21

box 61:21

break 14:24 25:22 26:4 49:6,10

breed 15:17,20 22:17 23:5,7

breeder 16:8 17:17 18:13,16 21:2 22:9,13,23,24 23:1 43:8,20 51:1,3, 9,14,22 63:20

breeders 7:15 9:14 10:7,25 15:14, 15 17:19 18:11,24 19:9 20:19 22:15 31:16 40:16 43:13,14

breeding 6:25 7:1,8 8:15 9:14 18:17

Brian 5:21 23:12 37:20 41:2 49:4 59:6 62:12 69:19

briefly 38:1

bring 63:25

bringing 62:20

Brinson 4:20

brochure 32:7 59:2

brochures 26:13 32:9

brood 11:3

broodstock 5:25 10:15,16 11:6, 10,11,16,19,22 12:2,5,8,20,22 14:7 15:13,16,21,24,25 16:6,9,12 17:12, 21 18:4,9,12,15 19:1,12,18,21 21:12,16 22:10,13,19,21 23:5,7

24:4,18 26:22,24 27:9 30:9,10,13 35:10,12 39:9,11 43:2,13,14 45:14 51:10 54:5

broodstocks 11:21 15:12 17:2, 20,23,24 18:2,17 19:16 36:10,11, 13,15,24 45:6

brought 17:19

Bryan 4:16 45:24 63:24 69:7

built 18:14

business 6:25 7:2 8:19 12:4 14:8, 14 15:22 16:25 21:22 54:4,5,23,25 56:19 57:11 58:14

buy 12:13,14 23:2

**C**

call 6:3 53:10

called 10:12,15,16 16:20,24 17:2 22:1 23:3 24:4 28:5 29:14

calling 20:2

calls 11:24 12:16 24:13 35:7 44:10,11 51:6 57:9

camera 32:10

cameras 32:13

capacity 23:7

case 6:7 41:14 64:12 67:16,21,22 68:17

Center 28:6

challenge 60:15,17,22

challenged 60:11,14

change 7:24 39:4 40:2,6,14,17,25

changed 8:7,10,15 9:5,7

characteristic 16:2 17:25 19:20

characteristics 17:16 19:11

characters 60:1 61:16

charge 9:24 10:1 24:2 33:14 52:14 53:23 54:15,24 55:7

Charles 24:21 25:5,7 34:1 39:1 42:4,9

chat 61:19,20

Chen 53:1,8,18,25

Yijun Zhang

**Chene** 4:23

**Chian** 24:24 25:5

**China** 12:10 13:5,7 14:4 15:12,14, 15,24 16:1,10,12 17:19 18:3,10,11, 13,21,24 21:13,17,22 23:15,25 24:4,23 25:10 26:8,12,14,15 27:9 28:4 29:17 30:9,13 31:20 35:20 36:12,23 39:11 40:6,12,17 41:11, 15 42:10 46:23 47:8,14,15,17,19 55:5 65:14,16

**Chinese** 18:7 24:23 28:16,21,23, 25 31:15 32:7 33:22 37:22,25 38:6, 7,20 39:2 40:9,12 41:10 47:21 48:19,25 49:22,25 50:25 59:19,25 60:8 61:9,15,24

**city** 28:5 31:19

**claim** 41:13

**clarify** 9:20 58:21

**clear** 37:3 50:8,9 57:24

**close** 28:6

**code** 23:3

**collaborate** 12:9

**collect** 33:12,15

**comment** 59:23

**comments** 36:21

**commercial** 30:12 42:25 52:14

**communicate** 44:24 55:23,25 56:4

**companies** 17:13,16,18 18:18,25 22:8 32:14

**company** 6:20,21,23,24 8:1,4,6,7, 9,16,19,24,25 9:2,4 10:12,14,20,21 11:15,16,17,23 13:7,10 14:8 16:20, 24 17:1,15 18:11,13 19:2 21:1,4 22:1,4,9,19 24:2,3,4,8,9,11,16,17 26:14 29:14,15,16 30:13 33:11 34:8 35:22 42:8,15 45:14,16 50:17 52:25 53:21,23 56:11,20 57:7,16 58:2,10,12 60:19 64:13 65:15,18 69:11

**company's** 24:7 33:16

**compare** 17:12,22 18:2 22:17

**comparing** 17:25 36:1

**competitor** 21:10

**complete** 38:20 49:17

**concert** 45:6

**conclusion** 12:17 40:20 41:16

**conditions** 12:21 15:11

**confidence** 18:16

**confident** 29:10

**confirm** 64:18

**consent** 4:9

**consistent** 36:2

**contend** 29:11

**contents** 34:25

**continue** 30:7 32:19,23 34:2 35:15 38:10

**contract** 57:6

**contracts** 57:6 64:9

**contributes** 33:15

**copy** 34:3,6 50:11,14 69:2,14

**corporate** 7:22

**correct** 11:9 14:2 20:12 25:1 28:22 29:20 31:1 34:13 36:17 39:23 42:23,24 44:8,15,21 49:20 50:4,5, 20 51:13 53:16,18,20 54:2 57:25 58:3,6,7,9 61:1,2 62:17 64:5,6,19, 20,23 65:7 69:6,8

**correction** 37:7

**corrections** 44:13 70:4

**counsel** 4:9,12 5:1 27:10 34:4,8 37:4 50:13,16 63:9,18

**counsel's** 36:21

**counter** 30:2

**County** 31:19

**couple** 16:14 52:5 62:19

**court** 4:9 28:10,15 38:5 41:15 46:5 60:21 67:16 68:3

**court's** 62:5,6

**crashed** 14:19

**cross** 7:1 37:8 63:17 66:8

**crystal** 50:8

**cultivations** 22:20

**current** 52:13

**cursor** 59:14,15

**customers** 31:14

**cut** 45:25

**cuts** 69:10,12

**cycle** 7:9

**cycles** 7:13

**D**

**date** 69:5

**day** 34:13 38:22 50:21 63:23

**deal** 56:24

**dealings** 64:9

**decide** 11:22 12:9

**decided** 41:14

**decision** 57:7,8 68:7

**decisions** 57:16

**declare** 34:10 50:18

**defame** 44:2

**defendant** 4:17,24 70:8

**defendants** 4:21 6:2 69:15

**define** 65:25

**definition** 9:20

**demand** 19:9 20:21,23

**demonstrated** 44:24

**denoting** 61:9

**department** 52:14,18 53:9

**depends** 55:5

**deposes** 29:9

**deposition** 4:3,4,5

**depositions** 30:4

**deputy** 53:13

**describe** 18:6

**desirable** 27:4

**details** 6:9

**determined** 67:17

Yijun Zhang

**dialect** 59:21

**difference** 22:12

**difficult** 47:8

**direct** 45:7 53:19 66:8

**directly** 51:10 58:5

**director** 33:10

**directors** 55:11,13,15,19,22,24 57:8

**disconnected** 27:11

**disease** 17:20 19:19

**disease-resistance** 17:25

**disease-resistant** 16:6

**distribution** 54:22

**distributor** 11:15 24:23 30:9

**distributors** 10:2,8 20:19 39:10 42:15

**divide** 54:3

**divisions** 33:14 55:4

**document** 28:17,20 37:13 47:24 48:25

**documents** 64:1

**drafted** 30:16 31:1

**duly** 5:10,13,16

**E**

**earlier** 7:24 11:14 14:9 26:7 44:23 53:15 57:17,19,21 60:7 61:3 62:24 63:4,18 66:13

**earliest** 9:3

**early** 9:3 13:6,11 14:4,8 31:13

**edge** 44:1

**effect** 12:23 43:7 46:23 47:14 50:25

**effects** 35:20

**eggs** 7:2

**employed** 52:7 57:25

**employee** 58:1

**employees** 52:8,10,11

**employer/employee** 58:4

**encountered** 17:18

**end** 27:24 40:8 70:11

**ended** 63:6

**English** 25:5,7 28:15,24 29:12 32:7 33:18,19,21 38:8 39:1,15,21, 25 40:22 41:5 45:12,13 46:22 47:13,20,21,25 48:12,13,18 50:4 64:19,23 65:2,3 66:4

