IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TB FOOD USA, LLC, a Delaware Limited
Liability Company, et al.,

   Plaintiff,

v.

CASE NO.: 2: 17-cv-9-FtM-29CM

AMERICAN MARICULTURE, INC., a
Florida Corporation, et al.,

   Defendants.
_____/

AMERICAN MARICULTURE, INC., a
Florida Corporation,

   Counter-Plaintiff,

v

PB LEGACY, INC., a Texas Corporation, et al.,

   Counter- and Third-Party Defendants.
_____/

## DEFENDANTS', AMERICAN MARICULTURE, INC., AMERICAN PENAEID, INC., AND ROBIN PEARL, OBJECTIONS TO VIDEO DEPOSITION OF TENG ZHOU

COME NOW the Defendants AMERICAN MARICULTURE, INC. ("AMI") AMERICAN PENAEID, INC. ("API"), and ROBIN PEARL ("Pearl") by and through their undersigned counsel and hereby makes the following objections to the video deposition of Teng Zhou taken October 22, 2021.

| Transcript Page | Lines | Objections |
|---|---|---|
| 7 | 11 | Objection withdrawn |
| 8 | 6-12 | Foundation, speculation |
| 8 | 20-24 | General objection to the Affidavit being shown to the jury on the video as it contains names of others who are no longer parties to this action and may confuse the jury. Also the affidavit is not in evidence. |
| 10 | 21-25 | |
| 11 | 1-13 | Foundation, speculation, solicits an opinion from a non-expert |
| 11 | 16-25 | |
| 12 | 1 | Opinion by non-expert, also hearsay |

| Transcript Page | Lines | Objections |
|---|---|---|
| 12 | 12-16 | Foundation |
| 12 / 13 | 22-25 / 1-21 | Foundation, speculation, calls for an opinion from a non-expert |
| 13 / 14 | 22-25 / 1-19 | Foundation, speculation, and expresses an opinion from a non-expert |
| 14 / 15 | 20-25 / 1-17 | Foundation, speculation, and expresses an opinion from a non-expert |
| 18 | 3-18 | Foundation, hearsay |
| 19 | 4-9 | Foundation |
| 19 / 20 | 11-25 / 1-2 | Foundation, hearsay |
| 20 | 10-24 | Foundation, speculation, hearsay |
| 21 | 9-16 | States speculation, foundation, opinion |
| 23 / 24 | 2-25 / 1-25 | Speculation, hearsay, opinion from a non-expert, non-responsive |
| 25 | 1-20 | Opinion, hearsay foundation, calls for legal opinion |
| 26 | 3-9 | Foundation, hearsay, speculation, opinion from non-expert |
| 27 / 28 | 20-25 / 1-16 | Foundation, speculation |
| 28 / 29 | 17-25 / 1-19 | Foundation, hearsay, speculation, calls for a legal opinion |
| 29 / 30 | 20-25 / 1-18 | Foundation, speculation, hearsay, opinion from non-expert |
| 30 / 31 / 32 | 19-25 / All / 1-5 | Different paragraphs: English – 13, Chinese – 14, foundation, hearsay, speculation, opinion, legal conclusion, also, not a professional translator, appears to be lawyer's affidavit not interpretor's. |
| 32 | 8-14 | Strike, opinion, foundation, hearsay |
| 32 / 33 | 18-24 / 1-15 | Foundation |
| 33 / 34 / 35 | 16-25 / 1-23 / All | Speculation, foundation |
| 34 / 35 | 24-25 / 1-17 | Foundation |
| 36 / 37 | 5-25 / 1-5 | Foundation, opinion, speculation |
| 42 | 4-15 | Strike, non-responsive, speculation and foundation |

## GENERAL OBJECTION

Exhibit 1 to the deposition was the witness' affidavit. The affidavit is objected to as hearsay. In addition, it is improper bolstering to admit the affidavit with the witnesses testifying. Further, the English translation contains fewer paragraphs than the Chinese version of the affidavit the witness relied upon so the translated affidavit is apparently unreliable. It was not translated by a professional translator. It appears to have been witnessed by an attorney affiliated with Haimao. The affidavit contains two exhibits, objection is made to the second exhibit of the affidavit which is purportedly printed from a Chinese website. The document was never professionally translated, is hearsay, and is potentially unreliable.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that in accordance with the Federal and Local Rules, the foregoing document is being filed on this 27th day of October 2021 via the Court's CM/ECF filing system, which will serve a copy electronically on all counsel of record.

Melville G. Brinson III Florida Bar No. 494003
**MELVILLE G. BRINSON III, P.A.**
8359 Stringfellow Road
St. James City, Florida 33956 Telephone: 239.282.0551,
Facsimile 239.282.0515 Email: brinson@afblaw.com
Lead counsel

/s/ Patrick J. OConnor
Patrick J. O'Connor Florida Bar No. 0715778
O'Connor Hernandez & Associates
999 Brickell Avenue, Suite 740
Miami, Florida 33131
Telephone: 786.628.7541
Email: poconnor@oconnorhernandez.com, litgroup@oconnorhernandez.com