Transcript of the Testimony of

**Teng Zhou**

**Date:**

October 22, 2021

**Case:**

TB FOOD USA vs AMERICAN MARICULTURE

Exhibit 1

Teng Zhou                                               October 22, 2021

```
 1                UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
 2                     FORT MEYERS DIVISION

 3   TB FOOD USA, LLC, a Delaware )
     Limited Liability Company,   )
 4      Plaintiff,                )
                                  )
 5        VS.                     )  CASE NO.
                                  )
 6   AMERICAN MARICULTURE, INC.,  )  2:17-cv-9-FtM-29CM
     a Florida Corporation;       )
 7   AMERICAN PENAEID, INC., a    )
     Florida Corporation; and     )
 8   ROBIN PEARL,                 )
        Defendants.               )
 9
10   AMERICAN MARICULTURE, INC.,  )
     a Florida Corporation,       )
11      Counter-Plaintiff,        )
                                  )
12         VS.                    )
                                  )
13   PB LEGACY, INC., a Texas     )
     Corporation,                 )
14      Counter- and Third-Party  )
        Defendant.                )
15      -----------------------------------------------

16         ORAL AND VIDEOTAPED DEPOSITION OF
                        TENG ZHOU
17            FRIDAY, OCTOBER 22, 2021
                  (Reported Remotely)
18
          Oral deposition of TENG ZHOU, produced as a
19   witness at the instance of the Plaintiff TB Food USA,
     LLC, and duly sworn, was taken in the above-styled and
20   numbered cause on October 22, 2021, from 9:05 a.m. to
     11:05 a.m. before Deborah L. Endler, CSR, in and for
21   the State of Texas, reported by machine shorthand
     method, pursuant to the Federal Rules of Civil
22   Procedure, and the provisions stated on the record or
     attached hereto.
23

24

25
```

Teng Zhou                                                    October 22, 2021
                                                                     Page 2

```
 1                    A P P E A R A N C E S

 2    FOR THE PLAINTIFF TB FOOD USA, LLC:

 3         THEODORE S. GEIGER, ESQUIRE
           The Law Office of Theodore Geiger, PLLC
 4         4777 Madison
           6th New York, New York 10022
 5         tgeiger@tedgeigerlaw.com

 6         JAMES OU, ESQUIRE
           Nguyen and Chen, LLP
 7         11200 Westheimer Road
           Suite 120
 8         Houston, Texas 77042
           jou@nguyen-chen.com
 9

10    FOR THE DEFENDANTS AMERICAN MARICULTURE, INC., A
      FLORIDA CORPORATION; AMERICAN PENAEID, INC., A FLORIDA
11    CORPORATION; and ROBIN PEARL:

12         MELVILLE G. BRINSON, III, ESQUIRE
           8359 Stringfellow Road
13         St. James City, Florida 33956
           brinson@afblaw.com

14

15
      FOR THE COUNTER- AND THIRD-PARTY DEFENDANT PB LEGACY,
16    INC., A TEXAS CORPORATION:

17         CHENE M. THOMPSON, ESQUIRE
           Pavese Law Offices
18         1833 Hendry Street
           Fort Myers, Florida 33901
19         chenethompson@paveselaw.com

20    ALSO PRESENT:    Robert Morison, KTA Host
                       Feng Ziao, Mandarin Interpreter
21

22

23

24

25
```

Kim Tindall and Associates, LLC 16414 San Pedro, Suite 900    San Antonio, Texas 78232
210-697-3400                                                          210-697-3408

Teng Zhou

October 22, 2021
Page 3

```
 1                    I N D E X
 2   APPEARANCES . . . . . . . . . . . . . . . .   2
 3   TENG ZHOU
 4        Examination by Mr. Geiger  . . . . . . . 5
 5        Examination by Mr. Brinson. . . . . . . 37
 6        Examination by Mr. Geiger  . . . . . . 45
 7   Signature and Changes. . . . . . . . . . . 47
 8   Reporter's Certificate. . . . . . . . . . . 49
 9
10                  E X H I B I T S
11
12   NO.   DESCRIPTION                        PAGE
13   5     Affidavit of Teng Zhou               8
     6     Joint Declaration                   45
14
15
16          REQUESTED DOCUMENTS/INFORMATION
17                       NONE
18          CERTIFIED QUESTIONS
                         NONE
19
20
21
22
23
24
25
```

Kim Tindall and Associates, LLC 16414 San Pedro, Suite 900   San Antonio, Texas 78232
210-697-3400                                                  210-697-3408

Teng Zhou

October 22, 2021
Page 4

```
 1              P R O C E E D I N G S
 2              REPORTER:  We are on the record.  Today's
 3  date is October 22, 2021.  The time is 9:05.  This is
 4  the oral deposition of Teng Zhou and it's being
 5  conducted remotely by agreement of the parties.
 6              The witness is located in Zhanjiang,
 7  Guangdong Province.  My name is Deborah Endler, CSR
 8  No. 10803 with Kim Tindall & Associates.  I'm
 9  administering the oath and reporting the deposition
10  remotely by stenographic means.
11              My business address is 16414 San Pedro,
12  Suite 900 in San Antonio, Texas.
13              Would counsel please state their
14  appearances and any parties present for the record?
15              MR. GEIGER:  Theodore Geiger, appearing on
16  behalf of Plaintiff, TB Food.  With me on the line is
17  my colleague James Ou, O-u.
18              MR. BRINSON:  Mel Brinson, I'm appearing on
19  behalf of the defendants American Mariculture, Inc.,
20  American Penaeid, Inc. and Robin Pearl.
21              MS. THOMPSON:  Good morning.  Chene
22  Thompson.  I am here on behalf of Third-Party
23  Defendant, PB Legacy.
24              REPORTER:  Mr. Interpreter, will you please
25  raise your right hand, please?
```

Teng Zhou

October 22, 2021
Page 5

```
1              (Interpreter first duly sworn.)
2              REPORTER:  Would you please have the
3  witness raise his right hand?
4              (Witness first duly sworn.)
5              REPORTER:  You may proceed.
6          MR. GEIGER:  Thank you.
7                    TENG ZHOU
8  having been first duly sworn, testified as follows:
9                    EXAMINATION
10 BY MR. GEIGER:
11     Q.    Good morning, sir.  Or good evening for
12 you.
13     Could you please state your name for the
14 record?
15     A.    My name is Teng-Zhou, last name is Zhou.
16     Q.    And who is your current employer, Mr. Zhou?
17     A.    It's the Zhanjiang Haimao --
18          INTERPRETER:  (Speaking Mandarin.)  It's
19 Zhanjiang Haimao, which is H-a-i-m-a-o, Aquaculture
20 Bioscience Technology Co.
21     Q.    (BY MR. GEIGER)  And what is your -- and if
22 you don't mind, I'll refer to that as Haimao today.
23 What is your job title there?
24     A.    I'm a salesperson.
25     Q.    And what are your job responsibilities?
```

Teng Zhou                                                        October 22, 2021
                                                                        Page 6

1        A.      To sell shrimp.

2        Q.      As part of your job responsibilities, do

3   you have conversations with shrimp farmers?

4        A.      Yes.

5        Q.      And what do these, what, if anything, do

6   these shrimp farmers purchase -- strike that.

7        Are these shrimp farmers customers of

8   Haimao?

9        A.      Yes.

10       Q.      And what do they purchase from Haimao?

11       A.      They buy baby shrimps.

12       Q.      How long have you been working in the

13  shrimp industry?

14       A.      It's been 16 years.

15       Q.      Are you familiar with the company named TB

16  Food?

17       A.      Yes, it is subsidiary of Primo.

18       Q.      And by Primo -- strike that.

19       Are you familiar with the company named

20  Primo Broodstock, Inc.?

21       A.      Yes, I'm familiar.

22       Q.      Okay.  What does TB Food do?

23               INTERPRETER:   (Speaking Mandarin.)

24               THE WITNESS:   It's really to buy the baby

25  shrimp or the seed shrimp -- I forgot the terminology,

Teng Zhou

1    the professional term for it.  I will try to ask the
2    deponent to explain to me what that is.
3            It's basically the initial stage of life
4    cycle of a shrimp.  That's maybe there is a better
5    term for it, if anybody can help me out.
6            MR. GEIGER:  Is the witness referring to
7    shrimp broodstock?
8            THE WITNESS:  Yes.
9    Q.    (BY MR. GEIGER)  And what relationship does
10   Haimao have with TB Food?
11           MR. BRINSON:  Objection to foundation.
12           MR. GEIGER:  Fair enough.
13   Q.    (BY MR. GEIGER)  Does Haimao have any
14   relationship with TB Food?
15   A.    TB Food is a subsidiary of Primo
16   Broodstock, Inc., and Primo is a subsidiary of Haimao.
17   Q.    Does Haimao acquire any products from Primo
18   Broodstock, Inc. or TB Food?
19   A.    We purchase broodstock from TB Food, yes.
20   Q.    Is there -- sorry -- strike that.
21   Are you familiar with a company named
22   American Penaeid, Inc.?  I may refer to them today as
23   API.
24           INTERPRETER:  What is the "P" word?
25           MR. GEIGER:  Penaeid, P-e-n-a-e-i-d.

Teng Zhou                                              October 22, 2021
                                                                Page 8

1              THE WITNESS:  Yes, I'm familiar with it.

2       Q.    (BY MR. GEIGER)  And what do you know about

3   API?

4       A.    It sells those disease-resistant broodstock

5   to China.

6       Q.    In your experience of the shrimp industry

7   are Primo Broodstock, Inc. and API competitors?

8              MR. BRINSON:  I'm going to object on the

9   base of foundation and speculation.

10      Q.    (BY MR. GEIGER)  You may answer the

11  question.

12      A.    Yes.

13      Q.    And are you familiar with the company named

14  Primo China Broodstock Co. Limited?

15      A.    Yes.

16      Q.    And I'll refer to them today as PC

17  Broodstock.  If I call them PC Broodstock, you will

18  know that I'm talking about Primo China Broodstock

19  Limited.

20             MR. GEIGER:  I'm going to show you an

21  exhibit that we'll mark as Exhibit 5.  We marked four

22  exhibits yesterday.  Let me share my screen to you.

23  I'll bring that up.

24      (Exhibit No. 5 was marked.)

25      Q.    (BY MR. GEIGER)  Can you see the document

Teng Zhou                                      October 22, 2021
                                                       Page 9

```
 1   that I'm sharing on my screen?
 2        A.    Yes, I can see it.
 3        Q.    Do you recognize this document?
 4        A.    Do you have it in Chinese?
 5        Q.    Sure, I can scroll down a few pages.  I'll
 6   give you a chance to read this, but do you recognize
 7   this document?
 8        A.    Yes, I recognize this document.
 9        Q.    Can you tell me what this document is?
10        A.    It's one of my statements.
11        Q.    Do you recall signing an affidavit in this
12   matter in 2017?
13        A.    Yes.
14        Q.    Is this that affidavit?
15        A.    Yes.
16        Q.    Okay.  So let's go through this.  First
17   under the caption, there's a line in Chinese, what
18   does that say?
19        A.    It says Affidavit of Teng Zhou.
20        Q.    And the next one?
21        A.    It says Teng Zhou, myself, do state under
22   oath that.
23        Q.    Okay.  And then we have paragraph that
24   starts with the number 1.  Can you read that for me,
25   please?
```

Teng Zhou                                                    October 22, 2021
                                                                     Page 10

```
 1        A.     I'm over the age of 18.  I'm totally
 2   competent to testify in the matters and I'm capable to
 3   prove the matters that's listed below.  I need someone
 4   to translate for me because my native language is
 5   Chinese and I do not speak English.
 6        Q.     Sorry, let me make this a little larger.
 7   Can you read that okay?
 8        A.     Yes.
 9        Q.     So are the statements in paragraph 1 still
10   true today?
11        A.     Yes, they are true.
12        Q.     Turning to paragraph 2, can you read what
13   that says?
14        A.     I'm currently a salesperson for Zhanjiang
15   Haimao Aquaculture Bioscience Technology Co.  This
16   company is registered to operate in the Peoples
17   Republic of China.
18        Q.     And are the statements in this paragraph
19   still true today?
20        A.     Yes, they are true.
21        Q.     Turning to paragraph 3, could you please
22   read that?
23             MR. BRINSON:  I'm going to make an
24   objection to the contents of paragraph 3.  The basis
25   is foundation, speculation and seeks an opinion of a
```

Teng Zhou                                                October 22, 2021
                                                                 Page 11

```
 1   non-expert.
 2       Q.    (BY MR. GEIGER)  You can go ahead and read
 3   the text.
 4       A.    I been working as a salesperson in the
 5   business of shrimp and other aquatic products in China
 6   in Haimao since 2005.  I believe I am very
 7   knowledgeable about the shrimp business and I'm still
 8   in this industry and I know Primo shrimp has
 9   tremendous amount of market potential in China,
10   because in China the shrimp breeding business have
11   normal mortality rates of approximately as high as 80
12   percent and that makes the shrimp farmers very
13   difficult to earn a living.
14       Q.    And are these statements still true today?
15       A.    Yes, they are true.
16       Q.    What is your basis for saying that the
17   mortality rate of shrimp is approximately 80 percent?
18           MR. BRINSON:  Object to the form, calls for
19   an opinion.
20       Q.    (BY MR. GEIGER)  You may answer.
21       A.    Between 2012 and 2015 the Chinese shrimp
22   breeding industry we have a common knowledge to this
23   fact that the mortality rate of shrimp breeding is
24   about 80 percent.
25           MR. BRINSON:  I'm also going to move and
```

Teng Zhou                                          October 22, 2021
                                                            Page 12

1   object to strike on the basis of hearsay.

2       Q.    (BY MR. GEIGER)   And do you have any

3   personal knowledge about the mortality of shrimp

4   during that time?

5       A.    Yes.

6       Q.    And how have you obtained your personal

7   knowledge about the mortality of shrimp?

8       A.    I'm a salesperson.  I sell shrimp.  My

9   clients are shrimp farmers and I have -- my job is to

10  sell shrimp broodstock to them.  Therefore, I know

11  this situation of how they are breeding their shrimp.

12      Q.    Your personal knowledge of the shrimp

13  industry extends to the mortality rate of the shrimp;

14  correct?

15            MR. BRINSON:  Foundation.

16            THE WITNESS:  Yes.

17      Q.    (BY MR. GEIGER)   And you've obtained that

18  knowledge through working with your customers over the

19  years -- or have you obtained that knowledge through

20  working with your customers over the years?

21      A.    Yes.

22      Q.    Let's turn to paragraph 4.  Can you read

23  paragraph 4 for me, please?

