

联合声明

# JOINT DECLARATION

鉴于美国 PRIMO 种虾公司的中文商标"普瑞莫"已被恶意抢注，现美国 PRIMO 种虾公司与海茂联合声明如下：

Based on the fact that PRIMO BROODSTOCK USA INC. trademark was hostile registered in China as known as "普瑞莫", PRIMO BROODSTOCK USA INC. and Haimao made following joint declaration as follow:

一、美国 PRIMO 种虾公司在中国销售和使用的亲虾和虾苗不再使用"普瑞莫"作为商品名，统一改名为"普利茂®"。
PRIMO BROODSTOCK USA INC. sell the broodstock and post larva are no longer use "普瑞莫" as trademark, and rename to "普利茂®".

二、湛江海茂水产生物科技有限公司是美国 PRIMO 种虾公司在中国区的独家合作伙伴。
Zhanjiang Haimao Aquaculture Bioscience Technology Co., Ltd. is the exclusive partner with PRIMO BROODSTOCK USA INC. in China.

三、美国 PRIMO 种虾公司和湛江海茂水产生物科技有限公司对在中国针对 PRIMO 的相关侵权行为将采取法律维权行动。
PRIMO BROODSTOCK USA INC. and Zhanjiang Haimao Aquaculture Bioscience Technology Co., Ltd. will take legal action to those violations to PRIMO interest in China

*[signature]*

美国 PRIMO 种虾公司
PRIMO BROODSTOCK USA INC.
Primo Broodstock inc.
Kenneth B. Gervais

湛江海茂水产生物科技有限公司
Zhanjiang Haimao Aquaculture Bioscience Technology Co., Ltd

Exhibit 2