IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TB FOOD USA, LLC, a Delaware Limited
Liability Company, et al.,

    Plaintiff,

v.                                CASE NO.: 2: 17-cv-9-FtM-29CM

AMERICAN MARICULTURE, INC., a
Florida Corporation, et al.,

    Defendants.
_____/

AMERICAN MARICULTURE, INC., a

Florida Corporation,

    Counter-Plaintiff,

v

PB LEGACY, INC., a Texas Corporation, et al.,

    Counter- and Third-Party Defendants.
_____/

## NOTICE OF YIJUN ZHANG'S VIDEO AND ORAL DEPOSITION WHICH DEFENDANTS', AMERICAN MARICULTURE, INC., AMERICAN PENAEID, INC., AND ROBIN PEARL, INTEND TO INTRODUCE AT TRIAL

Defendants AMERICAN MARICULTURE, INC. ("AMI") AMERICAN PENAEID, INC. ("API"), and ROBIN PEARL ("Pearl") respectfully provide notice of certain video and oral deposition testimony of Yijun Zhang which Defendants intend to offer at trial which commences on November 1, 2021. Defendants have filed an objection to significant portions of this witness' testimony (Doc. 417) and do not in any way intend to abandon any of those objections by making these designations. Should any portion of the testimony be excluded by the Court, in response to the Defendants' objections (Doc. 417), such portion would need to be removed from the video cuts. To the extent the below may be permitted by the Court following the ruling upon the Defendants' objections, the Defendants will respectfully offer as follows:

{00073922.DOCX}

| FROM | TO |
|------|------|
| 19:07 | 19:24 |
| 22:05 | 23:07 |
| 48:11 | 48:14 |
| 48:17 | 48:21 |
| 52:05 | 53:02 |
| 53:06 | 54:07 |
| 54:13 | 54:19 |
| 55:02 | 56:05 |
| 57:17 | 58:15 |
| 64:18 | 64:23 |
| 65:08 | 65:19 |

The deposition excerpts will be filed following the Court's ruling on Defendant's

objections (Doc. 417).

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that in accordance with the Federal and Local Rules, the foregoing document is being filed on this 28th day of October 2021 via the Court's CM/ECF filing system, which will serve a copy electronically on all counsel of record.

Melville G. Brinson III Florida Bar No. 494003
**MELVILLE G. BRINSON III, P.A.**
8359 Stringfellow Road
St. James City, Florida 33956 Telephone: 239.282.0551,
Facsimile 239.282.0515 Email: brinson@afblaw.com
Lead counsel

/s/ Patrick J. OConnor
Patrick J. O'Connor Florida Bar No. 0715778
O'Connor Hernandez & Associates
999 Brickell Avenue, Suite 740
Miami, Florida 33131
Telephone: 786.628.7541
Email: poconnor@oconnorhernandez.com, litgroup@oconnorhernandez.com

{00073922.DOCX}