UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PB LEGACY, INC and TB FOODS USA,
LLC, a Texas Corporation

    Plaintiffs,

v.   Case No.:   2:17-cv-9-JES-NPM

AMERICAN MARICULTURE, INC.,
AMERICAN PENAEID, INC. and ROBIN
PEARL,

    Defendants/Third Party Plaintiff

KENNETH GERVAIS and RANDALL
AUNGST,

    Third Party Defendants.

| **JUDGE:** | John E. Steele | **COUNSEL FOR PLAINTIFF** | BRIAN M. GARGANO, CHENE' MARIE THOMPSON, JIANGANG OU, AND JUSTIN B. MAZZARA, |
|---|---|---|---|
| **DEPUTY CLERK:** | Allison Holland | **COUNSEL FOR DEFENDANT:** | Melville G. Brinson, III and Patrick J. O'Connor |
| **COURT REPORTER** | Stacey Raikes | **DATE/TIME** | October 26, 2021 @ 10:00 AM |

### Final Pretrial Conference

Start: 10:00AM    Court convenes.

Parties discuss final pretrial matters and courtroom trial procedures and expectations.

The Court reviews the operative pleadings for trial and the parties' joint final pretrial statement. All exhibits that are not objected to will be admitted parties shall pre-label all exhibits with appropriate exhibit tags.

Review of jury selection process with parties.

End: 11:18AM