# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

TB FOOD USA, LLC, a Delaware limited liability company,

Plaintiff,

v.                                      CASE NO. 2:17-cv-00009-FtM-JES-UAM

AMERICAN MARICULTURE, INC., a Florida corporation, AMERICAN PENAEID, INC., a Florida corporation, and ROBIN PEARL,

Defendants.
_____/

AMERICAN MARICULTURE, INC., a Florida corporation,

Counter-Plaintiff,

v.

PB LEGACY, INC., a Texas corporation.

Counter and Third-Party Defendant.
_____/

### PLAINTIFF TB FOOD USA, LLC'S OBJECTIONS TO DEFENDANTS' COUNTER-DESIGNATIONS OF YIJUN ZHANG DEPOSITION TESTIMONY DEFENDANTS' INTEND TO INTRODUCE AT TRIAL

Plaintiff, TB Food USA, LLC ("TB Food") respectfully files the following Objections to certain deposition testimony of Yijun Zhang which Defendants intend in offer in counter to TB Food's deposition designations at trial which commences on November 1, 2021:

| FROM | TO | OBJECTION |
|---|---|---|
| 22:23 | 23:07 | Erroneous translation, answer stricken by translator. *See* 23:10-12. |
| 48:11-14 | 48:17-21 | Rule of optional completeness-needs to include 47:18-21, 47:23-25, 48:01-03 and 48:06. FED. R. EVID. 106. |
| 52:05 | 52:20 | Lack of relevance, no probative value and it is prejudicial, probative value does not outweigh prejudice. |
| 55:02 | 55:09 | Lack of relevance, no probative value and it is prejudicial, probative value does not outweigh prejudice. |
| 55:10 | 56:05 | Lack of relevance, no probative value and it is prejudicial, probative value does not outweigh prejudice. |
| 64:21 | 65:12 | Objection to the form-vague, mischaracterizes witness' testimony, lack of foundation, misstates the evidence, argumentative. |

Respectfully submitted,

By: /s/ *Brian M. Gargano*
Brian M. Gargano
Nguyen and Chen LLP
11200 Westheimer Road, Suite 120
Houston, TX 77042
Phone: 832-767-0339
bgargano@nguyen-chen.com

and

Chené M. Thompson / FB# 541540
Pavese Law Firm
Post Office Box 1507
Fort Myers, Florida 33902-1507
Telephone No.: (239) 334-2195
Primary: CheneThompson@paveselaw.com
Secondary: KellyGermanis@paveselaw.com

*Counsel for Plaintiff TB Food USA, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that in accordance with the Federal and Local rules the foregoing document is being filed on this 28th day of October, 2021 via the Court's CM/ECF filing system, which will serve a copy electronically on all counsel of record.

*/s/ Brian M. Gargano*
Brian M. Gargano
