# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

TB FOOD USA, LLC, a Delaware limited
liability company,

Plaintiff,

v.                                              CASE NO. 2:17-cv-00009-FtM-JES-UAM

AMERICAN MARICULTURE, INC., a
Florida corporation, AMERICAN PENAEID,
INC., a Florida corporation, and ROBIN
PEARL,

Defendants.
_____/

AMERICAN MARICULTURE, INC., a
Florida corporation,

Counter-Plaintiff,

v.

PB LEGACY, INC., a Texas corporation.

Counter and Third-Party Defendant.
_____/

**PLAINTIFF TB FOOD USA, LLC'S RESPONSES TO DEFENDANTS' OBJECTIONS TO PLAINTIFF'S DESIGNATIONS OF YIJUN ZHANG'S DEPOSITION TESTIMONY PLAINTIFF INTENDS TO INTRODUCE AT TRIAL**

Plaintiff, TB Food USA, LLC ("TB Food") respectfully files the following Responses to Defendant's Objections to certain deposition testimony of Yijun Zhang which Defendants intend in offer in counter to TB Food's deposition designations at trial in which commences on November 1, 2021:

| TR PAGE | LINES | OBJECTION | RESPONSE |
|---|---|---|---|
| 11 | 24-25 | Withdraw Objection | N/A |
| 12 | 15-17 | Withdraw Objection | N/A |
| 18<br>19 | 6-25<br>1-2 | Hearsay, speculation, opinion from a non-expert, foundation | No out-of-court statement, testifying from personal knowledge, factual, not opinion testimony; exceeds portion of testimony Plaintiff plans on using (was not designated-18:19-19:02) |
| 21 | 9-11 | Foundation | Testifying from personal knowledge |
| 25 | 16-20 | Foundation | Testifying from personal knowledge (see Tr. 25:11-15) |
| 26<br>27 | 7-25<br>1-5 | Hearsay | Not offered for the truth of the matter asserted |
| 28 | 12-17 | Object to affidavit being to displayed to jury. Contains names of non-parties and is not in evidence. | Affidavit is in evidence through TI hearing and as deposition exhibit. The names that are they request to be redacted are agents of Defendants and in fact Charles Tuan has submitted affidavits in this matter and has also been deposed (albeit in a limited capacity). |
| 30 | 2-6 | Testimony by Counsel | Agreed. |
| 31 | 4-11 | Refers to previous claims in lawsuit | Rule of completeness, plaintiff is still pursuing injunctive relief |
| 31<br>32 | 11-25<br>1-2 | Hearsay | Then-existing state of mind, recorded recollection in affidavit, personal knowledge. |
| 35 | 3-12 | Hearsay, also video recording is best evidence | Regularly conduced business activity, transcript based on present sense impression. Statements |

| | | | |
|---|---|---|---|
| | | | are admissions against interest, based on personal knowledge and recorded recollection in affidavit. |
| 35 | 14-15 | Speculation, opinion by non-expert, foundation | Factual statement within witness' personal knowledge. |
| 35<br>36<br>37 | 15-25<br>1-25<br>1-2 | Speculation, foundation opinion by non-expert. Video is best evidence of what was said. | Witness speaking to personal recollection and impression of what was said and personal knowledge, not expert opinion testimony. Video was marked and filed as an exhibit for this case. |
| 37 | 9-25 | Object to transcript hearsay. Not translated by a professional translator. Video is best evidence of what was said. | Transcript previously filed and authenticated with no objection, no errors in translation alleged or demonstrated by a competent expert. Video marked as an exhibit for this case and contains party admissions. |
| 38 | 17-24 | Opinion on translation by non-expert. Foundation. Hearsay, video is best evidence of what was said. | Question not seeking an opinion on translation. Present sense impression and making a factual statement. Video contains party admissions. |
| 38<br>39 | 25<br>1-6 | Hearsay. Video is the best evidence of what is said. Leading. | Admission against interest, present sense impression. |
| 39 | 7-11 | Foundation, Speculation. | Factual statement and impression, and also based on recorded recollection notably the transcript. |
| 39 | 12-18 | Hearsay, Foundation. | Party admission, foundation based on witness' observation (Tr. 39:19-23) |
| 39<br>40 | 24-25<br>7-20 | Foundation, speculation. Video is best evidence of what was said. Calls for legal conclusion. | Statement based on transcript and personal knowledge. No legal conclusion. |

