**Clarifications, Changes & Corrections to Deposition Transcript**

Deponent Name:     Teng Zhou
Date of Deposition: 10/22/2021
Interpreter Name:  Feng Xiao

The interpreter has reviewed the aforementioned deposition transcripts and wishes to make the following clarifications, changes and/or corrections:

1. Page 6 Line 24 to Page 7 line #5 are interpreter's statements asking for help with the actual terminology in English, they are not from the witness.

2. Page 12 line #10 should be : sell baby shrimp to them….

3. Page 15 line 7 should be: broodstock market among the breeders in China.

4. Page 15 Line 20, should be: Baby Shrimp. (May need to check the audio to be sure)

5. Page 16 Line 21 should be: Baby Shrimp. (May need to check the audio to be sure)

6. Page 20 line 21: Live Form should be Life Form.

7. Page 23 line 11, the phrase "In china" should be removed. I attempted to correct it on record later.

8. Page 26, line 9 should read: Yes. their

9. Page 27, line 7 should be: China of their disease-resistant Baby Shrimp.

10. Page 28 line 25 should be: and agents in China that API shrimp is authorized to

11. Page 31, line 19: Haimao causing the Primo shrimp through Haimao's

12. Page 31, Line 25: and Primo's reputation and goodwill.

13. Page 34 Line 11: about 15 million Chinese currency RMB.

Please feel free to contact me if you have any questions.

_____  _____10/28/2021_____
Feng Xiao                                                     Date
Dragon Lingua
2800 Glades Circle, Suite 109
Weston, FL 33327
(954) 907-8818