# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

TB FOOD USA, LLC, a Delaware limited
liability company, and PB LEGACY, INC.,
a Texas corporation, Plaintiffs,

v.                                                       CASE NO. 2:17-cv-00009-FtM-JES-UAM

AMERICAN MARICULTURE, INC., a
Florida corporation, AMERICAN PENAEID,
INC., a Florida corporation, and ROBIN
PEARL,

Defendants.

_____/

AMERICAN MARICULTURE, INC., a
Florida corporation,

Counter-Plaintiff,

v.

PB LEGACY, INC., a Texas corporation,
KENNETH GERVAIS, and RANDALL
AUNGST.

Counter and Third-Party Defendants.

_____/

### PLAINTIFF TB FOOD USA, LLC'S RESPONSES TO DEFENDANTS' OBJECTIONS TO PLAINTIFF'S DESIGNATIONS OF TENG ZHOU'S DEPOSITION TESTIMONY PLAINTIFF INTENDS TO INTRODUCE AT TRIAL

Plaintiff, TB Food USA, LLC ("TB Food") respectfully files the following Responses to

Defendant's Objections to certain deposition testimony of Teng Zhou which Defendants intend in

offer in counter to TB Food's deposition designations at trial in which commences on November

1, 2021:

| TR PAGE | LINES | OBJECTION | RESPONSE |
|---------|-------|-----------|----------|
| 7 | 11 | Objection withdrawn | N/A |
| 8 | 6-12 | Foundation, speculation | Based on personal knowledge, non-speculative |
| 8 | 20-24 | General objection to the Affidavit being shown to the jury on the video as it contains names of others who are no longer parties to this action and may confuse the jury. Also the affidavit is not in evidence. | No prejudice to showing former parties. Affidavit is in evidence through temporary injunction hearing. |
| 10 11 | 21-25 1-13 | Foundation, speculation, solicits an opinion from a non-expert | Answer based on witness' personal knowledge |
| 11 12 | 16-25 1 | Opinion by non-expert, also hearsay | Answer based on witness' personal knowledge (see 12:2-11) |
| 12 | 12-16 | Foundation | Answer based on witness' personal knowledge |
| 12 13 | 22-25 1-21 | Foundation, speculation, and expresses an opinion from a non-expert | Answer based on witness' personal knowledge |
| 13 14 | 22-25 1-19 | Foundation, speculation, and expresses an opinion from a non-expert | Answer based on witness' personal knowledge; Recorded Recollection |
| 14 15 | 20-25 1-17 | Foundation, speculation, and expresses an opinion from a non-expert | Answer based on witness' personal knowledge; Recorded Recollection |
| 18 | 3-18 | Foundation, hearsay | Recorded recollection |
| 19 | 4-9 | Foundation | Answer based on witness' personal knowledge (see 19:11-13) |
| 19 20 | 11-25 1-2 | Foundation, hearsay | Answer based on witness' personal knowledge; recounts actions witness personally undertook, Recorded recollection |

| | | | |
|---|---|---|---|
| 20 | 10-24 | Foundation, speculation, hearsay | Answer based on witness' personal knowledge; recounts actions witness personally undertook, Recorded recollection |
| 21 | 9-16 | States speculation, foundation, opinion | Agreed |
| 23<br>24 | 23-25<br>1-25 | Speculation, hearsay, opinion from a non-expert, non-responsive | Answer based on personal knowledge, business records. |
| 25 | 1-20 | Opinion, hearsay foundation, calls for legal opinion | Answer based on personal knowledge, recorded recollection, business records. Does not opine on legal issues. |
| 26 | 3-9 | Foundation, hearsay, speculation, opinion from non-expert | Answer based on personal knowledge, recorded recollection |
| 27<br>28 | 20-25<br>1-16 | Foundation, speculation | Answer based on personal knowledge |
| 28<br>29 | 17-25<br>1-19 | Foundation, hearsay, speculation, calls for a legal opinion | Answer based on personal knowledge, recorded recollection, does not include legal opinion |
| 29<br>30 | 20-25<br>1-18 | Foundation, speculation, hearsay, opinion from non-expert | Answer based on personal knowledge, recorded recollection. |
| 30<br>31<br>32 | 19-25<br>All<br>1-5 | Different paragraphs: English - 13, Chinese - 14, foundation, hearsay, speculation, opinion, legal conclusion, also, not a professional translator, appears to be lawyer's affidavit not interpreter's. | Answer based on personal knowledge, recorded recollection. Does not call for expert or legal opinion. Witness attests to actual text of affidavit. |
| 32 | 8-14 | Strike, opinion, foundation, hearsay | Answer based on personal knowledge, recorded recollection. |
| 32<br>33 | 18-25<br>1-15 | Foundation | Answer based on personal knowledge |
| 33<br>34<br>35 | 16-25<br>1-23<br>All | Speculation, foundation | Answer based on personal knowledge |
| 34<br>35 | 24-25<br>1-17 | Foundation | Answer based on personal knowledge |
| 36<br>37 | 5-25<br>1-5 | Foundation, opinion, speculation | Answer based on personal knowledge |

