```
                     UNITED STATES DISTRICT COURT
                      MIDDLE DISTRICT OF FLORIDA
                         FORT MYERS DIVISION
```

TB FOOD USA, LLC, a
Delaware Limited Liability
Company,

        Plaintiff,

v.                                        Case No:   2:17-cv-9-JES-NPM

AMERICAN MARICULTURE, INC.,
a Florida Corporation,
AMERICAN PENAEID, INC., a
Florida Corporation, and
ROBIN PEARL, an individual,

        Defendants.

_____

AMERICAN MARICULTURE,
INC., a Florida
Corporation,

   Third-Party Plaintiff,

v.

PB LEGACY, INC. a Texas
Corporation,

   Third-Party Defendant.

_____

## ORDER REGARDING DEPOSITION OF JERRY BECK

     This matter comes before the Court on the Notice of Jerry Beck's Video and Oral Deposition Testimony Which Plaintiff TB Food USA, LLC Intends to Introduce at Trial. (Doc. #405-7.)  Defendants

filed a Notice of Defendants' Objections to Plaintiff's Designations . . .. (Doc. #405-8) and an objection to the entire deposition if Mr. Beck appears in person at trial or in a live video. (Doc. #416.) After review of the transcript, the Court overrules the objections listed at Doc. #4-5-8, p. 2. The Court sustains the objection to introduction of the deposition testimony if Mr. Beck appears in person as a trial witness or appears by way of a live video presentation (except for impeachment or some other proper purpose).

Also before the Court is a Notice of Defendants' Counterdesignations of Video Deposition Testimony of Jerry Beck (Doc. #405-9), Corrected Notice (Doc. #416), and a transcript of the counter-designated testimony (Doc. #416-1. Plaintiff TB Food USA, LLC has file Objections to Defendants' Counter-Designations (Doc. #405-10, p. 2), which are resolved as follows:

(1) The four objections based on the rule of completeness are overruled. A transcript containing the desired additional portions of testimony has not been submitted, so the Court cannot determine if the additional testimony should be included. Any party may file such additional portions of the transcript if they desire the Court to reconsider these matters.

(2) The four objections to counsel's objection are sustained. Those lines shall be deleted.

(3) The remaining objections are overruled.

**IT IS SO ORDERED.**

**DONE and ORDERED** at Fort Myers, Florida, this __29th__ day of October, 2021.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record