```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

TB FOOD USA, LLC, a
Delaware Limited Liability
Company,

     Plaintiff,

v.                                   Case No: 2:17-cv-9-JES-NPM

AMERICAN MARICULTURE, INC.,
a Florida Corporation,
AMERICAN PENAEID, INC., a
Florida Corporation, and
ROBIN PEARL, an individual,

     Defendants.

_____

AMERICAN MARICULTURE,
INC., a Florida
Corporation,

   Third-Party Plaintiff,

v.

PB LEGACY, INC. a Texas
Corporation,

   Third-Party Defendant.

_____

## ORDER REGARDING DEPOSITION OF YIJUN ZHANG

     This matter comes before the Court on the Notice of Yijun Zhang's Video and Oral Deposition Testimony Which Plaintiff TB Food USA, LLC Intends to Introduce at Trial. (Doc. #415.)

Defendants filed Defendants' . . . Objections to Video Deposition of Yijun Zhang (Doc. #417), to which Plaintiff responded. (Doc. #425.)  Defendants object to certain portions of the deposition. These objections are resolved below, using the chart utilized by defendants:

| Transcript Page | Lines | Objection Resolution |
|---|---|---|
| 11 | 24-25 | This portion of deposition was not designated; objection is moot |
| 12 | 15-17 | This portion of deposition was not designated; objection is moot. |
| 18<br>19 | 6-25<br>1-2 | Not all of these lines were designated, and objection is moot as to lines not designated.   Otherwise, objection is overruled. |
| 21 | 9-11 | This portion of deposition was not designated; objection is moot |
| 25 | 16-20 | Overruled. |
| 26<br>27 | 7-25<br>1-5 | Sustained. |
| 28 | 12-17 | Sustained. |
| 30 | 2-6 | This portion of deposition was not designated; objection is moot |
| 31 | 4-11 | Sustained. |
| 31<br>32 | 11-25<br>1-2 | Sustained. |
| 35 | 3-12 | Overruled (except line 7, which was not designated). |
| 35 | 13-14 | Overruled. |
| 35<br>36<br>37 | 15-25<br>1-25<br>1-2 | Not all of these lines were designated, and objection is moot as to lines not designated.   Otherwise, objection is overruled |
| 37 | 9-25 | Not all of these lines were designated, and objection is moot as to lines not designated.   Otherwise, objection is sustained. |
| 38 | 17-24 | Sustained (except line 23, which was not designated). |

| | | |
|---|---|---|
| 38<br>39 | 25<br>1-6 | Overruled, although line 5 was not designated. |
| 39 | 7-11 | Overruled. |
| 39 | 12-18 | This portion of deposition was not designated; objection is moot. |
| 39<br>40 | 24-25<br>7-20 | This portion of deposition was not designated; objection is moot. |
| 40<br>41 | 21-25<br>1-17 | This portion of deposition was not designated; objection is moot. |
| 41 | 18-25 | This portion of deposition was not designated; objection is moot |
| 42<br>43 | 20-25<br>1-5 | Not all of these lines were designated, and objection is moot as to lines not designated.   Otherwise, objection is overruled. |
| 43 | 6-18 | Not all of these lines were designated, and objection is moot as to lines not designated.   Otherwise, objection is overruled. |
| 43<br>44 | 19-25<br>1-21 | Not all of these lines were designated, and objection is moot as to lines not designated.   Otherwise, objection is overruled. |
| 44<br>45 | 22-25<br>1-10 | Sustained (except for line 10, which was not designated). |
| 45 | 11-18 | Sustained. |
| 45<br>46 | 19-25<br>1-10 | This portion of deposition was not designated; objection is moot |
| 46 | 11-20 | This portion of deposition was not designated; objection is moot |
| 46<br>47 | 21-25<br>1 | Overruled, although line 25 was not designated. |
| 47 | 2-11 | This portion of deposition was not designated; objection is moot |
| 47 | 12-17 | Overruled, although line 16 was not designated. |
| 47<br>48 | 18<br>1-21 | This portion of deposition was not designated; objection is moot |
| 48<br>49 | 22-25<br>1-25 | Not all of these lines were designated, and objection is moot as to lines not designated.   Otherwise, objection is sustained. |

| Transcript Page | Lines | Objection Resolution |
|---|---|---|
| 50 51 | 22-25 1-2 | This portion of deposition was not designated; objection is moot |
| 51 | 12-23 | Overruled, although one line was not designated. |
| 62 | 3-7 | This portion of deposition was not designated; objection is moot |

Also before the Court is defendant's Notice regarding Mr. Zhang's video and oral deposition testimony which defendants intend to introduce at trial (Doc. #420), along with plaintiff's objections to certain portions of Mr. Zhang's testimony. (Doc. #424). These objections are resolved below, using the chart utilized by plaintiff:

| Transcript Page | Lines | Objection Resolution |
|---|---|---|
| 22 23 | 23-25 1-7 | Sustained. |
| 48 48 | 11-14 17-21 | Sustained, page 47 lines 18-21, 23-25 and page 48 line 1-3, 6 will be included. |
| 52 | 5-20 | Overruled. |
| 55 | 2-9 | Overruled. |
| 55 56 | 10-25 1-5 | Overruled. |
| 64 65 | 21-25 1-12 | Sustained as to p. 64 lines 24-25 and p. 65 lines 1-7, otherwise overruled. |

**IT IS SO ORDERED.**

**DONE and ORDERED** at Fort Myers, Florida, this __29th__ day of October, 2021.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record