```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

TB FOOD USA, LLC, a
Delaware Limited Liability
Company,

    Plaintiff,

v.                                    Case No:  2:17-cv-9-JES-NPM

AMERICAN MARICULTURE, INC.,
a Florida Corporation,
AMERICAN PENAEID, INC., a
Florida Corporation, and
ROBIN PEARL, an individual,

    Defendants.

_____

AMERICAN MARICULTURE,
INC., a Florida
Corporation,

    Third-Party Plaintiff,

v.

PB LEGACY, INC. a Texas
Corporation,

    Third-Party Defendant.

_____

## ORDER REGARDING DEPOSITION OF TENG ZHOU

    This matter comes before the Court on the Notice of Teng Zhou's Video and Oral Deposition Testimony Which Plaintiff TB Food USA, LLC Intends to Introduce at Trial (Doc. #409) filed on October

25, 2021. Defendants American Mariculture, Inc., American Penaeid, Inc., and Mr. Robin Pearl filed Objections to the Video Deposition of Teng Zhou (Doc. #418) on October 27, 2021, to which Plaintiff responded (Doc. #427) on October 29, 2021. Defendants object to certain portions of the deposition. These objections are resolved below, using the chart utilized by defendants:

| Transcript Page | Lines | Objection Resolution |
|---|---|---|
| 7 | 11 | Not designated. |
| 8 | 6-12 | Lines 8-11 were not designated, but objections are otherwise overruled. |
| 8 | 20-24 | Sustained. |
| 10 11 | 21-25 1-13 | Overruled (except lines 23-25, which were not designated). |
| 11 12 | 16-25 1 | Overruled. |
| 12 | 12-16 | Overruled. |
| 12 13 | 22-25 1-21 | Overruled. |
| 13 14 | 22-25 1-19 | Overruled. |
| 14 15 | 20-25 1-17 | Overruled. |
| 18 | 3-18 | Overruled. |
| 19 | 4-9 | Overruled. |
| 19 20 | 11-25 1-2 | Overruled. |
| 20 | 10-24 | Overruled. |

| | | |
|---|---|---|
| 21 | 9-16 | Overruled. |
| 23<br>24 | 2-25<br>1-25 | Overruled. |
| 25 | 1-20 | Overruled. |
| 26 | 3-9 | Overruled. |
| 27<br>28 | 20-25<br>1-16 | Overruled. |
| 28<br>29 | 17-25<br>1-19 | Overruled. |
| 29<br>30 | 20-25<br>1-18 | Overruled. |
| 30<br>31<br>32 | 19-25<br>ALL<br>1-5 | Overruled. |
| 32 | 8-14 | Overruled. |
| 32<br>33 | 18-24<br>1-15 | Overruled. |
| 33<br>34<br>35 | 16-25<br>1-23<br>ALL | Overruled. |
| 34<br>35 | 24-25<br>1-17 | Overruled. |
| 36<br>37 | 5-25<br>1-5 | Overruled. |
| 42 | 4-15 | Overruled. |

Also before the Court is defendant's Notice regarding Mr. Zhou's video and oral deposition testimony which defendants intend to introduce at trial (Doc. #419) that was filed on October 27, 2021. Plaintiff filed objections to certain portions of Mr. Zhou's

testimony (Docs. #422, #423) on October 28, 2021.[1] These objections are resolved below, using the chart utilized by plaintiff:

| Transcript Page | Lines | Objection Resolution |
|---|---|---|
| 15 | 18-20 | Overruled. |
| 15 | 24-25 | Overruled. |
| 16 | 20-21 | Overruled. |
| 37 | 19-24 | Overruled. |
| 38 | 20-24 | Overruled. |
| 39 | 3-6, 10 | Overruled. |
| 39 | 11-13, 17 | Overruled. |
| 39 | 18-23 | Overruled. |
| 40 | 2-17, 24 | Overruled. |
| 40 | 25 | Overruled. |
| 41 | 4-5, 9 | Overruled. |
| 41 | 9 | Overruled. |
| 41 | 10-18 | Lines 10-12 Overruled; Lines 13-17 Sustained. |
| 41 | 19-25 | Overruled 19-24; 25 Sustained. |
| 42 | 16-18 | Overruled. |
| 42 | 21-25 | Overruled. |
| 43 | 01-09 | Overruled. |
| 43 | 21-23 | Overruled. |
| 44 | 2-11 | Overruled. |
| 44 45 | 12-25 1 | Overruled. |

---

[1] It appears that Plaintiff filed duplicative objections to those portions of Mr. Zhou's testimony that defendants intend to introduce at trial. See (Docs. #422, #423.)

**IT IS SO ORDERED.**

**DONE and ORDERED** at Fort Myers, Florida, this __29th__ day of October, 2021.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record