# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

TB FOOD USA, LLC, a Delaware limited
liability company,

Plaintiff,

v.

                CASE NO. 2:17-cv-00009-FtM-JES-UAM

AMERICAN MARICULTURE, INC., a
Florida corporation, AMERICAN PENAEID,
INC., a Florida corporation, and ROBIN
PEARL,

Defendants.
_____/

AMERICAN MARICULTURE, INC., a
Florida corporation,

Counter-Plaintiff,

v.

PB LEGACY, INC., a Texas corporation,

Counter and Third-Party Defendant.
_____/

## NOTICE OF COMPLIANCE WITH ORDER
## GRANTING MOTION TO APPEAR *PRO HAC VICE*

NOTICE IS GIVEN THAT:

    1.    On October 22, 2021, the Court granted Jiangang Ou, Esq., of

1

Nguyen & Chen, LLP, permission to appear pro hac vice in the above captioned case (Doc. No. 403).

1. On October 20, 2021, the undersigned attests that the $150.00 special admission fee was paid to the Clerk of the United States District Court for the Middle District of Florida.

2. On October 28, 2021, Jiangang Ou, Esq. filed an E-Filer Registration Form with the Clerk of the United States District Court for the Middle District of Florida.

DATED: October 29, 2021.

>Respectfully Submitted,
>
>By: /s/ *Chene' M. Thompson*
>Chené M. Thompson / FB# 541540
>Pavese Law Firm
>Post Office Box 1507
>Fort Myers, Florida 33902-1507
>Telephone No.: (239) 334-2195
>Primary: CheneThompson@paveselaw.com
>Secondary: KellyGermanis@paveselaw.com
>*Counsel for* Plaintiff *TB Food USA, LLC and Third Party Defendant, PB Legacy*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document is being filed on this 29th day of October 2021 via electronic mail and/or the Court's CM/ECF filing system in accordance with Federal Rules of Civil Procedure and the Court's Local Rules, which will serve a copy electronically on all counsel of record.

*/s/ Chene' M. Thompson*
Chene' M. Thompson