```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

PB LEGACY, INC, a Texas
Corporation and TB FOODS
USA, LLC,

    Plaintiffs,

v.                                    Case No:  2:17-cv-9-JES-NPM

AMERICAN MARICULTURE, INC.,
a Florida corporation,
AMERICAN PENAEID, INC., a
Florida corporation, and
ROBIN PEARL,

    Defendants/Third
    Party Plaintiff

KENNETH GERVAIS and
RANDALL AUNGST,

    Third Party Defendants.

---

**ORDER**

This matter comes before the Court on the plaintiff's Motion Per Local Rule 4.11(b)[1] for Permission for Designated Party to Enter With and Use Electronic Devises [sic] for Trial Commencing November 1, 2021 (Doc. #431) filed on October 29, 2021. Plaintiff seeks permission to bring certain electronic communication devices into the building for use at trial.  More specifically, Plaintiff is requesting permission for Mr. Richard Guin to bring a laptop computer, tablet, and/or smart phone.

---

[1] The Court notes that there is no Local Rule 4.11 in the current Middle District of Florida Rules (2021).

On October 1, 2013, a General Order (6:13-mc-94-Orl-22, Doc. #1) was issued regarding the possession and use of personal electronic devices in the Middle District of Florida courthouses. See In Re: Possession & Use of Pers. Elec. Devices in Fed. Courthouses in the M.D. Fla., 6:13-mc-94-Orl-22. The General Order allows counsel admitted to the Florida Bar or admitted *pro hac vice* to enter the Courthouse with personal electronic devices subject to the restrictions set forth in the General Order. See also M.D. Fla. R. 7.02(a). In addition to these devices, Plaintiff requests that Mr. Richard Guin, who will be providing technical support during the trial, be able to also bring a laptop, tablet and/or smart phone.

The Court grants plaintiff's request concerning Mr. Guin.

Accordingly, it is hereby

**ORDERED:**

Plaintiff's Motion Per Local Rule 4.11(b) for Permission for Designated Party to Enter With and Use Electronic Devises [sic] for Trial Commencing November 1, 2021 (Doc. #431) is **GRANTED. Cellular telephones shall remain turned off while court is in session.**

**DONE and ORDERED** at Fort Myers, Florida, this ___29th___ day of October 2021.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record
CSOs (2 copies)
Automation Specialist