UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MEYERS DIVISION

TB FOOD USA, LLC, a Delaware Limited
Liability Company, and PB LEGACY, INC.,
a Texas Corporation,

    Plaintiffs,

v.                                                    CASE NO.: 2:17-cv-9-FtM-29CM

AMERICAN MARICULTURE, INC., a
Florida Corporation, AMERICAN PENAEID,
INC., a Florida Corporation, and ROBIN
PEARL,

    Defendants.
_____/

AMERICAN MARICULTURE, INC., a
Florida Corporation,

    Counter - Plaintiff,

v.

PB LEGACY, INC., a Texas
Corporation, KENNETH GERVAIS, and
RANDALL AUNGST,

    Counter- and Third-Party Defendants.
_____/

Plaintiff TB Food USA LLC and Third-Party Defendant PB Legacy's Joint Trial Exhibit List

| No. | Description | Date | Offer | Obj. | Admitted | Not Admitted | |
|-----|-------------|------|-------|------|----------|--------------|---|
| 1 | Hatchery International Profile of Primo Broodstock (SPF shrimp), dated July 14, 2015. | 07/14/2015 | | H, R | | | |

| 2 | Health Certificate for Export of Live Finfish for Primo Shrimp/Breeders | 11/12/2015 | | | | | |
|---|---|---|---|---|---|---|---|
| 3 | Primo-Haimao Broodstock Sales Agreement | 11/30/2015 | | | | | |
| 4 | E-mail chain between R. Pearl and third party, with copy to J. Beck. | 01/11/2016-01/13/2016 | | | | | |
| 5 | Primo Broodstock Genetic Program History (SPF shrimp). | | | | | | |
| 6 | Documents demonstrating Primo's breeding and development of Primo shrimp comprised of Larval Rearing Section Charts, Spawning Reports, Maturation and Spawning Charts, Charts of broodstock families, Nursery records, broodstock inventory, Spawning Section Charts, Grow out Tank Reports, maturation daily population records. | 03/08/2018 | | | | | |
| 7 | Mating Records. | | | | | | |
| 8 | Work schedule for Primo employees. | | | | | | |
| 9 | Feeding chart for maturation. | 03/24/2015 | | | | | |
| 10 | Inventory of Primo Broodstock. | 10/17/2014 | | | | | |
| 11 | Documents demonstrating Primo's Animal movements. | | | | | | |
| 12 | Letter from Primo to the Director of Bureau of Fisheries and Aquatic Resources of the Philippines | 03/23/2015 | | | | | |
| 13 | Certificate of Analysis from Aquatic Animal Health Lab. | 01/15/2016 | | | | | |
| 14 | Testing conducted by the Aquaculture Pathology Laboratory of the University of Arizona. | 06/09/2015 | | | | | |
| 15 | Letter from K. Gervais to Dr. Laramore concerning testing. | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 16 | Multiple communications from the Aquaculture Pathology Laboratory of the University of Arizona to R. Pearl providing test results he requested. | 04/12/2016 | | | | | |
| 17 | Results from Mexican farm Stocked in Tecopan, Mexico. | | | | | | |
| 18 | Primo Biosecurity Protocols. | | | | | | |
| 19 | Primo's marketing materials PowerPoint presentation on Primo Broodstock – Disease Resistance; High Performance. | | R | | | | |
| 20 | Transcript of Skype conferences between N. Gervais and R. Pearl from October 26, 2015 through August 2, 2016. | 10/26/2015-08/02/2016 | | | | | |
| 21 | E-mail chain among N. Gervais, M. Burg, and R. Pearl, dated December 30, 2016. | 12/30/2016 | | | | | |
| 22 | Invoice and request for payment from Lachlan Harris of Onelabt. | 08/08/2011 | | | | | |
| 23 | Carlos Massad Expert Report & Supplement | 06/18/2019 09/30/2019 | Daubert | | | | |
| 24 | E-mail from J. Beck to R. Pearl, dated May 2, 2015. | 05/02/2015 | | | | | |
| 25 | E-mail chain among J. Beck, R. Pearl, and K. Gervais, dated September 29 - October 1, 2015. | 09/29/2015-10/01/2015 | | | | | |
| 26 | E-mail chain among J. Beck, R. Pearl, and K. Gervais, dated October 2, 2015. | 10/02/2015 | | | | | |
| 27 | E-mail chain between J. Beck, R. Pearl, and R. Horsely, dated December 15, 2015. | 12/15/2015 | | | | | |
| 28 | E-mail chain among J. Beck, R. Pearl, and N. Gervais, dated December 24 - 28, 2015 | 12/24/2015-12/28/2015 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 29 | E-mail chain among J. Beck, R. Pearl, and H.van der Steen, dated January 12-13, 2016. | 01/11/2016-01/13/2016 | | | | | |
| 30 | E-mail between J. Beck, and R. Pearl, dated February 12, 2016. | 02/12/2016 | | | | | |
| 31 | E-mail chain among H.Tung, C.Browdy, N. Gervais, R. Pearl, and J. Beck, dated March 16-17, 2016. | 03/10/2016-03/17/2016 | | | | | |
| 32 | E-mail chain among J. Beck, R. Pearl, R. Aungst, K. Gervais, dated April 25-27, 2016. | 04/25/2016-04/27/2016 | | | | | |
| 33 | E-mail from R. Pearl to J. Beck concerning communication to Korea Breeders, dated May 4, 2016. | 05/04/2016 | | | | | |
| 34 | E-mail chain showing API sale of Primo Broodstock to third party, dated April 19-May 5, 2016. | 04/19/2016-05/05/2016 | | | | | |
| 35 | E-mail chain between R. Pearl and D.Griffith offering Primo Broodstoock for sale, dated May 12-13, 2016. | 05/12/2016-05/13/2016 | | | | | |
| 36 | J. Beck comment on E-mail chain between R. Pearl and D.Griffith offering Primo Broodstoock for sale, dated May 13, 2016. | 05/13/2016 | | | | | |
| 37 | J. Beck comment and E-mail chain between R. Pearl and D.Griffith concerning sale of Primo Broodstoock, dated May 13, 2016. | 05/13/2016 | | | | | |
| 38 | Mass marketing mail from R. Pearl and response from G.Illing, dated May 25-26, 2016. | 05/25/2016-05/26/2016 | | | | | |
| 39 | E-mail chain among C. Tuan, R. Pearl, J. Beck regarding broodstock importation, dated May 4-June 13, 2016. | 05/04/2016 - 06/13/2016 | | | | | |
| 40 | Email chain among J. Beck, R. Pearl, "John", C. Tuan regarding API's use | 08/09/2016 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | of Primo genetic breeder stock, dated August 9, 2016. | | | | | | |
| 41 | E-mail chain among J. Beck, R. Pearl, W.Douglas marketing API for sale, dated September 12, 2016 | 08/31/2016-09/13/2016 | | | | | |
| 42 | E-mail chain among J. Beck, R. Pearl, C. Tuan regarding sale of Primo broodstock and maintaining Primo genetics, dated September 22-October 10, 2016. | 09/22/2016-10/10/2016 | | | | | |
| 43 | E-mail chain among J. Beck, R. Pearl, C. Tuan regarding API being a Primo genetics broodstock provider and marketing it as such, dated October 11-12, 2016. | 10/11/2016-10/12/2016 | | | | | |
| 44 | E-mail chain among J. Beck, R. Pearl and third parties regarding API's stock being Primo broodstock, dated September 22-October 13, 2016. | 09/22/2016-10/13/2016 | | | | | |
| 45 | E-mail between J. Beck and R. Pearl concerning sale of SyAqua PLs if Primo injunction granted, dated February 17, 2017. | 02/17/2017 | | | | | |
| 46 | E-mail chain among J. Beck, R. Pearl, and C. Tuan regarding new customer and investment, dated February 18, 2017. | 02/18/2017 | | R | | | |
| 47 | E-mail chain among J. Beck, R. Pearl, M.Barlow regarding hatchery or maturation positions, dated February 20-21, 2017. | 02/20/2017-02/21/2017 | | | | | |
| 48 | E-mail from J. Beck to T.MacDonald of MacDonald & Partners regarding funding for AMI operations, dated March 6-7, 2017. | 03/06/2017-03/07/2017 | | R | | | |
| 49 | Health Certificate, Invoice($100/tail), Packing List for Export of Primo Breeders to a University in Turkey | 11/24/2015 | | | | | |
| 50 | Health Certificate and Air Waybill for Export of Primo Breeders to Belize | 09/08/2014 | | | | | |

