UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PB LEGACY, INC and TB FOODS USA,
LLC, a Texas Corporation

       Plaintiffs,

v.                                Case No.:   2:17-cv-9-JES-NPM

AMERICAN MARICULTURE, INC.,
AMERICAN PENAEID, INC. and ROBIN
PEARL,

       Defendants/Third Party
       Plaintiff

KENNETH GERVAIS and RANDALL
AUNGST,

       Third Party Defendants.

| JUDGE: | John E. Steele | COUNSEL FOR PLAINTIFF | Brian M. Gargano, Theodore Geiger, Chene' Marie Thompson |
|---|---|---|---|
| DEPUTY CLERK: | Allison Holland and Juan Garcia Gonzalez | COUNSEL FOR DEFENDANT: | Bryan Morera, Melville G. Brinson, III, and Patrick J. O'Connor |
| COURT REPORTER | Stacey Raikes | DATE/TIME | November 2, 2021 @ 9:00AM |

## Jury Trial – Day 2

8:51AM     Court convenes for day 2 of jury trial.

    8:58am Jurors escorted into courtroom.

    Plaintiff Expert Witness, Neil Gervais, on stand to continue testimony.
    Direct (cont.): 9:00am – 10:26am

10:26am MORNING BREAK.  Jurors escorted out of courtroom.

10:44am Court back in session.

    10:46am Jurors escorted back into courtroom.

    Plaintiff Expert Witness, Neil Gervais, on stand to continue testimony.
    Direct (cont.): 10:26am – 12:22pm
    Plaintiff exhibits presented to witness for identification; exhibits previously admitted.

    12:22pm Jurors excused for lunch.

12:23pm LUNCH BREAK.

1:31pm Court back in session.

    1:31pm Jury escorted back into courtroom.

    Plaintiff Expert Witness, Neil Gervais, on stand to continue testimony.
    Direct (cont.): 1:35pm – 3:18pm
    Plaintiff exhibits presented to witness for identification; exhibits previously admitted.

    3:18pm BREAK TAKEN.

    3:38pm Jurors escorted back into courtroom.

    Attorney Gargano passes the witness.

    Plaintiff Expert Witness, Neil Gervais, on stand for cross examination.
    Cross: 3:38pm – 4:30pm
    Document shown to witness for reference during testimony.

    4:30pm BREAK TAKEN

    4:40pm Jurors escorted back into courtroom.

    Plaintiff Expert Witness, Neil Gervais, continues cross examination.
    Cross: 4:41pm – 5:00pm

    Jury excused at 5:04pm.
    Witness excused at 5:05pm

    Resume testimony of Mr. Gervais day 3. All parties to be back at 9:00am.

End: 5:05pm