UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PB LEGACY, INC and TB FOODS USA,
LLC, a Texas Corporation

    Plaintiffs,

v.                                      Case No.:   2:17-cv-9-JES-NPM

AMERICAN MARICULTURE, INC.,
AMERICAN PENAEID, INC. and ROBIN
PEARL,

    Defendants/Third Party
    Plaintiff

KENNETH GERVAIS and RANDALL
AUNGST,

    Third Party Defendants.

| JUDGE: | John E. Steele | COUNSEL FOR PLAINTIFF | Brian M. Gargano, Theodore Geiger, Chene' Marie Thompson |
|---|---|---|---|
| DEPUTY CLERK: | Allison Holland and Juan Garcia Gonzalez | COUNSEL FOR DEFENDANT: | Bryan Morera, Melville G. Brinson, III, and Patrick J. O'Connor |
| COURT REPORTER | Stacey Raikes | DATE/TIME | November 3, 2021 @ 9:00AM |

## Jury Trial – Day 3

9:03AM        Court convenes for day 3 of jury trial.

    9:04am Jurors escorted into courtroom.

    Plaintiff Expert Witness, Neil Gervais, on stand to continue cross examination.
    Cross (cont.): 9:04am – 10:06am
    Witness shown his deposition for reference and impeachment purposes.
    **Defense Exhibit B** shown to witness and published; exhibit admitted

10:06am MORNING BREAK.  Jurors escorted out of courtroom.

10:22am Court back in session.

    10:23am Jurors escorted back into courtroom.

    Plaintiff Expert Witness, Neil Gervais, remains on stand to continue cross.
    Cross (cont.): 10:23am – 12:02PM
    **Defense Exhibit DD** shown to witness and published; exhibit admitted.
    **Defense Exhibit W** shown to witness and published; exhibit admitted.
    **Defense Exhibit BB** shown to witness and published; exhibit admitted.

       **Defense Exhibit GG** shown to witness and published; exhibit admitted.
       **Defense Exhibit HH** shown to witness and published; exhibit admitted.
       **Defense Exhibit SS** shown to witness and published; exhibit admitted.

12:02pm – 12:03pm SIDEBAR

12:02am BREAK.  Jurors escorted out of courtroom.

12:12pm COURT BACK IN SESSION.  Jurors escorted back into courtroom.

    Plaintiff Expert Witness, Neil Gervais, remains on stand to continue cross.
    Cross (cont.): 12:12am – 12:27PM
    Third-Party Cross: 12:28pm – 12:50pm
    Redirect: 12:51pm – 12:53pm
    Recross: 12:53pm – 12:56pm

    12:56pm Witness excused.

    12:57pm Jury escorted out of courtroom.

12:57pm LUNCH BREAK.

2:04pm Court back in session.

    2:05pm Jury escorted back into courtroom.

    Attorney Thompson calls Witness, Ken Gervais, to the stand; witness sworn.
    Direct: 2:06pm – 3:31pm
    Plaintiff exhibits presented to witness for identification and published for jury; exhibits previously admitted.

3:32pm BREAK TAKEN.

3:45pm COURT BACK IN SESSION.  Jurors escorted back into courtroom.

    Ken Gervais remains on stand to continue direct examination.
    Cross: 3:46pm – 5:03pm
    Exhibits shown to witness for reference during testimony; exhibits previously admitted.

    Jury excused at 5:03pm.
    Witness excused at 5:03pm

    Resume testimony of Mr. Gervais day 4. All parties to be back at 9:00am.

End: 5:04pm