UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PB LEGACY, INC and TB FOODS USA,
LLC, a Texas Corporation

    Plaintiffs,

v.                                           Case No.:   2:17-cv-9-JES-NPM

AMERICAN MARICULTURE, INC.,
AMERICAN PENAEID, INC. and ROBIN
PEARL,

    Defendants/Third Party
    Plaintiff

KENNETH GERVAIS and RANDALL
AUNGST,

    Third Party Defendants.

| JUDGE: | John E. Steele | COUNSEL FOR PLAINTIFF | Brian M. Gargano, Theodore Geiger, Chene' Marie Thompson |
|---|---|---|---|
| DEPUTY CLERK: | Allison Holland and Juan Garcia Gonzalez | COUNSEL FOR DEFENDANT: | Bryan Morera, Melville G. Brinson, III, and Patrick J. O'Connor |
| COURT REPORTER | Stacey Raikes | DATE/TIME | November 4, 2021 @ 9:00AM |

## Jury Trial – Day 4

8:55AM      Court convenes for day 4 of jury trial.

    8:56am Jurors escorted into courtroom.

    Plaintiff Witness, Ken Gervais, back on stand to continue direct examination.
    Direct (cont.): 8:57am – 10:32am
    Exhibits shown to witness for reference during testimony; exhibits previously admitted.

10:32am MORNING BREAK.  Jurors escorted out of courtroom.

10:50am COURT BACK IN SESSION.  Jurors escorted back into courtroom.

    Plaintiff Witness, Ken Gervais, remains on stand to continue direct.
    Direct (cont.): 10:51am – 11:17am
    Exhibits shown to witness for reference during testimony; exhibits previously admitted.
    Cross: 11:17am – 11:28am
11:28pm – 11:34pm SIDEBAR
    Cross (cont.): 11:34am – 12:14am
    Exhibits shown to witness for reference during testimony; exhibits previously admitted.
    **Defense Exhibit Q** shown to witness and published; exhibit admitted.

      **Defense Exhibit P** shown to witness and published; exhibit admitted.
      **Defense Exhibit F** shown to witness and published; exhibit admitted.
      **Defense Exhibit N** shown to witness and published; exhibit admitted.
      Witness's deposition shown to him for reference.

12:15pm LUNCH BREAK.

1:24pm COURT BACK IN SESSION.  Jury escorted back into courtroom.

      Plaintiff Witness, Ken Gervais, remains on stand to continue cross-examination.
      Cross (cont.): 1:25pm – 2:00pm
2:00pm – 2:06pm SIDEBAR
      Cross (cont.): 2:06pm – 2:30pm
2:30pm – 2:32pm SIDEBAR
      Cross (cont.): 2:32pm – 2:40pm
2:40pm – 2:41pm SIDEBAR
      Cross (cont.): 2:41pm – 3:13pm
      **Defense Exhibit R** shown to witness and published; exhibit admitted.
      **Defense Exhibit X** shown to witness and published; exhibit admitted.
      **Defense Exhibit M** shown to witness and published; exhibit admitted.
      **Defense Exhibit HHH** shown to witness and published; exhibit admitted.
      **Defense Exhibit G** shown to witness and published; portions of exhibit admitted.

3:15pm BREAK TAKEN.

3:27pm Court back in session.

      3:29pm Jurors escorted back into courtroom.

      Ken Gervais remains on stand to continue cross examination.
      Cross (cont.): 3:29pm – 3:31pm
      Redirect: 3:31pm – 4:12pm
      Exhibits shown to witness for reference during testimony; exhibits previously admitted.
      Recross: 4:12pm – 4:16pm
      Follow-up redirect: 4:16pm – 4:17pm
      Witness excused at 4:17pm.

      Attorney Thompson calls Witness, Randall Aungst, to the stand; witness sworn.
      Direct: 4:20pm – 5:00pm
      Exhibits presented to witness for identification and published; exhibits previously admitted.

      Jury excused at 5:00pm.
      Witness excused at 5:00pm

      Resume testimony of Mr. Aungst day 5.  All parties to be back at 9:00am.

End: 5:00pm