IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TB FOOD USA, LLC, a Delaware
Limited Liability Company, et al.,

   Plaintiff,

v.

CASE NO.: 2: 17-cv-9-FtM-29CM

AMERICAN MARICULTURE,
INC., a Florida Corporation, et al.,

   Defendants.
_____/

AMERICAN MARICULTURE, INC., a
Florida Corporation,

   Counter-Plaintiff,

v

PB LEGACY, INC., a Texas Corporation, et al.,

   Counter- and Third-Party Defendants.
_____/

## DEFENDANTS', AMERICAN MARICULTURE, INC., AMERICAN PENAEID, INC., AND ROBIN PEARL, MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO ATTORNEY'S FEES MOTION

COME NOW the Defendants AMERICAN MARICULTURE, INC. ("AMI") AMERICAN PENAEID, INC. ("API"), and ROBIN PEARL ("Pearl") by and through their undersigned counsel and hereby move this Honorable Court grant Defendants additional time to respond to Plaintiff TB FOOD USA, LLC's Motion for Recovery of Attorney's Fees and Expenses (Doc. #478) and would say:

   1.     Plaintiff TB FOOD USA, LLC filed TB FOOD USA, LLC's Motion for Recovery of Attorney's Fees and Expenses (Doc. #478) December 3, 2021.

{00074350.DOCX}

TB Food v. AMI, et al.
CASE NO.: 2: 17-cv-9-FtM-29CM
Defendants' Motion for Enlargement of Time
Page 2

2.    The trial in this matter resulted in a jury verdict entered by the jury filed November 19, 2021 (Doc. #465).  As of the filing of this motion, no Judgment has been entered and it is the Defendants' belief that the attorney's fees motion filed by TB FOOD USA, LLC is premature under Local Rule 7.01 and under Rule 54.  However, in an abundance of caution, Defendant's need to respond to the Motion in a timely fashion as required by Local Rule 3.01(c).

3.    Defense counsel has been working diligently on post-trial motions and, in addition, has been attempting to catch up on other business which accumulated during the three-week jury trial of this cause.  The Defendants hereby request an additional ten days to respond to the Motion for attorney's fees.

## Local Rule 3.01(g)

4.    Below-signed defense counsel confirms that he has conferred with attorney Brian Gargano for Plaintiff TB FOOD USA, LLC and attorney Chené Thompson for County and Third Party Defendant PB LEGACY, INC. and that neither has any objection to the granting of this extension of time.

WHEREFORE, Defendants request an additional ten days in which to respond to the Motion for Recovery of Attorney's Fees and Expenses (Doc. #478) filed by TB FOOD USA, LLC.

{00074350.DOCX}

TB Food v. AMI, et al.
CASE NO.: 2: 17-cv-9-FtM-29CM
Defendants' Motion for Enlargement of Time
Page 3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that in accordance with the Federal and Local Rules, the foregoing document is being filed on this 17th day of December 2021 via the Court's CM/ECF filing system, which will serve a copy electronically on all counsel of record.

_____
Melville G. Brinson III Florida Bar No. 494003
MELVILLE G. BRINSON III, P.A.
8359 Stringfellow Road
St. James City, Florida 33956 Telephone: 239.282.0551,
Facsimile 239.282.0515 Email: brinson@afblaw.com
Lead counsel

/s/ Patrick J. OConnor
_____
Patrick J. O'Connor Florida Bar No. 0715778
O'Connor Hernandez & Associates
999 Brickell Avenue, Suite 740
Miami, Florida 33131
Telephone: 786.628.7541
Email: poconnor@oconnorhernandez.com, litgroup@oconnorhernandez.com

{00074350.DOCX}