```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

TB FOOD USA, LLC, a
Delaware Limited Liability
Company,

      Plaintiff,

v.                                    CASE NO. 2:17-cv-9-FtM-29NPM

AMERICAN MARICULTURE, INC.,
a Florida Corporation,
AMERICAN PENAEID, INC., a
Florida Corporation, and
ROBIN PEARL,

      Defendants.
_____

AMERICAN MARICULTURE, INC.,
a Florida Corporation,

      Third-Party Plaintiff,

v.

PB LEGACY, INC. a Texas
Corporation,

      Third-Party Defendant.
_____

## ORDER

    On November 4, 2021, plaintiff TB Food USA, LLC filed a Motion For Judicial Notice, And For The Court To Instruct The Jury That It Must Accept The Court's Findings of Fact And Of Law Set Forth In The Court's Opinion And Order On Defendant's Motion For Summary Judgment (Doc. #440), during the trial in this matter. The Court

declined to take judicial notice or so instruct the jury. (Doc. #470, pp. 174-76). This motion is therefore **denied**.

Accordingly, it is hereby

**ORDERED**:

Plaintiff TB Food USA, LLC's Motion For Judicial Notice, And For The Court To Instruct The Jury That It Must Accept The Court's Findings of Fact And Of Law Set Forth In The Court's Opinion And Order On Defendant's Motion For Summary Judgment (Doc. #440) is **DENIED**.

**DONE and ORDERED** at Fort Myers, Florida, this ___3rd___ day of January, 2022.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Parties of record