```
 1  that were brought into the United States that formed the
 2  founding --
 3       A.   Oh, that?
 4       Q.   -- stocks of Primo?
 5       A.   Not -- you're not talking about the three
 6  animals in Ecuador?
 7       Q.   No, no, no.
 8       A.   Oh, no.  The founding stocks --
 9       Q.   I'm moving on to another topic.
10       A.   -- in Ecuador, of course.
11       Q.   What -- and where --
12       A.   I could tell you that.
13       Q.   So where did the founding stocks of Primo,
14  where were they purchased --
15       A.   They were from --
16       Q.   -- physically?
17       A.   -- they were from the animal that we developed
18  inside of Tin Corp.  They were -- we rented a hatchery,
19  we brought the nauplii in to this facility that was
20  specifically for this reason.  A very dear friend of
21  mine runs that facility.  Primo never paid him the
22  $10,000, they still owe him, and he, he, he said he --
23  this last couple of weeks that he would settle for 5 at
24  this point.  So -- but we were able to take -- because
25  of our capacity to control the, the spawns and know the
```



1  diversification, we were able to put together a very
2  diverse population in a very short time frame that went
3  into -- from our original animals into a facility that
4  cleaned them up, that was part of the process.  And from
5  there, those animals were destined to go to the
6  Philippines.  They weren't destined to go anywhere else.
7  There wasn't a Primo program.  There was a program to
8  start a domestication program for a large Filipino
9  operation, that as of today I don't know if anybody has
10 talked about or mentioned, but those animals all went
11 into Don Lightner's facility.  There is clear records
12 of, of them going through their quarantine, each
13 individual animal being disease tested.  They were kept
14 in a long enough time frame.  I believe it was six
15 weeks.  It cost a lot of money.  What we had done at
16 that hatchery, which I'm not going to share, and what we
17 wound up presenting to Don was basically a clean animal.
18 And we were able to prove it through him and he released
19 those animals to, to be sold to the Philippines, and
20 part of that population that remained was actually the
21 origin of the Primo animal.
22      Q.   Okay.  So the hatchery that you're, that you're
23 talking about where you, you cleaned up the animals,
24 that was in Ecuador?
25      A.   Yes, it is.



```
 1  John or from Santa Priscila?
 2      A.   I'm not even sure that we weren't still part of
 3  it at that time.  I would really have to go back and
 4  check.  John would probably know.
 5      Q.   You said you sold your shares in Tin Corp. in
 6  2002?
 7      A.   Yes.
 8      Q.   So that's seven years before?
 9      A.   Then I would not have -- yes, correct.
10  Correct.
11      Q.   And, and so do you --
12      A.   Now they would be -- yes.
13      Q.   Do you remember whether there was a, a purchase
14  of, of those animals that went into the hatchery?
15      A.   I'm sure there was a billing.  You'd have to
16  ask Ken if there was a payment, because I was kind of
17  surprised when Jaime, these many years later, at the
18  conference came up specifically to ask me about that --
19      Q.   Uh-huh.
20      A.   -- because...
21      Q.   And so who was it that would have done --
22      A.   No.  John, John would have gotten paid first.
23      Q.   Who --
24      A.   Don't worry about it.
25      Q.   Who was it that would have done the purchasing
```



```
 1  at that point?  Was it Primo?  Was it you?  Was Primo
 2  formed --
 3      A.   Primo --
 4      Q.   -- by 2009?
 5      A.   -- was -- good question.  I don't know when
 6  Primo was incorporated.  The concept of Primo certainly
 7  was.  I can't say that the company had existed.  That we
 8  had the animals clean, we had the animals going into the
 9  Philippines, we were consulting on a project there.
10  Quite possibly -- well, that was with John also,
11  John Birkett was our partner in that.  That would be
12  with Corfel, the company I had with him.  And Ken was
13  obviously part of Tin Corp.  He wasn't part of Corfel.
14  But he was part of the program with the Philippines, so
15  maybe Primo had initiated at that point.
16      Q.   Uh-huh.
17      A.   You'd just have to cross calendars.  And I'm
18  sorry I'm a little sketchy on that.
19      Q.   No, that's okay.  So, so between 2002, when you
20  and Ken sold your shares in Tin Corp., until 2009, when
21  you purchased these -- theoretically, at least,
22  purchased these animals to put in to the hatchery --
23      A.   Yeah.
24      Q.   -- those animals --
25      A.   They weren't given to us.  They were purchased.
```



```
 1  equipment, all PCRs were gone.  That was the process.
 2  And it worked and increased to where they're a tiny
 3  country that's producing more shrimp than anybody else.
 4      Q.   So --
 5      A.   I don't know if that's the right answer for
 6  you.
 7      Q.   Well, no.  I'm -- because your testimony is
 8  confusing me.
 9      A.   Okay.
10      Q.   The Primo animal, right, was it unique or not
11  at the time you were there?
12      A.   The Primo animal was unique at the time I was
13  with Primo.  There was no animal that was disease free,
14  that had the tolerances to White Spot, IMNV and EMS
15  proven at the University of Arizona available from the
16  United States in a quarantined legal facility, biosecure
17  facility, no.  That didn't exist.  It still doesn't
18  today.  If I wanted to buy that animal -- well, I know
19  where to get them.  I know who I have to talk to.  But I
20  don't know anybody else that has them.  I -- today, I
21  don't know anybody else, much less at that time frame.
22      Q.   Okay. And that's true, compared to what
23  Tin Corp. has, what the Philippines has or what's in
24  Ecuador?
25      A.   It's true that the Philippine animal was never
```



1  utilized.  It was sacrificed.  That they brought in an
2  outside consultant who is pretty famous in the world,
3  David Kawahigashi, who had a breeding program for
4  biosecure SPF animals from Thailand, Vannamei 101.  And
5  he wanted his animals to go into that program.  And he
6  had the owner destroy those.  If not, Asia would have
7  been far ahead of everybody else.  They made a bad call
8  because of a personal interest.  Again, I -- that's -- I
9  had, I had a dog in that race so...
10      Q.   Okay.
11      A.   They didn't give that animal a chance and they
12  failed miserably with the Thailand animal.  They -- and
13  the Philippines still hasn't showed up on the map since
14  then, where Mexico stayed the rule and, and, and did a
15  better job, I'd say, than even the Ecuadorians.  And
16  there is individual results now, companies that are
17  having successes directly related to continuing an
18  intensive designed program from Primo animals that --
19  Philippines didn't have anything, nobody at that point
20  had a breeding population anywhere else in the world
21  probably of our animals.
22      Q.   And, and I know we don't have much time left.
23  Let me, let me ask you this.  So this case is going to
24  be going to trial.  And typically, you know, everybody
25  would like to take the deposition and ask all the