```
              UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF FLORIDA
                  FORT MYERS DIVISION

TB FOOD USA, LLC, a
Delaware Limited Liability
Company,

        Plaintiff,

v.                              CASE NO. 2:17-cv-9-FtM-29NPM

AMERICAN MARICULTURE, INC.,
a Florida Corporation,
AMERICAN PENAEID, INC., a
Florida Corporation, and
ROBIN PEARL,

        Defendants.
_____

AMERICAN MARICULTURE, INC.,
a Florida Corporation,

        Third-Party Plaintiff,
v.

PB LEGACY, INC. a Texas
Corporation,

        Third-Party Defendant.
_____
```

**<u>ORDER</u>**

On December 21, 2021, plaintiff TB Food USA, LLC filed a Motion for Injunctive Relief Including Permanent Injunction and Incorporated Memorandum of Law (Doc. #485). The Court desires to see the language plaintiff is proposing for its permanent injunction.

Accordingly, it is hereby

**ORDERED**:

Plaintiff shall file its proposed injunction within **TEN (10) days** of this Order.

**DONE and ORDERED** at Fort Myers, Florida, this __12th__ day of January, 2022.


_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE


Copies:
Parties of record