UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TB FOOD USA, LLC,

        Plaintiff,

v.    Case No. 2:17-cv-9-JES-NPM

AMERICAN PENAEID, INC., and
ROBIN PEARL,

        Defendants,
and

AMERICAN MARICULTURE, INC.,

        Defendant/
        Counterclaimant

v.

PB LEGACY, INC.,

        Counterclaim
        Defendant.

## ORDER

Before the court is a motion for attorney's fees and costs (Doc. 511) filed by American Mariculture, Inc., American Penaeid, Inc., and Robin Pearl, and a renewed motion for attorney's fees and expenses (Doc. 513) filed by TB Food USA, LLC, Ken Gervais, Randal Aungst, and PB Legacy, Inc. But the former fails to comply

with Local Rule 3.01(g),[1] and the latter fails to comply with Local Rule 7.01(a) as well as the court's order dated January 4, 2022. Moreover, the parties have filed several post-trial motions (Docs. 483, 484, 485, 486, 487, 488) that may alter the prevailing-party and fee-entitlement analysis.

Accordingly, both motions for attorney's fees and costs (Docs. 511, 513) are **DENIED WITHOUT PREJUDICE**. The parties may file any Local Rule 7.01(b) motions 21 days after all pending post-trial motions (Docs. 483, 484, 485, 486, 487, 488) are resolved by this court.[2]

**ORDERED** in Fort Myers, Florida, on January 31, 2022.

NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE

---

[1] The court tends to strictly enforce its motion-related conference requirements to foster communication between the parties, narrow or resolve issues without court involvement, and ensure that disputes are neither under- nor overstated when first presented to the court for resolution.

[2] Unless otherwise provided in a subsequent order, any motion(s) for reconsideration will not toll the 21-day deadline.