IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TB FOOD USA, LLC, a Delaware
Limited Liability Company, et al.,

Plaintiffs,

v.                                              CASE NO.: 2:17-cv-9-FtM-
29NPM

AMERICAN        MARICULTURE,
INC., a Florida Corporation, et al.,

Defendants.
_____/

AMERICAN MARICULTURE, INC., a
Florida Corporation,

Counter-Plaintiff,

v.

PB LEGACY, INC., a Texas
Corporation, et al.,

Counter- and Third-Party Defendants.
_____/

### AMERICAN MARICULTURE INC., AMERICAN PENAEID, INC. AND ROBIN PEARL'S NOTICE OF FILING SUPPLEMENT TO LOCAL RULE 3.01(g) CERTIFICATION ON (DOC. #530) DEFENDANTS' MOTION TO AMEND JUDGMENT PURSUANT TO RULE 59(e)

Defendants American Mariculture, Inc. ("AMI"), American Penaeid, Inc.

("API"), and Robin Pearl (collectively, the "Defendants") hereby give notice of

filing their Supplement to Local Rule 3.01(g) Certification on (Doc. # 530) Defendants' Motion to Amend Judgment Pursuant to Rule 59(e), and in support thereof state as follows:

1.      On February 3, 2022, Defendants filed their Motion to Amend Judgment Pursuant to Rule 59(e) (the "Motion to Alter Judgment"). (Doc. # 530).

2.      While Plaintiff's counsel initially expressed disagreement, Plaintiff's counsel and Defendants' counsel have since been able to come to agreement on some issues.

3.      Plaintiff's counsel and Defendants' counsel are also waiting for input from counsel for (once) Plaintiff and Counter-defendant PB Legacy, Inc., which is expected momentarily.

4.      Pursuant to Local Rule 3.01(g), Defendants now represent that the parties are working diligently on coming to an agreement on some of the relief sought in the Motion to Alter Judgment.

5.      The undersigned shall file an additional supplement to their Motion to Alter Judgment upon reaching a final agreement with counsel.

[*This space intentionally left blank*]

Respectfully submitted this 4th day of February, 2022.

/s/ Patrick J. O'Connor
Florida Bar No. 715778

**O'CONNOR HERNÁNDEZ**
999 Brickell Avenue, Suite 740
Miami, Florida 33131
Telephone No: (305) 628-7541
litgroup@oconnorhernandez.com
poconnor@oconnorhernandez.com

Melville G. Brinson III
Florida Bar No. 494003
**MELVILLE G. BRINSON III, P.A.**
8359 Stringfellow Road
St. James City, Florida 33956
Telephone:  (239) 282-0551
Email: brinson@afblaw.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that in accordance with the Federal and Local rules the foregoing document is being filed on this 4th day of February 2022 via the Court's CM/ECF filing system, which will serve a copy electronically on all counsel of record.

/s/ Patrick J. O'Connor