UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TB FOOD USA, LLC, a
Delaware Limited Liability
Company,

        Plaintiff,

v.                                    CASE NO. 2:17-cv-9-FtM-29NPM

AMERICAN MARICULTURE, INC.,
a Florida Corporation,
AMERICAN PENAEID, INC., a
Florida Corporation, and
ROBIN PEARL,

        Defendants.
_____

AMERICAN MARICULTURE, INC.,
a Florida Corporation,

        Third-Party Plaintiff,
v.

PB LEGACY, INC. a Texas
Corporation,

        Third-Party Defendant.
_____

**ORDER**

This matter comes before the Court on Plaintiff TB Food USA LLC's Unopposed Motion to File a Reply to Defendants' Response to Plaintiff's Motion For Enhanced/Exemplary Damages, Pre and Post Judgment Interest, and Disgorgement (Doc. #541) filed on February 14, 2022. Plaintiff seeks to file a reply to address points of fact and of law which were not addressed in Plaintiff's motion.

Plaintiff states that the reply will not exceed seven pages in length.  Since Defendants do not object to the request, the Motion will be granted.

Accordingly, it is hereby

**ORDERED**:

Plaintiff TB Food USA's Unopposed Motion to file a Reply (Doc. #541) is **GRANTED** and Plaintiff may file a reply within **SEVEN (7)** days of this Order.

**DONE** and **ORDERED** at Fort Myers, Florida, this ___9th___ day of March, 2022.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Parties of Record