IN THE UNITED STATES DISTRICT
COURT MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
CASE NO. 2:17-cv-9-FtM-29 NPM

TB FOOD USA, LLC, a Delaware Limited
Liability Company,

Plaintiff,

v                                                                                  Notice of Appeal

AMERICAN MARICULTURE, INC., a
Florida Corporation, AMERICAN PENAEID,
INC., a Florida Corporation, and ROBIN
PEARL,

Defendants.
_____/

AMERICAN MARICULTURE, INC., a
Florida Corporation,

Counter-Plaintiff,

v

PB LEGACY, INC., a Texas
Corporation, et al.,

Counter- and Third-Party Defendant.
_____/

Defendants AMERICAN PENAEID, INC., ("API"), and ROBIN PEARL (Pearl), and Counterplaintiff AMERICAN MARICULTURE, INC. ("AMI") appeal to the United States Court of Appeals for the Eleventh Circuit the Judgment of this Court originally entered on January 6, 2022 (Doc. #500) and as Amended on August 5, 2022 (Doc. #554), which Judgment became final on August 1, 2022 upon the District Court's Order granting in part and denying in part the parties' timely post-trial motions (Doc. #553).

{00077164.RTF}

Respectfully submitted this 31st day of August 2022.

Melville G. Brinson III
Florida Bar No. 494003
**MELVILLE G. BRINSON III, P.A.**
8359 Stringfellow Road
St. James City, Florida 33956 Telephone: 239.282.0551
Facsimile 239.282.0515
brinson@afblaw.com
*Counsel for AMI, API, and PEARL*

/s/Patrick J. O'Connor
Patrick J. O'Connor
Florida Bar No. 0715778
**O'CONNOR HERNANDEZ & ASSOCIATES, P.A.**
999 Brickell Avenue, Suite 740
Miami, Florida 33131
Telephone:786.628.7541
poconnor@oconnorhernandez.com;
litgroup@oconnorhernandez.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that in accordance with the Federal and Local rules the foregoing document is being filed on this 31st day of August 2022 via the Court's CM/ECF filing system, which will serve a copy electronically on Chene M. Thompson, Esq. chenethompson@paveselaw.com, Justin B. Mazarra, Esq., justinmazzara@paveselaw.com; Kellygermanis@paveselaw.com, of Pavese Law Firm, Brian M. Gargano, Esq., bgargano@archerlaw.com and Jiangang Ou, Esq., jou@archerlaw.com, of Archer & Greiner, P.C., Matthew Roepstorff, Esq., matthew.roepstorff@gray-robinson.com, annemigliore@gray-robinson.com of Gray-Robinson P.A., Nina C. Welch, Esq. nina.welch@nelsonmullins.com; herold.labissiere@nelsonmullins.com of Nelson, Mullins, Broad and Cassel, Steven R. Jakubowski, Esq., sjakubowski@rsplaw.com, rtrizna@rsplaw.com, of Robbins, Salomon & Patt, Ltd., Susan K. Spurgeon, Esq., susan@shutts.com, of Shutts & Bowen LLP, Theodore Geiger, Esq., tgeiger@tedgeigerlaw.com, and Sheryl S. Zust, Esq., szust4@cs.com of Sheryl S. Zust, P.A.

Melville G. Brinson III