**entered** 21:16

**entering** 57:5

**entire** 36:23 40:17 53:23

**entitlement** 57:2

**entity** 13:16 40:10

**entry** 31:8

**er** 22:25

**establish** 44:11 63:21

**established** 43:9,22 64:4

**evening** 5:21

**events** 64:15

**evidence** 35:17 37:24 41:7 48:16 49:24 50:7

**exact** 65:15

**EXAMINATION** 5:18 52:1

**examined** 41:14

**excellent** 12:10,21 36:15

**excellently** 12:6

**exchange** 58:13

**exclusive** 11:15,20 12:11,13 13:1 30:9 57:6

**executed** 65:21

**exhibit** 28:13 29:23 32:12 34:20,25 37:10,14 47:19 48:23 49:3,16 50:9, 22 59:6,8,10,11 62:13,17,19

**existence** 13:16

**experienced** 18:22

**expert** 47:10 57:10 65:11

**explain** 10:18

**expression** 15:17

**extent** 6:7 16:25 22:4 29:24 35:16 57:11,13 62:5 69:3

**F**

**facing** 20:25

**fact** 18:21 19:8 20:9 30:24 36:3,22, 25 43:24 53:17

**factors** 43:13

**facts** 29:11

**factual** 15:11 64:14 67:10

**fair** 7:14 39:14

**fake** 39:3 40:1,23,24

**false** 35:13,14 40:3 45:20 47:3,7 63:1,8,22

**familiar** 6:4,6 10:12,14,17 20:17 21:2,3 22:1 23:17 24:3 25:11 65:20 66:16 67:12

**familiarize** 37:13 49:1,15

**familiarized** 38:18

**families** 46:23 47:8

**family** 46:24

**farm** 22:25 45:15,23 46:13 47:15 63:7

**farm's** 26:16

**farmers** 23:2 26:16,23,25 31:16 36:4 40:16 42:16

**faster** 19:22

**feel** 33:8

**felt** 33:11 36:1

**Fifteen** 9:10 27:11

**file** 32:25 33:1,2

**filed** 60:16,17

**find** 13:4 18:15

**fine** 30:7

**finish** 7:17 37:17

**fits** 12:4

**fluent** 29:11 64:18

**follow-up** 52:5

**Food** 4:15 5:22 6:19 10:12,19,20,

Yijun Zhang

October 21, 2021
Index: Food's..hyphenated

22,23 11:6 21:10 30:24 31:3 51:10
57:20,25 58:1,5,8,10 67:14

**Food's**  30:18 63:18

**Foods**  6:1 65:21 67:8 69:15

**foregoing**  34:12 50:20

**forget**  62:22 63:17

**form**  46:25 51:16,64:24,68:15

**formed**  6:24 13:14

**found**  13:7 14:6

**foundation**  11:25 12:16 20:2,13
24:14 36:19 39:17 40:4,20 41:17
43:17 44:4 45:21 47:4,22 48:4 51:5
66:9,11

**founder**  13:15

**Franklin**  25:12

**frequently**  55:25

**full**  6:10 7:21

**fully**  18:9

**functions**  52:15

**Fusheng**  32:18

---

**G**

**Gargano**  4:14 5:2,19,21 6:22 7:18
8:23 10:11 11:18 12:11 14:11 16:2
17:10 19:3 20:5,14 23:13 24:10,19
25:6,21,25 26:7 27:7,12,16 28:1,
11,12 30:2,14,23 31:25 34:23
35:13,23 37:6,9,16 38:1,11,25
39:7,13,19 40:21 41:4,18,25 42:2,
12,20 43:4,6,19 44:5,6,14,19
45:11,22 46:2,7,11,16,21 47:2,12,
18,23 48:7,22 49:7,13 50:1,8 51:7,
18,24 54:11 56:14,22 57:9 59:8
62:3,17 63:9,12,15 64:24 66:6,17
67:15,21 68:1,8,15,23 69:3,9,21
70:2

**gave**  36:6 42:12

**general**  22:15 53:21,22,25

**generated**  38:7

**genetics**  47:14

**gentlemen**  5:20

**give**  8:22 15:11 19:5 41:19 70:3

**giving**  70:1

**good**  4:23 5:6,20 12:23 16:7 18:14
33:13 48:18

**great**  12:24,25 15:14,23 36:24

**grounds**  56:15

**Group**  8:16 58:11

**grow**  22:21,22 23:4 36:24 65:23,25
66:22

**Grow-out**  65:20,24 66:2,4,14 67:5,
6 68:14

**growing**  10:9 19:22 20:6 36:15
66:22

**grown**  10:1

**grows**  7:15 11:7

**growth**  17:23 19:20

**Guan**  34:7 48:3 50:2,15

**guess**  22:12 57:10 67:19 70:2

**guy**  25:2 44:22

**guys**  13:24 25:22 67:18

**guys'**  68:7

---

**H**

**H-U-A-N-G**  25:12,13

**Haimao**  6:20,23,24 7:14,23,25 8:3,
7,15,24 9:1,4,9,12,17 10:19,21,23
11:1,5,7,19,22 12:24 13:4,7 14:5,
13 17:14 19:8,10 20:11,15 23:9,14
26:21 29:14 30:8 31:3 33:11 39:10
51:9 52:7,9,12,22 54:21,24 55:3,8,
11,13,16,19,22 56:7,9 57:20,23
58:1,2,5,11 60:19 61:4 64:5,8

**Haimao's**  7:21 11:11 17:11 30:19
64:9

**half**  21:21 27:18

**hand**  5:12

**handed**  32:8

**happen**  56:12

**happened**  12:5 14:16 40:6

**happening**  18:21 21:23

**hard**  45:2 47:6

**head**  53:9

**hear**  19:6 24:5 26:19 27:8 45:11
46:21 47:12

**heard**  24:8 26:21 38:2 57:19

**hearing**  26:17

**hears**  65:6

**hearsay**  27:6 35:7 36:18 37:22
38:23 39:16

**Hebei**  28:4 31:19

**height**  66:22

**held**  27:20 31:16,18

**Helen**  34:7 48:3 50:2,15

**heresay**  40:19 41:23 42:18 47:16
49:23

**Hernandez**  4:17

**high**  22:17

**higher**  20:10

**highlighted**  59:19

**highlighting**  59:17

**highly**  15:16

**hired**  52:9

**hit**  18:4

**hold**  13:19,22 14:9,17 20:24 28:8
32:19

**holding**  24:1 53:9

**hoping**  19:22

**hotel**  28:7 31:19

**HR**  52:18

**HS**  16:16

**Hua**  28:6

**Huang**  25:12,13,17,19 32:18 34:1
44:22,25 45:4 48:23 49:5,18 50:24
51:4,8,12,13,19

**Huang's**  33:2 34:6 50:14 51:20

**Huangye**  28:5 31:19

**hundred**  52:10

**hung**  42:16

**hyphenated**  67:2

Yijun Zhang

October 21, 2021
Index: idea..Madam

**I**

**idea** 9:22

**illegal** 40:10

**illegally** 60:9

**important** 57:16

**impression** 35:24 36:7 41:21
42:2,13,20,21 43:4,19 44:5

**impressions** 42:7

**in-house** 34:8 50:16

**inaccurate** 36:3,16

**inappropriate** 66:8

**included** 58:18

**including** 32:16

**Incorporated** 4:18,19,21,22 5:25
10:15,16 11:19 21:5 22:2

**Incorporations** 12:8 30:10

**increased** 19:9

**index** 69:6

**industry** 7:6 26:18,20 27:2 36:5

**information** 26:19 33:12,13 36:2
42:14 64:8 65:17

**informations** 26:18 28:9 33:15
58:14

**informed** 31:14

**injunction** 31:8

**Institute** 16:24

**interchange** 58:13

**interject** 62:3 66:6

**internal** 22:7

**interpretations** 13:25

**interpreter** 5:3,4,9,10,11,17 6:13,
17 7:16 8:2,11,17,20 9:18 10:3
11:12 12:13,19,20,22,24 14:19,21
15:2,4,7,19 16:17,21 17:4 20:4
23:10 24:6,25 27:10,13 28:8,9
30:22 31:23 32:11 34:22 42:1 53:3
54:18 56:5 59:22 61:14,20,23
65:22,25 66:21,24 67:3,9 68:6,11