24            MR. BRINSON:  I'm going to be objecting to

25  paragraph 4: foundation, speculation and calls for an

Teng Zhou

October 22, 2021
Page 13

```
 1   opinion by a non-expert.
 2       Q.    (BY MR. GEIGER)   Please read paragraph 4
 3   into the record.
 4       A.    In comparison, the Primo Broodstock
 5   breeding products, they have a mortality rate less
 6   than 20 percent.   These provide huge opportunity for
 7   the shrimp farmers, especially in China, with such a
 8   tremendous potential market.
 9       Q.    Is this statement still true today?
10       A.    Yes, they are true.
11       Q.    And do you have any personal knowledge
12   about the mortality rate -- strike that.
13       What is your basis for the statements in
14   paragraph 4?
15       A.    In 2015 Haimao imported a batch of
16   broodstock from Primo and we did our in-house
17   experiments.   We also did some test batch with some of
18   our customers, and those test results indicated that
19   the survival rate of those broodstock are
20   approximately 80 percent, slightly above, and
21   therefore the mortality rate is less than 20 percent.
22       Q.    Okay.   Could you read paragraph 5 into the
23   record, please?
24       A.    Can you please --
25           MR. BRINSON:   I'm going to object to
```

Teng Zhou                                         October 22, 2021
                                                           Page 14

```
 1   paragraph 5 again on the basis of foundation and seeks
 2   an opinion of a non-expert.
 3        THE WITNESS:  Please scroll your screen
 4   down a little bit.
 5        Q.    (BY MR. GEIGER)  Oh, apologies.  Is that
 6   good?
 7        A.    Yes.
 8        Q.    Okay.
 9        A.    Haimao has performed several tests against
10   the Primo Broodstock to ensure that Primo Broodstock
11   demonstrated disease-resistance characters can be
12   sustained in China.  Primo Broodstock, they can
13   survive with low mortality rates and Primo Broodstock
14   also demonstrated the characteristics it has exhibited
15   in America because Primo Broodstock has high disease
16   resistance, high growth rate, large in size.  All this
17   makes it have great market potential in China.
18        Q.    Are these statements still true today?
19        A.    Yes, they are true.
20        Q.    Okay.  And do you have -- strike that.
21   Let's move to paragraph 6.  Can you read paragraph 6
22   into the record, please?
23        A.    Haimao is now the sole exclusive
24   distributor for Primo.  We sell the WSSV, which I
25   believe, Interpreter notes, is white stain (sic)
```

Teng Zhou                                        October 22, 2021
                                                        Page 15

```
 1   syndrome virus.  It's basically talking about a white
 2   sort of a stain on the shrimp.  We sell those
 3   broodstock that's resistant to WSSV, and this is
 4   unique to Primo.  And Haimao has been creating and
 5   developing the Primo Broodstock market in China and we
 6   also have reputation of being trustworthy in the
 7   broodstock market for the amount of breeders in China.
 8             MR. BRINSON:  I'm going to object and move
 9   to strike on the basis of foundation, speculation,
10   opinion of a non-expert.  Also nonresponsive to the
11   question in part.
12        Q.    (BY MR. GEIGER)  So to be clear, is what
13   you just stated exactly what it says in paragraph 6?
14        A.    Yes.
15        Q.    And are these statements still true today?
16   Are the statements in paragraph 6 still true today?
17        A.    Yes, they are.
18        Q.    When Haimao sells shrimp to its customers,
19   is it selling broodstock or postlarval shrimp?
20        A.    Broodstock.
21        Q.    Does Haimao also sell postlarval shrimp to
22   its customers?
23        A.    Yes.
24        Q.    And does Haimao -- what proportion of
25   Haimao shrimp sales are PLs or postlarval shrimp?
```

Teng Zhou                                    October 22, 2021
                                                     Page 16

1            INTERPRETER:  I apologize, Mr. Ted -- I'm

2   sorry, what was your last name?  I might have misheard

3   you on the last question.  Were you asking about PL or

4   Primo?

5            MR. GEIGER:  PL, postlarval.

6            INTERPRETER:  Okay, then I did not.

7   (Speaking Mandarin.)

8            There may be some confusion as to what is a

9   broodstock and what is postlarval, the terminology in

10  Chinese; and I need to try to get a clarification from

11  the deponent so that I can make sure the

12  interpretation is done properly.  In the meantime, let

13  me do a quick search online to make sure I get it.

14           MR. GEIGER:  I'm essentially asking from

15  baby shrimp, if that helps.

16           INTERPRETER:  Okay.

17           MR. GEIGER:  Not a technical term, but I

18  think that's fine.

19           INTERPRETER:  (Speaking Mandarin.)

20           THE WITNESS:  Primarily Haimao sells

21  broodstock.

22           MR. GEIGER:  Okay.  Do you mind if -- I'm

23  sorry, I had some bad food this morning.  Do you mind

24  if we take a five-minute comfort break?

25           REPORTER:  The time is 9:38 and we are off

Teng Zhou                                                    October 22, 2021
                                                                    Page 17

```
 1   the record.
 2            (Recess taken.)
 3            REPORTER:  The time is 9:45 and we are on
 4   the record.
 5            MR. GEIGER:  Mr. Interpreter, I believe you
 6   wish to correct and clarify some of your prior
 7   interpretations?
 8            INTERPRETER:  Yes, sir.  First, the
 9   particular virus WSSV, it should be white spot
10   syndrome virus, not white stain, it's white spot.
11   That's what it is.
12            Secondly, there might have been some
13   misinterpretation on my end as far as the terminology,
14   the differences between postlarval and broodstock.  I
15   am now ready to go forward.  I will be more accurate.
16            But as far as the transcript up to this
17   point, later I can take a look and see where I might
18   have made wrong rendition of my interpretation because
19   of lack of understanding of the Chinese term, so.
20            MR. GEIGER:  Okay.
21       Q.   (BY MR. GEIGER)  Let me reask one question
22   now that we have that clear.
23       Does Haimao sell primarily broodstock --
24   strike that.
25       What proportion of Haimao's shrimp sales
```

Teng Zhou                                              October 22, 2021
                                                              Page 18

```
 1   are postlarval shrimp?
 2       A.    Ninety percent.
 3       Q.    All right.  Let's move ahead then to
 4   paragraph 7.  And if you could read paragraph 7 into
 5   the record or tell me what paragraph 7 says.
 6             MR. BRINSON:  I'm going to object to the
 7   last part of paragraph 7 as being hearsay and
 8   foundation.
 9             THE WITNESS:  On January the 8th of 2017 I
10   learned from some of my customers that this company
11   called Primo China Broodstock Limited Co., or PC as we
12   know, China Primo, which is located in Fujian Province
13   of China, has already imported some of the shrimps;
14   and I was told that these shrimp are broodstock from
15   Primo.
16       Q.    (BY MR. GEIGER)  And do you still believe
17   this statement to be true?
18       A.    Yes, it is true.
19       Q.    Is the company referred to in this
20   paragraph Primo China Broodstock Limited Co. the
21   company we referred to earlier as PC Broodstock?
22       A.    Yeah, it is company that registered in
23   Fujian Province of China.  They sell shrimp larvas.
24       Q.    And what was your basis for the statements
25   in paragraph 7?
```

Teng Zhou                                    October 22, 2021
                                                     Page 19

```
 1       A.    These are the information that I collected
 2   during my interactions between myself and my
 3   customers.
 4       Q.    And do you have any personal knowledge that
 5   PC Broodstock was selling what it claimed was original
 6   Primo breeder shrimp in 2017?
 7       A.    Yes, they made some advertisement into the
 8   market that they are selling the Primo Broodstock
 9   that's imported from America.
10            MR. BRINSON:   Foundation.
11       Q.    (BY MR. GEIGER)  And where did you have the
12   opportunity to see these advertisements?
13       A.    Over the internet.
14       Q.    And can you please read paragraph 8 for me?
15       A.    In January the 10th of 2017 I went to
16   visit --
17            MR. BRINSON:   I'm going to object on the
18   basis of foundation of this one, and possible hearsay.
19   I'm sorry to interrupt.
20            THE WITNESS:   On January the 10th of 2017 I
21   went to visit Primo China and attempted to take a look
22   at those shrimp that was imported or shipped into
23   there at the end of December 2016.
24            MR. BRINSON:   Also hearsay.
25            MR. GEIGER:   This is something he
```

Kim Tindall and Associates, LLC 16414 San Pedro, Suite 900   San Antonio, Texas 78232
210-697-3400                                                 210-697-3408

Teng Zhou                                                October 22, 2021
                                                                  Page 20

```
 1   personally did, so I don't see how it can be hearsay;
 2   but that's okay.
 3       Q.     (BY MR. GEIGER)   Is the company that you
 4   call Primo China, is that the company that we've been
 5   referring to today as PC Broodstock?
 6       A.     Yes.
 7       Q.     Okay.  And do you still believe the
 8   statements in paragraph 8 to be true today?
 9       A.     Yes.
10       Q.     Okay.  Let me scroll down.  And could you
11   please read paragraph 9 for me, please?
12          MR. BRINSON:  I'm going to object to
13   paragraph 9, in part, as hearsay.
14          MR. GEIGER:  I don't see how it can
15   possibly be, but go ahead.
16          INTERPRETER:  (Speaking Mandarin.)
17          THE WITNESS:  When I walked into their
18   warehouse, I saw PC, inside of Primo's warehouse, I
19   saw a lot of boxes.  And based on the boxes and the
20   advertisement and the communication has made to the
21   community, I believe the live form inside those boxes
22   are Primo shrimp.
23          MR. BRINSON:  Objection, foundation,
24   speculation.
25          THE WITNESS:  I walked closer to the boxes
```

Teng Zhou                                                    October 22, 2021
                                                                    Page 21

```
 1   and I used my cell phone's camera, took some photos of
 2   the external packaging.  The photos are attached in
 3   Appendix A.
 4           In Appendix A-1 and 2 it show two
 5   independent boxes.  Both boxes have this kind of
 6   marking, from Florida, St. James, API, shipping to
 7   China, Fujian Province, Xiamen City; 10 male live
 8   disease-resistant broodstock shrimp.
 9           Both boxes have distinguishable,
10   recognizable the shrimp scientific name, the South
11   American White Broodstock.  This is the scientific
12   name of the precise, of the Primo's Broodstock.
13           I reasonably believed that these boxes
14   contained shrimp broodstocks and they have been used
15   by API and the defendant through private and
16   unauthorized usage.
17           MR. BRINSON:  Objection, move to strike.
18           THE WITNESS:  B, in Appendix A, box number
19   1 is marked as number 41 out of 194.  In Appendix A,
20   the number 2 is marked as number 55 out of 194.
21           C, number 3, Appendix A demonstrates that I
22   saw these boxes located inside warehouse of China
23   Primo.
24           D, assume that each one of the boxes out of
25   this 194 boxes contained ten broodstock each.  That
```

Teng Zhou                                          October 22, 2021
                                                        Page 22

 1   means during that one shipment there were 1,940 brood
 2   shrimps was shipped from API to China.
 3        Q.     (BY MR. GEIGER)  Okay.  And do you still
 4   believe those statements to be true today?
 5        A.     Yes, they are true.
 6        Q.     I'm going to scroll down to Exhibit A of
 7   this.  And it appears to be a series of photographs.
 8   Take a look at each one and let me know when you've
 9   had a chance to take a look at it.
10        A.     Yes, they are the photo I have taken.
11        Q.     And this one -- do you recognize this
12   photograph?
13        A.     Yes, it's also taken by me.
14        Q.     And did you take this photograph as well?
15        A.     Yes.
16        Q.     And were all three of these photographs
17   taken at PC Broodstock's facility?
18        A.     Yes.
19        Q.     And did you take all of these photographs
20   on or about January 10, 2017?
21        A.     Yes.
22        Q.     Okay.  You mentioned the scientific name of
23   the shrimp.  Is the scientific name of the shrimp
24   represented in these photos, peneaus vannami,
25   p-e-n-e-a-u-s, second word v-a-n-n-a-m-i?

Teng Zhou                                          October 22, 2021
                                                           Page 23

```
 1      A.    Yes.
 2      Q.    Okay.  Let's turn back to your affidavit.
 3 And I believe we are up to paragraph 10.  Can you read
 4 to me what paragraph 10 says?
 5           MR. BRINSON:  I'm going to make an
 6 objection to paragraph 10 in part as speculation,
 7 hearsay and opinion.
 8      Q.    (BY MR. GEIGER)  You may continue.
 9      A.    API is currently selling the Primo
10 broodstock through its own marketing channels
11 established in China.  Its official website's url is
12 http://www.primobroodstock.com.  The home page of this
13 website is included or attached in Appendix A as
14 No. 4.  At the same time these broodstock in the
15 market has been perceived as being better than Primo
16 broodstock.
17           MR. BRINSON:  I'm going to move to strike
18 as being nonresponsive and expressing opinions by a
19 non-expert.
20      Q.    (BY MR. GEIGER)  Do you still believe these
21 statements to be true today?
22      A.    Yes, it is true.
23           MR. GEIGER:  I'm sorry, can you read --
24 Deb, would you mind reading back the witness's answer
25 to the question previous to this one, to the one I
```

Teng Zhou                                           October 22, 2021
                                                        Page 24

```
 1  just asked?
 2          REPORTER:  I'm sorry, Mr. Geiger, what do
 3  you need?
 4          MR. GEIGER:  I was hoping you could read
 5  back the witness's question and answer, not this one,
 6  but the previous one where he was reading what, saying
 7  what question 10 says.
 8          (Read back requested portion.)
 9          INTERPRETER:  If I may make a correction,
10  in the first part there is no much mention of the
11  market channel in China.
12      Q.    (BY MR. GEIGER)  Do customers of PC
13  Broodstock think that the shrimp that they are selling
14  is better than Primo shrimp or that they are selling
15  Primo shrimp?
16          MR. BRINSON:  Objection, foundation,
17  speculation, opinion.
18      Q.    (BY MR. GEIGER)  You may answer the
19  question.
20          MR. BRINSON:  And hearsay.
21          INTERPRETER:  (Speaking Mandarin.)
22          THE WITNESS:  What happened is that they
23  have a specific page on their website claiming that
24  what they are selling are original Primo Broodstock
25  and what Haimao is selling is not.
```

Teng Zhou                                          October 22, 2021
                                                        Page 25

```
1       Q.     (BY MR. GEIGER)   Okay.   Let's move ahead to

2    paragraph 11.

3              MR. BRINSON:   I'm going to be objecting to

4    paragraph 11 on the basis of opinion, hearsay,

5    foundation and calls for a legal opinion.

6              THE WITNESS:   The shrimp broodstock that's

7    being sold by Primo China, when they were being sold

8    in the Chinese market, they were promoted as original,

9    authentic, genuine Primo broodstock.   This created

10   huge confusion among our customers.   Primo China had a

11   press release done, which is attached as Appendix B,

12   (it's translated by Attorney Helen Guan.)   The

13   translation is attached as Appendix C printed out.

14             The press release claims that they are

15   Primo stock, Broodstock, was shipped from Florida's

16   API, or call it API broodstock shipped to China.   They

17   are the original, genuine Primo broodstock.

18      Q.     (BY MR. GEIGER)   Do you still believe that

19   statement to be true today?

20      A.     Yes, it is true.

21      Q.     Okay.   Let me scroll down to Exhibit B.   Do

22   you recognize this document?   And it goes over

23   multiple pages.   I'll scroll through.

24      A.     Yes, I do recognize it.

25      Q.     Is this the document that you were
```

Teng Zhou

October 22, 2021
Page 26

```
 1  referring to in paragraph 11?
 2      A.    Yes.
 3      Q.    To your personal knowledge, do you have
 4  reason to believe that Chinese shrimp farmers are
 5  confused about whether -- are confused about who is
 6  the source of Primo shrimp?
 7          MR. BRINSON:  Object, objection, form,
 8  foundation, hearsay, speculation.
 9          THE WITNESS:  Yes, they are --
10  advertisement has created huge confusion.
11      Q.    (BY MR. GEIGER)  And what is your basis for
12  saying that?
13      A.    There are a lot of my customers, under my
14  account the ones that I manage, as soon as this press
15  release was released they contact me and ask me what's
16  going on, what's true and what's not.
17      Q.    At the beginning of 2016, how many shrimp
18  farmers were -- how many shrimp farmers were your
19  personal accounts?
20      A.    Two hundred.
21      Q.    And at the end of 2017 how many shrimp
22  farmers were your personal accounts?
23      A.    Somewhere in between 120 to 150.
24      Q.    Okay.  And for the 50 to 80 shrimp farmers
25  who are no longer your accounts, were they still
```

Teng Zhou                                           October 22, 2021
                                                            Page 27

```
 1    clients of Haimao or did they become clients of
 2    someone else?
 3         A.    They were no longer Haimao's customers.
 4         Q.    To your personal knowledge, do you know why
 5    they are no longer Haimao's customers?
 6         A.    Because they started purchasing from Primo
 7    China of their disease-resistant broodstock.
 8         Q.    And by Primo China, you mean the company
 9    that we've been calling PC Broodstock today; correct?
10         THE INTERPRETER:  By the way, I need to
11    make a correction.  It is to purchase postlarval, the
12    baby shrimp.
13         First of all, my correction was that the
14    last statement the deponent made to purchase from PC,
15    or the Primo China, it is not to purchase broodstock,
16    it's to purchase postlarval from them, baby shrimp
17    from them.
18         The deponent's new statement that he added
19    to his last answer was that --
20         THE WITNESS:  I also want to say that this
21    shrimp farmers, or my clients that lost, they started
22    purchasing not just from Primo China, but also from
23    the other ones who had bought the broodstock from API.
24    So they've been buying baby shrimp from those
25    providers as well.
```

Teng Zhou

October 22, 2021
Page 28

1          MR. BRINSON:  Object to the form,

2   foundation, speculation.