| | | | |
|---|---|---|---|
| 40 41 | 20-25 1-17 | Hearsay, speculation. Opinion by non-expert. Foundation. | Admission against interest, based on personal knowledge, not on a subject requiring expert opinion. |
| 41 | 18-25 | Withdrawn by Plaintiff's Counsel | N/A |
| 42 43 | 20-25 1-5 | Speculative, Foundation | Witness' personal impression of statement |
| 43 | 6-18 | Hearsay, Speculation, Video is best evidence of what was said. | Admission against interest; Witness's personal impression of statement. |
| 43 44 | 19-25 1-21 | Speculation, opinion by non-expert. Hearsay, video is best evidence of what was said. | Admission against interest; Witness's personal impression of statement. |
| 44 45 | 22-25 1-10 | Speculation | Witness's personal impression of statement |
| 45 | 11-18 | Foundation, speculative, translation by a non-expert | Admission, does not speak to translation |
| 45 46 | 19-25 1-10 | Foundation, speculation, opinion by non-expert, counsel discussions | Withdrawn, assuming it was designated. |
| 46 | 11-20 | Withdrawn by Plaintiff's Counsel | N/A |
| 46 47 | 21-25 1 | Foundation, no testimony, witness speaks and understands English sufficiently to translate, not a certified translator of English. Video best evidence of what was said. | Testimony based on statement made in Chinese during presentation. Video marked as an exhibit for this case. |
| 47 | 2-11 | Foundation, speculation, opinion by non-expert | Lay opinion based on personal knowledge |
| 47 | 12-17 | Foundation, no testimony, witness speaks and understands English sufficiently to translate. Not a certified translator of English. Video is best evidence of what was said. | Testimony based on statement made in Chinese during presentation. Video marked as an exhibit for this case. |
| 47 48 | 18 1-21 | Object to Exhibit 3, translation by banker (affiliated with Haimao ), not a certified translator. Witness said his English was not sufficient to tell if accurate. Video is best evidence of what was said. | No specific objection to previously-provided translation. Video marked as an exhibit for this case. |

| | | | |
|---|---|---|---|
| 48<br>49 | 22-25<br>1-25 | Object to Exhibit 3, translation by banker (affiliated with Haimao), not a certified translator. Witness said his English was not sufficient to tell if accurate. Video is best evidence of what was said | No specific objection to previously-provided translation. Video marked as an exhibit for this case. |
| 50<br>51 | 22-25<br>1-2 | Video is best evidence of what was said. Hearsay. | Admission against interest. Video marked as an exhibit for this case. |
| 51 | 12-23 | Speculative. Hearsay, presupposes facts not in evidence. | Testifying to his personal knowledge. No specific statement at issue. |
| 62 | 3-7 | Speculation. Objection discusses legal issues in lawsuit. | Withdrawn/not included on list of deposition excerpts to be included |

Respectfully submitted,

By: /s/ *Brian M. Gargano*
Brian M. Gargano
Nguyen and Chen LLP
11200 Westheimer Road, Suite 120
Houston, TX 77042
Phone: 832-767-0339
bgargano@nguyen-chen.com

and

Chené M. Thompson / FB# 541540
Pavese Law Firm
Post Office Box 1507
Fort Myers, Florida 33902-1507
Telephone No.: (239) 334-2195
Primary: CheneThompson@paveselaw.com
Secondary: KellyGermanis@paveselaw.com

*Counsel for Plaintiff TB Food USA, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that in accordance with the Federal and Local rules the foregoing document is being filed on this 20th day of October, 2021 via the Court's CM/ECF filing system, which will serve a copy electronically on all counsel of record.

*/s/ Brian M. Gargano*
Brian M. Gargano