| 42 | 4-15 | Strike, non-responsive, speculation and foundation | Responsive to Defendants' counsel's question |

## <u>RESPONSE TO DEFENDANTS' GENERAL OBJECTION</u>

Contrary to Defendants' objection, the witness testified to the truth of each statement made in his affidavit and to the totality of its contents, rendering any objection to its translation or value moot.  In addition, the witness testified to the provenance of Exhibit B which is part of deposition Exhibit 5, attached hereto, which is clearly a non-hearsay business record.  Finally, Defendants have not identified any inaccuracies in the translation of this exhibit.

Dated: October 29, 2021

Respectfully submitted,


By: /s/ *Brian M. Gargano*
     Brian M. Gargano
     Nguyen and Chen LLP
     11200 Westheimer Road, Suite 120
     Houston, TX 77042
     Phone: 832-767-0339
     bgargano@nguyen-chen.com

     and

     Chené M. Thompson / FB# 541540
     Pavese Law Firm
     Post Office Box 1507
     Fort Myers, Florida 33902-1507
     Telephone No.: (239) 334-2195
     Primary: CheneThompson@paveselaw.com
     Secondary: KellyGermanis@paveselaw.com

     *Counsel for Plaintiff TB Food USA, LLC*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that in accordance with the Federal and Local rules the foregoing document is being filed on this 29th day of October, 2021 via the Court's CM/ECF filing system, which will serve a copy electronically on all counsel of record.

*/s/ Brian M. Gargano*
Brian M. Gargano

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MEYERS DIVISION

PRIMO BROODSTOCK, INC., a Texas
Corporation,

                    Plaintiff,

v.                                                                    CASE NO.: 2:17-cv-9-FtM-29CM

AMERICAN MARICULTURE, INC., a
Florida Corporation, AMERICAN PENEAID,
INC., a Florida Corporation, ADVANCED
HATCHERY TECHNOLOGY, INC., ROBIN
PEARL and CHARLES T. TUAN,

                    Defendants.
_____//


<u>SWORN AFFIDAVIT OF TENG ZHOU</u>

Mr. Teng Zhou, under oath, deposes and states as follows:

1.      I am over the age of 18, of sound mind, and I am competent to testify to the facts

contained herein if called upon to do so, however I would request that a translator be present

since Mandarin Chinese is my native dialect and I do not speak English.

2.      I am currently a salesman for Zhanjiang Haimao Aquaculture Bioscience

Technology Co., Ltd. ("<u>Haimao</u>"), a company registered in the Peoples Republic of China.

3.      I have been working in the business of selling shrimp and other aquatic animals in

China with Haimao since 2005.  As a result I consider myself very knowledgeable about the

shrimp business and the potential in China for Primo's disease resistant shrimp breeding pairs to

succeed because the normal mortality rate for shrimp grown in China is approximately 80%.

This is a rate that is not sustainable for shrimp farmers to earn a living.

4.     By contrast, the Primo broodstock breeding pairs, for which morality rates are less than approximately 20%, offer Chinese shrimp farmers the opportunity to earn a sustainable livelihood, particularly given the tremendous demand for shrimp in China.