| 51 | Email chain among J. Beck, R. Pearl, J. Wu regarding Dingda dissatisfaction with breeders, dated April 14, 2017. | 04/10/2017-04/14/2017 | | R | | | |
| 52 | E-mail chain among J. Beck, R. Pearl, and B.Aspheim regarding necessity of "best breeders and genetics" for success and defamation of Primo, dated April 20-21, 2017. | 04/18/2017-04/21/2017 | | | | | |
| 53 | Health Certificate and other Documents for Export of Primo Breeders to Haimao | 12/03/2015 | | | | | |
| 54 | E-mail chain among J. Beck, R. Pearl, and B.Aspheim regarding sales to Gamba Natural, Primo genetics, and bait/switch SyAqua, dated June 7, 2017. | 06/07/2017 | | | | | |
| 55 | Continuation of e-mail chain among J. Beck, R. Pearl, and B.Aspheim regarding sales to Gamba Natural, dated June 7, 2017. | 06/07/2017 | | R | | | |
| 56 | Continuation of e-mail chain among J. Beck, R. Pearl, and B.Aspheim regarding sales to Gamba Natural and competitive advantage gained from genetics of [Primo] shrimp, dated June 10, 2017. | 06/10/2017 | | | | | |
| 57 | E-mail from J. Beck to R. Pearl regarding incorrect accounting, dated June 17, 2017. | 06/17/2017 | | R | | | |
| 58 | E-mail among J. Beck, R. Pearl, T.Gitterle regarding SyAqua notice of termination, dated July 29-30, 2017. | 07/29/2017-07/30/2017 | | R | | | |
| 59 | Email between J. Beck and R. Pearl regarding Dingda Agreement, dated August 17, 2017. | 8/16/2017-8/17/2017 | | R | | | |
| 60 | E-mail chain between J. Beck and R. Pearl regarding AMI Production Sheet, dated August 18, 2017. | 08/18/2017 | | R | | | |

| 61 | E-mail chain between J. Beck and R. Pearl regarding intended orders, dated August 21-23, 2017. | 08/21/2017-08/23/2017 | | R | | |
| 62 | E-mail chain among J. Beck, R. Pearl, O.Hennig of Benchmark Breeding & Genetics regarding a potential deal, dated September 1-2, 2017. | 09/01/2017-09/02/2017 | | R | | |
| 63 | E-mails between J. Beck and R. Pearl regarding broodstock deals including Gamba and SyAqua, dated September 5, 2017. | 09/03/2017-09/05/2017 | | R | | |
| 64 | Continuation of e-mails between J. Beck and R. Pearl regarding broodstock deals including Gamba and SyAqua, dated September 5, 2017. | 09/03/2017-09/05/2017 | | R | | |
| 65 | E-mail chain among J. Beck, R. Pearl, R.Horsely regarding AMI status and new money raise, dated April 13, 2017. | 04/13/2017 | | R | | |
| 66 | E-mail chain among J. Beck, R. Pearl, L.Juarez regarding financial valuations of other breeding companies, dated October 19, 2017. | 10/19/2017 | | R | | |
| 67 | Continuation of e-mail chain among J. Beck, R. Pearl, L.Juarez regarding financial valuations of other breeding companies, dated October 19, 2017. | 10/19/2017 | | R | | |
| 68 | E-mail from J. Beck to R. Pearl concerning AMI's P&L for 2015-2019 (est.) and suggesting offer to sell AMI for $50M, dated October 19, 2017. | 10/19/2017 | | R | | |
| 69 | E-mails among J. Beck, R. Pearl, C. Tuan concerning "north big order," dated July 29, 2018. | 07/29/2018 | | R | | |
| 70 | E-mail from R. Pearl to J. Beck forwarding proposed response to T.Glitterle of SyAqua regarding | 07/29/2017 | | R | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | SyAqua demand for AMI to give up genetic program, dated July 29, 2017. | | | | | | |
| 71 | Brochure for Promoting and Marketing Primo Breeders | 2014-2015 | | | | | |
| 72 | Guidelines for Successful Nursery Systems by N. Gervais of Primo | 01/12/2013 | | | | | |
| 73 | Sales Agreement, Invoice, Packing List for Export of Primo Breeders to National Aquaculture Group, Kingdom of Saudi Arabia | 08/12/2014 | | | | | |
| 74 | Agreement: Primo Developing a genetic mass selection breeding Program  NaturalShrimp Corporation | 05/03/2012 | | | | | |
| 75 | API advertisement for "Sale of 'Primo' Line Broodstock," dated May 15, 2016. | 05/15/2016 | | | | | |
| 76 | Documents Showing API using "Primo" mark in 2019 in China-Part A | 2019 | | | | | |
| 77 | Documents Showing API using "Primo" mark in 2019 in China-Part B | 2019 | | | | | |
| 78 | API-North Group Genetics License & Broodstock Supply Agreement | 6/6-21/2021 | | | | | |
| 79 | E-mail chain dated July 13-23, 2015, and Declaration of Wenpeng Wang of Wudi Tenfly Agriculture Co., Ltd. with attachments. | 07/13/2015-07/23/2015  04/24/2019 | | | | | |
| 80 | Charles Tuan emails re Revenue from North Group ($2,100,000.00) | 1/23/2021 | | R | | | |
| 81 | J. Wu email to R. Pearl | 5/31/2021 | | R | | | |
| 82 | J. Wu email to R. Pearl on New Orders | 10/21/2020 | | R | | | |
| 83 | Tuan-Pearl Emails on NG Group Agreement ($10MM payment) | 5/13-29/2021 | | R | | | |
| 84 | Affidavit of Zhao Lei. Dingda promotional material. | 02/10/2017 | | H | | | |
| 85 | Sworn Affidavit of Helen Guan (translation and authentication) | 01/26/2017 | | H | | | |
| | Exhibit A: *Fish First* website article and related documents, dated January 18, 2017. | 01/18/2017 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Exhibit B, Sec. I: Transcription of video recording VID20161103_110232_1.mp4 ("110232 Huang Recording") | 11/03/2016 | | | | | |
| | Exhibit B, Sec. II: Transcription of video recording VID20161103_114014_1.mp4 ("114041 Huang Recording") | 11/03/2016 | | | | | |
| | Exhibit C: PC Broodstock website excerpt at www.m.primobroodstock.cn (original) | 01/21/2017 | | | | | |
| | Exhibit D: PC Broodstock website excerpt at www.m.primobroodstock.cn (translation) | 01/21/2017 | | | | | |
| 86 | Supplemental Sworn Affidavit of Helen Guan (translation and authentication) | 02/28/2017 | | H | | | |
| | Exhibit A: Article about API in "Agricultural Wealth" (original) | | | R | | | |
| | Exhibit B: Article about API in "Agricultural Wealth" (translation) | | | R | | | |
| | Exhibit C: MOV0000 - Video Recordings Regarding API and Primo Shrimp from Dingda's promotional event, dated February 10, 2017 (translation transcript) | 02/10/2017 | | | | | |
| | Exhibit D: MOV0001 - Video Recordings Regarding API and Primo Shrimp from Dingda's promotional event, dated February 10, 2017 (translation transcript) | 02/10/2017 | | | | | |
| | Exhibit E: MOV0002 - Video Recordings Regarding API and Primo Shrimp from Dingda's promotional event, dated February 10, 2017 (translation transcript) | 02/10/2017 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Exhibit F: MOV0003 - Video Recordings Regarding API and Primo Shrimp from Dingda's promotional event, dated February 10, 2017 (translation transcript) | 02/10/2017 | | | | | |
| | Exhibit G: MOV0004 - Video Recordings Regarding API and Primo Shrimp from Dingda's promotional event, dated February 10, 2017 (translation transcript) | 02/10/2017 | | | | | |
| | Exhibit H: MOV0005 - Video Recordings Regarding API and Primo Shrimp from Dingda's promotional event, dated February 10, 2017 (translation transcript) | 02/10/2017 | | | | | |
| | Exhibit I: MOV0006 - Video Recordings Regarding API and Primo Shrimp from Dingda's promotional event, dated February 10, 2017 (translation transcript) | 02/10/2017 | | | | | |
| | Exhibit J: MOV0007 - Video Recordings Regarding API and Primo Shrimp from Dingda's promotional event, dated February 10, 2017 (translation transcript) | 02/10/2017 | | | | | |
| 87 | Affidavit of Teng Zhou | 01/20/2017 | | H | | | |
| | Exhibit A: Photographs of boxes in PC Broodstock warehouse labeled "Primo shrimp" | 01/10/2017 | | | | | |
| | Exhibit B: PC Broodstock press release (original Chinese version of document translated by Ms. Guan) | 01/20/2017 | | | | | |
| 88 | Affidavit of Yijun Zhang | 01/22/2017 | | H | | | |
| | Exhibit A: Copy of brochure distributed at API promotional event held on November 3, 2016. | 11/03/2016 | | | | | |