**interpreter's** 61:24

**interrupt** 19:25

**Interrupter** 16:17

**investigations** 18:24

**Investment** 8:7

**invite** 18:23

**involved** 54:21

**involvement** 6:9

**involving** 6:25 7:3,11 9:13

**irrelevant** 57:9 66:7

**issue** 57:18 63:13

**issued** 51:20

**issues** 41:9


**J**

**January** 34:13 50:21

**Jeremy** 69:1

**job** 9:23 30:11 52:15

**judged** 60:24

**judgement** 45:3 47:6

**judgements** 45:7 65:9

**jump** 29:22

**jurisdictions** 34:12 50:19

**jury** 29:24 46:17 63:13

**juvenile** 7:1 9:25 10:5,6,9 23:4


**K**

**kind** 6:23 9:16 19:15 26:19 36:4,6
37:12 49:14

**knowledge** 22:3,8,18 23:20 24:9,
16,20 25:16 26:10 38:19 44:14,20
49:16 51:13,18 60:23 61:12 64:15
67:11 68:19


**L**

**lack** 11:25 12:16 20:2,13 36:18
39:16 40:4,19 41:17 43:17 44:4
45:21 47:4,22 48:4 66:9,11

**lacks** 24:14 51:5

**ladies** 5:20

**language** 47:24 59:12 60:5

**largest** 56:13

**late** 28:3 31:13

**law** 34:11 40:14 62:5 67:16,17
68:4,16

**laws** 50:19

**lawsuit** 30:11 60:15,18

**lawyer** 57:13

**lay** 47:11

**Le** 40:9,12 62:2

**leaders** 21:1

**leading** 13:18 27:21 39:5

**leave** 62:7

**left** 45:15 46:13

**Legacy** 4:24 6:1

**legal** 12:16 40:20 41:16 50:16

**level** 23:6 55:6 57:14

**lieu** 4:6

**life** 7:13

**Limine** 68:17

**Limited** 8:1,8,16 9:3 29:15 34:8
50:17

**listen** 27:15

**litigation** 5:24 6:5 37:5

**located** 28:4

**locations** 54:4

**log** 29:23

**long** 9:8 13:10 27:24 63:24

**longer** 20:8 26:21 29:25 36:10

**lose** 18:16

**lot** 26:12,25 66:13

**low** 18:1


**M**

**M-O** 61:25

**Madam** 5:9

**Madame** 5:11 14:18 15:2 46:2,5

**made** 14:13 16:3 34:15 40:22 44:8, 16 51:8,14 57:8,13 63:1

**main** 6:25 54:23

**maintain** 19:13

**maintains** 31:11

**major** 16:8 17:6 57:7

**majority** 56:13,18

**make** 30:5 50:8 57:15 65:8 69:10 70:4

**making** 37:21

**malicious** 41:12

**maliciously** 40:10 41:10 60:8

**management** 9:15,16 53:20 56:1 57:14

**manager** 6:21 20:15,16,22 29:14 33:10 53:10,11,14,17,22,23,25 54:1,7,13,14 64:4,10

**managers** 53:16 55:2,3,8

**managing** 9:14 30:12 42:8

**Mandarin** 13:21 14:3 29:11 33:18, 22 34:21 38:19 39:2 50:24 59:21 60:3,5 62:15

**manner** 4:10

**Mariculture** 4:18,21 22:2

**marked** 28:13 37:14 48:23 49:3,16

**market** 12:6,10,23,24 16:25 18:5, 7,22 20:17,18 21:16 27:2,4 36:12, 23 61:10

**marketing** 33:12

**matter** 5:22,24 6:4,10 29:13 67:17

**maturity** 17:16 22:16

**means** 10:21 20:23

**meant** 23:1

**meeting** 32:5,8 33:25 55:18

**Mel** 4:20

**members** 55:21

**memory** 62:23 63:25

**mention** 12:11

**mentioned** 26:8 38:25 44:23

**mess** 43:23

**message** 27:3

**middle** 7:9,13 15:2 46:8

**midterm** 8:8

**mind** 16:4 17:12 22:13 29:10 49:5

**mine** 32:25

**minute** 16:22 37:11

**minutes** 26:1

**mischaracterizes** 48:15 50:6

**mischaracterizing** 41:7

**misheard** 57:17

**misled** 36:4

**missed** 45:25

**mix** 43:12

**Mo** 40:9,12 41:11 60:8 61:13,15 65:13,16

**modification** 68:2,3

**modified** 68:13

**moment** 28:10

**monopolies** 7:10,12

**Morera** 4:16 11:24 12:15 13:18 14:22 18:19 19:25 20:13 24:13 25:23 27:6,21 29:22 35:7,16 36:8, 18 37:3,20 38:23 39:5,12,16 40:4, 19 41:2,6,16,23 42:11,18 43:3,17 44:4,10,17 45:10,21,24 46:5,9,20, 25 47:4,10,16,22 48:4,15 49:4,21 50:6 51:5,16,25 52:2 53:5,6 54:12, 16,20,21 56:3,6,21 57:5,17 59:6, 10,12 60:2 61:17,22 62:1,8,9,12, 16,18,24 63:11,14,16,18 65:5,24 66:10,19,22 67:1,5,8,12,20,23 68:5,10,12,20,25 69:8,19,24 70:8

**morning** 4:23 5:1,20

**mother** 10:21

**motion** 31:6 68:17

**move** 47:7

**moved** 46:23

**moving** 61:5

**mow** 62:2

**MSJ** 62:6

**mutual** 12:3

**N**

**named** 23:18 29:8 33:3

**names** 29:24

**needed** 19:6

**negative** 33:14 44:11

**neighborhood** 27:23

**Ningbo** 34:8

**Ningo** 50:16

**north** 54:18

**Northern** 54:15,17,18

**notwithstanding** 30:24

**November** 27:20 31:13,16 58:17 59:3

**number** 19:12,17 29:9 31:4 32:3, 13 50:9 52:18

**numbers** 52:16,17

**O**

**O'CONNOR** 4:16

**oath** 4:6,7 29:8

**object** 13:18 20:2 29:23 30:1 46:7 56:14 64:24 67:15 68:1

**objection** 11:24 12:15 14:22 18:19 20:13 24:13 25:23 27:6,21 30:5 35:7,16 36:8,18 37:6,21 38:9,23 39:5,12,16 40:4,19 41:6,16,23 42:18 43:3,17 44:4,10,17 45:10,21 46:6,19,25 47:4,10,16,22 48:4,15 49:22 50:6 51:5,16 56:22 57:9 62:4 68:15

**objections** 4:10 37:1 68:9

**obligated** 33:11

**occasion** 7:8 56:2

**occasions** 27:14

**occur** 28:2

**October** 31:13

**official** 8:18

**OI** 16:24

Yijun Zhang

October 21, 2021
Index: opinion..proceed

**opinion** 46:12 47:2,11 57:10

**opposed** 59:21

**opposing** 36:21 37:4

**order** 19:1 22:21 31:7 62:6

**ordering** 69:2

**original** 7:25 15:24 19:13 23:5 43:2 44:2 53:22 54:8,9

**originally** 5:25 28:16

**outcome** 68:6

**outcomes** 35:21

**outward** 66:23

**overlook** 55:1

**owners** 26:16

**owns** 56:7,9 65:13

---

**P**

**P-U** 61:25

**P-U-R-U-I-M-O** 61:18

**p.m.** 49:9,10,11 70:9

**P10** 23:3

**pages** 32:10

**Paihe** 31:19

**pair** 63:6

**pairs** 63:7

**pamphlet** 59:1

**paper** 43:9,21 63:21

**paragraph** 64:1

**part** 45:25 58:11

**participating** 4:2

**parties** 4:9 29:25 37:1 67:24 69:4, 5

**partners** 25:19

**party** 12:18 37:5

**pass** 27:2 51:24

**passed** 42:14

**paying** 26:25

**payments** 19:1

**PB** 4:24 6:1

**Peanut** 21:5

**Pearl** 4:19,22 6:3 23:18,20,22,25 26:8 27:8 30:4 33:17,25 34:3 35:4, 24 39:15,20 40:22 41:19,22 42:4,8, 10 44:7,15,23 45:5,11,13 46:21 47:12 50:12 51:12,19 58:17 63:1,5 64:21 65:2

**Pearl's** 32:15 33:21 39:1,25 42:22 45:15,19 46:12,13 62:14

**peels** 22:25

**Penaeid** 4:18,22

**penalty** 34:10 50:18

**pending** 60:23

**people** 32:6 41:20 52:7,19

**Peoples** 29:16

**percentage** 57:3

**performance** 12:10,25

**performed** 12:6 48:2

**period** 18:14 27:4

**perjuries** 34:11

**perjury** 50:18

**person** 4:7 23:18,19 24:2,22 25:11 27:15 42:8

**person's** 52:24

**personal** 24:15

**personally** 32:4

**perspective** 16:5 57:1

**phase** 22:10

**phone** 32:10,13

**phrase** 15:17

**physically** 4:3

**picked** 17:14

**picture** 32:1

**PL** 9:24 10:4

**plaintiff** 4:14 5:22 6:2 30:10

**plaintiff's** 31:6 34:4 50:13

**PLS** 7:6 11:7 19:10 23:8,14

**PO** 7:9

**point** 9:5 38:3,9 59:15 61:4

**pointed** 59:18

**popular** 16:1,3,9

**portion** 46:4

**portions** 38:3,5

**pose** 62:4

**position** 9:12 64:11

**positions** 6:20 9:13 20:16,24 24:1 53:8

**positive** 33:13

**posted** 40:15

**potentially** 37:23

**potentials** 12:24 20:25

**prawns** 10:5,6 23:4

**precisely** 66:3,12

**preliminary** 31:8

**premature** 38:9

**prepare** 18:25 28:19

**present** 4:4

**presentation** 26:9 27:15,20 28:2 31:18 32:4,5,8,17 33:21 35:5,18,25 38:21 41:20 42:3 44:9 49:18 51:1, 21 58:16 59:2 64:22

**presentations** 26:13 31:15 32:14 33:9 35:9 42:6 64:13

**preserve** 70:3

**pretty** 26:16

**previous** 13:25 15:13

**Primo** 5:25 10:15,16 11:10,11,16, 18,23 12:3,5,7,12,13,23 13:4,13,15 14:13,14 15:12,13,15,20,24 17:11, 12,14,17,22 18:2,3,7,10,12,16 19:8,18 24:4 27:2 30:9,10,19,25 31:2,17 35:5,11 36:9 39:4,11 40:2, 7,8,12,15,24 41:11,13 43:10,22 44:3,15,24 45:14,23 46:14,24 47:14 50:25 51:3,9,10,14,22 60:8 61:6,9, 13 62:2 63:22 67:14 68:14