3      Q.    (BY MR. GEIGER)  Do you have any personal

4   knowledge as to why, who your previous customers

5   purchased from?

6      A.    I know they bought, some of them bought

7   from Primo China.  Some of them bought other shrimp

8   breeders who purchased API's broodstocks.

9          MR. BRINSON:  Same objections.

10      Q.    (BY MR. GEIGER)  To your personal

11   knowledge, did those 50 to 80 customers Haimao lost

12   think that they were buying Primo shrimp from other

13   sources?

14          MR. BRINSON:  Object to the form,

15   foundation, speculation, hearsay.

16          THE WITNESS:  Yes.

17      Q.    (BY MR. GEIGER)  Okay.  Let's move ahead.

18   I think we're up to paragraph 12 of the affidavit.

19   Can you please read what paragraph 12 says?

20          MR. BRINSON:  I'm going to first make an

21   objection to the contents of paragraph 12, foundation,

22   hearsay, speculation and may call for a legal

23   conclusion.

24          THE WITNESS:  Through the representation

25   and agents in China, API shrimp authorize to

Teng Zhou                                      October 22, 2021
                                                        Page 29

```
 1    distribute and sell in China, API and its partners or
 2    affiliates created tremendous amount of confusion in
 3    the market among the customers.  At the same time it's
 4    also creating irreparable harm and damage to Haimao
 5    being the sole, exclusive distributor by Primo to sell
 6    Primo broodstock, Primo postlarval, baby shrimp.
 7         Q.    (BY MR. GEIGER)  And do you still believe
 8    the statements in paragraph 12 to be true?
 9         A.    Yes.
10         Q.    What is the basis for your statements in
11    paragraph 12?
12         A.    Because I've had a lot of customers,
13    different breeders, shrimp farmers, that contact me
14    and ask me in a way that exactly which one of you are
15    the ones that's selling the authentic, genuine Primo
16    baby shrimp.  With the confusion that is created,
17    these farmers are no longer clear as to who is
18    authorized exclusive distributor for Primo shrimp.
19              MR. BRINSON: Move to strike.
20         Q.    (BY MR. GEIGER)  Let's move ahead to
21    paragraph 13.
22              MR. BRINSON:  I'm going to place -- sorry.
23    Go ahead.
24              MR. GEIGER:  You know where this is going.
25         Q.    (BY MR. GEIGER)  But could you please read
```

Teng Zhou                                                    October 22, 2021
                                                                   Page 30

 1  what it says in paragraph 13?
 2          MR. BRINSON:  I'm going to place an
 3  objection in paragraph 13, foundation, speculation,
 4  hearsay and calls for an opinion from a non-expert.
 5      THE WITNESS:  For those shrimp farmers who
 6  breeds Primo baby shrimp, there are huge, considerable
 7  amount of interest and profit.  And at the same time
 8  in China there is a huge potential market.  And by
 9  making it look like the API shrimp is originated as
10  authorized by Primo, the defendants by and through
11  China Primo as a distributor has misled many of
12  Haimao's potential customer to go purchase their
13  shrimp from China Primo instead of purchasing from
14  Haimao who is the rightful representative and agent,
15  exclusive distributor for Primo.
16      Q.    (BY MR. GEIGER)  Do you still believe those
17  statements to be true today?
18      A.    Yes, it is true.
19      Q.    All right.  Let's move ahead to 14 and can
20  you please tell me what paragraph 14 says.  Please
21  read paragraph 14 for me.
22          MR. BRINSON:  I just want to say I'm going
23  to place the same objection to paragraph 14, but I
24  also have an objection because the English translation
25  of the affidavit only has 13 paragraphs; so I'm not

Teng Zhou                                        October 22, 2021
                                                          Page 31

1    sure what paragraph 14 is.

2           But if it corresponds to paragraph 13 in

3    the English translation, I'm going to object on the

4    basis of foundation, hearsay, speculation, calls for

5    an opinion of a non-expert and potentially calls for a

6    legal conclusion.

7           THE WITNESS:  Lastly, such deceptive

8    behavior by API and its affiliates to make people, to

9    make people misunderstand that they have the right to

10   distribute and sell Primo shrimp has caused many of

11   China's potential customer to believe they don't

12   necessarily have to purchase and acquire Primo shrimp

13   through Haimao.  And this directly caused Haimao's

14   market share, sales volume and profit to be greatly

15   reduced and this is also caused by shipping illegally

16   shrimp to China.

17          MR. BRINSON:  Move to strike.

18          THE WITNESS:  Such loss directly impacted

19   Haimao calling the Primo shrimp through Haimao's

20   distribution channel have the difficulty and have

21   reduction of entering the market.  Therefore, the

22   actions by Defendant to ship illegally Primo shrimp

23   into China has greatly harmed and damaged and will

24   continue to do so to create harm and damage to Haimao

25   and Primo's reputation and business credit.

Teng Zhou                                                    October 22, 2021
                                                                     Page 32

```
 1              MR. BRINSON:  Move to strike.
 2       Q.    (BY MR. GEIGER)  And do you believe that
 3  those statements are still true today?
 4       A.    And I would make one small adjustment of my
 5  final rendition, reputation and goodwill.
 6       Q.    You testified earlier -- sorry, strike
 7  that.
 8       What is the basis for making the statements
 9  in paragraph 14?
10       A.    Well, first of all, they have continuously
11  made a representation and promoted that they are the
12  one that's selling authentic, genuine Primo
13  broodstock.
14              MR. BRINSON:  Move to strike.
15              THE WITNESS:  Secondly, I'm looking at
16  directly some of my shrimp farmers as my customers,
17  the loss of these customers.
18       Q.    (BY MR. GEIGER)  So you mentioned earlier
19  that you lost 50 to 80 customers in between 2016 and
20  2017.  How much revenue did those customers represent
21  to Haimao?
22              MR. BRINSON:  Foundation.
23              THE WITNESS:  It would have been
24  approximately 40 to 50 million Chinese currency RMB.
25       Q.    (BY MR. GEIGER)  To be clear, when you say
```

Teng Zhou                                          October 22, 2021
                                                         Page 33

```
 1    40 to 50 RMB in Chinese currency, do you mean for

 2    Haimao as a whole or are you talking solely about the

 3    50 to 80 customers that you personally lost?

 4            MR. BRINSON:  Foundation.

 5            INTERPRETER:  (Speaking Mandarin.)

 6            THE WITNESS:  That was an estimated total

 7    loss to Haimao for each year.

 8       Q.   (BY MR. GEIGER)  Based on your personal

 9    knowledge?

10            MR. BRINSON:  Foundation.

11            THE WITNESS:  Yes, because all of the

12    salesperson that work at Haimao during that time frame

13    have faced the same kind of issues, same kind of

14    challenge.  It's loss of customer due to those

15    promotions.

16       Q.   (BY MR. GEIGER)  And what profit -- what

17    profit is attributable to that 40 million RMB in lost

18    revenue?

19            MR. BRINSON:  Objection, speculation,

20    foundation.

21            INTERPRETER:  Mr. Geiger, would you say

22    that one more time?  You cut out.

23            MR. GEIGER:  Sorry.

24       Q.   (BY MR. GEIGER)  What profit is

25    attributable to that $40 million -- excuse me, 40
```

Teng Zhou                                          October 22, 2021
                                                          Page 34

```
 1  million RMB in lost revenue?
 2          MR. BRINSON:  Same objection.
 3          INTERPRETER:  What profit of the 40 million
 4  RMB is attributable?
 5      Q.   (BY MR. GEIGER)  What profit is the 40
 6  million dollars in lost revenue -- 40 million RMB in
 7  lost revenue?
 8          INTERPRETER:  Okay.
 9          MR. BRINSON:  Same objections.
10          THE WITNESS:  The profit would have been
11  about 15,000 Chinese currency RMB.
12          MR. BRINSON:  Move to strike, foundation.
13          MR. GEIGER:  So, Mr. Interpreter, did he
14  really say "thousand"?
15          INTERPRETER:  Fifteen million.  I think
16  that's what he said.
17          MR. GEIGER:  Fifteen million, okay.  You
18  said thousand.  I just want to correct the record on
19  that.
20          INTERPRETER:  Oh, my mistake totally.  He
21  said 15 million.
22          MR. GEIGER:  Fifteen million RMB, correct?
23          INTERPRETER:  Correct.
24      Q.   (BY MR. GEIGER)  Turning to your personal
25  accounts, to the 50 to 80 of your customers that you
```

Teng Zhou                                              October 22, 2021
                                                               Page 35

```
 1   previously testified that you lost between 2016 and
 2   2017, how much revenue did Haimao -- how much revenue
 3   did Haimao make in 2015 from those customers, from
 4   those lost customers?
 5           MR. BRINSON:  Foundation.
 6           THE WITNESS:  It would have been
 7   approximately between 50 to 80 customers.
 8           INTERPRETER:  (Speaking Mandarin.)
 9           THE WITNESS:  It would have been
10   approximately between one million to a million two
11   hundred thousand Chinese RMB.
12      Q.    (BY MR. GEIGER)  And when you say that
13   those customers represented one million to a million
14   two hundred thousand RMB to Haimao in 2015, is that a
15   statement that is based on your personal knowledge?
16           MR. BRINSON:  Foundation.
17           THE WITNESS:  Yes.
18      Q.    (BY MR. GEIGER)  And how are you aware of
19   how much revenue is attributable to these clients?
20      A.    Because all these customers are my
21   accounts, so any of their purchase have to go through
22   me.  I'm the one that's selling those baby shrimp to
23   them, so I know the total amount of sales generated
24   from these accounts.
25      Q.    Are you personally aware of how much profit
```

Teng Zhou                                                          October 22, 2021
                                                                         Page 36

```
1    Haimao makes on these accounts?

2       A.    The profit of the sales, I would say -- let

3    me think about it.  It be approximately somewhere

4    between 400- to 600,000 Chinese currency.

5       Q.    To your personal knowledge, when Haimao

6    sells fewer shrimp, what effect does that have on its

7    orders for Primo Broodstock?

8            MR. BRINSON:  Foundation.

9            MR. GEIGER:  I'll strike.

10      Q.    (BY MR. GEIGER)  To your personal

11   knowledge, when Haimao purchases -- when Haimao sells

12   less shrimp, does that have an effect on its purchases

13   of Primo broodstock?

14      A.    Yes, you have huge impact.

15      Q.    And what impact

16           MR. BRINSON:  Foundation.

17      Q.    (BY MR. GEIGER)  -- does it have?

18           MR. BRINSON:  Foundation.

19           THE WITNESS:  'Cause the Primo broodstock

20   company used to primarily sell its broodstock to

21   Haimao.  When Haimao's profit and market share is

22   reduced, then we will not have the kind of cash flow

23   to continue support the amount of purchase we're going

24   to make from Primo Broodstock, Inc.

25           MR. BRINSON:  Move to strike, foundation,
```

Teng Zhou                                                    October 22, 2021
                                                                    Page 37

```
 1  opinion.
 2      Q.    (BY MR. GEIGER)  To your personal
 3  knowledge, when Haimao sells less shrimp, does that
 4  mean it orders less broodstock from Primo?
 5          MR. BRINSON:  Same objections.
 6          THE WITNESS:  Yes.
 7          MR. GEIGER:  I tender the witness.
 8          MR. BRINSON:  Sir, please advise the
 9  witness that my name is Mel Brinson and I will be
10  asking him a few questions.
11          THE INTERPRETER:  (Speaking Mandarin.)
12                  EXAMINATION
13  BY MR. BRINSON:
14      Q.    So, sir, as I understand it your job is to
15  sell the PLs, which are baby shrimp, from Haimao to
16  shrimp farmers that grow the PLs into adult size so
17  that they can be sold for food; is that correct?
18      A.    Yes.
19      Q.    And, sir, the photographs that you attached
20  to the affidavit you were shown, the ones that show
21  the boxes at the Primo China Broodstock, PC Broodstock
22  facility, those boxes do not contain on them, or at
23  least you didn't see on them, the actual word "Primo"
24  either in English or Chinese?
25          MR. GEIGER:  I'm going to object to
```

Teng Zhou                                              October 22, 2021
                                                             Page 38

```
 1  foundation on that.
 2      Q.    (BY MR. BRINSON)  You can answer the
 3  question.
 4      A.    On the box of those broodstock of the
 5  photo, they did identify the content as being
 6  disease-resistant broodstock.
 7      Q.    Did not contain the word "Primo," either in
 8  English or Chinese?  Question.
 9      A.    No.
10      Q.    And I believe you testified PC Broodstock
11  or Primo China Broodstock is a Chinese company?
12      A.    Yes.
13      Q.    And to your knowledge, does it sell to
14  shrimp farmers or to other hatcheries?
15      A.    Both, both shrimp farmers and the
16  hatcheries.
17      Q.    Do you know if Primo China PC Broodstock
18  operates a hatchery itself?
19      A.    Yes.
20      Q.    So it operates a hatchery and it also sells
21  broodstock; is that what your testimony is?
22          MR. GEIGER:  Objection, form.
23          THE WITNESS:  They both have a hatchery and
24  they sell postlarval, the baby shrimp.
25      Q.    (BY MR. BRINSON)  The PLs?  That's the same
```

Teng Zhou                                          October 22, 2021
                                                   Page 39

1    thing that Haimao sells, PLs?