5.     Haimao has tested the Primo shrimp to assure that the disease resistance which the Primo shrimp exhibit in the United States can be replicated here in China.  We have determined that the Primo shrimp breeding pairs spawn larvae that are able to survive at the low mortality rates that Primo has demonstrated in the United States and grow to a healthy and mature size that can be sold in mass quantities in China.

6.     Haimao is presently the exclusive distributor of the highly disease-resistant shrimp that are unique to Primo.  Haimao has been marketing the Primo shrimp to select, trusted breeders in China.

7.     On January 8, 2017, I learned from one of my customers that a company registered in China as "Primo (China) Broodstock Co., Ltd." in China's Fujian province ("PC Broodstock") had taken delivery of certain shrimp that it said were original Primo breeder shrimp.

8.     On January 10, 2017, I determined to visit PC Broodstock's facilities to determine whether the shrimp deliveries were in fact the Primo shrimp that I had heard were to be shipped to China starting in late December, 2016.

9.     While on the PC Broodstock site, I saw a very large stack of boxes in a warehouse on PC Broodstock's property that were identified as the "Primo shrimp."  I walked over the boxes and, using my camera phone, took pictures of the labels on some of the boxes and of the part of the entire stack of boxes.  True copies of some of these photos are attached hereto as Exhibit A.

2

a.      Exhibits i and ii to <u>Exhibit A</u> hereto show two individual boxes, each of which is identified as holding "10 Male" live "SPF…brood stock shrimp" shipped from API in St. James, FL to Xiamen, Fujian Province, China. These boxes identify the scientific name of the shrimp as "peneaus vannami," which is the scientific name for the precise strain of Primo's broodstock.  I believe these boxes contain the Primo shrimp that API, together with the other Defendants, have converted for their personal and unauthorized use.

b.      Exhibit i to <u>Exhibit A</u> hereto is identified as "Box #41 of 194." Exhibit ii to <u>Exhibit A</u> hereto is identified as "Box #55 of 194."

c.      Exhibit iii to <u>Exhibit A</u> hereto shows a portion of the total boxes that I saw stored at the PC Broodstock warehouse.

d.      Assuming 194 boxes were sent with 10 shrimp in each box, it appears that 1,940 shrimp were sent to China by API in this single shipment.

10.    The offering into the Chinese market of PC Broodstock shrimp, which is being marketed as genuine Primo shrimp, has created significant confusion to my customers.  The press release of PC Broodstock, a copy of which is attached to hereto as <u>Exhibit B</u> (and translated by Attorney Helen Guan at <u>Exhibit A to the Sworn Affidavit of Helen Guan</u>, also filed in support of the Motion) establishes that Primo shrimp obtained from API's facility in Florida (the "<u>API Shrimp</u>") are being shipping to China and promoted as genuine Primo shrimp.

11.    By representing in the Chinese market that the API Shrimp are authorized to be sold in China, API and its cohorts have created substantial confusion in the market and are causing immediate and irreparable harm to Haimao's ability to sell shrimp as Primo's exclusive distributor in China.

3

12.     There is considerable interest among shrimp farmers for access to Primo shrimp and a potentially large market for such shrimp. By deceptively holding out the API Shrimp as an authorized source of Primo shrimp, Defendants (through their distributor PC Broodstock) mislead potential customers of Haimao to purchase PC Broodstock shrimp instead of the Primo shrimp that Haimao is distributing on Primo's behalf.

13.     As a result of API's and its cohorts' deceptions regarding their rights to distribute Primo shrimp, potential customers in China do not believe they need to (or should) deal with Haimao exclusively in order to obtain Primo shrimp. Consequently, Haimao has lost sales, market share, and profit as a direct result of these wrongful shipments into China. This loss to Haimao directly affects Primo since it results in fewer sales by Primo of shrimp into China through Haimao's distribution channel. Thus, Defendants' wrongful shipments of Primo shrimp into China have damaged and continue to damage Haimao's and Primo's reputation and goodwill signficantly.

I declare under penalty of perjury of the laws of the United States, to whose jurisdiction I submit, that the foregoing is true and correct on this 20th day of January, 2017.