| 89 | Granvil D. Treece(Expert) curriculum vitae and Report & Supplement | 05/29/2019 09/30/2019 | | | | |
|---|---|---|---|---|---|---|
| 90 | Primo Maturation Production Numbers | | | | | |
| 91 | Shrimp News International blog entitled "Texas-Primo Broodstock," dated October 26, 2014. | 10/26/2014 | | R | | |
| 92 | Sworn Affidavit of Kenneth B. Gervais, dated January 25, 2017. | 01/25/2017 | | H | | |
| 93 | Mutual Nondisclosure Agreement between Primo and AMI ("NDA") | 12/11/2014 | | | | |
| 94 | The "Grow Out" Agreement ("GOA") | 01/01/2015 | | | | |
| 95 | Original handwritten notes dated January 28, 2016 ("Term Sheet") | 01/28/2016 | | | | |
| 96 | Primo Feed & Treatment Table | | | | | |
| 97 | Primo Breeding Records Part A | 2011-2016 | | | | |
| 98 | Primo Breeding Records Part B | 2011-2016 | | | | |
| 99 | Primo Breeding Records Part C | 2011-2016 | | | | |
| 100 | Primo Breeding Records Part D | 2011-2016 | | | | |
| 101 | Cease & Desist letter from Primo to AMI, dated August 30, 2016. | 08/30/2016 | | | | |
| 102 | Hatchery Int'l Profile: Primo Broodstock, dated July 14, 2015. | 07/14/2015 | | R | | |
| 103 | E-mail from V. Peraza to K. Gervais forwarding R. Pearl's mass mailer referencing Primo and dated July 29, 2016. | 07/29/2016 | | | | |
| 104 | E-mail from R. Pearl to K. Gervais regarding API's Primo Broodstock Asset Purchase Offer, dated December 19, 2015. | 12/19/2015 | | | | |
| 105 | API's Asset Purchase Offer to Primo signed by R. Pearl, dated December 19, 2015. | 12/19/2015 | | | | |

11

| | | | | | | |
|---|---|---|---|---|---|---|
| 106 | Sworn Affidavit of Randall L. Aungst, dated January 26, 2017 | 01/26/2017 | | H | | |
| 107 | Supplemental Sworn Affidavit of Randall L. Aungst, dated February 28, 2017. | 02/28/2017 | | H | | |
| | Exhibit A: Curriculum Vitae supplement. | | | | | |
| | Exhibit B: E-mail chain among K. Gervais, N. Gervais, L.Harris of Onelabt SABallenita Ecuador with attached invoice, dated August 8-28, 2011. | 08/08/2011-08/28/2011 | | | | |
| 108 | Primo Spawning Reports | 2017 | | | | |
| 109 | E-mail from R. Pearl to K. Gervais, dated December 30, 2014. | 12/30/2014 | | | | |
| 110 | GOA with R. Pearl's comments | 12/30/2014 | | | | |
| 111 | E-mail from R. Pearl to N. Gervais regarding Primo asset purchase offer, dated December 19, 2015. | 12/19/2015 | | | | |
| 112 | Primo Mating Records | 2018 | | | | |
| 113 | E-mail from J. Beck to R. Pearl, dated May 6, 2015. | 05/06/2015 | | | | |
| 114 | E-mail chain between R. Pearl and K. Gervais dated May 2015. | 05/17/2015-05/27/2015 | | | | |
| 115 | E-mail from K. Gervais to R. Pearl, dated May 29, 2015. | 05/29/2015 | | | | |
| 116 | E-mail from K. Gervais to R. Pearl, dated May 30, 2015. | 05/29/2015-05/30/2015 | | | | |
| 117 | E-mail from K. Gervais to M. Mogollon and R. Pearl, dated June 3, 2015. | 06/03/2015 | | | | |
| 118 | E-mail chain between R. Pearl and K. Gervais dated June 12, 2015. | 06/12/2015 | | | | |
| 119 | Primo's Letter to R. Pearl, dated June 12, 2015. | 06/12/2015 | | | | |

| 120 | E-mail From K. Gervais to M.Mogollon, dated June 24, 2015. | 06/24/2015 | | | | | |
| 121 | E-mail From R. Pearl to Scott, dated June 24, 2015. | 06/24/2015 | | | | | |
| 122 | E-mail From K. Gervais to R. Pearl, dated June 25, 2015. | 06/25/2015 | | | | | |
| 123 | E-mail chain between K. Gervais and R. Pearl dated June 26, 2015. | 06/26/2015 | | | | | |
| 124 | E-mail chain between K. Gervais and R. Pearl dated June 30, 2015. | 06/30/2015 | | | | | |
| 125 | E-mail chain between R. Pearl and K. Gervais dated July 1, 2015. | 06/30/2015-07/01/2015 | | | | | |
| 126 | E-mail chain between R. Pearl and K. Gervais dated July 1, 2015. | 07/01/2015 | | | | | |
| 127 | E-mail from K. Gervais to R. Pearl and M.Mogollon, dated July 6, 2015. | 07/06/2015 | | | | | |
| 128 | E-mail chain between K. Gervais and R. Pearl dated July 9, 2015. | 07/09/2015 | | | | | |
| 129 | E-mail from K. Gervais to R. Pearl, dated July 7, 2015. | 07/07/2015 | | | | | |
| 130 | E-mail chain between R. Pearl and K. Gervais dated July 17, 2015. | 07/17/2015 | | | | | |
| 131 | E-mail from K. Gervais to R. Pearl and M.Mogollon, dated July 17, 2015. | 07/17/2015 | | | | | |
| 132 | E-mail from K. Gervais to R. Pearl, dated July 25, 2015. | 07/25/2015 | | | | | |
| 133 | E-mail from K. Gervais to R. Pearl, dated August 1, 2015. | 08/01/2015 | | | | | |
| 134 | E-mail chain between R. Pearl and K. Gervais dated August 5, 2015. | 08/05/2015 | | | | | |
| 135 | E-mail from K. Gervais to R. Pearl and M.Mogollon, dated August 11, 2015. | 08/11/2015 | | | | | |