**Primo's** 19:12 26:22,25 27:3 39:9 48:3

**problem** 48:21 56:16,17

**proceed** 5:14

Yijun Zhang

October 21, 2021
Index: proceedings..rephrase

**proceedings** 70:11

**producer** 43:2

**producing** 7:11

**product** 7:3 13:5,8 23:16 26:15 31:18 35:20

**productions** 52:15

**products** 27:1,3

**professional** 48:20 65:12

**proficiency** 48:18

**promised** 63:5

**promote** 13:5 21:22 23:16 26:12 43:1

**promoted** 18:9

**promoting** 31:17 35:20 45:6

**promotion** 14:6

**promotions** 13:8 26:14 42:25

**pronounce** 25:17

**pronouncing** 61:8

**pronunciation** 40:9 61:6

**pronunciations** 61:12,13,24

**property** 45:16

**protections** 40:13

**proved** 65:11

**proves** 27:3

**provide** 12:9

**provided** 15:14,24 18:2,15 33:24 36:3

**providing** 10:25 11:19

**Province** 28:5 31:19

**provinces** 55:6

**Pu** 40:9,12 41:11 60:8 61:13,15 62:2 65:13,16

**public** 43:1,24 44:16 54:20,21

**publication** 58:18

**purchase** 12:2,20 18:17 19:1,15

**purchases** 7:15

**purported** 63:4

**purportedly** 63:19

**purpose** 31:6,17 43:12

**pursuant** 4:8

**pushing** 67:19

**put** 7:7 58:22

**putting** 59:13 68:9

**Q**

**Qingy** 53:2

**qualifications** 19:19

**qualified** 20:24

**quality** 12:22,25 15:23 19:14 23:6

**question** 14:12 20:1 23:12 24:20 31:24 38:2 45:25 53:6 57:4 58:20, 21 62:8 63:10 64:2,25 68:2,10

**questioning** 62:4

**questions** 5:7,24 44:19 49:2 52:5 56:23 60:6 62:20 63:3,23 64:14 68:21,22,23

**quick** 25:22 49:14

**quickly** 52:6

**R**

**R-U-I** 61:25

**raise** 5:12

**rarely** 55:23 56:4,5

**rate** 20:10

**rated** 15:15

**re-render** 14:1

**read** 28:23,25 46:3,4 50:9 61:21 69:20 70:3

**reading** 31:22,23 37:17,20

**real** 21:22 35:9,10 39:3,4,25 40:1, 23,24 41:13 43:10,22,24,25 63:21

**reality** 14:15 36:1,12

**realized** 62:21

**reason** 16:8 40:5,25 41:8

**recall** 35:15 39:2 50:24 57:21 58:18 59:1 60:7,9 61:6 62:24 63:8, 22

**receive** 36:13

**receiving** 37:1

**recognize** 28:17 47:20 48:13

**recollection** 35:4 50:23

**recollections** 42:7

**record** 6:11,18 8:19 14:19,23 15:1 26:3,6 30:8 33:9 49:9,12 50:10 59:11 62:18 66:18 69:1,2,13,18 70:7,10

**recorded** 38:22 49:19

**recording** 32:24 34:3,6 38:21 50:12,14 62:14

**recordings** 48:24

**records** 32:16 34:5 50:13

**refer** 25:6

**reference** 62:2

**referring** 7:5 13:15 23:22 39:8,9 64:1

**region** 54:6,13 55:4

**regional** 54:6,9,10,11,12,13 55:3,7 64:4,9

**regions** 54:3

**registered** 29:16 40:10 41:10 65:16,18

**registration** 60:7,12 61:1

**regular** 15:21 55:24 56:24

**regularly** 55:21

**relations** 22:7 23:5 58:12

**relationship** 10:19 11:11 22:5 23:21 24:11 25:8,18 42:3 58:5 67:25

**relevance** 56:15,22

**remember** 27:23 60:10 65:15

**remind** 62:12

**remotely** 74:5,7

**remove** 63:6

**render** 45:2 47:6 65:8

**renewed** 31:6

**repeat** 23:11 24:7 58:21 68:10

**rephrase** 51:7 58:21 67:20

Yijun Zhang

October 21, 2021
Index: replace..source

replace 44:3

reporter 4:2,25 5:8,11,14 14:17,25 15:6,9 26:2,5 28:10 46:6 49:8,11 69:17 70:6,9

reporting 4:5,11

represent 5:22 28:14 34:19 37:4

representation 45:20

representative 12:19 24:17,22 25:9 39:10 42:9

representing 58:8 69:23

reps 26:13

Republic 29:16

repugnant 62:5

reputation 18:6,10,14

request 60:21

requested 46:4

requests 20:23

require 66:13

Research 16:24

resistance 17:20,21 19:19

respect 32:15 43:14 56:17

respond 36:21 38:1

response 42:19

responsibility 30:12

responsible 24:2 33:12

restate 49:21

restaurant 31:18 32:5

restroom 25:24

result 12:7 15:14 19:9 20:10 36:14,24

retained 32:9

retracting 51:20

retraining 31:7

review 49:14,17

reviewed 38:18

River 28:6

road 44:1

Robin 4:19,22 23:18,22,25 26:8 27:8 32:15 41:3,4 42:4,7,22 44:7

room 4:4

Rui 61:13,15 65:13,16

ruling 60:25 62:5

rulings 60:20

rush 69:5,7

**S**

sale 54:21

sales 6:21 7:8 9:15,16 19:14 20:10,15,16,22 21:22 24:17 30:12 31:15 32:4 33:10,16 35:21 52:14 53:9,10,11,14,16,17,22,25 54:1,7, 14 55:2,3,6 64:4,10

satisfy 20:22

save 46:18

saved 32:24

scope 66:7

screen 58:23

scroll 37:12,17,19 38:11,13,14,16

Seafood 6:20 7:25 8:3,5,15

section 30:8 31:24

seeking 66:15

sell 9:17 10:7,9 18:3 24:18

seller 22:11,13

selling 10:1 12:20 21:12 22:25

sells 7:18 11:7 17:2 22:19

sense 36:4

sentence 7:17

sentinel 46:17 63:13

serves 45:3

set 62:6

settlement 67:13

shareholder 56:13,18 57:3

shareholders 56:10

shareholding 57:3

sheet 67:17,24

short 70:4

shot 64:12

show 28:12 37:9 47:18 48:22 62:21

showing 28:17,20

shown 59:13

shows 29:24

shrimp 7:1,4,13 9:17,25 11:1,6 12:2,5,8,25 13:4 14:7,13 15:21,25 16:3,17,24 18:7 20:6,9 22:10,20,25 23:2,3,6 26:15,16,23,24 27:9 31:15,17 35:5,6,10,12 36:13 39:8 40:16 42:16 51:1,3,10,15,22 54:1, 5,22,23

shrimps 10:1,9 12:20,22 14:7 15:16,21 19:15 22:17,21 23:4 43:15

sic 9:2 11:3 34:2 40:12 41:11 62:2

side 69:2

sign 70:3

signature 34:14

signed 12:18 13:1 67:24

signs 40:15

similar 40:9 61:13

Simple 53:23

sir 26:7 31:4 34:22 49:14 52:3 61:3 62:10 68:21

SIS 16:20

situation 15:11

size 66:23

skill 17:15

skyrocket 18:10

slower 19:21

small 7:11 54:24,25 65:18

smaller 17:8

software 14:19 15:1

sold 23:8,14

sought 18:13

sound 9:21 29:10 40:11 41:10

sounded 57:19

sounds 25:2,3 61:15

source 35:9,11,12 43:14,25 44:2

Yijun Zhang

**sources** 43:8,21 63:20

**South** 28:6

**space** 61:25

**speak** 11:20 26:9 27:8 33:17 55:21 60:3 66:18

**speaking** 13:21 14:3 34:21 37:7 38:6 39:21 42:22 44:25 49:19 62:15

**special** 14:13

**specific** 63:2,25

**speculation** 11:25 18:19 20:3 24:14 36:19 39:12 41:24 42:11 43:18 44:11 45:10 48:5 51:6 57:10

**speculations** 18:20

**speech** 32:15

**speeches** 33:9

**speed** 17:23 19:20,23

**spell** 6:14,18 8:3 17:5 25:1 53:4

**spelled** 25:12 61:25

**spelling** 25:1,2,3 61:5,15,18

**spoke** 33:17

**stage** 7:13,24 8:14 9:3 10:5 11:14 52:13

**standing** 39:20

**stands** 32:22

**start** 6:8 10:8 15:5,7 29:5

**started** 22:9

**starting** 9:24 10:4 28:25

**state** 4:13 6:10 29:9 43:11 45:12

**stated** 7:20 32:20 35:5,9,19 36:2,9 38:19 43:15,20 45:13 50:1

**statement** 39:8,13,24 40:3,22 41:1,9 46:12 47:3,5,7 51:9,13,20, 21 57:13 63:5,19

**statements** 33:23,04:15 25.1 44:8,15 62:25

**states** 30:11 34:11,19 50:19

**status** 36:15

**stay** 15:22

**stenographer** 46:2

**stop** 16:22 29:18

**strike** 13:24 15:19 21:8 23:10 30:21 48:10 62:23

**strong** 16:7

**structure** 53:21

**structures** 57:2

**stuff** 48:9

**subject** 68:17

**submit** 31:5 50:20

**submitted** 28:15 34:3,6,12 38:5 50:11,14

**subsidiary** 10:20 30:19 58:2,4,10, 11

**successful** 15:21 16:3

**summarize** 5:4

**superior** 52:21

**supervisor** 52:21 53:19 56:1

**supervisor's** 53:1

**Supplier** 28:6

**suppliers** 16:11

**supplies** 36:11

**supporting** 31:6

**supposed** 41:12 57:15

**Supreme** 4:9 41:14

**survival** 20:10

**survive** 20:6

**swear** 5:5,9

**sworn** 5:10,13,16 31:5

---

## T

**Taiwan** 25:2

**Taiwanese** 25:3

**takes** 12:22

**taking** 6:20 20:16 63:7

**talked** 44:9

**Taun** 24:21 39:2,14,20,21,24 40:23 41:3,5,19,21 42:4,9,21 43:7,20 44:7,8,15,16 45:12 46:22 47:13 51:19 63:19 65:7

**Taun's** 24:17

**TB** 4:15 5:22 6:1,19 10:12,19,20, 21,23 11:6 21:10 30:18,24 31:3 51:10 57:20,25 58:1,5,8,10 63:18 67:8,14 69:15

**TD** 65:21

**Tech** 34:8 50:16

**technology** 8:1,3,6,15,25 9:2 22:16,18,21 29:15

**telling** 43:24 64:16

**tells** 15:23

**temporary** 31:7

**term** 9:19 22:23,24 60:8 62:2 67:17,24

**termed** 37:10

**terminated** 20:25 68:13

**termination** 67:13

**terms** 8:21 9:23 10:4 17:15,20 22:15,16 24:15 52:8 53:20,21 54:4 55:4 66:14

**testified** 5:17 53:15 61:3 66:12

**testify** 29:10 64:7

**testifying** 60:7

**testimony** 57:18,21 62:25 63:3 69:25

**testing** 63:24

**Texas** 4:8

**Thailand** 17:1,5

**themself** 41:13

**thing** 22:25 58:22 68:16

**things** 9:17 32:20 35:4 36:6 66:13

**third-party** 4:24

**Thompson** 4:23,24 68:22 69:13

**thought** 43:23 46:9 53:11

**tie** 42:16

**time** 4:12 5:9 7:24 8:9 12:10 14:9 15:13 16:15 18:14 26:2,5 27:5,24 30:15,16 31:1 40:5 45:5,8 46:7 49:9,11,14 51:3,8 52:9 55:8 68:21 70:9