2        A.    Yes.

3        Q.    My understanding is that prior to the fall

4    of 2016 Haimao was using a Chinese term to market its

5    shrimp which phonetically translates as "pu rui mo";

6    is that correct?

7              MR. GEIGER:  Objection, foundation.

8        Q.    (BY MR. BRINSON)  Are you aware of that,

9    sir?

10       A.    Could you please repeat the question?

11       Q.    Certainly.  Prior to the fall of 2016,

12   Haimao was marketing its PLs under the name of

13   "pu rui mo"?

14             MR. GEIGER:  Same objection.

15       Q.    (BY MR. BRINSON)  You can answer the

16   question.

17       A.    Yes.

18       Q.    And in the fall of 2016 Haimao stated it

19   was no longer going to use "pu rui mo" to market its

20   shrimp, and instead it was going to use the term "pu

21   li mao" to describe the same shrimp, same PLs?

22             MR. GEIGER:  Objection, foundation.

23             THE WITNESS:  Yes.

24             MR. BRINSON:  Mr. Geiger, I need to show

25   the witness -- thank you.  That was just what I was

Kim Tindall and Associates, LLC 16414 San Pedro, Suite 900   San Antonio, Texas 78232
210-697-3400                                                 210-697-3408

Teng Zhou                                          October 22, 2021
                                                           Page 40

```
 1  going to ask.
 2      Q.    (BY MR. BRINSON)  Sir, are you familiar
 3  with a Joint Declaration put out by Primo Broodstock
 4  and Haimao in the fall of 2016 stating that they were
 5  no longer going to use "pu rui mo" to market their
 6  shrimp and instead they were going to use the term
 7  "pu li mao" to refer to their shrimp?
 8           MR. GEIGER:  I'm going to object to this
 9  document to the extent that it was not shared prior to
10  the start of this deposition; and also to foundation.
11           THE WITNESS:  Yes, I know.
12      Q.    (BY MR. BRINSON)  And you've seen this
13  document before today; have you not?
14      A.    Yes, I've seen it.
15      Q.    And the reason that Haimao changed from
16  "pu rui mo" to "pu li mao" is because another company
17  had registered "pu rui mo" in China as trademark?
18           MR. GEIGER:  I'm going to object, form,
19  foundation, calls for speculation; and this whole line
20  of questioning is outside the scope of direct.
21           MR. BRINSON:  Okay.
22      Q.    (BY MR. BRINSON)  You can answer the
23  question.
24      A.    Yes.
25      Q.    Okay.  And what's the reason?
```

Teng Zhou                                    October 22, 2021
                                                     Page 41

```
 1          MR. GEIGER:  Objection, foundation,
 2    speculation, calls for legal conclusion, and it's
 3    outside the scope of direct.
 4          MR. BRINSON:  I guess I'll rephrase the
 5    question.  Does he know the reason?
 6          MR. GEIGER:  Same objections.
 7          MR. BRINSON:  If he doesn't know, that's
 8    fine.  One way or the other, does he know?
 9       THE WITNESS:  I know.
10       Q.    (BY MR. BRINSON)  Okay.  And was it because
11    another company had trade-marked "pu rui mao" -- I'm
12    sorry, "pu rui mo"?
13          MR. GEIGER:  I'm going to object,
14    foundation, speculation, calls for a legal conclusion
15    and outside the scope of direct.
16       Q.    (BY MR. BRINSON)  You can answer the
17    question.
18       A.    Yes.
19       Q.    Okay.  Well, let me ask you this, sir.
20    When you're a salesman dealing with -- I'm sorry, when
21    you were selling PLs to your customers, did the change
22    in name of the product you were selling from "pu rui
23    mo" to "pu li mao" cause any confusion amongst your
24    customers?
25          MR. GEIGER:  Objection, foundation,
```

1  speculation, outside the scope of direct.

2    Q.    (BY MR. BRINSON)  You can answer the

3  question.

4    A.    The name change was reluctant.  We had no

5  other choice.  It was caused by that the Primo China

6  and API who went ahead and registered Primo as a

7  trademark and created confusion first and we were

8  forced to change our name.

9        MR. BRINSON:  I'm going to move to strike

10  the response as nonresponsive.

11        MR. GEIGER:  That was responsive to your

12  question.

13        MR. BRINSON:  I disagree.  Nonresponsive.

14  Also, involves a great deal of speculation and

15  foundation issues.

16    The question to him was whether the change

17  in name by Haimao caused any confusion amongst the

18  witness's customers.

19        MR. GEIGER:  Same objections.

20        MR. BRINSON:  He can answer.

21        THE WITNESS:  The name change occurred

22  under the situation where the customers are already

23  greatly confused as to which source is the authentic

24  and genuine source for Primo.  Our company made the

25  name change out of great reluctance.

Teng Zhou                                          October 22, 2021
                                                         Page 43

1        Q.     (BY MR. BRINSON)  Yes, sir.  The question
2    was did it cause any confusion amongst customers when
3    Haimao changed the name of the shrimp it was selling?
4              MR. GEIGER:  Same objections.
5              THE WITNESS:  It actually clarified amongst
6    the customers where prior to this they were confused
7    as to who's selling Primo broodstock.  Afterwards at
8    least they know what they are buying from us is now
9    called "pu li mao."
10       Q.     (BY MR. BRINSON)  And the customers that
11   you had are customers you had for some time; right?
12       A.     We have some long clients who have been
13   with us for a long time and we also have some newly
14   developed customers.
15       Q.     Okay.  And when you're talking to a client,
16   they know you're a salesperson for Haimao?
17       A.     Yes.
18       Q.     And the customer you're talking to knows
19   that you're offering for sale -- I'm sorry, I
20   shouldn't have spoken over you.
21       The customer that you're talking to when
22   you're offering PLs for sale knows that what you're
23   offering is PLs from Haimao?
24             MR. GEIGER:  Objection, speculation,
25   mischaracterizes the witness's testimony.

Teng Zhou                                          October 22, 2021
                                                          Page 44

```
 1              THE WITNESS:  It's Haimao Primo.
 2              MR. BRINSON:  But they understand that he's
 3   a salesman for Haimao?
 4              MR. GEIGER:  Objection, speculation.
 5              THE WITNESS:  As early as 2015 Haimao and
 6   Primo has made a joint announcement in China about
 7   this newly formed joint venture, Zhanjiang Haimao
 8   Aquaculture Bioscience Technology Co. as the exclusive
 9   partner with Primo.  And in all of our promotions
10   subsequent to that we have always promoted both Haimao
11   and Primo Broodstock U.S.A. together.
12              MR. BRINSON:  Is he aware of API selling
13   shrimp into China before the end of 2016?
14              THE WITNESS:  I'm not entirely certain
15   about exact or precise time when the sale of
16   broodstock into China, but I believe at least at the
17   end of 2016 there were some sales of broodstock into
18   Chinese market.
19              MR. BRINSON:  And he's talking about by
20   API?
21              THE WITNESS:  Yes.
22              MR. BRINSON:  Is the website that he's
23   referred to in his affidavit, that's the website for
24   Primo China Broodstock or PC Broodstock?  As far as he
25   knows.
```

Teng Zhou                                                          October 22, 2021
                                                                        Page 45

```
 1                THE WITNESS:  Yes.
 2                MR. BRINSON:  I have no further questions
 3    for this witness.
 4                MR. GEIGER:  Chene, do you have any
 5    questions?
 6                MS. THOMPSON:  No questions.  Thank you.
 7                MR. GEIGER:  I have two questions on
 8    redirect.
 9                          EXAMINATION
10    BY MR. GEIGER:
11        Q.   Sir, are you a lawyer?
12        A.   No, I'm not.
13        Q.   Are you an expert on intellectual property
14    law?
15        A.   No, I'm not.
16                MR. GEIGER:  No further questions.
17                MR. BRINSON:  No further questions.
18                REPORTER:  Counsel, will you please state
19    on the record if you need a copy of the transcript
20    and/or video?
21                MS. THOMPSON:  None for me.
22                MR. GEIGER:  Yes, I need a rush order on
23    the transcript and the video.
24                MR. BRINSON:  I also need a rush order on
25    the transcript and the video.  We have trial starting
```

```
 1    November 1.
 2            MS. THOMPSON:  I do not need a copy of the
 3    transcript or the video.
 4            MR. BRINSON:  I'd like to just make the
 5    exhibit I posted as Exhibit 6 so we can refer to it.
 6            (Exhibit No. 6 was marked.)
 7            REPORTER:  The time is 11:05 a.m.  This
 8    concludes the deposition of Mr. Teng Zhou and we are
 9    off the record.
10        (Off the record at 11:05 a.m.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Teng Zhou

1                    CHANGES AND SIGNATURE

2     WITNESS NAME:  TENG ZHOU

3     DATE OF DEPOSITION:  OCTOBER 22, 2021

4     PAGE    LINE        CHANGE              REASON

5     _____

6     _____

7     _____

8     _____

9     _____

10    _____

11    _____

12    _____

13    _____

14    _____

15    _____

16    _____

17    _____

18    _____

19    _____

20    _____

21    _____

22    _____

23    _____

24    _____

25    _____

Kim Tindall and Associates, LLC 16414 San Pedro, Suite 900   San Antonio, Texas 78232
210-697-3400                                                 210-697-3408

Teng Zhou                                              October 22, 2021
                                                              Page 48

```
 1              ACKNOWLEDGMENT OF DEPONENT

 2          I, TENG ZHOU, have read the foregoing

 3   deposition and hereby affix my signature that same is

 4   true and correct, except as noted above.

 5

 6                     _____

 7                     TENG ZHOU

 8

 9   THE STATE OF TEXAS      )

10   COUNTY OF _____  )

11          Before me, _____, on this day

12   personally appeared TENG ZHOU, known to me (or proved

13   to me under oath of through _____) to be the

14   person whose name is subscribed to the foregoing

15   instrument and acknowledged to me that he executed the

16   same for the purposes and consideration therein

17   expressed.

18          Given under my hand and seal of office this

19   _____ day of _____, 2021.

20

21

22                     _____

23                     NOTARY PUBLIC IN AND FOR
                       THE STATE OF TEXAS
24

25   My Commission Expires: _____
```

Kim Tindall and Associates, LLC 16414 San Pedro, Suite 900   San Antonio, Texas 78232
210-697-3400                                                 210-697-3408

Teng Zhou                                                          October 22, 2021
                                                                          Page 49

```
 1                  UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
 2                      FORT MEYERS DIVISION

 3   TB FOOD USA, LLC, a Delaware )
     Limited Liability Company,   )
 4      Plaintiff,                )
                                  )
 5      VS.                       ) CASE NO.
                                  )
 6   AMERICAN MARICULTURE, INC.,  ) 2:17-cv-9-FtM-29CM
     a Florida Corporation;       )
 7   AMERICAN PENAEID, INC., a    )
     Florida Corporation; and     )
 8   ROBIN PEARL,                 )
        Defendants.               )
 9   _____

10   AMERICAN MARICULTURE, INC.,  )
     a Florida Corporation,       )
11      Counter-Plaintiff,        )
                                  )
12      VS.                       )
                                  )
13   PB LEGACY, INC., a Texas     )
     Corporation,                 )
14      Counter- and Third-Party  )
        Defendant.                )
15
```

16