_____

TENG ZHOU

## SIGNATURE NOTARIZATION

I, Helen Guan, a Chinese-trained legal counsel based in Shanghai, China, hereby swear and affirm on this 20th day of January, 2017, that Teng Zhou appeared before me on 20th day of January, 2017, presented me with a state identification card bearing his name and likeness, and executed his sworn affidavit in the place indicated on Exhibit 1 hereto.

I further swear and affirm that I am proficient in English and that (i) the foregoing English translation of the Sworn Affidavit of Teng Zhou attached as Exhibit 1 hereto (the "Zhou Affidavit") is an accurate translation of the entirety of that sworn affidavit and (ii) the English translation of the statements made on the website identified in exhibit iv to Exhibit A to the Zhou Affidavit is an accurate translation of the entirety of the statements made therein.

_____
Helen Guan, Attorney

5

# <u>EXHIBIT 1</u>

# 美国地区法院

## 佛罗里达州中部迈尔斯分部

PRIMO BROODSTOCK, INC.（一家在德克萨斯注册的公司）

　　　　原告

案件号：2:17-00009-JES-CM

　　　　与

American Mariculture, Inc.,（一家在佛罗里达注册的公司）

American Penaeid, Inc.（一家在佛罗里达注册的公司）

Advanced Hatchery Technology, Inc

ROBIN PEARL, 和 CHARLES T. TUAN

　　　　被告

_____//

### 周腾宣誓书

我本人周腾在此宣誓：

1.　我已年满 18 岁，是完全民事行为能力人，我有能力证实以下所涵盖的事实。我需要一个人来为我翻译，因为我的母语是中文，而且我不会讲英语。

2.　我目前是湛江海茂水产科技有限公司（海茂）的业务员，这是一家在中国注册的公司。

3.　我从 2005 年开始就一直在水产行业从事销售对虾和其他水产生物的工作。我认为我拥有对虾行业的相关知识和技能，并且知道 Primo 对虾在中国具有很大的市场潜力，因为中国对虾养殖的死亡率高达 80%，这就使得养殖户没法谋生。

4.　相比较而言，Primo 对虾的死亡率低于 20%，这就为中国的养殖户提供了机会，特别是在市场潜力巨大的中国。

5.　海茂已经对 Primo 对虾进行了测试，以确保 Primo 对虾在美国的抗病性

也能在中国维持下来。Primo 对虾的虾苗能够以低的死亡率存活下来，并且 Primo 对虾也展现出在美国所具有的特征。由于 Primo 对虾抗病能力好、生长性能好、个头大，使得其在中国具有很好的市场。

6. 海茂现在是 Primo 的独家经销商，销售抗白斑综合症病毒（白斑病）的亲虾，这是 Primo 独家所有的。海茂在中国开拓了 Primo 亲虾市场，同时在繁育市场是非常值得信任的。

7. 2017 年 1 月 8 日，我从我的客户中了解到在中国福建省的一家名为普瑞莫（中国）对虾苗种有限公司（"中国普瑞莫"）已经运来了一些虾，据说这些虾是 Primo 的种虾。

8. 2017 年 1 月 10 日，我去参观中国普瑞莫，并且试图想看看在 2016 年 12 月底运来的那些虾。

9. 当我走进场地的时候，我看到在中国普瑞莫的仓库中有许多箱子。看到这些箱子加上其对外的宣传，我相信箱子里面的活物是 "Primo 虾"。我靠近箱子，并用我的手机相机对其外包装进行了拍照。照片见附件 A。

    a. 附件 A 中的 i 和 ii 体现了两个独立的箱子，每个箱子上都有这样的标记：从佛罗里达州圣.杰姆斯的 API 运至中国福建省厦门市的 "10 公"活的"抗病原亲虾"。这两个箱子上也有可辨别的虾的学名，即"南美白对虾"，这恰恰是 Primo 亲虾的学名。我认为这些箱子里面的虾已经被 API 和被告进行了私人并且未经授权的使用。