| 136 | E-mail chain between R. Pearl and K. Gervais dated August 7-10, 2015. | 08/07/2015-08/11/2015 | | | | | |
| 137 | E-mail from K. Gervais to R. Pearl, dated August 15, 2015. | 08/15/2015 | | | | | |
| 138 | E-mail from K. Gervais to R. Pearl, dated August 17, 2015. | 08/17/2015 | | | | | |
| 139 | E-mail chain between K. Gervais and R. Pearl dated August 17, 2015. | 08/17/2015 | | | | | |
| 140 | E-mail chain between R. Pearl and K. Gervais dated August 16-17, 2015. | 08/16/2015-08/17/2015 | | | | | |
| 141 | E-mail from K. Gervais to R. Pearl, dated August 19, 2015. | 08/19/2015 | | | | | |
| 142 | E-mail from K. Gervais to R. Pearl, dated August 24, 2015. | 08/24/2015 | | | | | |
| 143 | E-mail chain between R. Pearl and K. Gervais dated August 25-27, 2015. | 08/25/2015-08/27/2015 | | | | | |
| 144 | E-mail from C.Elizalde to K. Gervais and R. Pearl, dated September 11, 2015. | 09/11/2015 | | | | | |
| 145 | E-mail chain between J. Beck and R. Pearl dated September 22-23, 2015. | 09/22/2015-09/23/2015 | | | | | |
| 146 | E-mail from C.Elizalde to R. Pearl, dated October 8, 2015. | 10/08/2015 | | | | | |
| 147 | E-mail from C.Elizalde to K. Gervais and R. Pearl, dated October 26, 2015. | 10/26/2015 | | | | | |
| 148 | Affidavit of Robin Pearl, dated February 7, 2017. | 02/07/2017 | H | | | | |
| 149 | Second Affidavit of Robin Pearl with Exhibits 1, dated February 21, 2017. | 02/21/2017 | H | | | | |
| 150 | AMI Interim Report for Board Approval, dated September 18, 2015. | 09/18/2015 | R | | | | |
| 151 | AMI Company Evaluation, dated April 25, 2015. | 04/25/2015 | R | | | | |

14

| 152 | E-mail from K. Gervais to R. Pearl, dated October 21, 2015. | 10/21/2015 | | | | |
|---|---|---|---|---|---|---|
| 153 | Proposed Addendum to Agreement (unsigned). | | | | | |
| 154 | Skype Conversation between N. Gervais and R. Pearl. | 10/26/2015-08/02/2016 | | | | |
| 155 | E-mail chain between R. Pearl and K. Gervais dated January 5, 2016. | 01/05/2016 | | | | |
| 156 | Letter from Roger Miller, III to AMI, dated January 8, 2016 . | 01/08/2016 | | | | |
| 157 | E-mail from Roger Miller to R. Pearl, dated January 8, 2016. | 01/08/2016 | | | | |
| 158 | E-mail chain between J. Beck and R. Pearl dated January 11-13, 2016. | 01/11/2016-01/13/2016 | | | | |
| 159 | E-mail chain between N. Gervais and R. Pearl dated January 12-13, 2016. | 01/12/2016-01/13/2016 | | | | |
| 160 | E-mail chain between J. Beck and R. Pearl dated January 11-13, 2016. | 01/11/2016-01/13/2016 | | | | |
| 161 | E-mail chain between Neil Gervais and R. Pearl dated January 15-20, 2016. | 01/15/2016-01/20/2016 | | | | |
| 162 | N. Gervais Letter to K. Gervais dated January 15, 2016. | 01/15/2016 | | | | |
| 163 | E-mail chain between K. Gervais and R. Pearl dated January 19, 2016. | 01/19/2016 | | | | |
| 164 | Federal Fish and Wildlife Permit. | 01/20/2016 | | | | |
| 165 | E-mail chain between N. Gervais and R. Pearl dated January 19-23, 2016. | 01/19/2016-01/23/2016 | | | | |
| 166 | E-mail from R. Pearl to Roger Miller, dated January 26,  2016. | 01/08/2016-01/26/2016 | | | | |
| 167 | E-mail chain between R. Pearl and J. Beck dated January 26, 2016. | 01/26/2016 | | | | |
| 168 | E-mail chain between R. Pearl and N. Gervais dated January 26-27, 2016. | 01/26/2016 | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 169 | E-mail chain between N. Gervais and R. Pearl dated January 26, 2016. | 01/26/2016 | | | | | |
| 170 | Primo Feed Records | 2016 | | | | | |
| 171 | E-mail from R. Pearl to N. Gervais, dated January 26, 2016. | 01/26/2016 | | | | | |
| 172 | Univ. of Arizona Report to Primo | 12/13/2018 | | | | | |
| 173 | E-mail chain between J. Beck and R. Pearl dated January 28-29, 2016. | 01/28/2016-01/29/2016 | | | | | |
| 174 | Proposed Mutual Release between AMI and Primo(AMI draft). | | | | | | |
| 175 | Proposed Supply and Storage Agreement(AMI draft). | | | | | | |
| 176 | E-mail chain between N. Gervais and R. Pearl dated February 17-23, 2016. | 02/17/2016-02/23/2016 | | | | | |
| 177 | E-mail Chain between R. Pearl and N. Gervais Dated February 11-29, 2016. | 02/11/2016-02/29/2016 | | | | | |
| 178 | Email from R. Pearl to N. Gervais re Primo Genetics inventory on AMI and F. Perez to test all tanks | 12/29/2015 | | | | | |
| 179 | MARKED CONFIDENTIAL - AMI Executive Update, dated February 2016. | 02/2016 | | R | | | |
| 180 | E-mail chain between R. Pearl and N. Gervais dated January 26-February 29, 2016. | 02/08/2016-02/29/2016 | | | | | |
| 181 | E-mail chain between N. Gervais and R. Pearl dated March 1, 2016. | 03/01/2016 | | | | | |
| 182 | Primo Broodstock Commercial Invoice, dated January 14, 2016. | 01/14/2016 | | | | | |
| 183 | E-mail chain between J. Beck and R. Pearl regarding first breeder order dated March 10-17, 2016. | 03/10/2016-03/17/2016 | | | | | |
| 184 | E-mail chain between N. Gervais, R. Pearl, and Hoang Tung regarding | 03/10/2016-03/16/2016 | | | | | |