**timeframe** 13:20 14:2

**title** 52:24 53:7,11

**today** 5:23 29:19 30:20,24 32:1,21
33:6 34:16 58:8 63:24 64:11 69:18

**told** 48:8

**top** 29:1,5

**total** 55:9

**totally** 36:16 57:12

**touch** 13:11

**trademark** 60:12 61:1 65:13

**transcribed** 48:12 50:3

**transcript** 35:3 38:7 49:5,18 65:10
69:6

**transcription** 34:9 37:22 38:20
48:1,2,8,13 50:13,17 62:14

**transcriptions** 49:23

**transcripts** 34:5 48:19

**transferred** 9:15

**transitions** 8:8

**translate** 29:2,13 59:24 65:4 66:3

**translated** 38:8 39:1,25 40:8,23
41:5 46:12 47:13 48:20 50:3 64:22
65:3

**translating** 39:22 45:12

**translation** 8:21 14:1 20:1 28:16,
24 33:20,24 39:15 57:19 65:6,7,9,
10

**translations** 8:18

**translator** 29:2 48:20 54:9,16 56:3
66:20 67:6

**transportation** 7:8,12

**tremendously** 35:21

**trend** 35:21

**trial** 12:7 13:8 14:6 69:5,10,25

**true** 29:19 30:16,24 31:9,25 32:2,
21,22 33:6 34:13,16 35:13,40:2
41:1 45:20 47:3,7 50:20 63:1,7,22

**truth** 31:2 36:25 64:16,17

**truthful** 30:14

**Tuan** 24:24 25:7 39:1,8 51:12

**Tuan's** 65:17

**Turning** 58:16

**twist** 43:12

**type** 6:25 7:2,10 12:19 13:10 15:25
16:9 19:21 22:16 23:2 28:9 43:25
54:4

**typed** 61:14

**U**

**Uh-huh** 56:5

**understand** 6:6 13:9 14:8 20:20
22:3 23:17 30:18 53:24 58:20 60:4
67:19

**understanding** 6:9 11:10 12:4
21:7,16 23:8,14 25:16 51:8 57:14
61:11 68:19

**understood** 54:12 65:1

**undertaking** 56:19

**United** 30:11 34:11 50:19

**unreliable** 37:23 49:23

**unverified** 37:22 49:23

**upper** 55:25

**USA** 10:12

**V**

**valid** 61:1

**venue** 28:2,4

**verbatim** 8:18,21

**verified** 65:11

**verify** 8:12 9:19 11:13 13:20 16:18
59:20 65:23

**verifying** 10:4

**version** 62:21

**versus** 11:23

**VID20161103_110232_1** 33:3

**VID20161103_110232_2** 33:3

**VID20161103_112156_1** 32:25

**VID20161103_112156_3** 33:1

**VID20161103_114014_1** 33:4

**video** 32:14,16,17,24 33:1,2 35:17

37:22,24 38:4 48:9,11,14 50:3
64:12 69:7,10,14

**videos** 49:24

**view** 39:7 44:24 45:19 46:12,17

**W**

**waive** 4:10 69:20

**walking** 44:1

**wanted** 14:15 15:10 45:17 46:15

**ways** 61:8

**whatsoever** 20:8 23:6

**white** 43:8,21 63:20

**winding** 67:25

**window** 70:4

**withdraw** 41:25 46:17,18 62:8

**withdrew** 63:9

**word** 40:14 65:4,23 66:25 69:6

**words** 8:13 17:11 24:5 39:19 48:7
66:3,24 67:1

**work** 6:19 7:10 12:7 25:19 45:5
57:23 69:10

**worked** 57:20

**working** 9:8 20:20 45:5,9

**works** 58:12

**write** 28:19

**writing** 38:21 48:9,12

**written** 28:16,20 43:8,21 47:21
63:20

**wrong** 69:7

**wrote** 28:25 30:15 63:16

**Y**

**Y-I-J-U-N** 6:18

**year** 27:24,25 36:11,14,23

**years** 9:10,11

**Yijun** 5:15 6:12,16 29:7,8 34:14
50:21

**young** 7:4

## Z

**Z-H-A-N-G** 6:14

**Zhang** 5:4,15,21 8:21 29:8 34:14
50:21 66:3

**Zhanjiang** 7:25 8:3,7,24 9:1 29:14

**Zhengda** 17:2

Yijun Zhang                                                    October 21, 2021

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MEYERS DIVISION

PRIMO BROODSTOCK, INC., a Texas
Corporation,

                Plaintiff,

v.                                  CASE NO.: 2:17-cv-9-FtM-29CM

AMERICAN MARICULTURE, INC., a
Florida Corporation, AMERICAN PENEAID,
INC., a Florida Corporation, ADVANCED
HATCHERY TECHNOLOGY, INC., ROBIN
PEARL and CHARLES T. TUAN,

                Defendants.

_____/

## AFFIDAVIT OF YIJUN ZHANG

Mr. Yijun Zhang, under oath, deposes and states as follows:

1.    I am over the age of 18, of sound mind, and I am competent to testify to the facts contained herein if called upon to do so. I am fluent in Mandarin and English.

2.    I am currently a manager with Zhanjiang Haimao Aquaculture Bioscience Technology Co., Ltd. ("Haimao"), a company registered in the Peoples Republic of China.

3.    Haimao is the exclusive distributor in China for Primo Broodstock, Inc., the Plaintiff in caption above ("Plaintiff"). My responsibility is to manage commercial sales of Plaintiff's unique broodstock shrimp in China.

4.    I submit this sworn affidavit in support of Plaintiff's renewed motion for a temporary restraining order or, in the alternative, for entry of a preliminary injunction (the "Motion").

5.      In and around late October to early November, 2016, I was informed by one of my customers that a sales presentation for Chinese shrimp breeders and farmers would be held starting at 9:00 a.m. on November 3, 2016, for purposes of promoting "Primo" shrimp products.  The presentation was to be held in a restaurant in Paihe County, Huangye City, Hebei Province, China.

6.      I personally attended the entire sales presentation at the restaurant.   The presentation was attended by approximately 55-60 people.  A bilingual English and Chinese glossy brochure was handed out at the presentation.  I retained one of these brochures and took pictures of each page on my camera phone.  True copies of those images are attached hereto as Exhibit A.

7.      In addition, I took video recordings of parts of the presentation from my camera phone, including: (i) the presentation by a person identified as Mr. Robin Pearl from American Penaeid (the "Pearl Recordings") and (ii) the presentation by another person identified as Mr. Fusheng Huang (the "Huang Recordings").  The Pearl Recordings were saved under the file names: VID20161103_112156_1.mp4 (length 13:24), and  VID-20161103_112156_3.mp4 (length 0:07).  The Huang Recordings were saved under the file names VID20161103_110232_1.mp4 (length 1:42), VID20161103_110232_2.mp4 (length 0:08), and VID20161103_114014_1.mp4 (length 8:47).

8.      I have caused a copy of the Pearl Recordings to be given, without alteration, to Plaintiff's counsel record for transcription.  I have also caused a copy of the Huang Recordings to be given, without alternation, to Ms. Helen Guan, in-house legal counsel at Ningbo Tech Bank Co., Ltd., for transcription.

2

I declare under penalty of perjury of the laws of the United States, to whose jurisdiction I submit, that the foregoing is true and correct on this 22nd day of January, 2017.

_____

Mr. Yijun Zhang

### SIGNATURE NOTARIZATION

I, Helen Guan, a Chinese-trained legal counsel based in Shanghai, China, hereby swear and affirm on this 22nd day of January, 2017, that Mr. Yijun Zhang appeared before me on the 22nd day of January, 2017, presented me with a state identification card bearing his name and likeness, and executed his sworn affidavit in the place indicated on Exhibit 1 hereto.

I further swear and affirm that I am proficient in English and that (i) the foregoing English translation of the Sworn Affidavit of Yijuan Zhang attached as Exhibit 1 hereto (the "Zhang Affidavit") is an accurate translation of the entirety of that sworn affidavit.