```
17          ORAL AND VIDEOTAPED DEPOSITION OF
                        TENG ZHOU
18              FRIDAY, OCTOBER 22, 2021
                   (Reported Remotely)
```

19          I, Deborah Endler, RPR, CSR, do hereby

20   certify that the foregoing deposition is a full, true

21   and correct transcript;

22          That the foregoing deposition of Witness,

23   TENG ZHOU, hereinbefore named was at the time named,

24   taken by me in stenograph on October 22, 2021, the

25   said Witness having been by me first duly cautioned

Teng Zhou                                                October 22, 2021
                                                              Page 50

1   and sworn to tell the truth, the whole truth, and

2   nothing but the truth, and the same were thereafter

3   reduced to typewriting by me or under my direction.

4   The charge for the completed deposition is $ _____

5   due from Ted Geiger;

6           ( ) That pursuant to the Federal Rules of

7   Civil Procedure, the Witness shall have 30 days after

8   being notified by certified mail, return receipt

9   requested, by the deposition officer that the original

10  deposition transcript is available in her office for

11  review and signature by the Witness and if any

12  corrections made are attached hereto;

13          ( ) That by agreement of counsel, a reading

14  condensed copy of the deposition transcript along with

15  the full-sized original Changes and Signature Sheet

16  has been sent to _____ on _____ for

17  review and signature within 30 days and if any

18  corrections returned are attached hereto;

19          ( ) That by agreement of counsel, the

20  deposition officer is instructed to release the

21  original deposition transcript to

22  _____ on _____, for review

23  and signature, and the deposition officer is

24  thereafter released of any further responsibility with

25  regard to the original;

Teng Zhou                                          October 22, 2021
                                                          Page 51

1            ( ) That the witness shall have thirty (30)

2    days for review and signature of the original

3    transcript and if any corrections returned are

4    attached hereto;

5            ( ) That the signed transcript ( ) was ( )

6    was not received from the Witness within 30 days;

7            ( ) That the examination and signature of the

8    Witness is waived by the Witness and the parties;

9            That the amount of time used by each party at

10   the deposition is as follows:

11           Mr. Ted Geiger       - 1 HOUR - 34 MINUTES
             Mr. Melville Brinson - 0 HOUR - 19 MINUTES
12           Ms. Chene Thompson   - 0 HOUR -  0 MINUTES

13           I further certify that I am neither counsel

14   for, related to, nor employed by any of the parties or

15   attorneys in this action in which this proceeding was

16   taken, and further that I am not financially or

17   otherwise interested in the outcome of the action.

18           Certified to by me this 25th day of October,

19   2021.

20

21           DEBORAH L. ENDLER, RPR, Texas CSR 10803
             EXPIRATION DATE:  1/31/2023
22           Firm Registration No. 631
             Kim Tindall & Associates, LLC
23           16414 San Pedro, Suite 900
             San Antonio, Texas 78232
24           Phone 210-697-3400
             Fax 210-697-3408

25

Teng Zhou

### Exhibits

**Ex. 5 Zhou affidavit (1)** 8:21,24

**Ex. 6 Joint Declaration ( better copy)** 46:5,6

### $

**$40** 33:25

### 1

**1** 9:24 10:9 21:19 46:1

**1,940** 22:1

**10** 21:7 22:20 23:3,4,6 24:7

**10022** 2:4

**10803** 4:8

**10th** 19:15,20

**11** 25:2,4 26:1

**11200** 2:7

**11:05** 46:7,10

**12** 28:18,19,21 29:8,11

**120** 2:7 26:23

**13** 29:21 30:1,3,25 31:2

**14** 30:19,20,21,23 31:1 32:9

**15** 34:21

**15,000** 34:11

**150** 26:23

**16** 6:14

**16414** 4:11

**18** 10:1

**1833** 2:18

**194** 21:19,20,25

### 2

**2** 3:2 10:12 21:4,20

**20** 13:6,21

**2005** 11:6

**2012** 11:21

**2015** 11:21 13:15 35:3,14 44:5

**2016** 19:23 26:17 32:19 35:1 39:4, 11,18 40:4 44:13,17

**2017** 9:12 18:9 19:6,15,20 22:20 26:21 32:20 35:2

**2021** 1:17,20 4:3

**22** 1:17,20 4:3

**2:17-cv-9-ftm-29cm** 1:6

### 3

**3** 10:21,24 21:21

**33901** 2:18

**33956** 2:13

**37** 3:5

### 4

**4** 12:22,23,25 13:2,14 23:14

**40** 32:24 33:1,17,25 34:3,5,6

**400-** 36:4

**41** 21:19

**45** 3:6,13

**47** 3:7

**4777** 2:4

**49** 3:8

### 5

**5** 3:4,13 8:21,24 13:22 14:1

**50** 26:24 28:11 32:19,24 33:1,3 34:25 35:7

**55** 21:20

### 6

**6** 14:21 15:13,16 46:5,6

**600,000** 36:4

### 7

**7** 18:4,5,7,25

**77042** 2:8

### 8

**8** 3:13 19:14 20:8

**80** 11:11,17,24 13:20 26:24 28:11 32:19 33:3 34:25 35:7

**8th** 18:9

### 9

**9** 20:11,13

**900** 4:12

**9:05** 1:20 4:3

**9:38** 16:25

**9:45** 17:3

### A

**A-1** 21:4

**a.m.** 1:20 46:7,10

**above-styled** 1:19

**account** 26:14

**accounts** 26:19,22,25 34:25 35:21,24 36:1

**accurate** 17:15

**acquire** 7:17 31:12

**actions** 31:22

**actual** 37:23

**added** 27:18

**address** 4:11

**adjustment** 32:4

**administering** 4:9

**adult** 37:16

**advertisement** 19:7 20:20 26:10

**advertisements** 19:12

**advise** 37:8

Teng Zhou

October 22, 2021
Index: affidavit..channels

**affidavit** 3:13 9:11,14,19 23:2 28:18 30:25 37:20 44:23

**affiliates** 29:2 31:8

**age** 10:1

**agent** 30:14

**agents** 28:25

**agreement** 4:5

**ahead** 11:2 18:3 20:15 25:1 28:17 29:20,23 30:19 42:6

**America** 14:15 19:9

**American** 1:6,7,10 2:10 4:19,20 7:22 21:11

**amount** 11:9 15:7 29:2 30:7 35:23 36:23

**and/or** 45:20

**announcement** 44:6

**Antonio** 4:12

**API** 7:23 8:3,7 21:6,15 22:2 23:9 25:16 27:23 28:25 29:1 30:9 31:8 42:6 44:12,20

**API's** 28:8

**apologies** 14:5

**apologize** 16:1

**appearances** 3:2 4:14

**appearing** 4:15,18

**appears** 22:7

**Appendix** 21:3,4,18,19,21 23:13 25:11,13

**approximately** 11:11,17 13:20 32:24 35:7,10 36:3

**Aquaculture** 5:19 10:15 44:8

**aquatic** 11:5

**Associates** 4:8

**assume** 21:24

**attached** 1:22 21:2 23:13 25:11,13 37:19

**attempted** 19:21

**Attorney** 25:12

**attributable** 33:17,25 34:4 35:19

**authentic** 25:9 29:15 32:12 42:23

**authorize** 28:25

**authorized** 29:18 30:10

**aware** 35:18,25 39:8 44:12

**B**

**baby** 6:11,24 16:15 27:12,16,24 29:6,16 30:6 35:22 37:15 38:24

**back** 23:2,24 24:5,8

**bad** 16:23

**base** 8:9

**based** 20:19 33:8 35:15

**basically** 7:3 15:1

**basis** 10:24 11:16 12:1 13:13 14:1 15:9 18:24 19:18 25:4 26:11 29:10 31:4 32:8

**batch** 13:15,17

**beginning** 26:17

**behalf** 4:16,19,22

**behavior** 31:8

**believed** 21:13

**Bioscience** 5:20 10:15 44:8

**bit** 14:4

**bought** 27:23 28:6,7

**box** 21:18 38:4

**boxes** 20:19,21,25 21:5,9,13,22, 24,25 37:21,22

**break** 16:24

**breeder** 19:6

**breeders** 15:7 28:8 29:13

**breeding** 11:10,22,23 12:11 13:5

**breeds** 30:6

**bring** 8:23

**Brinson** 2:12 3:5 4:18 7:11 8:8 10:23 11:18,25 12:15,24 13:25 15:8,18,16 19:10,17,24,20,12,23 21:17 23:5,17 24:16,20 25:3 26:7 28:1,9,14,20 29:19,22 30:2,22 31:17 32:1,14,22 33:4,10,19 34:2, 9,12 35:5,16 36:8,16,18,25 37:5,8, 9,13 38:2,25 39:8,15,24 40:2,12, 21,22 41:4,7,10,16 42:2,9,13,20

43:1,10 44:2,12,19,22 45:2,17,24 46:4

**brinson@afblaw.com** 2:13

**brood** 22:1

**broodstock** 6:20 7:7,16,18,19 8:4, 7,14,17,18,12:10 13:4,16,19 14:10, 12,13,15 15:3,5,7,19,20 16:9,21 17:14,23 18:11,14,20,21 19:5,8 20:5 21:8,11,12,25 23:10,14,16 24:13,24 25:6,9,15,16,17 27:7,9, 15,23 29:6 32:13 36:7,13,19,20,24 37:4,21 38:4,6,10,11,17,21 40:3 43:7 44:11,16,17,24

**Broodstock's** 22:17

**broodstocks** 21:14 28:8

**business** 4:11 11:5,7,10 31:25

**buy** 6:11,24

**buying** 27:24 28:12 43:8

**C**

**call** 8:17 20:4 25:16 28:22

**called** 18:11 43:9

**calling** 27:9 31:19

**calls** 11:18 12:25 25:5 30:4 31:4,5 40:19 41:2,14

**camera** 21:1

**capable** 10:2

**caption** 9:17

**CASE** 1:5

**cash** 36:22

**caused** 31:10,13,15 42:5,17

**cell** 21:1

**Certificate** 3:8

**CERTIFIED** 3:17

**challenge** 33:14

**chance** 9:6 22:9

**change** 41:21 42:4,8,16,21,25

**changed** 40:15 43:3

**channel** 24:11 31:20

**channels** 23:10

**characteristics** 14:14

**characters** 14:11

**Chen** 2:6

**Chene** 2:17 4:21 45:4

**chenethompson@paveselaw. com** 2:19

**China** 8:5,14,18 10:17 11:5,9,10 13:7 14:12,17 15:5,7 18:11,12,13, 20,23 19:21 20:4 21:7,22 22:2 23:11 24:11 25:7,10,16 27:7,8,15, 22 28:7,25 29:1 30:8,11,13 31:16, 23 37:21 38:11,17 40:17 42:5 44:6, 13,16,24

**China's** 31:11

**Chinese** 9:4,17 10:5 11:21 16:10 17:19 25:8 26:4 32:24 33:1 34:11 35:11 36:4 37:24 38:8,11 39:4 44:18

**choice** 42:5

**City** 2:13 21:7

**Civil** 1:21

**claimed** 19:5

**claiming** 24:23

**claims** 25:14

**clarification** 16:10

**clarified** 43:5

**clarify** 17:6

**clear** 15:12 17:22 29:17 32:25

**client** 43:15

**clients** 12:9 27:1,21 35:19 43:12

**closer** 20:25

**colleague** 4:17

**collected** 19:1

**comfort** 16:24

**common** 11:22

**communication** 20:20

**community** 20:21

**company** 1:3 6:15,19 7:21 8:13 10:16 18:10,19,21,22 20:3,4 27:8 36:20 38:11 40:16 41:11 42:24

**comparison** 13:4

**competent** 10:2

**competitors** 8:7

**concludes** 46:8

**conclusion** 28:23 31:6 41:2,14

**conducted** 4:5

**confused** 26:5 42:23 43:6

**confusion** 16:8 25:10 26:10 29:2, 16 41:23 42:7,17 43:2

**considerable** 30:6

**contact** 26:15 29:13

**contained** 21:14,25

**content** 38:5

**contents** 10:24 28:21

**continue** 23:8 31:24 36:23

**continuously** 32:10

**conversations** 6:3

**copy** 45:19 46:2

**Corporation** 1:6,7,10,13 2:10,11, 16

**correct** 12:14 17:6 27:9 34:18,22, 23 37:17 39:6

**correction** 24:9 27:11,13

**corresponds** 31:2

**counsel** 4:13 45:18

**Counter-** 1:14 2:15

**Counter-plaintiff** 1:11

**COURT** 1:1

**create** 31:24

**created** 25:9 26:10 29:2,16 42:7

**creating** 15:4 29:4

**credit** 31:25

**CSR** 1:20 4:7

**currency** 32:24 33:1 34:11 36:4

**current** 5:16

**customer** 30:12 31:11 33:14 43:18,21

**customers** 6:7 12:18,20 13:18 15:18,22 18:10 19:3 24:12 25:10 26:13 27:3,5 28:4,11 29:3,12

32:16,17,19,20 33:3 34:25 35:3,4, 7,13,20 41:21,24 42:18,22 43:2,6, 10,11,14

**cut** 33:22

**cycle** 7:4

**D**

**damage** 29:4 31:24

**damaged** 31:23

**date** 4:3

**deal** 42:14

**dealing** 41:20

**Deb** 23:24

**Deborah** 1:20 4:7

**December** 19:23

**deceptive** 31:7

**Declaration** 3:13 40:3

**defendant** 1:14 2:15 4:23 21:15 31:22

**defendants** 1:8 2:10 4:19 30:10

**Delaware** 1:3

**demonstrated** 14:11,14

**demonstrates** 21:21

**deponent** 7:2 16:11 27:14

**deponent's** 27:18

**deposition** 1:16,18 4:4,9 40:10 46:8

**describe** 39:21

**DESCRIPTION** 3:12

**developed** 43:14

**developing** 15:5

**differences** 17:14

**difficult** 11:13

**difficulty** 31:20

**direct** 40:20 41:3,15 42:1

**directly** 31:13,18 32:16

**disagree** 42:13

**disease** 14:15

Teng Zhou