    b. 附件 A 中的 i 的箱子为 "194 中的#41"号箱子，附件 A 中的 ii 为 "194 中的#55" 箱子。

    c. 附件 A 中的 iii 表明我看到了这些箱子是中国普瑞莫的仓库中。

    d. 假设 194 个箱子中，每箱有 10 只虾，即本次运输中有 1940 只虾从 API 送至中国。

10. API 正通过其市场渠道销售 Primo 亲虾，其官方网站为：http://www.primobroodstock.cn/，该网站的主页见附件 A 中的 iv。同时这些虾在市场被认为是优于 Primo 虾的。

11. 中国普瑞莫的虾，在市场上销售时被认为是真正的 Primo 虾，这对我的客户造成了非常大的混淆。中国普瑞莫进行了新闻报道，见附件 B（由管文

凤律师进行翻译，翻译文本见附件C)，报道称Primo虾是从佛罗里达的API（API虾）运至中国的，这是真正的Primo虾。

12. 通过在中国的代表，API虾授权在中国进行销售。API及其同伙在市场上对客户造成了巨大的混乱，也对海茂作为Primo独家经销商销售Primo虾造成了不可弥补的损害。

13. 对于养殖Primo虾的养殖户来说，那有巨大可观的利益，同时在中国也具有很大的市场。看起来API虾的来源是Primo的授权，被告（通过中国普瑞莫这个经销商）误导了海茂的潜在客户去购买中国普瑞莫的虾，而不是购买代表Primo的海茂的虾。

14. 最后，API及其同伙的这种欺骗行为——让人误解他们有权销售Primo虾，使得中国的潜在客户认为他们不必通过海茂就可以获得Primo虾。这导致了海茂销售量、市场份额以及利润的极大下滑，这也是将虾非法运输到中国的结果。这个损失直接影响了海茂，导致通过海茂的经销Primo虾很少进入市场。因此，被告将Primo虾非法运至中国的这种行为已经重大损害了，并将继续对海茂和Primo的名誉和商誉造成极大的损害。

我宣誓，在可能受美国法律对伪证的处罚下，上述陈述是真实准确的。



_____
周腾

Case 2:17-cv-00009-JES-NPM   Document 21-5   Filed 01/26/17   Page 10 of 25 PageID 425

# <u>EXHIBIT A</u>



EXHIBIT
exhibitsticker.com
i



Box #55 of 194

10 Mate

HANDLE WITH CARE
KEEP COOL - LIVE ANIMALS

Origin : JLC Farm Raised , Florida USA

TO : DAMEN HUAHONG FENGHANG IMP & EXP CO LTD
ADD : ROOM 202, NO 119 1,1 XILING ROAD, SIM NEI
XIAMEN, FUHAN, CHINA

AIRWAY BILL# 297-61859125   MIA ➡ XMN
CHINA AIRLINES
FROM:
American Reptile Inc.
4103 Stringfellow Road
St. James City, FL 33956

EXHIBIT
ii



Case 2:17-cv-00009-JES-NPM   Document 21-5   Filed 01/26/17   Page 14 of 25 PageID 429

# <u>EXHIBIT B</u>

首页      关于      服务      产品      新闻      联系

首页 > 新闻中心

# API：谁是真正的"普瑞莫"？这个问题留给中国虾农来回答



近年来，围绕南美白对虾种苗的各种话题不绝于耳，各种风波此起彼伏。曾有资深业内人士说过这样一句话：中国对虾种苗市场的混乱，究其问题根源就在于信息的不透明，不对称，这种不透明和不对称往往导致公众的猜疑和误解，放大了交易风

险，甚至伤害了养殖者的根本利益。

近期，围绕"美国PRIMO"、"API"、"AMI"、"中国普瑞莫"的传闻很多，作为当事一方的关键人物，一直保持沉默的美国种虾公司（API）的董事长RobinPearl先生和普瑞莫（中国）对虾苗种有限公司董事长黄富生先生，近日通过中国水产频道，就"美国PRIMO"、"API"、"AMI"、"中国普瑞莫"的关系正式作出了回应。