16

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | breeder order dated March 10-16, 2016. | | | | | | |
| 185 | E-mail chain between J. Beck, R. Pearl, and Hoang Tung dated March 10-17, 2016. | 03/10/2016-03/17/2016 | | | | | |
| 186 | E-mail from N. Gervais to R. Pearl regarding Primo's buyer BIM dated March 18, 2016, with prior e-mails attached. | 06/04/2015-03/18/2016 | | | | | |
| 187 | Primo Broodstock Pro Forma Invoice to BIM dated July 21, 2015. | 07/21/2015 | | R | | | |
| 188 | Primo Broodstock Sales Agreement with BIM September 1, 2015. | 09/01/2015 | | R | | | |
| 189 | E-mail from N. Gervais to R. Pearl regarding Chinese buyer, dated March 18, 2016. | 12/29/2014-03/18/2016 | | | | | |
| 190 | Broodstock Sales Agreement (Chinese Translation). | 2015 | | | | | |
| 191 | E-mail from R. Pearl to N. Gervais, dated March 18, 2016. | 03/18/2016 | | | | | |
| 192 | E-mail from N. Gervais to R. Pearl regarding SIS, dated March 18, 2016. | 03/18/2016 | | | | | |
| 193 | SIS Non-Competition Agreement (undated/unsigned). | | | R | | | |
| 194 | E-mail chain between R. Pearl and N. Gervais dated March 18, 2016. | 03/18/2016 | | | | | |
| 195 | E-mail from Hoang Tung to R. Pearl, dated March 20, 2016. | 03/10/2016-03/20/2016 | | | | | |
| 196 | E-mail from N. Gervais to R. Pearl and Michael Burg, dated March 21, 2016. | 03/21/2016 | | | | | |
| 197 | E-mail chain between R. Pearl and Roger.Miller dated March 21, 2016. | 03/21/2016 | | | | | |
| 198 | Action by Unanimous Written Consent of Board of Directors of AMI. | 12/15/2015 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 199 | E-mail from R. Pearl to N. Gervais regarding inventory sheet, dated December 30, 2015. | 12/30/2015 | | | | | |
| 200 | E-mail chain between R. Pearl and N. Gervais dated December 28, 2015. | 12/28/2015 | | | | | |
| 201 | Confidential Business Offer, dated October 2017. | 10/2017 | | | | | |
| 202 | E-mail from R. Pearl to R.Horsley and J.Black regarding Board Update, dated March 31, 2016. | 03/31/2016 | | | | | |
| 203 | E-mail from R. Pearl to N. Gervais, dated April 4, 2016. | 04/04/2016 | | | | | |
| 204 | Broodstock Contract Draft. | | | | | | |
| 205 | E-mail chain between R. Pearl and N. Gervais dated April 11-12, 2016. | 04/11/2016-04/12/2016 | | | | | |
| 206 | Letter to R. Pearl/API from Aquaculture Pathology Lab, dated April 12, 2016. | 04/12/2016 | | R | | | |
| 207 | E-mail chain between J. Beck and R. Pearl dated April 5-18, 2016. | 04/05/2016-04/18/2016 | | | | | |
| 208 | E-mail chain between R. Pearl and BIM dated March 21, 2016 and April 18-19, 2016. | 03/21/2016-04/19/2016 | | R | | | |
| 209 | E-mail chain between R. Pearl and R. Aungst dated April 25-26, 2016. | 04/25/2016-04/26/2016 | | | | | |
| 210 | E-mail chain between N. Gervais and R. Pearl dated April 22-25, 2016. | 04/22/3016-04/25/2016 | | | | | |
| 211 | E-mail chain between R. Pearl and Hoang Tung dated April 18-25, 2016. | 04/18/2016-04/25/2016 | | | | | |
| 212 | E-mail from Katharine Starzel to R. Pearl, dated April 25, 2016. | 04/25/2016 | | | | | |
| 213 | Letter to USDA APHIS Veterinary Services, dated April 25, 2016. | 04/25/2016 | | | | | |

| 214 | E-mail from R. Pearl to S. Horton, dated April 27, 2016. | 04/27/2016 | | | | |
|---|---|---|---|---|---|---|
| 215 | Primo Breeder Shrimp Liquidation Announcement dated May 1, 2016. | 05/01/2016 | | | | |
| 216 | E-mail chain between J. Beck and R. Pearl dated April 25-27, 2016. | 04/25/2016-04/27/2016 | | | | |
| 217 | E-mail from K.Starzel to R. Pearl, dated April 27, 2016. | 04/27/2016 | | | | |
| 218 | Voluntary Aquaculture Facility Registration, dated April 27, 2016. | 04/27/2016 | | | | |
| 219 | American Penaeid (API) High Vigor Breeder Shrimp Confidential Report. | 05/2016 | | | | |
| 220 | USDA Letter to R. Pearl, dated May 6, 2016. | 05/06/2016 | | | | |
| 221 | E-mail chain between R. Pearl and David.Griffith dated May 12-21, 2016. | 05/12/2016-05/21/2016 | | | | |
| 222 | E-mail chain between R. Pearl and Patrick Wood dated May 25, 2016. | 05/25/2016 | | | | |
| 223 | Sale of Primo Line Broodstock, dated May 15, 2016. | 05/15/2016 | | | | |
| 224 | E-mail from R. Pearl to N. Gervais regarding genetic inventory, dated May 19, 2016. | 05/19/2016 | | | | |
| 225 | API Genetic Inventory Excel Spreadsheet. | | | | | |
| 226 | E-mail chain between R. Pearl and Glen Illing dated May 25-26, 2016. | 05/25/2016-05/26/2016 | | | | |
| 227 | E-mail from R. Pearl to R. Aungst, dated May 18, 2016. | 05/18/2016 | | | | |
| 228 | Letter to R. Pearl from Looney & Conrad, PC, dated August 30, 2016. | 08/30/2016 | | | | |
| 229 | AMI Balance Sheet as of December 31, 2017. | 12/31/2017 | | R | | |

| 230 | AMI Balance Sheet as of December 31, 2018. | 12/31/2018 | | R | | | |
| 231 | AMI Balance Sheet as of June 30, 2019. | 06/30/2019 | | R | | | |
| 232 | AMI P&L for 2016. | 01/2016-12/2016 | | R | | | |
| 233 | AMI P&L for 2017. | 01/2017-12/2017 | | R | | | |
| 234 | AMI P&L for 2018. | 01/2018-12/2018 | | R | | | |
| 235 | AMI P&L for January-June 2019. | 01/2019-06/2019 | | R | | | |
| 236 | API P&L for 2016. | 01/2016-12/2016 | | R | | | |
| 237 | API P&L for 2017. | 01/2017-12/2017 | | R | | | |
| 238 | API P&L for 2018. | 01/2018-12/2018 | | R | | | |
| 239 | API P&L for January-June 2019. | 01/2019-06/2019 | | R | | | |
| 240 | API Commercial Invoice dated November 6, 2017. | 11/06/2017 | | R | | | |
| 241 | API Commercial Invoice dated November 6, 2017. | 11/06/2017 | | R | | | |
| 242 | API Commercial Invoice dated May 21, 2018. | 05/21/2018 | | R | | | |
| 243 | API Commercial Invoice dated March 22, 2018. | 03/22/2018 | | R | | | |
| 244 | API's Official Agent Announcement for Jinyuan Wu, dated June 9, 2016. | 06/09/2016 | | | | | |
| 245 | E-mail between R. Pearl and J. Wu discussing API's Official Agent Announcement for Jinyuan Wu, dated June 12, 2016. | 06/12/2016 | | | | | |
| 246 | 2015-2016 China broodstock import details. | 2015-2016 | | | | | |
| 247 | E-mail between R. Pearl and J. Wu discussing redirecting Primo business to AMI, dated June 14, 2016. | 06/09/2016-06/14/2016 | | | | | |