_____

Helen Guan, Attorney

3

# EXHIBIT 1

美国地区法院

佛罗里达州中部迈尔斯分部

PRIMO BROODSTOCK, INC. （一家在德克萨斯注册的公司）

　　　原告

案件号：2:17-00009-JES-CM

　　　与

American Mariculture,Inc., （一家在佛罗里达注册的公司）

American Penaeid,Inc. （一家在佛罗里达注册的公司）

Advanced Hatchery Technology,Inc

ROBIN PEARL,和 CHARLES T. TUAN

　　　被告

_____//

张一军宣誓书

　　我本人张一军在此宣誓：

1. 我已年满 18 岁，是完全民事行为能力人，我有能力证实以下所涵盖的事实。我需要一个人来为我翻译，因为我的母语是中文，而且我不会讲英语。

2. 我目前是湛江海茂水产科技有限公司（海茂）的经理，这是一家在中国注册的公司。

3. 海茂现在是 Primo（原告）的独家经销商，我主要负责原告的虾在中国商业推广。

4. 我提交这份宣誓书是为了支持原告的临时禁制令或者初步禁令的实施（动议）。

5. 大约在 2016 年 10 月底到 11 月初，我从我客户那里得知 11 月 4 日将在河北黄骅举办冠名"普瑞莫"品系对虾产品的推介会。此次推荐会在河北省黄骅市南排河镇供销饭店举行。

6. 我本人以养殖户的身份参加了此次推介会，参加人数大约 55-60 人左右。

在会上分发来了一份中英双语的宣传册。我本人保留了一份，并且用手机拍照了，见附件A。

7. 另外，我用我的手机进行了视频拍摄，包括：(i)API公司Robin.Pearl先生的讲话（Robin视频记录）和(ⅰi)黄富生先生的讲话的视频(黄先生视频记录)。Pearl视频记录的文件命名为：VID20161103_112156_1.mp4(时长：13:24)，以及VID-20161103_112156_3.mp4（时长：0:07）。黄先生的视频记录文件命名为：VID20161103_110232_1.mp4(时长：1:42)，VID20161103_110232_2.mp4(时长:0:08)，以及VID20161103_114014_1.mp4(时长：8:47)。

8. 我提交了一份Peral先生的视频记录，未经改变并经原告律师进行转交。黄先生的视频记录由宁波天邦股份有限公司法务管文凤在不做出改变的情况下进行翻译。

我宣誓，在可能受美国法律对伪证的处罚下，2017年1月22日所做出的上述声明是真实准确的。

张一军

张一军

# EXHIBIT A



**AMERICAN PENAEID**

美国种虾公司

High Vigor Breeder Shrimp

普瑞美品系高活力种虾



**API Genetic Breeder Center in Florida,**
美国种虾公司弗罗里达繁育中心

# Who is API? API 是谁?

**2013** Established state of the art shrimp production facility to meet needs of USA fresh shrimp market

建立先进的虾生产设施以满足美国活虾市场要求

**2014** Dismal growout performance using SIS seedstock led to urgent need to develop improved seedstock sources

使用SIS菌种，令人失望的养成性能，导致迫切需要开发先进的菌种来源

**2015** Agreement with Texas based Primo Broodstock to grow Primo breeders and implement a full genetic improvement program

与德州基于Primo种虾所达成协议完成对primo育种和完整基因改造项目的实施

**2016** Termination of relationship between Primo and API. Primo moved its operations back to Texas, but left all its animals at API in Florida.

终止了primo和API之间的关系，primo的工作人员搬回德州，但是把primo所有的种虾留在了API

- Primo abandoned over 650,000 animals and all its genetic material

  primo放弃了超过65万的种虾和所有的基因种群

- API Continued the genetic breeding program  API继续遗传育种程序

- API created API High Vigor Shrimp  API创建了高活力种虾





# Multiplication Center
养殖中心

- USDA certified SPF facility
  美国农业部认证的SPF工厂

- 100% disease free testing by University of Arizona since startup
  从创建开始由亚利桑那大学检测100%无病菌

- 144 tanks total 30,000 m² culture area
  144个池子总计3万m²育种水体

- Totally enclosed, fully biosecure, year round production
  全封闭，完全生物安全，常年生产

- Able to produce 500,000 breeder pairs per year
  常年能够生产500000对种虾

# What are API High Vigor Breeders
## API 高活力种虾介绍

- Ecuadorian lines that were selected for survival in disease challenged environments

  厄瓜多尔 品系选择于疾病挑战环境下存活下的家系

- APE – All Pathogen Exposed

  所有病原体暴露

- Brought to US by Neil Gervais in 2011 and made SPF over 2 generations

  在2011年被尼尔带到美国, 制造2代以上SPF

- Proven to have much better survival in disease challenged environments

  在疾病挑战的环境中证明有更好的成活率



# Team
# 团队

Over 90 [...] a
combined [...]
experience in [...]
breeding, [...] is
and genetic[...]
selection of [...]
vannamei in Ce[...]
America, Sou[...]
America, A[...]a
the U[...]

90多年联合[...]
亚洲、美国[...]
自对虾的[...]
及遗传选择 [...]



- Mr. Nick Carpenter
  – Hatchery Director
  – Breeding Program Manager
- Mr. Tim Morris
  – Broodstock Production Manager

- Dr. Franklin Perez
  – Breeding and Genetics Consultant
- Mr. Neil Gervais
  – Project Consultant
- Mr. Robin Pearl
  – Managing Director

AMERICAN PENAEID



# APE Genetic Selection
# APE 遗传选育

- DNA parentage family based selection
  基于DNA亲子关系家庭的选择

- 2016 - 84 founder families
  84个创始家系

- 2017 - 2,000 families per year
  每年2000个家系

- Selection intensity .05%-1%
  选育强度 0.05%—1%

- Traits selected for growth and survival
  对应生长和成活性特征的选育

- Selection performed in actual growout facilities – No Tank Effect
  从实际的养成效果中选育，非小型实验效果

*By selecting top performing families, annual performance gains of over 10% are realized.*
通过选择顶级优质家系，实现年集业绩收益超过10%

# Disease Challenges
# 疾病 挑战

**University of Arizona - UAZ Case 11-344**

| Stock ID | WSSV 白点病 | IMNV 皮下组织坏死 | TSV 桃拉 |
|---|---|---|---|
| Kona | 0% | 55% | 25% |
| API/APE Ecuador | 52% | 80% | 92% |

**University of Arizona - UAZ Case 15-251**

| Stock ID | AHPND | TSV |
|---|---|---|
| SIS | 10% | 90% |
| API/APE Ecuador | 78% | 92% |



# 2017 season API Breeder Availability

| | Nov- Dec 2016 | January – March 2017 | April – June 2017 | July –September 2017 |
|---|---|---|---|---|
| Breeder Pairs In Growout | 8,000 | 28,400 | 12,000 | 65,000 |
| Reserved | 2,460 | 8,480 | 8,400 | 2,800 |
| Breeder Pairs Left for sale | 5,540 | 19,920 | 3,600 | 62,200 |

## Terms of Sale

- API breeders cost $65.00 per breeder plus shipping and packaging
- Breeders are offered on a <u>first come first serve</u> basis
- Reservations are accepted with a 50% deposit
- Breeders average 35+ grams for females and 30+ grams for males
- Breeders are packed 8 females per cooler and 10 males per cooler
- Breeders are packed 8 females per cooler and 10 males per cooler
- All orders receive 5% extra animals for mortality allowance





Breeder pack out 2,000 pairs per day

For Sales in China

Please contact our sole sales agent

John Wu

For sales outside of China

Please contact Robin Pearl

rpearl@penaeid.com



附件 **A**

## Pearl 的录像转录文本[1]

**I.** **第一部分：VID 20161103 112156 1.mp4 (13:24)**

0:00 – Charles Tuan：真的假不了，假的真不了。如果是真的 Primo，那干嘛还要改名？一旦改名，不论是国内还是国外，都会带来问题，这是最基本的一个情况。

所有的养殖源头都白纸黑字写得清清楚楚，只要查实，就知道是真的 Primo。

我们不像其他公司那样打广告。我们的种虾都是由 API 负责分销。如果有任何疑问，可以问首席执行官，也可以在美国进行立案。

我们今天不是为了简单的解释，是想让大家保持谨慎，因为 Haimao 的养殖源头是假的。这就是我们想说的，也是我们向大家保证的。

另外，由美国公司接手所有这些事务和业务，对所有的虾农来说是件好事，因为我们会在种虾养殖基因方面投入更多资源。

目前的种虾基因好，并不意味着始终都好。适合在某个地方养殖，并不意味着也适合在其他地方养殖。

所以，我们和 API 会加大投资，进行基因研发。就拿<mark>黄骅</mark>地区来说，当地养虾会面临疾病和病毒问题。未来，我们将研发适合不同地区养殖的虾种。

下面有请 Robin 先生发言，由我为大家翻译。

2:23 – Robin Pearl：大家好。首先，感谢大家今天的到来。尤其是，我想真诚地感谢我们今天的主持人【看向前面讲台的随行人员】，感谢帮助我们在中国推广 Primo Broodstock 的代理商。【接着由 Charles Tuan 翻译】。

3:06 - Robin Pearl：这里，我再次感谢大家今天的到来。大家对我们所做的事情有如此的兴趣，我感到十分荣幸。非常感谢有这次机会能够向各位介绍我们的方案。【接着由 Charles Tuan 翻译】。