**disease-resistance** 14:11

**disease-resistant** 8:4 21:8 27:7 38:6

**distinguishable** 21:9

**distribute** 29:1 31:10

**distribution** 31:20

**distributor** 14:24 29:5,18 30:11, 15

**DISTRICT** 1:1

**DIVISION** 1:2

**document** 8:25 9:3,7,8,9 25:22,25 40:9,13

**DOCUMENTS/INFORMATION** 3:16

**dollars** 34:6

**due** 33:14

**duly** 1:19 5:1,4,8

---

**E**

**earlier** 18:21 32:6,18

**early** 44:5

**earn** 11:13

**effect** 36:6,12

**employer** 5:16

**end** 17:13 19:23 26:21 44:13,17

**Endler** 1:20 4:7

**English** 10:5 30:24 31:3 37:24 38:8

**ensure** 14:10

**entering** 31:21

**ESQUIRE** 2:3,6,12,17

**essentially** 16:14

**established** 23:11

**estimated** 33:6

**evening** 5:11

**exact** 44:15

**Examination** 3:4,5,6 5:9 37:12 45:9

**exclusive** 14:23 29:5,18 30:15 44:8

**excuse** 33:25

**exhibit** 8:21,24 22:6 25:21 46:5,6

**exhibited** 14:14

**exhibits** 8:22

**experience** 8:6

**experiments** 13:17

**expert** 45:13

**explain** 7:2

**expressing** 23:18

**extends** 12:13

**extent** 40:9

**external** 21:2

---

**F**

**faced** 33:13

**facility** 22:17 37:22

**fact** 11:23

**Fair** 7:12

**fall** 39:3,11,18 40:4

**familiar** 6:15,19,21 7:21 8:1,13 40:2

**farmers** 6:3,6,7 11:12 12:9 13:7 26:4,18,22,24 27:21 29:13,17 30:5 32:16 37:16 38:14,15

**Federal** 1:21

**Feng** 2:20

**fewer** 36:6

**Fifteen** 34:15,17,22

**final** 32:5

**fine** 16:18 41:8

**five-minute** 16:24

**Florida** 1:1,6,7,10 2:10,13,18 21:6

**Florida's** 25:15

**flow** 36:22

**food** 1:3,19 2:2 4:16 6:16,22 7:10, 14,15,18,19 16:23 37:17

**forced** 42:8

**forgot** 6:25

**form** 11:18 20:21 26:7 28:1,14 38:22 40:18

**formed** 44:7

**Fort** 1:2 2:18

**forward** 17:15

**foundation** 7:11 8:9 10:25 12:15, 25 14:1 15:9 18:8 19:10,18 20:23 24:16 25:5 26:8 28:2,15,21 30:3 31:4 32:22 33:4,10,20 34:12 35:5, 16 36:8,16,18,25 38:1 39:7,22 40:10,19 41:1,14,25 42:15

**frame** 33:12

**FRIDAY** 1:17

**Fujian** 18:12,23 21:7

---

**G**

**Geiger** 2:3 3:4,6 4:15 5:6,10,21 7:6,9,12,13,25 8:2,10,20,25 11:2, 20 12:2,17 13:2 14:5 15:12 16:5, 14,17,22 17:5,20,21 18:16 19:11, 25 20:3,14 22:3 23:8,20,23 24:2,4, 12,18 25:1,18 26:11 28:3,10,17 29:7,20,24,25 30:16 32:2,18,25 33:8,16,21,23,24 34:5,13,17,22,24 35:12,18 36:9,10,17 37:2,7,25 38:22 39:7,14,22,24 40:8,18 41:1, 6,13,25 42:11,19 43:4,24 44:4 45:4,7,10,16,22

**generated** 35:23

**genuine** 25:9,17 29:15 32:12 42:24

**give** 9:6

**good** 4:21 5:11 14:6

**goodwill** 32:5

**great** 14:17 42:14,25

**greatly** 31:14,23 42:23

**grow** 37:16

**growth** 14:16

**Guan** 25:12

**Guangdong** 4:7

**guess** 41:4

Teng Zhou

## H

**H-A-I-M-A-O** 5:19

**Haimao** 5:17,19,22 6:8,10 7:10,13, 16,17 10:15 11:6 13:15 14:9,23 15:4,18,21,24,25 16:20 17:23 24:25 27:1 28:11 29:4 30:14 31:13, 19,24 32:21 33:2,7,12 35:2,3,14 36:1,5,11,21 37:3,15 39:1,4,12,18 40:4,15 42:17 43:3,16,23 44:1,3,5, 7,10

**Haimao's** 17:25 27:3,5 30:12 31:13,19 36:21

**hand** 4:25 5:3

**happened** 24:22

**harm** 29:4 31:24

**harmed** 31:23

**hatcheries** 38:14,16

**hatchery** 38:18,20,23

**hearsay** 12:1 18:7 19:18,24 20:1, 13 23:7 24:20 25:4 26:8 28:15,22 30:4 31:4

**Helen** 25:12

**helps** 16:15

**Hendry** 2:18

**hereto** 1:22

**high** 11:11 14:15,16

**home** 23:12

**hoping** 24:4

**Host** 2:20

**Houston** 2:8

**http://www.primobroodstock. com.** 23:12

**huge** 13:6 25:10 26:10 30:6,8 36:14

**hundred** 26:20 35:11,14

**identify** 38:5

**III** 2:12

**illegally** 31:15,22

**impact** 36:14,15

**impacted** 31:18

**imported** 13:15 18:13 19:9,22

**in-house** 13:16

**included** 23:13

**independent** 21:5

**industry** 6:13 8:6 11:8,22 12:13

**information** 19:1

**initial** 7:3

**inside** 20:18,21 21:22

**instance** 1:19

**intellectual** 45:13

**interactions** 19:2

**interest** 30:7

**internet** 19:13

**interpretation** 16:12 17:18

**interpretations** 17:7

**interpreter** 2:20 4:24 5:1,18 6:23 7:24 14:25 16:1,6,16,19 17:5,8 20:16 24:9,21 27:10 33:5,21 34:3, 8,13,15,20,23 35:8 37:11

**interrupt** 19:19

**involves** 42:14

**irreparable** 29:4

**issues** 33:13 42:15

## J

**James** 2:6,13 4:17 21:6

**January** 18:9 19:15,20 22:20

**job** 5:23,25 6:2 12:9 37:14

**joint** 3:13 40:3 44:6,7

**jou@nguyen-chen.com** 2:8

## K

**Kim** 4:8

**kind** 21:5 33:13 36:22

**knowledge** 11:22 12:3,7,12,18,19 13:11 19:4 26:3 27:4 28:4,11 33:9 35:15 36:5,11 37:3 38:13

**knowledgeable** 11:7

**KTA** 2:20

## L

**lack** 17:19

**language** 10:4

**large** 14:16

**larger** 10:6

**larvas** 18:23

**Lastly** 31:7

**law** 2:3,17 45:14

**lawyer** 45:11

**learned** 18:10

**Legacy** 1:13 2:15 4:23

**legal** 25:5 28:22 31:6 41:2,14

**li** 39:21 40:7,16 41:23 43:9

**Liability** 1:3

**life** 7:3

**Limited** 1:3 8:14,19 18:11,20

**listed** 10:3

**live** 20:21 21:7

**living** 11:13

**LLC** 1:3,19 2:2

**LLP** 2:6

**located** 4:6 18:12 21:22

**long** 6:12 43:12,13

**longer** 26:25 27:3,5 29:17 39:19 40:5

**loss** 31:18 32:17 33:7,14

**lost** 27:21 28:11 32:19 33:3,17 34:1,6,7 35:1,4

**lot** 20:19 26:13 29:12

**low** 14:13

Teng Zhou

---

**M**

---

**machine** 1:21

**made** 17:18 19:7 20:20 27:14 32:11 42:24 44:6

**Madison** 2:4

**make** 10:6,23 16:11,13 23:5 24:9 27:11 28:20 31:8,9 32:4 35:3 36:24 46:4

**makes** 11:12 14:17 36:1

**making** 30:9 32:8

**male** 21:7

**manage** 26:14

**Mandarin** 2:20 5:18 6:23 16:7,19 20:16 24:21 33:5 35:8 37:11

**mao** 39:21 40:7,16 41:11,23 43:9

**Mariculture** 1:6,10 2:10 4:19

**mark** 8:21

**marked** 8:21,24 21:19,20 46:6

**market** 11:9 13:8 14:17 15:5,7 19:8 23:15 24:11 25:8 29:3 30:8 31:14,21 36:21 39:4,19 40:5 44:18

**marketing** 23:10 39:12

**marking** 21:6

**matter** 9:12

**matters** 10:2,3

**means** 4:10 22:1

**meantime** 16:12

**Mel** 4:18 37:9

**MELVILLE** 2:12

**mention** 24:10

**mentioned** 22:22 32:18

**method** 1:21

**MEYERS** 1:2

**MIDDLE** 1:1

**million** 32:24 33:17,25 34:1,3,6,15, 17,21,22 35:10,13

**mind** 5:22 16:22,23 23:24

**mischaracterizes** 43:25

**misheard** 16:2

**misinterpretation** 17:13

**misled** 30:11

**mistake** 34:20

**misunderstand** 31:9

**mo** 39:5,13,19 40:5,16,17 41:12,23

**Morison** 2:20

**morning** 4:21 5:11 16:23

**mortality** 11:11,17,23 12:3,7,13 13:5,12,21 14:13

**move** 11:25 14:21 15:8 18:3 21:17 23:17 25:1 28:17 29:19,20 30:19 31:17 32:1,14 34:12 36:25 42:9

**multiple** 25:23

**Myers** 2:18

---

**N**

---

**named** 6:15,19 7:21 8:13

**native** 10:4

**necessarily** 31:12

**newly** 43:13 44:7

**Nguyen** 2:6

**Ninety** 18:2

**non-expert** 11:1 13:1 14:2 15:10 23:19 30:4 31:5

**nonresponsive** 15:10 23:18 42:10,13

**normal** 11:11

**notes** 14:25

**November** 46:1

**number** 9:24 21:18,19,20,21

**numbered** 1:20

---

**O**

---

**O-U** 4:17

**oath** 4:9 9:22

**object** 8:8 11:18 12:1 13:25 15:8 18:6 19:17 20:12 26:7 28:1,14 31:3 37:25 40:8,18 41:13

**objecting** 12:24 25:3

**objection** 7:11 10:24 20:23 21:17 23:6 24:16 26:7 28:21 30:3,23,24 33:19 34:2 38:22 39:7,14,22 41:1, 25 43:24 44:4

**objections** 28:9 34:9 37:5 41:6 42:19 43:4

**obtained** 12:6,17,19

**occurred** 42:21

**October** 1:17,20 4:3

**offering** 43:19,22,23

**Office** 2:3

**Offices** 2:17

**official** 23:11

**online** 16:13

**operate** 10:16

**operates** 38:18,20

**opinion** 10:25 11:19 13:1 14:2 15:10 23:7 24:17 25:4,5 30:4 31:5 37:1

**opinions** 23:18

**opportunity** 13:6 19:12

**oral** 1:16,18 4:4

**order** 45:22,24

**orders** 36:7 37:4

**original** 19:5 24:24 25:8,17

**originated** 30:9

**Ou** 2:6 4:17

---

**P**

---

**P-E-N-A-E-I-D** 7:25

**p-e-n-e-a-u-s** 22:25

**packaging** 21:2

**pages** 9:5 25:23

**paragraph** 8:23 10:9,12,18,21,24 12:22,23,25 13:2 14:22 14:1,21 15:13,16 18:4,5,7,20,25 19:14 20:8,11,13 23:3,4,6 25:2,4 26:1 28:18,19,21 29:8,11,21 30:1,3,20, 21,23 31:1,2 32:9

**paragraphs** 30:25

**part** 6:2 15:11 18:7 20:13 23:6 24:10

**parties** 4:5,14

**partner** 44:9

**partners** 29:1

**Pavese** 2:17

**PB** 1:13 2:15 4:23

**PC** 8:16,17 18:11,21 19:5 20:5,18 22:17 24:12 27:9,14 37:21 38:10, 17 44:24

**Pearl** 1:8 2:11 4:20

**Pedro** 4:11

**Penaeid** 1:7 2:10 4:20 7:22,25

**peneaus** 22:24

**people** 31:8,9

**Peoples** 10:16

**perceived** 23:15

**percent** 11:12,17,24 13:6,20,21 18:2

**performed** 14:9

**personal** 12:3,6,12 13:11 19:4 26:3,19,22 27:4 28:3,10 33:8 34:24 35:15 36:5,10 37:2

**personally** 20:1 33:3 35:25

**phone's** 21:1

**phonetically** 39:5

**photo** 22:10 38:5

**photograph** 22:12,14

**photographs** 22:7,16,19 37:19

**photos** 21:1,2 22:24

**PL** 16:3,5

**place** 29:22 30:2,23

**Plaintiff** 1:4,19 2:2 4:16

**PLLC** 2:3

**PLS** 15:25 37:15,16 38:25 39:1,12, 21 41:21 43:22,23

**point** 17:17

**portion** 24:8

**possibly** 20:15

**posted** 46:5

**postlarval** 15:19,21,25 16:5,9 17:14 18:1 27:11,16 29:6 38:24

**potential** 11:9 13:8 14:17 30:8,12 31:11

**potentially** 31:5

**precise** 21:12 44:15

**present** 2:20 4:14

**press** 25:11,14 26:14

**previous** 23:25 24:6 28:4

**previously** 35:1

**primarily** 16:20 17:23 36:20

**Primo** 6:17,18,20 7:15,16,17 8:7, 14,18 11:8 13:4,16 14:10,12,13,15, 24 15:4,5 16:4 18:11,12,15,20 19:6,8,21 20:4,22 21:23 23:9,15 24:14,15,24 25:7,9,10,15,17 26:6 27:6,8,15,22 28:7,12 29:5,6,15,18 30:6,10,11,13,15 31:10,12,19,22 32:12 36:7,13,19,24 37:4,21,23 38:7,11,17 40:3 42:5,6,24 43:7 44:1,6,9,11,24

**Primo's** 20:18 21:12 31:25

**printed** 25:13

**prior** 17:6 39:3,11 40:9 43:6

**private** 21:15

**Procedure** 1:22

**proceed** 5:5

**produced** 1:18

**product** 41:22

**products** 7:17 11:5 13:5

**professional** 7:1

**profit** 30:7 31:14 33:16,17,24 34:3, 5,10 35:25 36:2,21

**promoted** 25:8 32:11 44:10

**promotions** 33:15 44:9

**properly** 16:12

**property** 45:13

**proportion** 15:24 17:25

**prove** 10:3

**provide** 13:6

**providers** 27:25

**Province** 4:7 18:12,23 21:7

**provisions** 1:22

**pu** 39:5,13,19,20 40:5,7,16,17 41:11,12,22,23 43:9

**purchase** 6:6,10 7:19 27:11,14,15, 16 30:12 31:12 35:21 36:23

**purchased** 28:5,8

**purchases** 36:11,12

**purchasing** 27:6,22 30:13

**pursuant** 1:21

**put** 40:3

---

**Q**

**question** 8:11 15:11 16:3 17:21 23:25 24:5,7,19 38:3,8 39:10,16 40:23 41:5,17 42:3,12,16 43:1

**questioning** 40:20

**questions** 3:17 37:10 45:2,5,6,7, 16,17

**quick** 16:13

---