美国种虾公司（API）的董事长Robin Pearl

## 关于美国种虾公司

**中国水产频道：作为新进入中国的种虾公司，大家对API非常好奇，请您介绍一下API公司的历史以及发展现状？**

**Robin：**美国种虾公司（英文缩写API,全称AmericanPenaeidInc）于2016年1月1日在美国佛罗里达州成立，为大型商业户内养虾厂美国海洋生物养殖公司（英文缩写AMI，全称AmericanMaricultureInc）的全资子公司。AMI成立于2013年，是对虾养殖一条龙公司，分别拥有基因程序、孵化、育成、加工、营销部门。对于美国最大的养虾公司来说，要想维系可持续的生意的一个关键要求是，要有高质量的种源储备，这样才能完成好生产系统。

2015年1月AMI开始与美国PRIMO公司合作，AMI的部分工厂开始为美国PRIMO繁育种虾。



API Genetic Breeder Center in Florida, USA
美国种虾公司弗罗里达繁育中心



在2016年1月，由于美国PRIMO公司的原因导致AMI和美国PRIMO的合作经受了很多困难，美国PRIMO种虾公司管理团队也没有达到承诺给AMI的，2016年4月，AMI终止了与美国PRIMO的合作,并培育出新一代具有抗病成长的高活性种源作为储备。

API非常高兴能够把新的高活力种虾引进到中国。API是一家拥有足够种群家系、技术实力和多个全球知名的技术专家共同参与的公司，致力于为稳定的可持续南美白对虾养殖，选育出可以在不同环境下具备抗病成长的南美白对虾优质种虾。

**中国水产频道：各个种虾公司都有其选育的特点，API公司的种虾有哪些选育上的技术特点，与主流选育技术有何不同，是否能满足中国如此繁杂的养殖环境及养殖模式？**

**Robin：** API使用的是经受全病毒攻击（APE：AllPathogenExposed）的种群作为基因选育和改进的家系程序。当前抗病APE品系成长不如SPF品系快，但他们的成活率明显好很多。我们当前的基因选育程序使用DNA选育技术来筛选成长和成活的优秀种群。另外，我们正使用专利的技术，允许我们能在同一时间在一个混合的水体中测试许多家系，允许我们使用非常高的选育强度，在保证更快速和稳定的性能增加的同时，最小化近亲繁殖。

近期，所有的对虾养殖公司不得不在生长速度或成活率两者中作出选择，而使用API的种虾将会成为新的选择方向，我们能够同时选育出成长和成活均衡的种虾。高成长低成活率是简单的,但是不适合大多数的虾农，API提供了高成活率和成长率的种虾。在接下的几年里，我们将提供高成活和非常高的成长速度的种虾——我们认为将等同或好于今天成长最快的虾,因为API抗病种虾是更接近于原来野生血统，相比较发展已经超过30年的SPF系列种虾,API种虾可能不是很漂亮、很大，或是像SPF种虾那样幼体产量大，但是他们真的像斗士，他们的后代非常强壮。当我们测试API虾和SPF虾时，这个不同在活力方面是非常明显的。APE的虾很难抓，当你收获时，你就会感觉到，我们的工人不得不戴眼保护面具，因为我们的虾跳得太激烈了。





**中国水产频道：API种虾在中国的表现如何？**

**Robin：** API的种虾2016年6月份分别引进到中国和越南试养，受到试养养殖户的认可，养殖成功率超过85%，也给中国和越南的育苗企业带来足够的信心，我相信2017年API种虾会再给广大养殖户一个满意的结果。

**中国水产频道：中国是全球最大的种虾进口国且竞争非常激烈，有近12家种虾公司在中国有业务，API为什么选择在现在进入中国？其动机和信心来自哪里？**

**Robin：** 与其他国家相比，中国虾苗市场是巨大的,也是充满竞争的，如果能够帮助虾农获得好的丰收，虾农便会认可你，如果你让虾农损失，虾农一定会骂你，抛弃你，所以机遇很大,挑战也很大。如果能够帮助中国虾农致富，我们会有很大的市场，我们公司会有更大的发展。挑战更大，就要求我们要始终保持较高的养殖成功率,让我们的育苗企业、虾农一直紧密联结在一起,共同发展。