| 248 | E-mail chain between C. Tuan and R. Pearl with travel details, dated June 18, 2016. | 06/18/2016 | | | | | |
|---|---|---|---|---|---|---|---|
| 249 | E-mail chain among R. Pearl to J. Wu and C. Tuan AMI/API animals having exact same genetics as Primo animals, dated July 19, 2016. | 06/27/2016-07/19/2016 | | | | | |
| 250 | E-mail chain among R. Pearl to J. Wu and C. Tuan concerning China breeder sales, dated July 9-21, 2016. | 06/27/2016-07/21/2016 | | | | | |
| 251 | E-mail from N. Gervais to R. Pearl and Franklin Perez sending Founding Population for Elite Shrimp Genetics data, dated July 22, 2016. | 07/22/2016 | | | | | |
| 252 | E-mail chain between R. Pearl and J. Beck concerning proposed communication to SIS, dated July 28, 2016. | 07/28/2016 | | R | | | |
| 253 | E-mail chain among J. Wu, R. Pearl, C. Tuan Primo and API shrimp being the same, dated July 30, 2016. | 07/28/2016-07/30/2016 | | | | | |
| 254 | E-mail chain among J. Wu, R. Pearl, C. Tuan concerning Primo versus API, dated August 9, 2016. | 08/09/2016 | | | | | |
| 255 | E-mail chain among J. Wu, R. Pearl, C. Tuan concerning use of Primo genetic breeder stock and API broodstock China production record, dated August 9-20, 2016. | 08/09/2016-08/20/2016 | | | | | |
| 256 | E-mail chain among J. Wu, R. Pearl, C. Tuan concerning broodstock inquiries to be directed to N. Gervais, dated August 24, 2016. | 08/24/2016 | | | | | |
| 257 | E-mail chain among J. Wu, R. Pearl, C. Tuan concerning shrimp performance and Shrimp List Post, dated August 2, 2016. | 08/01/2016-08/02/2016 | | | | | |
| 258 | E-mail chain among J. Wu, R. Pearl, C. Tuan conveying N. Gervais answers to J. Wu inquiries on | 08/24/2016-08/25/2016 | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | broodstock, dated August 24-25, 2016. | | | | | |
| 259 | Continuation of e-mail chain among J. Wu, R. Pearl, C. Tuan concerning broodstock sales to Xiamen Xinrongteng Bio&Tech Co, Ltd., dated August 24-30, 2016. | 08/24/2016-08/30/2016 | | R | | |
| 260 | E-mail chain among R. Pearl, J. Beck, W.Douglas concerning API meeting with Berezan Shrimp Co., dated August 3-31, 2016. | 08/03/2016-08/31/2016 | | R | | |
| 261 | E-mail chain among R. Pearl, M. Nadjib of Invendo Akuakultur, N. Gervais, R. Pearl regarding collaboration, dated June 4, 2016-September 7, 2016. | 09/07/2016 | | R | | |
| 262 | E-mail chain between R. Pearl and N. Gervais regarding Primo's lawsuit against API, dated December 30, 2016. | 12/30/2016 | | | | |
| 263 | E-mail chain among R. Pearl, C. Tuan, J. Wu concerning sale by J. Wu and pending commission for same, dated October 17, 2016-June 15, 2017. | 10/17/2016-06/15/2017 | | R | | |
| 264 | API Certification regarding Primo shrimp, dated December 1, 2016. | 12/01/2016 | | | | |
| 265 | E-mail chain between R. Pearl and R.Pimentel regarding Breeder Contract for Brazil, dated June 25, 2017. (partially in Spanish). | 07/17/2017-07/25/2017 | | R | | |
| 266 | Broodstock Contract for sale to Brazil company, dated July 25, 2017. | 08/20/2017 | | R | | |
| 267 | E-mail from J. Beck to R. Pearl regarding "most critical spreadsheet in our business" having gone missing, dated August 18, 2017. | 08/18/2017 | | R | | |
| 268 | Draft Sanitary Audit of AMI Hatchery in Miami, USA, dated November 2017. | 11/2017 | | R | | |

| 269 | API Expression of Interest for the Supply of SPF Broodstock of White Leg Shrimp, Penaeus vannamei To India, dated March 30, 2018. | 03/30/2018 | | R | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 270 | API Budget for 2016. | 2016 | | R | | | |
| 271 | E-mail between R. Pearl and J. Beck regarding/and API & Dingda Exclusive APU Hatchery and Broodstock Agreement (unsigned), dated August 14-16, 2017. | 08/16/2017 | | | | | |
| 272 | E-mail from J. Beck to R. Pearl with API P&L for 2015-est. 2019, dated October 19, 2017. | 10/19/2017 | | R | | | |
| 273 | E-mail from R. Pearl to J. Beck with Confidential Business Offer attached for comment, dated October 23, 2017. | 10/23/2017 | | | | | |
| 274 | E-mail from J. Beck to R. Pearl regarding API P&L for 2015-est. 2019, dated October 19, 2017. | 10/19/2017 | | R | | | |
| 275 | Email from R.Pearl to R.Horsley and J.Beck regarding AMI status, dated April 13, 2017. | 04/13/2017 | | R | | | |
| 276 | Email from K. Gervais to R. Pearl regarding Nauplii shipping records, dated October 27, 2015. | 10/27/2015 | | | | | |
| 277 | Nauplii shipping records, dated October 27, 2015. | 10/27/2015 | | | | | |
| 278 | AMI Board meeting-minutes | 12/29/2014 | | | | | |
| 279 | Email from K. Gervais to R. Pearl about sending Nauplii, dated August 27, 2015. | 08/27/2015 | | | | | |
| 280 | Email from K. Gervais to R. Pearl about seeding breeders and statement of balance, dated December 21, 2015. | 12/21/2015 | | | | | |
| 281 | Email between K. Gervais and R. Pearl concerning balance and | 12/30/2015 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | breeders, dated December 21-30, 2015. | | | | | | |
| 282 | Email from K. Gervais to R. Pearl to confirm the payment schedule, dated October 26,2015. | 10/26/2015 | | | | | |
| 283 | Email between K. Gervais and R. Pearl about the payment,dated January 5, 2016. | 01/05/2016 | | | | | |
| 284 | Email from R. Pearl to Roger Miller confirmed Primo's payment, dated March 18,2016. | 03/18/2016 | | | | | |
| 285 | Email from R. Pearl to K. Gervais regarding advance payment, dated January 20, 2016. | 01/20/2016 | | | | | |
| 286 | Email between Roger.Miller and R. Pearl regarding agreement, dated January 29, 2016. | 01/29/2016 | | | | | |
| 287 | Email from Roger.Miller to R. Pearl regarding draft addendum,dated February 9, 2016. | 02/09/2016 | | | | | |
| 288 | Email from R. Pearl to Roger.Miller regarding addendum, dated February 16, 2016. | 02/16/2016 | | | | | |
| 289 | Email from R. Pearl to Roger.Miller regarding handwritten term sheet, dated February 22, 2016. | 02/22/2016 | | | | | |
| 290 | Email from R. Pearl to Roger Miller regarding formalize agreement, dated March 9, 2016. | 03/09/2016 | | | | | |
| 291 | Email from R. Pearl to Randall Aungst regarding formalize agreement, dated March 18, 2016. | 03/18/2016 | | | | | |
| 292 | API appliaction for export license of live shrimp,dated January 1, 2016. | 01/01/2016 | | | | | |
| 293 | Email from R. Pearl to N. Gervais regarding MOU, dated December 24, 2015. | 12/24/2015 | | | | | |
| 294 | API draft MOU | 12/24/2015 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 295 | API draft Worksheet | 12/24/2015 | | | | | |
| 296 | Email between R. Pearl and N. Gervais regarding MOU, dated December 24-28, 2015. | 12/28/2015 | | | | | |
| 297 | Inventory sheet that R. Pearl sent to N. Gervais, dated December 30, 2015. | 12/30/2015 | | | | | |
| 298 | Email between R. Pearl and N. Gervais regarding Primo, dated December 30, 2015. | 12/30/2015 | | | | | |
| 299 | Email between R. Pearl and N. Gervais regarding set up API,dated December 14, 2015. | 12/14/2015 | | | | | |
| 300 | AMI company shareholder update,dated August 7, 2017. | 08/07/2017 | | R | | | |
| 301 | Email between R.Pearl and GAMBA regarding signed agreement, dated July, 19, 2017. | 07/19/2017 | | R | | | |
| 302 | Email between R.Pearl and John Wu about Dingda shipment, dated July 28, 2017. | 07/28/2017 | | R | | | |
| 303 | Affidavit of Neil Gervais, dated December 31, 2016. | 12/31/2016 | | H | | | |
| 304 | Expert Report of Feng Xiao, dated May 7, 2019. | 05/07/2019 | | Daubert | | | |
| 305 | Expert Report of Dr. Lian Gan, dated June 18, 2019. | 06/18/2019 | | Daubert | | | |
| 306 | Email between N. Gervais, R. Pearl, and W. Douglas regarding export PL to Canada,dated January 21, 2016. | 01/21/2016 | | R | | | |
| 307 | Email from W. Douglas to R. Pearl regarding export documents, dated January 21, 2016. | 01/21/2016 | | R | | | |