3:34 - Robin Pearl：我经营着美国最大的虾场。这家虾场是大概 4 年前开始做的。【接着由 Charles Tuan 翻译】。

---

[1] 这些录像（"Pearl 的录像"）的真实副本在向法院内庭提交的一份单独指状储存器中都有，当时一同提交的还有《动议书》和相关宣誓书的真实副本。
附件 A（Jakubowski 的宣誓书）
1

3:58 - Robin Pearl：刚开始的时候，我们的计划是用 SIS 亲虾或 SIS 虾苗。但都失败了。【接着由 Charles Tuan 翻译】。

4:23 - Robin Pearl：大约 2 年前，我认识了 Primo Broodstock 的 Nick Gervais 先生，当时他来我们虾场向我们推荐 Primo Broodstock。【接着由 Charles Tuan 翻译】。

4:48 - Robin Pearl：我们试着在 SIS 虾种养殖的旁边养了 Primo 虾。[2] 同样的水池、同样的水、同样的饲料，Primo 虾的存活率为 80%，而 SIS 虾的存活率一般只有 20-25%。【接着由 Charles Tuan 翻译】。

5:16 - Robin Pearl：当时 Primo 的公司规模很小，想要通过优质虾种打入市场。但当时他们的规模太小了，公司又在德克萨斯州。于是他们看到了一个机会，那就是把所有的虾种基因带到我们养殖场，因为我们养殖场是可以养出来的，我们养殖场有正确养育虾苗的计划。【接着由 Charles Tuan 翻译】。

5:53 - Robin Pearl：于是我们双方达成了相当简单的交易。基本上说，由我们养殖场负责养虾，再由对方将养好的虾卖到中国、越南和中美洲各国。对于我们养殖场来说，我们可以用他们的虾种基因。而他们也会给我们（尤其是我们的养殖系统）提供基因方案。【接着由 Charles Tuan 翻译】。

6:36 - Robin Pearl：最初的时候，我跟 Neil 的合伙人 Ken 接触，当时 Ken 是业务负责人。但最开始对方并未遵守我们签订的协议。我们合作了大概一年，后来因为对方无法购买种虾、无法支付货款、无法实施基因方案，再加上一系列的其他小事，我们只能跟 Primo 结束合作。【接着由 Charles Tuan 翻译】。

7:33 - Robin Pearl：当时我们尝试跟 Primo 和 Ken Gervais 合作，而且关于合作和购买 Primo Broodstock 这两方面都已经谈好了，但当 Ken Gervais 一月份最后一次从中国回来的时候，他却说他已经和 Haimao 合作了，他们会把所有的种虾运到中国。当时我说，"好，带着你的虾苗离开这里，我们的合作就此结束。"【接着由 Charles Tuan 翻译】。

---

[2] 此处提到的"SIS"，是指由佛罗里达州的一家公司（"SIS（佛罗里达）"）供应的虾。SIS（佛罗里达）拥有一处南美白对虾虾苗养殖厂，据称该养殖厂每年能生产和供应大约 120,000 只商业虾苗。见 www.shrimpimprovment.com/facilities.php。

附件 A（Jakubowski 的宣誓书）

2　　　　　　　　　　　　　　　　　　　　　　　　　　　　页码：

8:10 - Robin Pearl：当时我们约有 650,000-800,000 只虾苗，其中约有 100,000 只的重量超过 35 克。根据协议规定，我们有权捕收重量在 30 克以上的种虾，所以我们提前 10 天通知对方撤走种虾，但对方无法按要求撤走。【接着由 Charles Tuan 翻译】。

8:47 - Robin Pearl：当时，对方起诉了我们。简单说来，当时我们达成和解，约定对方需要在 4 月 30 日之前撤走所有种虾，而 4 月 30 日之后留下的所有种虾都归我们养殖厂所有，到时我们可以任意处置。【接着由 Charles Tuan 翻译】。

9:23 - Robin Pearl：对方承诺在 4 月底之前撤走 50,000 对种虾，但最终只撤走了 4,000 对。【接着由 Charles Tuan 翻译】。

9:56 - Robin Pearl：到了 4 月 30 日，对方走了，剩下的所有种虾都留给了我们。我刚刚忘了说了，对方在德克萨斯州有很多问题，所以在与我们合作的一年零 3 个月期间，他们把基因库全部搬到了我们位于佛罗里达州的养殖厂。【接着由 Charles Tuan 翻译】。

10:29 - Robin Pearl：他们带去中国的 4,000 对种虾都属于同一虾种。【接着由 Charles Tuan 翻译】。

10:45 - Robin Pearl：这样一来，我们养殖场就有了完整的基因库。后来，我跟 Franklin Perez 合作，Franklin Perez 最初是一名遗传学家，是他率先研发出了 APE 虾种。接着【无法理解】我又把 Nick Carpenter 招了进来。他们都是遗传、人工孵化、无水养殖、【无法理解】等方面的佼佼者。目前，我们有业界顶尖人才坐镇，而且正在投入大量的精力和财力研究 Primo APE 虾种，希望能取得进一步成果。【接着由 Charles Tuan 翻译】。

13:13 - Robin Pearl：跟大家一样，作为一名虾农，经过重重艰难，我终于明白，人好不好、食物好不好、养殖系统好不好、管理方式好不好，这些都不要紧【视频结束】。

## II. 第二部分：VID 20161103 112156 2.mp4 (0:39)

0:00 - Robin Pearl：【从中间开始】……不管哪种系统，都不会成功。这就是我们的新方案所要解决的问题，我们希望研发的虾种不仅适合眼下，而且还适合未来数年。【接着由 Charles Tuan 翻译】。

附件 A（Jakubowski 的宣誓书）

3                                                                页码：

### III.  第三部分：VID 20161103 112156 3.mp4 (0:07)

0:00 - Robin Pearl：想到大家用我们养殖厂提供的种虾，我跟大家一样激动。期待现在乃至未来数年都能跟各位合作。【接着由 Charles Tuan 翻译】。

# EXHIBIT A

# <u>Transcription of Pearl Recordings</u>[1]

### I.      <u>Part I:  VID_20161103_112156_1.mp4 (13:24)</u>

0:00 – Charles Tuan:  The real cannot be fake, and the fake cannot be real.  If it's the real Primo, then why need change the name?  There will be a problem if they changed the names, we all know that's the basic opinion, including abroad.

And all breeder sources are written in black and white on the paper and establish for you that these are the real Primo.

We are not advertising like some others.  Our breeder shrimp are distributed by API.  If anyone has any question, he can ask the CEO and can file the case in the U.S.

We are here not for the simple explanation.  We are here to tell you to be cautious because the breeder source of Haimao is fake.  That's it and that's what we assure to you.

And one more point, the American company takes over all of these matters and business, which is the good thing to all farmers because we will put more resources into the breeder genes.

Because the gene is good today, it doesn't mean it's always good.  And in this area, its suitability for breeding doesn't mean it's suitable everywhere.

So we and API will pay a lot of money to develop the genes.  Such as in the Huanghua area where there are some diseases, some viruses.  So we will develop the shrimp suitable for breeding in your area, this is what we will do in the future.

Now let us to invite Mr. Robin to speak and I will translate for him.

2:23 - Robin Pearl:  Hello.  I want to thank everyone for coming here today.  And I want to especially give a gracious thank you to my hosts, [looking to those accompanying him at the front dais] to my agents who are helping us promote Primo Broodstock here in China. [Followed by Charles Tuan purportedly translating same].

3:06 – Robin Pearl:  I also want to thank all of you for coming here.  It means a great deal to me that you're this interested in what we are doing and I really appreciate the opportunity to present our program to you.  [Followed by Charles Tuan purportedly translating same].

---

[1]    True copies of these video recordings (the "<u>Pearl Recordings</u>") are included on a separate thumb drive that has been delivered to this Court's Chambers along with the courtesy copy of the Motion and supporting affidavits.

Exhibit A (Jakubowski Affidavit)

P a g e  | 1

3:34 – Robin Pearl:  I operate the largest shrimp farm in the United States.  I started this company almost 4 years ago. [Followed by Charles Tuan purportedly translating same].

3:58 – Robin Pearl:  When we started out, our plan was to use SIS broodstock or an SIS fry in our systems.  It didn't work.  [Followed by Charles Tuan purportedly translating same].

4:23 – Robin Pearl:  About 2 years ago, I met a gentleman called Nick Gervais from Primo Broodstock who came to our farm and he recommended that we try the Primo Broodstock in our system.  [Followed by Charles Tuan purportedly translating same].

4:48 – Robin Pearl:  We tried the Primo animals right next to the SIS.[2]  Same tanks, same water, same feed, and we had an 80% survival of the Primo animals and the normal 20-25% of the SIS.  [Followed by Charles Tuan purportedly translating same].

5:16 – Robin Pearl:  So Primo was a very small company and they developed a superior animal that they tried to get to the marketplace, but they were very small, based in Texas, and they saw an opportunity to bring all their genetics to our farm because we could grow-out - - we have the way to properly grow out a broodstock program our farm.  [Followed by Charles Tuan purportedly translating same].

5:53 – Robin Pearl:  We made a very simple deal.  It was basically, we will grow the shrimp for you.  You will then sell them to China, and Vietnam, and to Central America.  We would - - if they - - We would have the benefit of using their genetics in our own systems.  They would also do a genetic program for us, in particular for our system.  [Followed by Charles Tuan purportedly translating same].