**R**

**raise** 4:25 5:3

**rate** 11:17,23 12:13 13:5,12,19,21 14:16

**rates** 11:11 14:13

**read** 9:6,24 10:7,12,22 11:2 12:22 13:2,22 14:21 18:4 19:14 20:11 23:3,23 24:4,8 28:19 29:25 30:21

**reading** 23:24 24:6

**ready** 17:15

**reask** 17:21

**reason** 26:4 40:15,25 41:5

**recall** 28:21

**recess** 17:2

**recognizable** 21:10

**recognize** 9:3,6,8 22:11 25:22,24

Teng Zhou

**record** 1:22 4:2,14 5:14 13:3,23 14:22 17:1,4 18:5 34:18 45:19 46:9,10

**redirect** 45:8

**reduced** 31:15 36:22

**reduction** 31:21

**refer** 5:22 7:22 8:16 40:7 46:5

**referred** 18:19,21 44:23

**referring** 7:6 20:5 26:1

**registered** 10:16 18:22 40:17 42:6

**relationship** 7:9,14

**release** 25:11,14 26:15

**released** 26:15

**reluctance** 42:25

**reluctant** 42:4

**remotely** 1:17 4:5,10

**rendition** 17:18 32:5

**repeat** 39:10

**rephrase** 41:4

**reported** 1:17,21

**REPORTER** 4:2,24 5:2,5 16:25 17:3 24:2 45:18 46:7

**Reporter's** 3:8

**reporting** 4:9

**represent** 32:20

**representation** 28:24 32:11

**representative** 30:14

**represented** 22:24 35:13

**Republic** 10:17

**reputation** 15:6 31:25 32:5

**requested** 3:16 24:8

**resistance** 14:16

**resistant** 15:3

**response** 42:10

**responsibilities** 5:25 6:2

**responsive** 42:11

**results** 13:18

**revenue** 32:20 33:18 34:1,6,7

35:2,19

**rightful** 30:14

**RMB** 32:24 33:1,17 34:1,4,6,11,22 35:11,14

**Road** 2:7,12

**Robert** 2:20

**Robin** 1:8 2:11 4:20

**rui** 39:5,13,19 40:5,16,17 41:11,12, 22

**Rules** 1:21

**rush** 45:22,24

---

**S**

**sale** 43:19,22 44:15

**sales** 15:25 17:25 31:14 35:23 36:2 44:17

**salesman** 41:20 44:3

**salesperson** 5:24 10:14 11:4 12:8 33:12 43:16

**San** 4:11,12

**scientific** 21:10,11 22:22,23

**scope** 40:20 41:3,15 42:1

**screen** 8:22 9:1 14:3

**scroll** 9:5 14:3 20:10 22:6 25:21,23

**search** 16:13

**seed** 6:25

**seeks** 10:25 14:1

**sell** 6:1 12:8,10 14:24 15:2,21 17:23 18:23 29:1,5 31:10 36:20 37:15 38:13,24

**selling** 15:19 19:5,8 23:9 24:13,14, 24,25 29:15 32:12 35:22 41:21,22 43:3,7 44:12

**sells** 8:4 15:18 16:20 36:6,11 37:3 38:20 39:1

**series** 22:7

**share** 8:22 31:14 36:21

**shared** 40:9

**sharing** 9:1

**ship** 31:22

**shipment** 22:1

**shipped** 19:22 22:2 25:15,16

**shipping** 21:6 31:15

**shorthand** 1:21

**show** 8:20 21:4 37:20 39:24

**shown** 37:20

**shrimp** 6:1,3,6,7,13,25 7:4,7 8:6 11:5,7,8,10,12,17,21,23 12:3,7,8,9, 10,11,12,13 13:7 15:2,18,19,21,25 16:15 17:25 18:1,14,23 19:6,22 20:22 21:8,10,14 22:23 24:13,14, 15 25:6 26:4,6,17,18,21,24 27:12, 16,21,24 28:7,12,25 29:6,13,16,18 30:5,6,9,13 31:10,12,16,19,22 32:16 35:22 36:6,12 37:3,15,16 38:14,15,24 39:5,20,21 40:6,7 43:3 44:13

**shrimps** 6:11 18:13 22:2

**sic** 14:25

**Signature** 3:7

**signing** 9:11

**sir** 5:11 17:8 37:8,14,19 39:9 40:2 41:19 43:1 45:11

**situation** 12:11 42:22

**size** 14:16 37:16

**slightly** 13:20

**small** 32:4

**sold** 25:7 37:17

**sole** 14:23 29:5

**solely** 33:2

**sort** 15:2

**source** 26:6 42:23,24

**sources** 28:13

**South** 21:10

**speak** 10:5

**speaking** 5:18 6:23 16:7,19 20:16 24:21 33:5 35:9 37:11

**specific** 24:23

**speculation** 8:9 10:25 12:25 15:9 20:24 23:6 24:17 26:8 28:2,15,22 30:3 31:4 33:19 40:19 41:2,14

Teng Zhou

| | | |
|---|---|---|
| 42:1,14 43:24 44:4 | **TB** 1:3,19 2:2 4:16 6:15,22 7:10,14, 15,18,19 | **trademark** 40:17 42:7 |
| **spoken** 43:20 | **technical** 16:17 | **transcript** 17:16 45:19,23,25 46:3 |
| **spot** 17:9,10 | **Technology** 5:20 10:15 44:8 | **translate** 10:4 |
| **St** 2:13 21:6 | **Ted** 16:1 | **translated** 25:12 |
| **stage** 7:3 | **ten** 21:25 | **translates** 39:5 |
| **stain** 14:25 15:2 17:10 | **tender** 37:7 | **translation** 25:13 30:24 31:3 |
| **start** 40:10 | **Teng** 1:16,18 3:3,13 4:4 5:7,15 9:19,21 46:8 | **tremendous** 11:9 13:8 29:2 |
| **started** 27:6,21 | **term** 7:1,5 16:17 17:19 39:4,20 40:6 | **trial** 45:25 |
| **starting** 45:25 | **terminology** 6:25 16:9 17:13 | **true** 10:10,11,19,20 11:14,15 13:9, 10 14:18,19 15:15,16 18:17,18 20:8 22:4,5 23:21,22 25:19,20 26:16 29:8 30:17,18 32:3 |
| **starts** 9:24 | **test** 13:17,18 | **trustworthy** 15:6 |
| **state** 1:21 4:13 5:13 9:21 45:18 | **testified** 5:8 32:6 35:1 38:10 | **turn** 12:22 23:2 |
| **stated** 1:22 15:13 39:18 | **testify** 10:2 | **Turning** 10:12,21 34:24 |
| **statement** 13:9 18:17 25:19 27:14, 18 35:15 | **testimony** 38:21 43:25 | |
| **statements** 9:10 10:9,18 11:14 13:13 14:18 15:15,16 18:24 20:8 22:4 23:21 29:8,10 30:17 32:3,8 | **tests** 14:9 | **U** |
| **STATES** 1:1 | **Texas** 1:13,21 2:8,16 4:12 | **U.S.A.** 44:11 |
| **stating** 40:4 | **text** 11:3 | **unauthorized** 21:16 |
| **stenographic** 4:10 | **tgeiger@tedgeigerlaw.com** 2:5 | **understand** 37:14 44:2 |
| **stock** 25:15 | **Theodore** 2:3 4:15 | **understanding** 17:19 39:3 |
| **Street** 2:18 | **thing** 39:1 | **unique** 15:4 |
| **strike** 6:6,18 7:20 12:1 13:12 14:20 15:9 17:24 21:17 23:17 29:19 31:17 32:1,6,14 34:12 36:9,25 42:9 | **Third-party** 1:14 2:15 4:22 | **UNITED** 1:1 |
| **Stringfellow** 2:12 | **Thompson** 2:17 4:21,22 45:6,21 46:2 | **url** 23:11 |
| **subsequent** 44:10 | **thousand** 34:14,18 35:11,14 | **USA** 1:3,19 2:2 |
| **subsidiary** 6:17 7:15,16 | **time** 4:3 12:4 16:25 17:3 23:14 29:3 30:7 33:12,22 43:11,13 44:15 46:7 | **usage** 21:16 |
| **Suite** 2:7 4:12 | **Tindall** 4:8 | **V** |
| **support** 36:23 | **title** 5:23 | **v-a-n-n-a-m-i** 22:25 |
| **survival** 13:19 | **today** 5:22 7:22 8:16 10:10,19 11:14 13:9 14:18 15:15,16 20:5,8 22:4 23:21 25:19 27:9 30:17 32:3 40:13 | **vannami** 22:24 |
| **survive** 14:13 | **Today's** 4:2 | **venture** 44:7 |
| **sustained** 14:12 | **told** 18:14 | **video** 45:20,23,25 46:3 |
| **sworn** 1:19 5:1,4,8 | **total** 33:6 35:23 | **virus** 15:1 17:9,10 |
| **syndrome** 15:1 17:10 | **totally** 10:1 34:20 | **visit** 19:16,21 |
| **T** | **trade-marked** 41:11 | **volume** 31:14 |
| **talking** 8:18 15:1 33:2 43:15,18,21 44:19 | | **W** |
| | | **walked** 20:17,25 |

Teng Zhou

**warehouse** 20:18 21:22

**website** 23:13 24:23 44:22,23

**website's** 23:11

**Westheimer** 2:7

**white** 14:25 15:1 17:9,10 21:11

**witness's** 23:24 24:5 42:18 43:25

**word** 7:24 22:25 37:23 38:7

**work** 33:12

**working** 6:12 11:4 12:18,20

**wrong** 17:18

**WSSV** 14:24 15:3 17:9

---

**X**

**Xiamen** 21:7

---

**Y**

**year** 33:7

**years** 6:14 12:19,20

**yesterday** 8:22

**York** 2:4

---

**Z**

**Zhanjiang** 4:6 5:17,19 10:14 44:7

**Zhou** 1:16,18 3:3,13 4:4 5:7,15,16 9:19,21 46:8

**Ziao** 2:20

Teng Zhou

October 22, 2021

Kim Tindall and Associates, LLC 16414 San Pedro, Suite 900   San Antonio, Texas 78232
210-697-3400                                                  210-697-3408

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MEYERS DIVISION

PRIMO BROODSTOCK, INC., a Texas
Corporation,

      Plaintiff,

v.              CASE NO.: 2:17-cv-9-FtM-29CM

AMERICAN MARICULTURE, INC., a
Florida Corporation, AMERICAN PENEAID,
INC., a Florida Corporation, ADVANCED
HATCHERY TECHNOLOGY, INC., ROBIN
PEARL and CHARLES T. TUAN,

      Defendants.
_____//

SWORN AFFIDAVIT OF TENG ZHOU

  Mr. Teng Zhou, under oath, deposes and states as follows:

  1.  I am over the age of 18, of sound mind, and I am competent to testify to the facts contained herein if called upon to do so, however I would request that a translator be present since Mandarin Chinese is my native dialect and I do not speak English.

  2.  I am currently a salesman for Zhanjiang Haimao Aquaculture Bioscience Technology Co., Ltd. ("Haimao"), a company registered in the Peoples Republic of China.

  3.  I have been working in the business of selling shrimp and other aquatic animals in China with Haimao since 2005. As a result I consider myself very knowledgeable about the shrimp business and the potential in China for Primo's disease resistant shrimp breeding pairs to succeed because the normal mortality rate for shrimp grown in China is approximately 80%. This is a rate that is not sustainable for shrimp farmers to earn a living.

4.      By contrast, the Primo broodstock breeding pairs, for which morality rates are less than approximately 20%, offer Chinese shrimp farmers the opportunity to earn a sustainable livelihood, particularly given the tremendous demand for shrimp in China.

5.      Haimao has tested the Primo shrimp to assure that the disease resistance which the Primo shrimp exhibit in the United States can be replicated here in China.   We have determined that the Primo shrimp breeding pairs spawn larvae that are able to survive at the low mortality rates that Primo has demonstrated in the United States and grow to a healthy and mature size that can be sold in mass quantities in China.

6.      Haimao is presently the exclusive distributor of the highly disease-resistant shrimp that are unique to Primo.   Haimao has been marketing the Primo shrimp to select, trusted breeders in China.

7.      On January 8, 2017, I learned from one of my customers that a company registered in China as "Primo (China) Broodstock Co., Ltd." in China's Fujian province ("PC Broodstock") had taken delivery of certain shrimp that it said were original Primo breeder shrimp.

8.      On January 10, 2017, I determined to visit PC Broodstock's facilities to determine whether the shrimp deliveries were in fact the Primo shrimp that I had heard were to be shipped to China starting in late December, 2016.

9.      While on the PC Broodstock site, I saw a very large stack of boxes in a warehouse on PC Broodstock's property that were identified as the "Primo shrimp."   I walked over the boxes and, using my camera phone, took pictures of the labels on some of the boxes and of the part of the entire stack of boxes.   True copies of some of these photos are attached hereto as Exhibit A.

2

a.      Exhibits i and ii to Exhibit A hereto show two individual boxes, each of which is identified as holding "10 Male" live "SPF…brood stock shrimp" shipped from API in St. James, FL to Xiamen, Fujian Province, China. These boxes identify the scientific name of the shrimp as "peneaus vannami," which is the scientific name for the precise strain of Primo's broodstock.  I believe these boxes contain the Primo shrimp that API, together with the other Defendants, have converted for their personal and unauthorized use.

b.      Exhibit i to Exhibit A hereto is identified as "Box #41 of 194." Exhibit ii to Exhibit A hereto is identified as "Box #55 of 194."

c.      Exhibit iii to Exhibit A hereto shows a portion of the total boxes that I saw stored at the PC Broodstock warehouse.