中国是世界上最大的南美白对虾养殖国家，我们选择2016年进入中国基于以下个方面考虑，第一，我们API品系不断得到世界虾农的认可；第二，我们的种群家系不断完善和筛选更新，我们有足够的生产能力常年供应优质种虾；第三，我们已经发送API种虾到中国育苗公司，这些中国公司都是经过严格的评估和试产、试养才决定进口我们API的种虾，这些中国的苗企是负责任的。也是这些虾苗企业在使用我们的种

1/20/2017

Case 2:17-cv-00009-JES-NPM Document 227 Filed 04/26/17 Page 27 of 30 PageID 9554
Case 2:17-cv-00009-JES-NPM Document 21-5 Filed 04/26/17 Page 22 of 25 PageID 437

虾后，给了我们很多信心，也给我们很多好的建议。基于以上几点，我们来了，我们有备而来，我们相信虾农养过我们API的虾苗后，他们也会发现我们API的虾苗要比其他品系有更好的成活率。我们不担心竞争，中国市场是巨大的，有足够的生意给12家种虾公司做，希望中国虾农会给API种虾公司一次机会，我们会带给中国虾农稳产增收的虾苗。

**中国水产频道：API的种虾生产规模有多大，现在在中国是否已经有合作伙伴？**

**Robin：**美国种虾公司API是经过美国农业部认证的SPF生物安全养殖厂，自创建开始有亚利桑那大学检测100%无特定病原，目前有144个池子，共3万平方米养殖水体。目前我们的种虾已开始批量销往中国，我们相信2017年度会有更多订单。通过认真深入的考察了解，确认普瑞莫（中国）对虾苗种有限公司成为我们官方认可的合作伙伴，吴金元先生是我们的中国业务代表。

**中国水产频道：做为美国最大的养虾公司的子公司董事长，您对养虾一定不陌生。目前中国的对虾养殖业不太景气，虾病频发，养殖户认为是苗种质量差的原因，对这一问题您是怎么看的？**

**Robin：**中国不是唯一的南美白对虾养殖不景气的国家。这不仅仅是因为种虾的质量。我们的竞争对手提供的SPF种虾是漂亮的，他们可以生产很多幼体。但由于他们的基因组成决定他们的虾苗无法适应多变的环境。API种虾个体在30-35克，生产阶段40-50克，幼体产量较其他品系低一些，但是我们的幼体到养殖过程中会有更好的性能。

我可以打个比喻，通过比较我们的竞争对手供应的其他SPF品系种虾，这些品系像是漂亮的跑车，可以跑得真的很快，但是他们不能快速在泥泞道路行驶，在泥泞的道路上会卡住。API就像一个强大的卡车，他们可能看起来不象跑车那样漂亮，并没有跑得那么快，但是无论多么糟糕的道路，他们不会卡住。当中国开始使用我们的API的种苗，迟早中国的南美白对虾养殖产业将会走在复苏的道路上。

**中国水产频道：API未来在中国种苗市场有什么目标和计划？**

**Robin：**API希望中国种苗市场能给一点时间和一点耐心，我们会根据中国养殖的现状，结合我们API种群家系的特点，不断筛选出适合中国不同环境养殖条件的家系，帮助虾农成长，帮助我们自己发展。我们会在中国最具代表性的不同区域，设定我们的养殖基地，每年能够在不同季节收集数据，设立数据模块为中国虾农量身选育最适合的种虾。

1/20/2017

Case 2:17-cv-00009-JES-NPM Document 227 Filed 04/29/21 Page 28 of 30 PageID 9555
Case 2:17-cv-00009-JES-NPM Document 241-5 Filed 04/26/17 Page 23 of 25 PageID 433



普瑞莫（中国）对虾苗种有限公司董事长黄富生

## <span style="color:red">关于中国普瑞莫</span>

**中国水产频道：给我们谈谈你了解的普瑞莫是怎么回事吧？以及你们成立普瑞莫对虾苗种有限公司的初衷是什么？**

**黄富生：**众所周知，2016年的上半年，"普瑞莫"品牌虾苗在国内的各个养殖区表现良好，给在身处低谷中的养殖户带来了生机和希望，广大养殖户纷纷表示来年改养"普瑞莫"虾苗。

然而，2016年7月份始，先后在江苏省如东地区和两广地区却出现了不好的声音，也给"普瑞莫"品牌蒙上阴影。巧合的是，这期间，由API公司提供的亲虾繁育的种苗在中国试养反响不错，其养殖情况及表现性状具有表现出的高抗力、高稳定、高成功率等特点。