| 308 | Email from R. Pearl to W. Douglas regarding export documents, dated January 21, 2016. | 01/21/2016 | | R | | | |
| 309 | Email from N. Gervais to R. Pearl regarding optimum program, dated January 21, 2016. | 01/21/2016 | | R | | | |
| 310 | Email from N. Gervais to R. Pearl regarding Chinese breeder contract,dated January 23, 2016. | 01/23/2016 | | R | | | |
| 311 | Email from R. Pearl to W.Douglas regarding API export permit, dated January 26, 2016. | 01/26/2016 | | | | | |
| 312 | Email between R. Pearl and R.Miller confirmed workman's comp, dated February 4, 2016. | 02/04/2016 | | | | | |
| 313 | Email from W. Douglas to R. Pearl regarding permit to import PL for API, dated February 11, 2016. | 02/11/2016 | | R | | | |
| 314 | Email between Katharine Starzel and R. Pearl regarding inspection facility, dated January 8-February 16, 2016. | 01/08/2016-02/16/2016 | | R | | | |
| 315 | Email between R. Pearl and N. Gervais regarding Ralco, dated February 16, 2016. | 02/16/2016 | | R | | | |
| 316 | Email between R. Pearl, N. Gervais, and W.Douglas regarding PL sale, dated February 16, 2016. | 02/16/2016 | | | | | |
| 317 | Email between R. Pearl and N. Gervais regarding API progress, dated February 16, 2016. | 02/16/2016 | | | | | |
| 318 | Email from R. Pearl to Katharin Starzel regarding registration for export PL, dated February 17, 2016. | 02/17/2016 | | | | | |
| 319 | Email between R. Pearl, N. Gervais, and M.Ziebell regarding PL supply from API ,dated February 17, 2016. | 02/17/2016 | | | | | |

26

| 320 | Email between N. Gervais and R. Pearl regarding a statement of Primo, dated February 17, 2016. | 02/17/2016 | | | | | |
|---|---|---|---|---|---|---|---|
| 321 | Email from R. Pearl to N. Gervais and M. Burg regarding statement of Primo, dated February 18, 2016. | 02/18/2016 | | | | | |
| 322 | Email from R. Miller to R. Pearl regarding executed stipulation to dismissal, dated February 24, 2016. | 02/24/2016 | | | | | |
| 323 | Email from R. Pearl and R. Miller regarding formal agreement, dated February 24, 2016. | 02/24/2016 | | | | | |
| 324 | Email from R. Pearl to N. Gervais regarding Berezan MOU draft, dated February 24, 2016. | 02/24/2016 | | R | | | |
| 325 | Email from R. Pearl to M.Ziebell regarding Ralco NDA, dated February 24, 2016. | 02/24/2016 | | R | | | |
| 326 | Email from R. Pearl to M.Burg regarding Primo proposed settlement agreement, dated February 26, 2016. | 02/26/2016 | | | | | |
| 327 | Email from R. Pearl to M.Burg regarding Primo summons related documents, dated February 29, 2016. | 02/29/2016 | | | | | |
| 328 | Email between R. Pearl and R.Miller regarding Primo summons, dated January 27, 2016. | 01/27/2016 | | | | | |
| 329 | Email between R. Pearl and N. Gervais regarding Berezan's MOU, dated March 4, 2016. | 03/04/2016 | | R | | | |
| 330 | Email from R. Pearl to N. Gervais regarding comments on Berezan MOU, dated March 4, 2016. | 03/04/2016 | | R | | | |
| 331 | Email between R. Pearl, W.Douglas, Tim Heyes, and N. Gervais regarding Berezan MOU, dated March 4, 2016. | 03/04/2016 | | R | | | |

| 332 | Email from N. Gervais to R. Pearl about RAS system Aqua visit, dated March 8, 2016. | 03/08/2016 | | R | | | |
| 333 | Email between R. Pearl and N. Gervais regarding Berezan MOU, dated March 21, 2016. | 03/21/2016 | | R | | | |
| 334 | Email from R. Pearl to N. Gervais about Primo, dated March 22, 2016. | 03/22/2016 | | | | | |
| 335 | Email from N. Gervais to R. Pearl regarding South China news Primo(Chinese), dated March 21, 2016. | 03/21/2016 | | | | | |
| 336 | Email from N. Gervais to R. Pearl regarding Primo news in China(Chinese), dated March 21, 2016. | 03/21/2016 | | | | | |
| 337 | Email between R. Pearl and N. Gervais regarding Berezan MOU, dated March 21, 2016. | 03/21/2016 | | R | | | |
| 338 | Email between W. Douglas, R. Pearl, and N. Gervais regarding API Berezan MOU, dated March 22, 2016. | 03/22/2016 | | R | | | |
| 339 | Email between R. Pearl and N. Gervais regarding API Berezan MOU, dated March 22, 2016. | 03/22/2016 | | R | | | |
| 340 | Email between R.Miller and R. Pearl regarding shipment, dated March 21, 2016. | 03/21/2016 | | | | | |
| 341 | Email between R. Pearl and M.Burg regarding settlement of N. Gervais and Primo, dated April 18, 2016. | 04/18/2016 | | | | | |
| 342 | Email from R. Pearl to Dr.Hoang Tung regarding breeder contract, dated April 21, 2016. | 04/21/2016 | | | | | |
| 343 | Email between R. Pearl and Dr.Hoang Tung regarding API breeder, dated April 22, 2016. | 04/22/2016 | | | | | |

| 344 | Email from R. Aungst to R. Pearl regarding proposal for release letter, dated April 25, 2016. | 04/25/2016 | | | | | |
| 345 | Email between S. Horton and R. Pearl regarding sale Primo breeder, dated April 19, 2016. | 04/19/2016 | | | | | |
| 346 | Email between R. Pearl and R. Aungst regarding remove animals, dated April 19, 2016. | 04/19/2016 | | | | | |
| 347 | Email from Katharine to R. Pearl regarding pre-approval, dated April 26, 2016. | 04/26/2016 | | | | | |
| 348 | Email from Katharine Starzel to R. Pearl regarding export registration,dated April 26, 2016. | 04/26/2016 | | | | | |
| 349 | Email between R. Pearl and Dr.Hoang Tung regarding breeder contract,dated April 25, 2016. | 04/25/2016 | | | | | |
| 350 | Email from Dr. Hoang Tung to R. Pearl regarding signed breeder contract, dated April 26, 2016. | 04/26/2016 | | | | | |
| 351 | Email from R. Pearl to J. Beck regarding how to reply R. Aungst, dated April 25, 2016. | 04/25/2016 | | | | | |
| 352 | Email between R. Pearl and R. Aungst regarding remove breeders, dated April 26, 2016. | 04/26/2016 | | | | | |
| 353 | API inspection invoice,dated April 26, 2016. | 04/26/2016 | | R | | | |
| 354 | Email between Katharine Starzel and R. Pearl regarding registration report, dated April 27, 2016. | 04/27/2016 | | R | | | |
| 355 | Email between R. Pearl and M. Barlow regarding upcoming breeder shipment for Vietnam, dated April 27, 2016. | 04/27/2016 | | R | | | |