6:36 – Robin Pearl:  From in the beginning, I was dealing with Neil's partner, Ken, who was in charge of the business and, basically, from the beginning they did not meet the terms of the agreement that we signed.  We worked with them for about a year and when they weren't able to buy breeders, they weren't able to pay their bills, they weren't able to do the genetic program, lots of other small things, we just said, ok, we are finished with that Primo. [Followed by Charles Tuan purportedly translating same].

7:33 – Robin Pearl:  We tried working with Primo and Ken Gervais and actually had discussed a partnership and a purchase of Primo Broodstock, but when he on his last visit in January, he came back from China, he said he made a deal with Haimao and they are now sending all their breeders to China, at which point I said, ok, get all your animals off the farm, we're not doing business anymore.  [Followed by Charles Tuan purportedly translating same].

---

[2]   The reference to "SIS" is to shrimp obtained from a company based in Florida ("SIS Florida") that houses a penacus vannamei broodstock multiplication facility that claims to have the capacity to produce and ship about 120,000 commercial breeders per year. See www.shrimpimprovement.com/facilities.php.

Exhibit A (Jakubowski Affidavit)

8:10 – Robin Pearl:  At the time, we had about 650,000 to 800,000 breeders, and we had about 100,000 breeders that were 35 grams plus.  Part of the agreement was where we had the right to harvest animals that were over 30 grams, and so we gave them 10 days' notice to remove the animals, which they weren't able to do.  [Followed by Charles Tuan purportedly translating same].

8:47 – Robin Pearl:  They then sued us, and long story short, we came up with a settlement that gave them until April 30th to remove all animals from the farm, after which any animal left on the farm was owned by us and we would be able to do whatever we wanted to do with them.  [Followed by Charles Tuan purportedly translating same].

9:23 – Robin Pearl:  They had promised to remove 50,000 pair by April and they ended up only taking about 4,000 pair from the farm.  [Followed by Charles Tuan purportedly translating same].

9:56 – Robin Pearl:  So, April 30th came, and they left, and they left us with all their animals.  And what I forgot to mention before is that they had a lot of problems in Texas, so during the year and 3 months that we were working with them, they moved all of their genetic base to our farm in Florida.  [Followed by Charles Tuan purportedly translating same].

10:29 – Robin Pearl:  The 4,000 families that they moved to China were all one family.  [Followed by Charles Tuan purportedly translating same].

10:45 – Robin Pearl:  So we have the full bank of genetics at our farm.  I made a deal with Franklin Perez who was the original geneticist who created the APE animals in the first place, and then [unintelligible] I brought in Nick Carpenter.  These are the top people in the industry for a genetic program, hatchling program, dry-out program, [unintelligible] program, etc.  So, we have the best people in the field working for us and right now we're spending a lot of time and a lot of money taking the Primo APE animal, and taking it to the next level.  [Followed by Charles Tuan purportedly translating same].

13:13 – Robin Pearl:  Like all of you, as a farmer, I've learned the hard way that it doesn't matter how good the people are, how good the food is, how nice your systems are, how properly you manage it [video concludes].

## II.    Part II:  VID_20161103_112156_2.mp4 (0:39)

0:00 – Robin Pearl:  [Picking up mid-sentence] … go with either system, you will not be successful and that's what we're trying to do with our new program here, creating animals that will be successful now and many years into the future.   [Followed by Charles Tuan purportedly translating same].

Exhibit A (Jakubowski Affidavit)

## III.    Part III:  VID_20161103_112156_3.mp4 (0:07)

0:00 - Robin Pearl:  I'm as excited as you are about getting these animals out there and I look forward to working with you now and many years into the future.  [Followed by Charles Tuan purportedly translating same].

Exhibit A (Jakubowski Affidavit)

案号：2:17-cv-00009-JES-NPM  文号：21-3  备案日期：2017 年 1 月 26 日  页码： 26 / 45  页面编号：
389

# 附件 B

### **Huang 的录像转录文本[1]**

**I.** **第一部分：VID 20161103 112032 1.mp4 (1:42)**

由于最近关于 Primo 虾的一些传闻以及中国北方盛传的许多流言，我想在座的很多人都是满脑子疑问。

下面我会对所有相关情况进行一一解释说明。

关于 Primo 没有种虾、Hengtai 将会跟真正的 Primo 合作等等，诸如此类的一系列问题。

这里我跟大家介绍一下在座的来宾。

首先，中间这位是 API 公司的首席执行官 Robin 先生，主要负责品牌管理事务。

然后是 International Broodstock Company 的中方代表 Tuan 先生。

最后一位是中方代表助理 Wu 先生。

**II.** **第二部分：VID 20161103 1140104 1.mp4 (8:47)**

……如东县。我记得，今年春节的时候我们参加了一场会议，会上 Qing Chen 先生讲了很多。那场会议是在如东县，当时总经理 Xiaoyu Chen 和我都在。我看他准备了好多视频去跟 Haimao 解释，因为当时他已经卖了 1.5 亿左右给虾农。

当时我们发现，中国市场一片混乱。所以他就请 Robin 先生出马，去中国弄清楚和摆平所有事情。对此，他们三人给出了详细说明。

我想大家现在应该都知道 Primo 的东家是谁了。关于这一点，我们有中英双语的手册。

Hengtai 是一家大型养殖公司。我们该怎么办？

Jinsheng Hu 先生和我们的高层管理人员一直在考虑和寻找核实的养虾平台。因此，自今年 8 月份以来，Hu 先生和我们去中国南方看了好几个养殖点，高度重视我们发现的种种问题。

---

[1] 这些录像（"Huang 的录像"）的真实副本在向法院内庭提交的一份单独指状储存器中都有，当时一同提交的还有《动议书》和相关宣誓书的真实副本。
附件 B（Helen Guan 的宣誓书）

今年 8 月 30 日，Hu 先生和我见了中方代表 Tuan 先生以及 Tuan 先生的助理 Wu 先生，当时我们进行了深入交流。我们看了许多法律文件，对整件事也有了了解。

我们回顾了 Haimao 一事的整个过程，可以理解他们的逻辑。此外，我们还参观了 Hainan、Haiyi、Haida 等养殖公司，他们也都已经知道了这件事。

所以，在这般情况下，我们决定跟被告 Tuan 的 International Broodstock Company 合作。后来，Hu 先生安排 Tuan 先生和我去跟 International Broodstock Company 进行深入商讨。

商讨的结果就是，我们成立一家名叫 Primo (China) Broodstock Co., Ltd.的新公司（详见【API 手册】的封底）。[2]

经国家工商行政管理总局批准，这家新公司在厦门自贸区注册成立，初始注册资本为 50,000,000 元人民币[3]。成立这家新公司的目的是为了从 International Broodstock Company 进口 Primo 虾。

我们设立了一家大型养殖厂，并且，为了确保虾源正宗、可靠，我们还考虑将多余的种虾交给 Hengtai 工厂养殖。我们的目标是 10,000 对种虾。

数量如此之大，再加上中国北方的高峰期较短，我们安排销售人员去了福建、浙江、江苏、山东和河北，以及【广东省】的黄淮地区和【河北省】的唐山市。[4]

等到了江苏如东、浙江萧山和江苏连云港，我们发现 Haimao 供应的种虾简直太差了，所以我们把更多的注意力放在了养殖场方面。

当晚，Fusheng Yang 先生以及来自【中国】最大养虾厂的同事就赶到了 Hengtai，希望与 Hengtai 达成合作经营，因为他们知道，Haimao 来年就没有 Primo 虾了。我也不明白，他们是怎么知道这件事的。

大家之前就知道，Primo 虾的质量相当不错，有着很大的市场，这也就是他为什么跑来跟我们合作的原因。

---

[2] 在 Huang 先生发言时分发的 API 手册的副本随附于 Zhang 的《宣誓书》作为附件 A。
[3] 当时人民币兑美元的汇率约为 6.67:1，按此计算，Primo (China) Broodstock Co., Ltd.的初始注册资本 50,000,000 元人民币约合 7,500,000 美元。
[4] 详见"按地区划分的 2016 年年终人口"部分左侧栏中标题下面的链接 www.stats.gov.cn/tjsj/nds/2016/indexeh.htm。该表表明，截至 2016 年年终的中国总人口为 1,374,620,000 人，Huang 先生提到的各省截至 2016 年年终的各省人口情况如下：福建 – 38,390,000 人；浙江 – 55,390,000 人；江西：79,760,000 人；山东 – 98,470,000 人；河北 – 74,250,000 人；广东 – 108,490,000 人。这些省份的人口总和约为 455,000,000 人，约占全中国总人口的三分之一。
附件 B（Helen Guan 的宣誓书）
2                                                                        页码：

案号：2:17-cv-00009-JES-NPM 文号：21-3 备案日期：2017 年 1 月 26 日　页码：26 / 45　页面编号：392

目前，我们预计福建、江苏和浙江三地的销售额将达到 30 亿。

昨天我们在 Panghai, Huitong 召开会议，在会上进行了详细说明和解释。

我们和唐山的朋友进行了良好的沟通交流，其中大多数人都愿意跟 Hengtai 合作。

Robin 先生去中国南方验虾，所验虾品已通过正式验收。

所以，Hengtai 坚信，我们可以提供新鲜度高、抗病性强的虾品。

下面有请 Hengtai 公司的首席执行官 Hu 先生。

7:17-8:47：【由于 Hu 先生的口音较重，其发言内容难以理解】。