d.      Assuming 194 boxes were sent with 10 shrimp in each box, it appears that 1,940 shrimp were sent to China by API in this single shipment.

10.     The offering into the Chinese market of PC Broodstock shrimp, which is being marketed as genuine Primo shrimp, has created significant confusion to my customers.  The press release of PC Broodstock, a copy of which is attached to hereto as Exhibit B (and translated by Attorney Helen Guan at Exhibit A to the Sworn Affidavit of Helen Guan, also filed in support of the Motion) establishes that Primo shrimp obtained from API's facility in Florida (the "API Shrimp") are being shipping to China and promoted as genuine Primo shrimp.

11.     By representing in the Chinese market that the API Shrimp are authorized to be sold in China, API and its cohorts have created substantial confusion in the market and are causing immediate and irreparable harm to Haimao's ability to sell shrimp as Primo's exclusive distributor in China.

3

12.      There is considerable interest among shrimp farmers for access to Primo shrimp and a potentially large market for such shrimp.  By deceptively holding out the API Shrimp as an authorized source of Primo shrimp, Defendants (through their distributor PC Broodstock) mislead potential customers of Haimao to purchase PC Broodstock shrimp instead of the Primo shrimp that Haimao is distributing on Primo's behalf.

13.      As a result of API's and its cohorts' deceptions regarding their rights to distribute Primo shrimp, potential customers in China do not believe they need to (or should) deal with Haimao exclusively in order to obtain Primo shrimp.  Consequently, Haimao has lost sales, market share, and profit as a direct result of these wrongful shipments into China.  This loss to Haimao directly affects Primo since it results in fewer sales by Primo of shrimp into China through Haimao's distribution channel.  Thus, Defendants' wrongful shipments of Primo shrimp into China have damaged and continue to damage Haimao's and Primo's reputation and goodwill signficantly.

Case 2:17-cv-00009-JES-NPM   Document 21-5   Filed 01/26/17   Page 5 of 25 PageID 420

I declare under penalty of perjury of the laws of the United States, to whose jurisdiction I

submit, that the foregoing is true and correct on this 20th day of January, 2017.

_____
TENG ZHOU

SIGNATURE NOTARIZATION

I, Helen Guan, a Chinese-trained legal counsel based in Shanghai, China, hereby swear and affirm on this 20th day of January, 2017, that Teng Zhou appeared before me on 20th day of January, 2017, presented me with a state identification card bearing his name and likeness, and executed his sworn affidavit in the place indicated on Exhibit 1 hereto.

I further swear and affirm that I am proficient in English and that (i) the foregoing English translation of the Sworn Affidavit of Teng Zhou attached as Exhibit 1 hereto (the "Zhou Affidavit") is an accurate translation of the entirety of that sworn affidavit and (ii) the English translation of the statements made on the website identified in exhibit iv to Exhibit A to the Zhou Affidavit is an accurate translation of the entirety of the statements made therein.

_____
Helen Guan, Attorney

5

# EXHIBIT 1

Case 2:17-cv-00009-JES-NPM   Document 21-5   Filed 01/26/17   Page 7 of 25 PageID 422

美国地区法院

佛罗里达州中部迈尔斯分部

PRIMO BROODSTOCK, INC.（一家在德克萨斯注册的公司）

     原告

案件号：2:17-00009-JES-CM

     与


American Mariculture,Inc.,（一家在佛罗里达注册的公司）

American Penaeid,Inc.（一家在佛罗里达注册的公司）

Advanced Hatchery Technology,Inc

ROBIN PEARL, 和 CHARLES T. TUAN

     被告

——————————————————————//

周腾宣誓书

我本人周腾在此宣誓：

1.　我已年满 18 岁，是完全民事行为能力人，我有能力证实以下所涵盖的事实。我需要一个人来为我翻译，因为我的母语是中文，而且我不会讲英语。

2.　我目前是湛江海茂水产科技有限公司（海茂）的业务员，这是一家在中国注册的公司。

3.　我从 2005 年开始就一直在水产行业从事销售对虾和其他水产生物的工作。我认为我拥有对虾行业的相关知识和技能，并且知道 Primo 对虾在中国具有很大的市场潜力，因为中国对虾养殖的死亡率高达 80%，这就使得养殖户没法谋生。

4.　相比较而言，Primo 对虾的死亡率低于 20%，这就为中国的养殖户提供了机会，特别是在市场潜力巨大的中国。

5.　海茂已经对 Primo 对虾进行了测试，以确保 Primo 对虾在美国的抗病性

Case 2:17-cv-00009-JES-NPM   Document 21-5   Filed 01/26/17   Page 8 of 25 PageID 423

也能在中国维持下来。Primo 对虾的虾苗能够以低的死亡率存活下来，并且 Primo 对虾也展现出在美国所具有的特征。由于 Primo 对虾抗病能力好、生长性能好、个头大，使得其在中国具有很好的市场。

6. 海茂现在是 Primo 的独家经销商，销售抗白斑综合症病毒（白斑病）的亲虾，这是 Primo 独家所有的。海茂在中国开拓了 Primo 亲虾市场，同时在繁育市场是非常值得信任的。

7. 2017 年 1 月 8 日，我从我的客户中了解到在中国福建省的一家名为普瑞莫（中国）对虾苗种有限公司（"中国普瑞莫"）已经运来了一些虾，据说这些虾是 Primo 的种虾。

8. 2017 年 1 月 10 日，我去参观中国普瑞莫，并且试图想看看在 2016 年 12 月底运来的那些虾。

9. 当我走进场地的时候，我看到在中国普瑞莫的仓库中有许多箱子。看到这些箱子加上其对外的宣传，我相信箱子里面的活物是 "Primo 虾"。我靠近箱子，并用我的手机相机对其外包装进行了拍照。照片见附件 A。

    a.    附件 A 中的 i 和 ii 体现了两个独立的箱子，每个箱子上都有这样的标记：从佛罗里达州圣.杰姆斯的 API 运至中国福建省厦门市的 "10 公"活的"抗病原亲虾"。这两个箱子上也有可辨别的虾的学名，即"南美白对虾"，这恰恰是 Primo 亲虾的学名。我认为这些箱子里面的虾已经被 API 和被告进行了私人并且未经授权的使用。

    b.    附件 A 中的 i 的箱子为"194 中的#41"号箱子，附件 A 中的 ii 为"194 中的#55"箱子。

    c.    附件 A 中的 iii 表明我看到了这些箱子是中国普瑞莫的仓库中。

    d.    假设 194 个箱子中，每箱有 10 只虾，即本次运输中有 1940 只虾从 API 送至中国。

10. API 正通过其市场渠道销售 Primo 亲虾，其官方网站为：http://www.primobroodstock.cn/，该网站的主页见附件 A 中的 iv。同时这些虾在市场被认为是优于 Primo 虾的。

11. 中国普瑞莫的虾，在市场上销售时被认为是真正的 Primo 虾，这对我的客户造成了非常大的混淆。中国普瑞莫进行了新闻报道，见附件 B（由管文

Case 2:17-cv-00009-JES-NPM    Document 21-5    Filed 01/26/17    Page 9 of 25 PageID 424

凤律师进行翻译，翻译文本见附件 C），报道称 Primo 虾是从佛罗里达的 API（API 虾）运至中国的，这是真正的 Primo 虾。

12. 通过在中国的代表，API 虾授权在中国进行销售。API 及其同伙在市场上对客户造成了巨大的混乱，也对海茂作为 Primo 独家经销商销售 Primo 虾造成了不可弥补的损害。

13. 对于养殖 Primo 虾的养殖户来说，那有巨大可观的利益，同时在中国也具有很大的市场。看起来 API 虾的来源是 Primo 的授权，被告（通过中国普瑞莫这个经销商）误导了海茂的潜在客户去购买中国普瑞莫的虾，而不是购买代表 Primo 的海茂的虾。

14. 最后，API 及其同伙的这种欺骗行为——让人误解他们有权销售 Primo 虾，使得中国的潜在客户认为他们不必通过海茂就可以获得 Primo 虾。这导致了海茂销售量、市场份额以及利润的极大下滑，这也是将虾非法运输到中国的结果。这个损失直接影响了海茂，导致通过海茂的经销 Primo 虾很少进入市场。因此，被告将 Primo 虾非法运至中国的这种行为已经重大损害了，并将继续对海茂和 Primo 的名誉和商誉造成极大的损害。

我宣誓，在可能受美国法律对伪证的处罚下，上述陈述是真实准确的。



周騰

# EXHIBIT A





Case 2:17-cv-00009-JES-NPM   Document 21-5   Filed 01/26/17   Page 13 of 25 PageID 428



# EXHIBIT B

首页          关于          服务          产品          新闻          联系

首页  >  新闻中心

## API：谁是真正的"普瑞莫"？这个问题留给中国虾农来回答



近年来，围绕南美白对虾种苗的各种话题不绝于耳，各种风波此起彼伏。曾有资深业内人士说过这样一句话：中国对虾种苗市场的混乱，究其问题根源就在于信息的不透明，不对称，这种不透明和不对称往往导致公众的猜疑和误解，放大了交易风

险，甚至伤害了养殖者的根本利益。

近期，围绕"美国PRIMO"、"API"、"AMI"、"中国普瑞莫"的传闻很多，作为当事一方的关键人物，一直保持沉默的美国种虾公司（API）的董事长RobinPearl先生和普瑞莫（中国）对虾苗种有限公司董事长黄富生先生，近日通过中国水产频道，就"美国PRIMO"、"API"、"AMI"、"中国普瑞莫"的关系正式作出了回应。



美国种虾公司（API）的董事长Robin Pearl

## 关于美国种虾公司

**中国水产频道：作为新进入中国的种虾公司，大家对API非常好奇，请您介绍一下API公司的历史以及发展现状？**

**Robin：**美国种虾公司（英文缩写API,全称AmericanPenaeidInc）于2016年1月1日在美国佛罗里达州成立，为大型商业户内养虾厂美国海洋生物养殖公司（英文缩写AMI，全称AmericanMaricultureInc）的全资子公司。AMI成立于2013年，是对虾养殖一条龙公司，分别拥有基因程序、孵化、育成、加工、营销部门。对于美国最大的养虾公司来说，要想维系可持续的生意的一个关键要求是，要有高质量的种源储备，这样才能完成好生产系统。

2015年1月AMI开始与美国PRIMO公司合作，AMI的部分工厂开始为美国PRIMO繁育种虾。





在2016年1月，由于美国PRIMO公司的原因导致AMI和美国PRIMO的合作经受了很多困难，美国PRIMO种虾公司管理团队也没有达到承诺给AMI的，2016年4月，AMI终止了与美国PRIMO的合作，并培育出新一代具有抗病成长的高活性种源作为储备。

API非常高兴能够把新的高活力种虾引进到中国。API是一家拥有足够种群家系、技术实力和多个全球知名的技术专家共同参与的公司，致力于为稳定的可持续南美白对虾养殖，选育出可以在不同环境下具备抗病成长的南美白对虾优质种虾。

**中国水产频道：各个种虾公司都有其选育的特点，API公司的种虾有哪些选育上的技术特点，与主流选育技术有何不同，是否能满足中国如此繁杂的养殖环境及养殖模式？**

**Robin：**API使用的是经受全病毒攻击（APE：AllPathogenExposed）的种群作为基因选育和改进的家系程序。当前抗病APE品系成长不如SPF品系快，但他们的成活率明显好很多。我们当前的基因选育程序使用DNA选育技术来筛选成长和成活的优秀种群。另外，我们正使用专利的技术，允许我们能在同一时间在一个混合的水体中测试许多家系，允许我们使用非常高的选育强度，在保证更快速和稳定的性能增加的同时，最小化近亲繁殖。

近期，所有的对虾养殖公司不得不在生长速度或成活率两者中作出选择，而使用API
的种虾将会成为新的选择方向，我们能够同时选育出成长和成活均衡的种虾。高成
长低成活率是简单的，但是不适合大多数的虾农，API提供了高成活率和成长率的种
虾。在接下的几年里，我们将提供高成活和非常高的成长速度的种虾——我们认为
将等同或好于今天成长最快的虾，因为API抗病种虾是更接近于原来野生血统，相比
较发展已经超过30年的SPF系列种虾,API种虾可能不是很漂亮、很大，或是像SPF
种虾那样幼体产量大，但是他们真的像斗士，他们的后代非常强壮。当我们测试API
虾和SPF虾时，这个不同在活力方面是非常明显的。APE的虾很难抓，当你收获
时，你就会感觉到，我们的工人不得不戴眼保护面具，因为我们的虾跳得太激烈
了。





**中国水产频道：API种虾在中国的表现如何？**

**Robin：**API的种虾2016年6月份分别引进到中国和越南试养，受到试养养殖户的认可，养殖成功率超过85%，也给中国和越南的育苗企业带来足够的信心，我相信2017年API种虾会再给广大养殖户一个满意的结果。

**中国水产频道：中国是全球最大的种虾进口国且竞争非常激烈，有近12家种虾公司在中国有业务，API为什么选择在现在进入中国？其动机和信心来自哪里？**

**Robin：**与其他国家相比，中国虾苗市场是巨大的，也是充满竞争的，如果能够帮助虾农获得好的丰收，虾农便会认可你，如果你让虾农损失，虾农一定会骂你，抛弃你，所以机遇很大，挑战也很大。如果能够帮助中国虾农致富，我们会有很大的市场，我们公司会有更大的发展。挑战更大，就要求我们要始终保持较高的养殖成功率,让我们的育苗企业、虾农一直紧密联结在一起,共同发展。

中国是世界上最大的南美白对虾养殖国家，我们选择2016年进入中国基于以下个方面考虑，第一，我们API品系不断得到世界虾农的认可；第二，我们的种群家系不断完善和筛选更新，我们有足够的生产能力常年供应优质种虾；第三，我们已经发送API种虾到中国育苗公司，这些中国公司都是经过严格的评估和试产、试养才决定进口我们API的种虾，这些中国的苗企是负责任的。也是这些虾苗企业在使用我们的种

虾后，给了我们很多信心，也给我们很多好的建议。基于以上几点，我们来了，我们有备而来，我们相信虾农养过我们API的虾苗后，他们也会发现我们API的虾苗要比其他品系有更好的成活率。我们不担心竞争，中国市场是巨大的，有足够的生意给12家种虾公司做，希望中国虾农会给API种虾公司一次机会，我们会带给中国虾农稳产增收的虾苗。

**中国水产频道：API的种虾生产规模有多大，现在在中国是否已经有合作伙伴？**

**Robin**：美国种虾公司API是经过美国农业部认证的SPF生物安全养殖厂，自创建开始有亚利桑那大学检测100%无特定病原，目前有144个池子，共3万平方米养殖水体。目前我们的种虾已开始批量销往中国，我们相信2017年度会有更多订单。通过认真深入的考察了解，确认普瑞莫（中国）对虾苗种有限公司成为我们官方认可的合作伙伴，吴金元先生是我们的中国业务代表。

**中国水产频道：做为美国最大的养虾公司的子公司董事长，您对养虾一定不陌生。目前中国的对虾养殖业不太景气，虾病频发，养殖户认为是苗种质量差的原因，对这一问题您是怎么看的？**

**Robin**：中国不是唯一的南美白对虾养殖不景气的国家。这不仅仅是因为种虾的质量。我们的竞争对手提供的SPF种虾是漂亮的，他们可以生产很多幼体。但由于他们的基因组成决定他们的虾苗无法适应多变的环境。API种虾个体在30-35克，生产阶段40-50克，幼体产量较其他品系低一些，但是我们的幼体到养殖过程中会有更好的性能。

我可以打个比喻，通过比较我们的竞争对手供应的其他SPF品系种虾，这些品系像是漂亮的跑车，可以跑得真的很快，但是他们不能快速在泥泞道路行驶，在泥泞的道路上会卡住。API就像一个强大的卡车，他们可能看起来不象跑车那样漂亮，并没有跑得那么快，但是无论多么糟糕的道路，他们不会卡住。当中国开始使用我们的API的种苗，迟早中国的南美白对虾养殖产业将会走在复苏的道路上。

**中国水产频道： API未来在中国种苗市场有什么目标和计划？**

**Robin**：API希望中国种苗市场能给一点时间和一点耐心，我们会根据中国养殖的现状，结合我们API种群系系的特点，不断筛选出适合中国不同环境养殖条件的家系，帮助虾农成长，帮助我们自己发展。我们会在中国最具代表性的不同区域，设定我们的养殖基地，每年能够在不同季节收集数据，设立数据模块为中国虾农量身选育最适合的种虾。



普瑞莫（中国）对虾苗种有限公司董事长黄富生

## 关于中国普瑞莫

**中国水产频道：给我们谈谈你了解的普瑞莫是怎么回事吧？以及你们成立普瑞莫对虾苗种有限公司的初衷是什么？**

**黄富生：**众所周知，2016年的上半年，"普瑞莫"品牌虾苗在国内的各个养殖区表现良好，给在身处低谷中的养殖户带来了生机和希望，广大养殖户纷纷表示来年改养"普瑞莫"虾苗。

然而，2016年7月份始，先后在江苏省如东地区和两广地区却出现了不好的声音，也给"普瑞莫"品牌蒙上阴影。巧合的是，这期间，由API公司提供的亲虾繁育的种苗在中国试养反响不错，其养殖情况及表现性状具有表现出的高抗力、高稳定、高成功率等特点。

这一现象引起我们的高度重视。带着为什么的问号，带着给养殖户一个满意的答复的使命，作为2016年度在生产和推广"普瑞莫"品牌虾苗中取得较有影响力的"河北省恒泰水产养殖有限公司"、"江苏省如东县勇信水产育苗场"、"浙江省杭州澳江农业开发有限公司（原萧山杨荣生育苗场）"，共同开始了追本溯源之旅。

我们三家苗企在接触到美国种虾公司的中国总代表吴先生后，才知道原来这个种虾背后不为人知的那么复杂的经历。


来自API的亲虾

**中国水产频道：您指的复杂经历是什么？**

**黄富生：**这是由于美国PRIMO在德克萨斯州的基础设施简陋，不足以支持市场发展的需要，所以2015年美国PRIMO与AMI达成协议，让AMI代工培育种虾并支付代培育的费用。在2016年1月美国PRIMO的两个创始人Kenneth（肯尼斯）和Neil因经营理念不合而产生矛盾，2016年5月通过调解终结，并签署了一份一年期的不竞争协议后，Neil离开了美国PRIMO。同时，由于美国PRIMO无法支付AMI的代生产的费用，2016年4月，AMI公司终止了与美国PRIMO的合作关系。

根据协议，4月份后AMI已经完全有权力处理PRIMO没有支付相关费用的代培育虾了。随后，AMI成立了API公司，组织了多位全球知名的基因专家、选育专家，并从厄瓜多尔引进新家系进行重新培育和筛选。2016年下半年，API将经过进一步基因整理选育好的高抗力种虾推广到中国，并投放在两广及江苏如东地区进行试养，其表现优异。

API告诉我们，美国PRIMO与API之间的一些纠纷，接下来会通过美国的法律程序进行处理，但API的选育工作还会正常进行，也就是说会继续为我们提供优秀的种虾。

为了进一步确认API种虾的试养效果的真实性，我们三家苗企还通过对API公司2016年下半年引进的种虾所产的虾苗在江浙、两广地区试验的大量调查，以及期间邀请了API的董事长Robin先生来华考察并与其做了深入的洽谈沟通，也对API公司所拥的种质资源、科研实力以及发展理念有了较深的了解。在确定了API的种虾就是我们要找的种虾后，我们决定自力更生，以我们三家苗企为发起单位，同时吸收2016年度从事生产经营"普瑞莫"品牌虾苗的苗企参加，注册资金5000万，在厦门自贸区注册成立普瑞莫（中国）对虾苗种有限公司，重新在API公司引进种虾。并在漳浦建立了种苗基地，迅速引进人才进行规划、生产，目的就是为了保证种源的纯正性和真实性，同时也确保2017年向养殖户提供他们所希望的"普瑞莫"虾苗。现在，我们是美国种虾公司（API）在中国官方指定的"普瑞莫"高抗力虾苗繁育合作商，我们和美国PRIMO没有任何关系。

因为我们都是由直接拥有养殖客户的育苗企业来组建而成的公司，我们与养殖户多年来形成了良好信任基础和兄弟式的关系，这份沉甸甸的信任要求我们不遗余力的为他们把好种源关。我们就是带着为养殖户提供培育优质虾苗这种心态进来的，其实无论是谁家的苗，都是为虾农服务的，因为大家都在寻找这条龙，目标是一致的。现在来讲谁家是真的，谁家是假的，还为时过早，"空谈误国、实干兴邦"，在寻找真相的过程中，我们无意介入国外的和国内的纷争，也无意纠结于孰是孰非的空谈中，因为产品最终还要看市场上的表现，我们能做的就是苦练内功，把虾苗做好，2017年投放到市场后自然便知分晓。



种虾车间