这一现象引起我们的高度重视。带着为什么的问号，带着给养殖户一个满意的答复的使命，作为2016年度在生产和推广"普瑞莫"品牌虾苗中取得较有影响力的"河北省恒泰水产养殖有限公司"、"江苏省如东县勇信水产育苗场"、"浙江省杭州澳江农业开发有限公司（原萧山杨荣生育苗场）"，共同开始了追本溯源之旅。

1/20/2017
Case 2:17-cv-00009-JES-NPM Document 237 Filed 04/29/21 Page 29 of 30 PageID 9556
Case 2:17-cv-00009-JES-NPM Document 215 Filed 04/26/17 Page 24 of 25 PageID 439

我们三家苗企在接触到美国种虾公司的中国总代表吴先生后，才知道原来这个种虾背后不为人知的那么复杂的经历。



来自API的亲虾

**中国水产频道：您指的复杂经历是什么？**

**黄富生：**这是由于美国PRIMO在德克萨斯州的基础设施简陋，不足以支持市场发展的需要，所以2015年美国PRIMO与AMI达成协议，让AMI代工培育种虾并支付代培育的费用。在2016年1月美国PRIMO的两个创始人Kenneth（肯尼斯）和Neil因经营理念不合而产生矛盾，2016年5月通过调解终结，并签署了一份一年期的不竞争协议后，Neil离开了美国PRIMO。同时，由于美国PRIMO无法支付AMI的代生产的费用，2016年4月，AMI公司终止了与美国PRIMO的合作关系。

根据协议，4月份后AMI已经完全有权力处理PRIMO没有支付相关费用的代培育虾了。随后，AMI成立了API公司，组织了多位全球知名的基因专家、选育专家，并从厄瓜多尔引进新家系进行重新培育和筛选。2016年下半年，API将经过进一步基因整理选育好的高抗力种虾推广到中国，并投放在两广及江苏如东地区进行试养，其表现优异。

API告诉我们，美国PRIMO与API之间的一些纠纷，接下来会通过美国的法律程序进行处理，但API的选育工作还会正常进行，也就是说会继续为我们提供优秀的种虾。

为了进一步确认API种虾的试养效果的真实性，我们三家苗企还通过对API公司2016年下半年引进的种虾所产的虾苗在江浙、两广地区试验的大量调查，以及期间邀请了API的董事长Robin先生来华考察并与其做了深入的洽谈沟通，也对API公司所拥有的种质资源、科研实力以及发展理念有了较深的了解。在确定了API的种虾就是我们要找的种虾后，我们决定自力更生，以我们三家苗企为发起单位，同时吸收2016年度从事生产经营"普瑞莫"品牌虾苗的苗企参加，注册资金5000万，在厦门自贸区注册成立普瑞莫（中国）对虾苗种有限公司，重新在API公司引进种虾。并在漳浦建立了种苗基地，迅速引进人才进行规划、生产，目的就是为了保证种源的纯正性和真实性，同时也确保2017年向养殖户提供他们所希望的"普瑞莫"虾苗。现在，我们是美国种虾公司（API）在中国官方指定的"普瑞莫"高抗力虾苗繁育合作商，我们和美国PRIMO没有任何关系。

因为我们都是由直接拥有养殖客户的育苗企业来组建而成的公司，我们与养殖户多年来形成了良好信任基础和兄弟式的关系，这份沉甸甸的信任要求我们不遗余力的为他们把好种源关。我们就是带着为养殖户提供培育优质虾苗这种心态进来的，其实无论是谁家的苗，都是为虾农服务的，因为大家都在寻找这条虾，目标是一致的。现在来讲谁家是真的，谁家是假的，还为时过早，"空谈误国、实干兴邦"，在寻找真相的过程中，我们无意介入国外的和国内的纷争，也无意纠结于孰是孰非的空谈中，因为产品最终还要看市场上的表现，我们能做的就是苦练内功，把虾苗做好，2017年投放到市场后自然便知分晓。



种虾车间