| 356 | Email between R. Pearl and M. Barlow about set up email ,dated April 28, 2016. | 04/28/2016 | | | | | |
| 357 | Email from S. Horton to R. Pearl about Shrimp News, dated April 27, 2016. | 04/27/2016 | | | | | |
| 358 | Email between R. Pearl and Hoang Tung about signed breeder contract,dated April 26, 2016. | 04/26/2016 | | R | | | |
| 359 | Email between R. Pearl and BIM about Primo breeder purchase, dated April 28, 2016. | 04/28/2016 | | R | | | |
| 360 | Email between R. Pearl and Hoang Tung about breeder sale deposit, dated April 28, 2016. | 04/28/2016 | | | | | |
| 361 | Email between R. Pearl and Hoang Tung about application for trial permission, dated April 30, 2016. | 04/30/2016 | | | | | |
| 362 | AMI growout report, dated August 15, 2018. | 08/15/2018 | | | | | |
| 363 | Email from R. Pearl to J. Beck regarding financial valuation, dated October 19, 2017. | 10/19/2017 | | R | | | |
| 364 | Email between R. Pearl, F. Perez, and Lorenzo Juarez about India permit help for API, dated November 16, 2017. | 11/16/2017 | | R | | | |
| 365 | Email between R. Pearl, F. Perez, and Lorenzo Juarez about India permit help for API-Presentation, dated November 16, 2017. | 11/16/2017 | | R | | | |
| 366 | Email from R. Pearl to BIM about breeder contract, dated May 2, 2016. | 05/02/2016 | | R | | | |
| 367 | Email between R. Pearl, Hoang Tung and N. Gervais trial permission, dated May 2, 2016. | 05/02/206 | | | | | |

| 368 | Email between R. Pearl and K. Hegerle regarding broodstock sales, dated May 31, 2016. | 05/31/2016 | | R | | | |
| 369 | Email between R. Pearl and K. Hegerle regarding broodstock sales, dated June 7, 2016. | 06/07/2016 | | R | | | |
| 370 | Email between Carlos. Giron and R. Pearl about buying Primo breeder line,dated July 26, 2017. | 07/26/2017 | | | | | |
| 371 | Email between Franklin Perez and R. Pearl about Elite agreement, dated August 26, 2016. | 08/26/2016 | | | | | |
| 372 | Email from R. Pearl to N. Gervais and F. Perez about Onelab offer worksheet, dated August 25, 2016. | 08/25/2016 | | | | | |
| 373 | AMI board update, dated May 11, 2016. | 05/11/2016 | | R | | | |
| 374 | AMI operations update, dated June 8, 2016. | 06/08/2016 | | R | | | |
| 375 | Email from R. Pearl to N. Gervais regarding API genetic inventory, dated June 20, 2016. | 06/20/2016 | | | | | |
| 376 | API genetic inventory | | | | | | |
| 377 | Email from John Wu to R. Pearl regarding China buyer list, dated June 14, 2016. | 06/14/2016 | | | | | |
| 378 | China buyer list-2015-2016 China broodstock import details | | | H | | | |
| 379 | Email from Katharine Starzel to R. Pearl regarding export to China health certificate, dated June 17, 2016. | 06/17/2016 | | | | | |
| 380 | Email from N. Gervais to R. Pearl regarding broodstock selection 30-90, dated July 22, 2016. | 07/22/2016 | | | | | |
| 381 | Broodstock Selection 30-90 | | | | | | |

| 382 | Email between R. Pearl, N. Gervais, and Franklin Perez regarding ESG MOU, dated July 22, 2016. | 07/22/2016 | | | | | |
| 383 | Email from R. Pearl to N. Gervais regarding Shrimp Listers, dated July 29, 2016. | 07/29/2016 | | | | | |
| 384 | Email between R. Pearl and N. Gervais regarding Shrimp Listers, dated July 31, 2016. | 07/31/2016 | | | | | |
| 385 | Email between R. Pearl, Franklin Perez, and Lachlan Harris regarding presentation, dated August 31, 2016. | 08/31/2016 | | | | | |
| 386 | Email between R. Pearl and B.Aspheim regarding GAMBA, dated May 23, 2017. | 05/23/2017 | R | | | | |
| 387 | Email from R. Pearl to L.Juarez regarding Primo reports, dated November 15, 2017. | 11/15/2017 | | | | | |
| 388 | Email from R. Pearl to L.Juarez regarding API founding stocks history, dated November 18, 2017. | 11/18/2017 | | | | | |
| 389 | Email from R. Pearl to John Wu regarding API breeder sales presentation, dated February 8, 2017. | 02/08/2017 | | | | | |
| 390 | SPF L. vannamei broodstock Report by www.skretting.com | 2020 | H | | | | |
| 391 | AMI Consolidated P&L 2016-2019 | 2016-2019 | R | | | | |
| 392 | AMI Consolidated Balance Sheet-2016-2019 | 2016-2019 | R | | | | |
| 393 | How Genetics Saved Our Shrimp Farm---API PPT in Chennai, India on Jan. 24,2019 | 1/24/2019 | R | | | | |
| 394 | Dr. Gan Survey with English Translation | | Daubert, late | | | | |
| 395 | AMI board meeting minutes & resolutions | 2013-2015 | R | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 396 | Supplemental Expert Report of Dr. Lian Gan | 10/20/2021 | | Daubert, late | | | |
| 397 | Three options to take Primo genetics to start API prepared by Pearl | 12/18/2015 | | | | | |
| 398 | Invoices of Nguyen & Chen, L.L.P., Pavese Law Firm and others concerning reasonable and necessary attorney's fees incurred by Primo for the prosecution and defense of this claim. Invoices are being withheld at this time under attorney-client privilege. They will be provided in connection with the post-trial motion and hearing to be scheduled after trial. | | | | | | |
| 399 | Video recording VID20161103_110232_1.mp4 ("110232 Huang Recording" | | | | | | |
| 400 | Video recording VID20161103_114014_1.mp4 ("114041 Huang Recording") | | | | | | |
| 401 | MOV0000 - Video Recordings Regarding API and Primo Shrimp from Dingda's promotional event, dated February 10, 2017 | | | | | | |
| 402 | MOV0001 - Video Recordings Regarding API and Primo Shrimp from Dingda's promotional event, dated February 10, 2017 | | | | | | |
| 403 | MOV0002 - Video Recordings Regarding API and Primo Shrimp from Dingda's promotional event, dated February 10, 2017 | | | | | | |
| 404 | MOV0003 - Video Recordings Regarding API and Primo Shrimp from Dingda's promotional event, dated February 10, 2017 ( | | | | | | |
| 405 | MOV0004 - Video Recordings Regarding API and Primo Shrimp from Dingda's promotional event, dated February 10, 2017 | | | | | | |
| 406 | MOV0005 - Video Recordings Regarding API and Primo Shrimp from Dingda's promotional event, dated February 10, 2017 | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 407 | MOV0006 - Video Recordings Regarding API and Primo Shrimp from Dingda's promotional event, dated February 10, 2017 | | | | | |
| 408 | MOV0007 - Video Recordings Regarding API and Primo Shrimp from Dingda's promotional event, dated February 10, 2017 | | | | | |
| 409 | Jakubowski Affidavit sworn to January 22, 2017 with attached exhibits | | | | | |
| | Ex. A Video recording VID20161103_112156_1.mp4 ("112156) Pearl Recording" (English transcript) | | | | | |
| | Ex. A Video recording VID20161103_112156_2.mp4 ("112156) Pearl Recording" (English transcript) | | | | | |
| | Ex. A Video recording VID20161103_112156_3.mp4 ("112156) Pearl Recording" (English transcript) | | | | | |
| 410 | Video recording VID20161103_112156_1.mp4 - _3.mp4 ("112156) Pearl Recording" (Chinese transcript) | | | | | |
| 411 | Video recording VID20161103_112156_1.mp4 ("112156) | | | | | |
| 412 | Video recording VID20161103_112156_2.mp4 ("112156) | | | | | |
| 413 | Video recording VID20161103_112156_3.mp4 ("112156) Pearl Recording" | | | | | |
| 414 | AMI Consolidated P&L (August 2018-July 2019) | 08/2018-07/2019 | | R | | |
| 415 | AMI Consolidated P&L (August 2019-July 2020) | 08/2019-07/2020 | | R | | |
| 416 | AMI Consolidated P&L (August 2020-July 2021) | 08/2020-07/2021 | | R | | |
| 417 | AMI Consolidated Balance Sheet as of July 31, 2020 | 07/31/2020 | | R | | |